PUBLIC COUNSEL
REBECCA BROWN (SBN 345805)
rbrown@publiccounsel.org
SOPHIA WRENCH (SBN 354416)
swrench@publiccounsel.org
AMELIA PIAZZA (SBN 342473)
apiazza@publiccounsel.org
VANESSA RAE YOUNG (SBN 352693)
vyoungviniegra@publiccounsel.org
ELIZABETH HERCULES-PAEZ (SBN 320944)
eherculespaez@publiccounsel.org
610 S. Ardmore Avenue
Los Angeles, California 90005
Tel: 213-385-2977
*Attorneys for All Plaintiffs*
Additional Counsel Listed on Following Page

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

L.T., SEVAK MESROBIAN, JOSE MAURO SALAZAR GARZA, AND J.M., on behalf of themselves and all others similarly situated; COALITION FOR HUMANE IMMIGRANT RIGHTS,

Plaintiffs,

v.

U.S. IMMIGRATION AND CUSTOMS ENFORCEMENT; TODD M. LYONS, Acting Director, U.S. Immigration and Customs Enforcement; JAIME RIOS, Acting Director of Los Angeles Field Office, Enforcement and Removal Operations, U.S. Immigration and Customs Enforcement; U.S. DEPARTMENT OF HOMELAND SECURITY; KRISTI NOEM, Secretary, U.S. Department of Homeland Security,

Defendants.

Case No. 5:26-cv-00322-SSS-RAOx

**ORDER GRANTING PLAINTIFFS' APPLICATION FOR LEAVE TO FILE UNDER PSEUDONYM AND FOR LIMITED INTERIM PROTECTIVE ORDER, AND TO FILE DOCUMENTS UNDER SEAL**

**CLASS ACTION**

**NOTE CHANGES MADE BY COURT**

IMMIGRANT DEFENDERS LAW CENTER
ALVARO M. HUERTA (SBN 274787)
ahuerta@immdef.org
CARSON ADRIANNA SCOTT (SBN 337102)
cscott@immdef.org
ALISON STEFFEL (SBN 346370)
asteffel@immdef.org
634 S. Spring St., 10th Floor
Los Angeles, CA 90014
Tel: 213-634-0999

COALITION FOR HUMANE IMMIGRANT RIGHTS
CARL BERGQUIST*
cbergquist@chirla.org
ADAM REESE (SBN 362898)
areese@chirla.org
2351 Hempstead Road
Ottawa Hills, OH 43606
Tel: 310-279-6025
Counsel for Plaintiff Coalition for Humane Immigrant Rights
* Pro hac vice forthcoming

NICHOLAS REDDICK (SBN 288779)
nreddick@willkie.com
ALYXANDRA VERNON (SBN 327699)
avernon@willkie.com
JACOB KARIM (SBN 340376)
jkarim@willkie.com
WILLKIE FARR & GALLAGHER LLP
333 Bush St., 34th Floor
San Francisco, CA 94104
Tel: 415-858-7400

*Attorneys for Plaintiffs*

WHEREFORE, the Court having considered Plaintiffs' Motion for Leave to Continue to Proceed Under Pseudonym and Application for Leave to Maintain Limited Documents Under Seal Pursuant to L.R. 79-5.2.2, and for good cause appearing, the Application is hereby **GRANTED**.

Further, Petitioner's documents described below are hereby sealed with redactions in the public record as follows:

| Document | Portion to be Filed Under Seal |
| --- | --- |
| Declaration of L.T. | Portions of Page 1 Lines 1-2 |
| Declaration of J.M. | Portions of Page 1 Lines 1-2 |

**IT IS SO ORDERED.**

DATED: February 5, 2026

Hon. Sunshine S. Sykes
United States District Judge