AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

### Central District of California

| | |
|---|---|
| L.T., SEVAK MESROBIAN, JOSE MAURO SALAZAR GARZA, AND J.M., on behalf of themselves and all others similarly situated; COALITION FOR HUMANE IMMIGRANT RIGHTS, <br><br>*Plaintiff(s)* <br><br>v. <br><br>U.S. IMMIGRATION AND CUSTOMS ENFORCEMENT; TODD M. LYONS, Acting Director, U.S. Immigration and Customs Enforcement; JAIME RIOS, Acting Director of Los Angeles Field Office, Enforcement and Removal Operations, U.S. Immigration and Customs Enforcement; U.S. DEPARTMENT OF HOMELAND SECURITY; KRISTI NOEM, Secretary, U.S. Department of Homeland Security, <br><br>*Defendant(s)* | ) ) ) ) ) ) ) ) ) ) ) ) ) <br><br> Civil Action No.  5:26-cv-00322-SSS-RAO |

### SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*   U.S. Department of Homeland Security
Office of the General Counsel
245 Murray Lane SW Mail Stop 0485
Washington, DC 20528-0485

SEE ATTACHMENT FOR ADDITIONAL DEFENDANTS

     A lawsuit has been filed against you.

     Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

     Rebecca Brown, Sophia Wrench, Amelia Piazza,
Vanessa Ray Young, Elizabeth Hercules-Paez
PUBLIC COUNSEL
610 S. Ardmore Avenue
Los Angeles, CA  90005

     If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: _____    _____
                                                *Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No.  5:26-cv-00322-SSS-RAO

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____

was received by me on *(date)* _____ .

❑ I personally served the summons on the individual at *(place)* _____

_____ on *(date)* _____ ; or

❑ I left the summons at the individual's residence or usual place of abode with *(name)* _____

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

❑ I served the summons on *(name of individual)* _____ , who is

designated by law to accept service of process on behalf of *(name of organization)* _____

_____ on *(date)* _____ ; or

❑ I returned the summons unexecuted because _____ ; or

❑ Other *(specify):*


My fees are $ _____ for travel and $ _____ for services, for a total of $ ___0.00___ .

I declare under penalty of perjury that this information is true.


Date: _____

_____
*Server's signature*

_____
*Printed name and title*


_____
*Server's address*

Additional information regarding attempted service, etc:

*L.T., et al. v. U.S. Immigration and Customs Enforcement, et al.*
USDC Central District of CA, Matter No.: 5:26-cv-00322-SSS-RAO

## <u>ATTACHMENT TO SUMMONS - DEFENDANTS</u>

**U.S. Immigration and Customs Enforcement**
Office of the General Counsel
245 Murray Lane SW Mail Stop 0485
Washington, DC 20528-0485

**Todd M. Lyons, Acting Director**
**U.S. Immigration and Customs Enforcement**
Office of the General Counsel
245 Murray Lane SW Mail Stop 0485
Washington, DC 20528-0485

**Jaime Rios, Acting Director of Los Angeles Field Office**
**Enforcement and Removal Operations**
**U.S. Citizenship and Immigration Services**
300 North Los Angeles Street
Los Angeles, CA 90012

**Kristi Noem, Secretary**
**U.S Department of Homeland Security**
U.S. Immigration and Customs Enforcement
Office of the General Counsel
245 Murray Lane SW Mail Stop 0485
Washington, DC 20528-0485