PUBLIC COUNSEL
REBECCA BROWN (SBN 345805)
rbrown@publiccounsel.org
SOPHIA WRENCH (SBN 354416)
swrench@publiccounsel.org
AMELIA PIAZZA (SBN 342473)
apiazza@publiccounsel.org
VANESSA RAE YOUNG (SBN 352693)
vyoungviniegra@publiccounsel.org
ELIZABETH HERCULES-PAEZ (SBN 320944)
eherculespaez@publiccounsel.org
610 S. Ardmore Avenue
Los Angeles, California 90005
Tel: 213-385-2977

*Attorneys for Plaintiffs*
Additional Counsel Listed on Following Page

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| L.T., SEVAK MESROBIAN, JOSE MAURO SALAZAR GARZA, AND J.M., on behalf of themselves and all others similarly situated; COALITION FOR HUMANE IMMIGRANT RIGHTS,<br><br>     Plaintiffs,<br><br>  v.<br><br>U.S. IMMIGRATION AND CUSTOMS ENFORCEMENT; TODD M. LYONS, Acting Director, U.S. Immigration and Customs Enforcement; JAIME RIOS, Acting Director of Los Angeles Field Office, Enforcement and Removal Operations, U.S. Immigration and Customs Enforcement; U.S. DEPARTMENT OF HOMELAND SECURITY; KRISTI NOEM, Secretary, U.S. Department of Homeland Security,<br><br>     Defendants. | Case No. 5:26-cv-00322-SSS-RAO<br><br>**DECLARATION OF ALEXANDER R. SAPIN, M.D. IN SUPPORT OF PLAINTIFFS' MOTION FOR PRELIMINARY INJUNCTION**<br><br>**CLASS ACTION** |

IMMIGRANT DEFENDERS LAW CENTER
ALVARO M. HUERTA (SBN 274787)
ahuerta@immdef.org
CARSON ADRIANNA SCOTT (SBN 337102)
cscott@immdef.org
ALISON STEFFEL (SBN 346370)
asteffel@immdef.org
634 S. Spring St., 10th Floor
Los Angeles, CA 90014
Tel: 213-634-0999

COALITION FOR HUMANE IMMIGRANT RIGHTS
CARL BERGQUIST (*pro hac vice*)
cbergquist@chirla.org
2351 Hempstead Road
Ottawa Hills, OH 43606
Tel: 310-279-6025

ADAM REESE (SBN 362898)
areese@chirla.org
2533 West Third Street, Suite 101
Los Angeles, CA 90057
Tel: 213-353-1333

WILLKIE FARR & GALLAGHER LLP
NICHOLAS REDDICK (SBN 288779)
nreddick@willkie.com
STEPHEN HENRICK (SBN 310539)
shenrick@willkie.com
ALYXANDRA VERNON (SBN 327699)
avernon@willkie.com
JACOB KARIM (SBN 340376)
jkarim@willkie.com
333 Bush St., 34th Floor
San Francisco, CA 94104
Tel: 415-858-7400

*Attorneys for Plaintiffs*

DECLARATION OF ALEXANDER R. SAPIN, M.D.
Case No. 5:26-cv-00322-SSS-RAO

# DECLARATION OF ALEXANDER R. SAPIN, M.D.

I, Alexander R. Sapin, M.D., declare that:

1. I have personal knowledge of the facts set forth below and, if called to testify, I could and would do so competently.

2. I am a Clinical Assistant Professor of Emergency Medicine at Los Angeles General Medical Center/University of Southern California Keck School of Medicine. I am a physician trained in forensic medical evaluations through Physicians for Human Rights. I also serve as a Per Diem Emergency Medicine Physician at PIH Health Good Samaritan Hospital, Dignity Health California Hospital Medical Center, and Bakersfield Memorial Hospital. I have taught medicine at various hospitals, published works in medical journals, and received various awards and honors.

3. I received my M.D. from the Tulane University School of Medicine and my Master of Public Health from the Tulane University School of Public Health and Tropical Medicine in 2021. I then completed my postgraduate residency training in Emergency Medicine at Los Angeles General Medical Center, formerly known as Los Angeles County + University of Southern California Medical Center. My California state medical license is A197646 and is current.

4. I have experience examining patients in criminal detention, most commonly at Los Angeles General Medical Center. On a few instances, I have been called to see patients in immigration detention.

5. In September 2025, I was called to complete an evaluation for an asylum seeker at Adelanto Immigration and Customs Enforcement Processing Center ("Adelanto") for a detainee experiencing neurological concerns.

6. The appointment was initially scheduled for September 8, 2025, but it was canceled on numerous occasions. I was not informed why the appointment was canceled on any of these instances. I was finally able to perform my evaluation on October 24, 2025.

7. The detainee's attorney and the Department of Homeland Security attorney informed me in advance what items I would be permitted to bring. I was only allowed to bring my cell phone, my stethoscope, and a notepad to conduct my medical evaluation. This is less than what I am allowed to bring to a local prison and allows me to provide only the very basics of care. I was not given access to any other medical equipment.

8. My evaluation took place in a small room off of the main visitor's room, not a medical clinic or private room. The room had a window in the door, through which passersby, including guards, could look in. The detainee, his attorney, an interpreter, and I were crowded into the small room. No onsite medical professionals were present. The detainee and I were able to sit, but the others present remained standing because there were not enough chairs.

9. Based on my professional experience, the space was not medically sanitary.

10. The detained individual had a history of traumatic brain injury, post-traumatic stress disorder, and a new facial nerve palsy. The individual expressed that their health declined since their detention. I had no way of requesting follow-up care. For example, when seeing individuals held in criminal detention, I am able to arrange follow-up care, such as specialist appointments, bloodwork, and computerized tomography ("CT") scans, if I believe that the patient requires it. At Adelanto, I was not made aware of any similar pathways to follow up care. In my professional opinion, the individual I examined in October 2025 was not receiving adequate medical care at Adelanto.

11. I am unaware of any other medical professionals onsite or of any pre-screening medical intake process at Adelanto.

- 2 -
DECLARATION OF ALEXANDER R. SAPIN, M.D.
Case No. 5:26-cv-00322-SSS-RAO

I declare under penalty of perjury that the foregoing is true and correct. Executed on February 23, 2026 in Los Angeles, California.

_____
Alexander R. Sapin, M.D.

DECLARATION OF ALEXANDER R. SAPIN, M.D.
Case No. 5:26-cv-00322-SSS-RAO