PUBLIC COUNSEL
REBECCA BROWN (SBN 345805)
rbrown@publiccounsel.org
SOPHIA WRENCH (SBN 354416)
swrench@publiccounsel.org
AMELIA PIAZZA (SBN 342473)
apiazza@publiccounsel.org
VANESSA RAE YOUNG (SBN 352693)
vyoungviniegra@publiccounsel.org
ELIZABETH HERCULES-PAEZ (SBN 320944)
eherculespaez@publiccounsel.org
610 South Ardmore Avenue
Los Angeles, CA 90005
Tel: 213-385-2977

*Attorneys for Plaintiffs*
Additional Counsel Listed on Following Page

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

L.T., SEVAK MESROBIAN, JOSE MAURO SALAZAR GARZA, AND J.M., on behalf of themselves and all others similarly situated; COALITION FOR HUMANE IMMIGRANT RIGHTS,

                            Plaintiffs,

        v.

U.S. IMMIGRATION AND CUSTOMS ENFORCEMENT; TODD M. LYONS, Acting Director, U.S. Immigration and Customs Enforcement; JAIME RIOS, Acting Director of Los Angeles Field Office, Enforcement and Removal Operations, U.S. Immigration and Customs Enforcement; U.S. DEPARTMENT OF HOMELAND SECURITY; KRISTI NOEM, Secretary, U.S. Department of Homeland Security,

                            Defendants.

Case No. 5:26-cv-00322-SSS-RAO

**DECLARATION OF ███ ███████ [A.A.] IN SUPPORT OF PLAINTIFFS' MOTION FOR PRELIMINARY INJUNCTION**

**CLASS ACTION**

**REDACTED VERSION OF DOCUMENT PROPOSED TO BE FILED UNDER SEAL**

IMMIGRANT DEFENDERS LAW CENTER
ALVARO M. HUERTA (SBN 274787)
ahuerta@immdef.org
CARSON ADRIANNA SCOTT (SBN 337102)
cscott@immdef.org
ALISON STEFFEL (SBN 346370)
asteffel@immdef.org
634 S. Spring Street, 10th Floor
Los Angeles, CA 90014
Tel: 213-634-0999

COALITION FOR HUMANE IMMIGRANT RIGHTS
CARL BERGQUIST (*pro hac vice*)
cbergquist@chirla.org
2351 Hempstead Road
Ottawa Hills, OH 43606
Tel: 310-279-6025

ADAM REESE (SBN 362898)
areese@chirla.org
2533 West Third Street, Suite 101
Los Angeles, CA 90057
Tel: 213-353-1333

WILLKIE FARR & GALLAGHER LLP
NICHOLAS REDDICK (SBN 288779)
nreddick@willkie.com
STEPHEN HENRICK (SBN 310539)
shenrick@willkie.com
ALYXANDRA VERNON (SBN 327699)
avernon@willkie.com
JACOB KARIM (SBN 340376)
jkarim@willkie.com
333 Bush Street, 34th Floor
San Francisco, CA 94104
Tel: 415-858-7400

*Attorneys for Plaintiffs*

**DECLARATION OF A.A.**

I, A.A., declare that:

1.      I have personal knowledge of the facts set forth below, and if called to testify, I could and would do so competently.

**I.      Background**

2.      I have been detained at Adelanto ICE Processing Center ("Adelanto") since December 2025. I am currently housed at Adelanto East.

3.      I am a ▇-year-old woman, and I have resided in the United States for over ▇▇▇▇. Before I was detained, I was in the process of retiring. I have several diagnosed health conditions: diverticulitis, gastritis, osteoporosis, and arthritis. Before Adelanto, I was able to live a healthy lifestyle, despite these ailments. I could clean houses and eat a balanced liquid diet. Now I am very physically and mentally unwell.

4.      In ▇▇▇▇▇▇, I attended an interview at the USCIS Field Office in ▇▇▇▇▇▇▇▇▇ to receive my green card. During the check-in process, I was taken to a different room and was subsequently detained.

5.      After spending many hours in a freezing holding room, I was transferred to a facility in Los Angeles. At the facility in Los Angeles, I was again placed in a freezing room until I was transferred to Adelanto at around 4:00 a.m. These freezing rooms have triggered my arthritis and made it extremely difficult to move.

6.      Being detained at Adelanto is terrible. I wake up every day terrified that I will die here. I have been mistreated by staff and other detainees. I fear that they will continue to harm me. The medical care here is horrific, especially for someone of my age and health. I cannot eat the food or get any sleep. I spend most days crying, hoping that someday I will receive decent health care and nourishment.

**II.      Inadequate Medical Care**

7.      I have four preexisting medical conditions that have not received adequate attention at Adelanto: diverticulitis, gastritis, osteoporosis, and arthritis. I reported

- 1 -

each condition to the staff and have not been provided with helpful care. These medical conditions did not have a major impact on my life before I was detained. Before being taken to Adelanto, I could walk on my own and my stomach ailments were not debilitating. Now, they have become unbearable.

8.    My stomach ailments, including diverticulitis and gastritis, make it nearly impossible to eat the food offered by Adelanto. Prior to my detention, I consumed a mostly liquid diet to accommodate my stomach issues. I often drank smoothies, ate oatmeal, and very occasionally had fish and lentils. I never ate any fried foods or hearty meals. Now at Adelanto, the only food I am served is often rotten or spoiled. When I try to eat it, I immediately feel nauseous. They have not made any attempt to accommodate my liquid diet. I have stopped even trying to eat the food served at Adelanto. I only eat oatmeal from the commissary and drink the soda Seven Up when I can. I am constantly hungry, delirious, and weak. My family has also noticed that I am not as mentally and physically sharp as I used to be.

9.    I also suffer from arthritis and osteoporosis all over my body including my hips and legs. Before I was detained, I never used a walker. I was able to work and clean houses. All my ailments become much worse when I am cold. Normally, I wear blankets, jackets, and beanies to stay warm. However, I have been held in many cold rooms, including the cell where I sleep, and my arthritis has become unbearable. I now always need a walker to move. The staff at Adelanto, however, have mocked me for using my walker by mimicking my slow walking speed and asking me to move faster, and then laughing when I cannot. I now spend most days sitting in bed because I cannot move without pain.

10.    I saw a nurse on the first day I arrived at Adelanto. This visit was humiliating. The nurse said that they thought I was lying about my conditions and began laughing at me. I asked for water and was yelled at.

- 2 -
DECLARATION OF A.A.
Case No. 5:26-cv-00322-SSS-RAO

11.    At an early December medical appointment, I was prescribed various medications. I did not know exactly what each medication was for, but I trusted the medical staff to prescribe me with helpful medications.

12.    Thereafter, one December day, sometime between 11:00 a.m. and 12:00 p.m., I fell because one of my new medications made me extremely weak and dizzy. After discussing with my daughter, I now understand that the medications were Zonisamide and Simvastatin. Zonisamide is for epilepsy, and I do not have epilepsy and have never taken medication for epilepsy. Simvastatin is for cholesterol, and I do not think I have any cholesterol issues. I never asked for any such pills. I simply took what I was given. Ultimately, they stopped giving me the pills because I resisted taking them.

13.    After this fall, I do not know why but I was taken to medical holding for three hours and then was taken to see a psychologist. I am not sure why I was sent to a psychologist but I think the guards thought I was mentally unwell. The psychologist yelled at me, saying that she could have me deported to Mexico. The psychologist also accused me of making up my pain.

14.    Later, in December 2025, the Adelanto staff wanted to take me to a mental ward because they thought I could not bathe myself. This came from an incident where I explained that I am able to bathe myself, but I am not comfortable with other people seeing me naked. I asked them to not take me to this mental ward because I was afraid that my children would not be able to find me. My daughter spoke with a supervising officer who said she would reach out to me for a statement about what happened. I did not want to give any statement because I fear mistreatment and retaliation from the Adelanto staff.

15.    One day in late January 2026, at approximately 2:00 a.m., I fainted in the Adelanto bathroom and was transported to the hospital. I was bleeding from my buttocks and vomiting. Apparently, my symptoms resulted from a virus. I had never suffered from anything like this before. I thought I was going to die.

16.    At the hospital, staff attempted to have me sign paperwork with an incorrect date of birth. I was never really told what condition I had or what was going on medically. The ICE agents pressed me to consent to a surgery without disclosing the diagnosis or what the surgery would be for. I called my daughter, and on this call, ICE agents forced me to say that everything was fine even though that was not how I felt. They then handcuffed me to the hospital bed and had officers observing me at all times, which I felt was completely unnecessary as I am a ▮-year-old woman who now requires a walker to move.

17.    While I was at the hospital, my daughter called Adelanto to ask why I was removed from Adelanto to go to a hospital. Adelanto was not able to give her any information.

18.    The next day, my daughter came to Adelanto to visit and was told that I was not available because I was in a medical facility. After she went to Adelanto, she was able to find the necessary information to talk to me.

19.    I was still in the hospital with chains around my arms and ankles. I called my daughter and explained to her that I was still in really bad pain and was bleeding from my buttocks. I was terrified and worried that I was going to die.

20.    Days later, I remained hospitalized and was still handcuffed to my bed. I had no privacy and was always handcuffed, even when I used the restroom. I remember that some of the nurses said they felt bad for me because I am so old.

21.    I ultimately did not have the surgery the doctor originally recommended because I did not want it, I was not given the necessary information about what was going on, and the doctor recommended I just take some medication instead.

22.    When I finally left the hospital, I was given a prescription for certain medicines. I have gone days without these prescription medicines because of the confusing and inefficient procedures at Adelanto. They gave me some pills but I am not sure this is all correct and sufficient for what every condition I have.

23.   I was ultimately in the hospital for approximately seven days and then returned to Adelanto.

### III.   Failure to Accommodate Mobility Issues

24.    I have various disabilities. I now require a walker to move due to my arthritis and have been ridiculed by facility guards because of this. I am very old and have arthritis but they still yell at me to move faster and place things where I cannot reach them. When I complain, they mimic my voice and repeat what I say in a mocking tone.

25.   On occasions, a guard has yelled at me for holding toilet paper and toothpaste in a handle of my walker. I need to do this because that is the only way for me to walk with toiletries when I need them in an emergency. For example, once I went to speak with my attorney, and I was locked in a small room with no windows. When I requested to leave the room to use the bathroom, I was not allowed. I had no other choice but to urinate on the floor in the room.

26.   The staff also originally claimed I was lying about my mobility issues and only gave me a broken walker to use at first. After repeated asks, I was able to receive a better walker. Despite using a walker, I have recently received a letter from the guards that says they will be taking my walker away from me on March 27, 2026. I have no idea how I will move without it. Moreover, in December 2025, I requested a wheelchair for a visitation. Instead of offering a wheelchair, a guard yelled at me by saying that I could walk.

27.   The beds at Adelanto are made of metal and have a very thin mattress. This has been extremely tough on my bones, and I am constantly in pain because I cannot get any comfortable sleep.

28.   There is also a broken window very close to my bed. I have reported this many times, and it has not been fixed. I tried to make it better by putting a piece of plastic over the window. However, a guard approached me and demanded that I take down the plastic. I pleaded to keep the plastic cover and showed the guard that my

clothes and bed were getting wet. A supervisor asked to see the window and took a picture. They claimed they would get the window fixed, but it is still broken more than a month later.

29.   This is particularly problematic because it makes it extremely cold where I sleep, which makes my arthritis so much worse. It also makes the area, my mattress, and clothes moldy after it rains.

30.   Because of my disability, I spend many days completely sedentary. I can barely get up to walk and I receive no extra help. My daily routine is depressing. Because I cannot really walk, I often spend the entire day at my bed. There are approximately one hundred beds in the room where I sleep. There is never any privacy here.

**IV.   Lack of Quality Food; Inadequate Sanitation**

31.   The food is often rotten and spoiled. I cannot eat this food without getting sick. Sometimes I purchase oatmeal from the commissary, but other than that I simply cannot eat. Often, I am not able to eat anything nourishing. Adelanto has made little to no effort to help accommodate my needs. For example, at one of my medical check-ins a doctor prescribed me a protein Ensure drink. However, around December 21, 2025, a nurse removed that prescription without asking me if I wanted it. To make this worse, the nurse then complained that I am always hungry.

32.   And on February 15, 2026, I got extremely sick from eating the food we were provided. I was very nauseous and dizzy. And it was not just me. It seemed like everyone who ate this meal also got sick. Because my stomach is prone to illness from bad food, I do not risk eating the food provided by Adelanto.

33.   Because of the awful food conditions, I have lost around 15 pounds since being detained.

34.   The sanitation here is also awful. None of the areas where I am allowed, including the bathrooms and showers, are cleaned regularly. I think the walls have mold because of the humidity. It never looks clean.

- 6 -

DECLARATION OF A.A.
Case No. 5:26-cv-00322-SSS-RAO

35. The staff is not accommodating when things go wrong. I am afraid of other detainees as well and feel unsafe in the dorm. There have been fights in our dorm. Other detainees have yelled at me and threatened to fight me for no reason.

36. The conditions for others can be even worse. I had a bunkmate who had been at Adelanto since before I was detained. The woman was very nice to me. On Christmas Day 2025, my bunkmate collapsed, urinated herself, and seemed to have stopped breathing. The entire facility was in shock and all the women were crying and yelling for help. The staff left my bunkmate on the floor for at least thirty minutes. The staff came in and covered her in blankets. The next morning, a guard made an announcement that the woman was okay. I am skeptical this is true, and I have not seen her since.

37. Should the Adelanto staff know my name, I am afraid they will deny me medical treatment and continue to mock me. I am afraid of physical harm or further punishment if they know that I submitted this declaration.

38. Despite these fears, I want people to know about the horrific conditions at Adelanto so that detainees can have access to necessary medical care and nourishment.

**V.   I Want My Personal Information to Be Private**

39. I would like to remain anonymous in this case because I do not want other people to know about my personal life.

40. I am also afraid that disclosing my identity and immigration status could put me at risk. I fear that people in the United States who are against immigrants like me could harm me if they know my identity and know I am participating in this lawsuit. I also would not want the information about my immigration status available to the public and to define me for the rest of my life.

41. I am also afraid that the guards at Adelanto or other immigration officers will retaliate against me or my family for my participation in this case. There are particular guards who have mistreated me and made me feel uncomfortable.

- 7 -
DECLARATION OF A.A.
Case No. 5:26-cv-00322-SSS-RAO

42.    I ask that this Court allow me to proceed under a pseudonym in this case.

43.    This declaration was read to me in my native language.

I declare under penalty of perjury that the foregoing is true and correct. Executed on March 5, 2026 in Adelanto, California.

A.A.

- 8 -
DECLARATION OF A.A.
Case No. 5:26-cv-00322-SSS-RAO