PUBLIC COUNSEL
REBECCA BROWN (SBN 345805)
rbrown@publiccounsel.org
SOPHIA WRENCH (SBN 354416)
swrench@publiccounsel.org
AMELIA PIAZZA (SBN 342473)
apiazza@publiccounsel.org
VANESSA RAE YOUNG (SBN 352693)
vyoungviniegra@publiccounsel.org
ELIZABETH HERCULES-PAEZ (SBN 320944)
eherculespaez@publiccounsel.org
610 S. Ardmore Avenue
Los Angeles, California 90005
Tel: 213-385-2977

*Attorneys for Plaintiffs*
Additional Counsel Listed on Following Page

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| L.T., SEVAK MESROBIAN, JOSE MAURO SALAZAR GARZA, AND J.M., on behalf of themselves and all others similarly situated; COALITION FOR HUMANE IMMIGRANT RIGHTS,<br><br>                    Plaintiffs,<br><br>          v.<br><br>U.S. IMMIGRATION AND CUSTOMS ENFORCEMENT; TODD M. LYONS, Acting Director, U.S. Immigration and Customs Enforcement; JAIME RIOS, Acting Director of Los Angeles Field Office, Enforcement and Removal Operations, U.S. Immigration and Customs Enforcement; U.S. DEPARTMENT OF HOMELAND SECURITY; KRISTI NOEM, Secretary, U.S. Department of Homeland Security,<br><br>                    Defendants. | Case No. 5:26-cv-00322-SSS-RAO<br><br>**DECLARATION OF ▮▮▮▮▮▮ ▮▮▮▮▮▮▮▮▮▮▮**<br><br>**A.A.A.A. IN SUPPORT OF PLAINTIFFS' MOTION FOR PRELIMINARY INJUNCTION**<br><br>**CLASS ACTION**<br><br>**REDACTED VERSION OF DOCUMENT PROPOSED TO BE FILED UNDER SEAL** |

DECLARATION OF A.A.A.A.
Case No. 5:26-cv-00322-SSS-RAO

IMMIGRANT DEFENDERS LAW CENTER
ALVARO M. HUERTA (SBN 274787)
ahuerta@immdef.org
CARSON ADRIANNA SCOTT (SBN 337102)
cscott@immdef.org
ALISON STEFFEL (SBN 346370)
asteffel@immdef.org
634 S. Spring St., 10th Floor
Los Angeles, CA 90014
Tel: 213-634-0999

COALITION FOR HUMANE IMMIGRANT RIGHTS
CARL BERGQUIST (*Pro Hac Vice*)
cbergquist@chirla.org
2351 Hempstead Road
Ottawa Hills, OH 43606
Tel: 310-279-6025

ADAM REESE (SBN 362898)
areese@chirla.org
2533 West Third Street, Suite 101
Los Angeles, CA 90057
Tel: 213-353-1333

WILLKIE FARR & GALLAGHER LLP
NICHOLAS REDDICK (SBN 288779)
nreddick@willkie.com
STEPHEN HENRICK (SBN 310539)
shenrick@willkie.com
ALYXANDRA VERNON (SBN 327699)
avernon@willkie.com
JACOB KARIM (SBN 340376)
jkarim@willkie.com
333 Bush St., 34th Floor
San Francisco, CA 94104
Tel: 415-858-7400

*Attorneys for Plaintiffs*

## DECLARATION OF A.A.A.A.

I, A.A.A.A., declare that:

1. I have personal knowledge of the facts set forth below, and if called to testify, I could and would do so competently.

**I.    Background**

2. I was detained at Adelanto ICE Processing Center ("Adelanto") between ██████████████████████████████████████████.

3. I came to the United States as a child, in ████, when I was ██ years old. I have lived in the United States since then, for ██ years.

4. My husband and I have two children who are both U.S. citizens. I have a daughter and son who are both in college. I also have two sisters and one brother who are all U.S. citizens. I have no criminal history. I work at a ██████████████ as a ██████████ in the ██████████.

5. I was detained by ICE on ██████████████████████████████████ at the San Bernardino USCIS office. I was there with my husband because we both had appointments for our green card interviews. My daughter drove us to the office, but instead of having our interview, ICE detained us. I was handcuffed, and I heard my husband telling the officers not to make my handcuffs too tight because I had shoulder surgery and suffer from chronic pain. The officers did not care and made the handcuffs even tighter. The handcuffs left bruises on my wrists. I was so afraid, but I was not allowed to call my daughter or my lawyer. I asked multiple times where they were taking us and was told I would find out once I was there.

6. We were then taken to the San Bernardino ICE Processing Center. I was put into a room that people call the icebox. There was no clock in there, and after what felt like an eternity, finally an officer came to talk to me. They told me to sign some papers, but I told them I needed my lawyer and I couldn't sign anything because I didn't have my glasses to read and couldn't understand what the papers said. One of

the male workers told me that I just had bad luck, and he wasn't sure why I was taken since I don't have a criminal record. He told me that I would be out in a maximum of ten days, but that I was still going to Adelanto. Then, I was asked to get on my knees. They put chains on my legs and my abdominal area, and handcuffed me tightly with my hands under my breasts, leaving me without any wiggle room. I was led to a van, where my husband, myself, and others were taken to Adelanto. The drivers in the van mocked us throughout the drive, saying we smelled bad and sprayed heavily scented fragrances at us through the air conditioner vents.

7. Being detained at Adelanto broke my heart. It was traumatizing. I was denied medical treatment, and witnessed others suffering because of the terrible conditions at Adelanto. It was so terrible there that I didn't think I could withstand staying there any longer, and felt like giving up on my immigration case. As a detainee at Adelanto, I felt like everyone working there intentionally ignores and neglects you, so that you feel like no one can hear you or see you. They break you down and make you feel helpless, and tell you that you can make it all go away if you just accept deportation. It feels like it is a place designed to break people and coerce them into giving up their rights to fight their immigration case to escape the nightmares at Adelanto.

## II.   Inadequate and Unprofessional Medical Care During Intake

8. I have several medical conditions including lupus, fibromyalgia, Hashimoto's disease, diabetes, and gastroesophageal reflux disease ("GERD"). I also have plaque in my arteries which places me at high risk for a heart attack. I often suffer extreme pain because of these illnesses, and they flare up when I am stressed. I had shoulder surgery before I was detained, and need to be careful with my shoulder and back. I also have a breast abscess that I was supposed to have surgery to remove, but I missed my follow up appointment with the surgeon because I was detained.

- 2 -

Because of my lupus and other conditions, I am immunocompromised. I take medication regularly, including for lupus and my thyroid.

9.    My daughter tried to bring me my medication while I was detained but she was never able to get it to me. She first brought it to the San Bernardino ICE Processing Center and was told they would take it to Adelanto. The staff at Adelanto never gave me my medication and I do not know what happened to it.

10.    When I first arrived at Adelanto, I was placed in a room with about five other women who had been recently detained. The room had a toilet that was not private. There was a woman with us who appeared to be unhoused and mentally incapacitated, and she used all of the toilet paper to wash herself with the toilet water, and made a mess, leaving everything wet. It was very disturbing for the rest of us in the room.

11.    A female officer, Officer Perez, told us that she was giving us all pregnancy tests. She gave me a Styrofoam cup that had my initials on the outside of it and instructed me to urinate in the cup. I asked Officer Perez for more toilet paper so that I could try to dry the toilet before using it due to the other detainee's mess, but was told I had to get it done or it would be considered a "refusal." So, I did the test. The other women did not speak English, but I am fluent, so I had to translate for them. After we urinated in these cups, she would put them on top of a dirty table with an old, nonworking telephone that looked like a payphone, and as the results came out, she was telling the women, "Congratulations, you're not pregnant!" I was horrified.

12.    After that, I was seen by a nurse. She asked me if I had a TB test done, and I told her that I had previously had TB so I could not get the test but would need an X-ray. She asked if I had any health issues, and I told her about my lupus, diabetes, and fibromyalgia, and the medications that I take. She did not ask about my dental history. She did not take my temperature or do any other medical exam.

DECLARATION OF A.A.A.A.
Case No. 5:26-cv-00322-SSS-RAO

13.   They don't tell you how to make medical requests and you have to figure things out yourself. To put in a medical request, you can put in a sick call, which is a medical form that contains three copies; one white, one yellow, one pink. You put the yellow and white copies into the box and keep your pink copy. I think I put in at least 50 medical requests throughout my detention at Adelanto.

**III.   Lack of Meaningful Grievance and Medical Request Processes**

14.   I started putting in medical requests the second day I was at Adelanto, around September 20, 2025 because I was not getting any of my medications, including my medications for lupus, GERD, and my thyroid, and I was in pain. I put in medical requests nearly every day. They say there is a 24-hour turnaround to see medical once you put in a request, but you never get seen that fast. I waited for several weeks without getting updates or any chance to talk to even a nurse. On around September 28, 2025, I learned that there is a medical grievance form, but the staff at Adelanto would not provide this form to me. One time when there was an outside inspection of the facility, they provided the grievance forms, but other than that they were never available. The staff also told us that any grievances would be given to the immigration judge, and that if we made trouble, it would be easier to get rid of us. I don't know what they meant by that, but it made me afraid to put in grievances.

15.   I also constantly put in requests for an additional mattress and another pillow to make my back and joint pain more tolerable, but was told only a doctor could authorize that. The mattresses are about one inch thick, and the beds are metal rails, and it caused me extreme pain to lay down. Being at Adelanto caused my lupus to flare up, and I was in constant pain. Other detainees noticed how I was unable to sleep, that I would get very pale, and that it was hard for me to walk without pain. My feet were very swollen, making it difficult to walk, and my hands also were swollen. When I was able to see the medical unit and get my blood sugar taken, it was often out of range, up to 189 mg/dL.

- 4 -

## IV.    Lack of Access to Lifesaving Medications

16.    My daughter brought my medication to the San Bernardino ICE Processing Center when I was originally detained, and the guards there accepted the medication. However, I never saw them and do not know what they did with them. For six weeks after I arrived, I did not receive my necessary medications at Adelanto. I only gradually started receiving some of my medication, including my medication for lupus, around mid-October 2025. Over two weeks after that, around November 1, 2025, did I receive some more of my necessary medications, including my thyroid medication and my medication for GERD. There were some medications that I was taking before I was detained at Adelanto that I did not receive for the entire time that I was detained.

## V.    Inappropriate Medical Treatment and Dangerous Lack of Training by Medical Staff

17.    On or around September 22, 2025, I was told that because I did not do a TB test, I had to be X-rayed. I have Hashimoto's and thyroid issues, and my doctor has told me to cover my thyroid during X-rays because it is harmful for my condition. I asked for an X-ray cover for my thyroid and was told there was nothing and asked if I was refusing the X-ray. I said no, I just need something to cover my thyroid please. The staffer looked around and said all we have is what we use to cover male penises, and asked me to put it on my face. It was very uncomfortable, and he just told me to hold it and kept pushing it more toward my face and mouth, and not my thyroid. I felt humiliated.

18.    On or around September 25, 2025, about one week after I was detained, my lupus flared up so badly, that an officer finally called for help because she saw how much pain I was in. I was sitting on my bed and holding a sheet over my head and grabbing onto my body, rocking back and forth. When I have lupus flareups, I look like a ghost but with red cheeks and forehead and dark circles around my eyes.

- 5 -

They took me from my bed. A nurse took my blood pressure and noted it was high. She asked if I suffer from high blood pressure, and I said no, that I was in pain. Eventually one of the nurses, Nurse Woods, finally believed that I was in real pain and suggested they call a doctor. They got a doctor on the phone to ask if they could authorize giving me medication. The doctor directed the nurses to give me a Toradol injection, for pain relief.

19.    There were three nurses in the room and the one who was supposed to administer the injection was visibly panicked, stating "I can't do this,  I can't do this, I've never done this." She did not want to do it, but the other nurses pulled her aside and gave her some sort of pep talk. Then they told me to pull down my pants. The nurse kept exclaiming, "I can't do this!" and "I'm going to hurt her!" The other nurses directed her to put the needle in me. I felt a poke in my buttocks and heard the nurse exclaim, "Now what do I do?" and the other nurses directed her to push it in, then she asked what to do again, and they said to pull it out. After she pulled it out, she was saying "Oh my god, oh my god, what do I do it's bleeding."

20.    The injection happened at around 6:20 pm, and we have count at 6:30 pm, where we are locked in our dorms and counted. After I was injected with the Toradol at around 6:20 pm, I felt extremely dizzy, my head was spinning and my eyes were watering. I asked to sit down and they said they had to get me back to the dorm before count, otherwise they would have to keep me there for an hour. I could barely walk, so other detainees had to help me get to my bed. After that, my pain was gone for the night and I was finally able to sleep. However, I was scared because they just sent me off after giving me an injection without knowing what they were doing. It felt like the nurse was just practicing on me. I later found out from another medical staff member at Adelanto that I should not have been given Toradol because of my lupus, since it can negatively affect my kidneys and liver.

DECLARATION OF A.A.A.A.
Case No. 5:26-cv-00322-SSS-RAO

21.    On or around September 30, 2025, I finally saw a doctor. However, he was terrible to me. I tried to explain my medical history to him, and as soon as I said fibromyalgia, he put his hand up to my face and said, "Stop, I don't want to hear all of your medical conditions. Fibromyalgia is mental and you need to go see a psychologist." He was upset that my medical history was not documented in the records he was looking at and berated me for not telling the intake nurse my medical history or what medications I was taking. He would not listen to me when I tried to tell him that I did give them all of that information at the intake. I told him that my pain was real and asked for an extra mattress. He told me that they only give extra mattresses to people with broken backs, back surgeries, or people 65 and older. I also told him I was diabetic, and that I needed to take my diet seriously but he wouldn't let me continue to explain or authorize a change in my diet. I put in a grievance based on this experience, but never received any follow up. I also was given a psychological intake because of the doctor's assumptions about my fibromyalgia, but they determined I did not have to see a psychologist.

## VI.    Lack of Treatment for Lupus and Inability to See a Specialist

22.    My lupus flareups give me canker sores, dry eyes, and cause my vaginal area to also get very dry. Around the beginning of October, the bottom of my feet started burning, I had blurry vision, was having blackouts, tunnel vision, and was walking with difficulty and losing my balance. I would be so dizzy to the point I felt like I was going to pass out. I needed help to walk, and was told by the Adelanto staff that they were having to step into medical roles they weren't qualified for because they were so short staffed with nurses and doctors.

23.    Around October 7, 2025, after four days of numbness in my feet and legs, I saw a nurse, Nurse Bautista, who told me that all she could do is give me salt to gargle with to help my canker sores. They wouldn't give me Tylenol because I already had ibuprofen. They said that I need a prescription for eyedrops but that I needed to

- 7 -

DECLARATION OF A.A.A.A.
Case No. 5:26-cv-00322-SSS-RAO

see an M.D., because they could not prescribe it. On or around October 9, 2025, I was told that my ibuprofen was "unprescribed," and I had to give it up. They forgot to take it from me, so I voluntarily brought it to the nurse who was distributing medication that evening because I was afraid of getting in trouble for having it. The nurse got mad at me for bothering her.

24.    On or around October 16, 2025, I saw Dr. Blanco, an OBGYN. I told her about my conditions and she told me that she couldn't examine my pelvic areas, because she did not have the proper equipment. Instead, she asked me to describe my symptoms. I described them to her, and she said that she was going to treat it like a yeast infection, and that the facility is not built for examinations. I told her about my lupus because I was desperate and needed help. She was able to authorize a second mattress for me, even though she was unsure if she could do that as an OBGYN. She told me that she herself suffers from lupus and understands what it's like. I told her that I am supposed to stay away from gluten and carbs and she told me that she would try to put in a diet change request for me.

25.    I was hoping to get my new diet right away, but according to the officers, when you are authorized a new diet, the doctor is supposed to walk a signed copy of the authorization to the kitchen, but Dr. Blanco did not know she was supposed to do that, and did not do that. Although my diet change was approved by Dr. Blanco on or around October 15, I did not start receiving the new diet until over one week later, around October 24, 2025. The only thing different with this new special diet is that I would get a piece of fruit, either an apple or an orange, with my meals once a day. My new diet was not gluten free or low carb like I am supposed to have.

26.    When I did receive my medications at Adelanto, they were administered at inconsistent times, which caused me a lot of distress. Our medications were supposed to be distributed at 8:00 pm. But on holidays, they were always short staffed, and we our medication would be delayed until 2:00 AM, which caused some detainees

- 8 -

extreme distress. Some days we wouldn't get our medication at all. For example, on December 12, 2025, I was not given any of my medication. From January 7, through January 11, I did not receive any of my lupus medication.

27.   On or around October 27, 2025, I saw a Physician Assistant, Dr. Reyes. Again, I explained my medical history to her. She said she did not have any record of me having lupus, but recognized that I was having a flare up from my description of my symptoms. I told her that my daughter had sent documents from my primary care doctor with all of my conditions and medications, but that I hadn't been able to turn it in because it needed to be submitted by my doctor or lawyer to be considered. Dr. Reyes told me to bring a copy of the documents with me to my next appointment with her. However, I explained to her that is impossible, because we are searched before we come to medical appointments and are not permitted to bring any paperwork with us. She was unaware of this. They took my bloodwork, but Dr. Reyes told me that she could only help me a little, and that I need to see specialists. She said she was going to put in requests for me to see specialists. She also told me that I should not have been given Toradol because it affects the kidneys and liver negatively when you have lupus.

28.   I saw Dr. Reyes a few weeks later for a follow up, and she was confused as to why I hadn't seen a specialist yet. She said she didn't know why it was taking so long and that she would put in another request, that the doctor in charge is supposed to approve it. Later, I found out from officers that no one is approved to see a specialist until they have been detained for over six months.

29.   Around the end of December 2025 or early January 2026, I was in so much pain, I started throwing up yellow stuff. My tongue was numb, my feet were numb, I could not walk without a cane. Everything hurt, my knees, my hips, my ankles, even my jaw hurt.

- 9 -

30.    Outside of detention, I see my rheumatologist every three months; my primary care doctor every three months for blood work, and my neurologist every six months. I also get an ultrasound every three months for my liver because of my lupus. I also routinely go to physical therapy, in person once a month and virtual appointments every two weeks.

**VII.  Witnessing Inadequate Care of Other Detainees**

31.    I also witnessed a lot of other detainees suffering. On one occasion, I was helping to translate for another detainee who had a knee injury when I saw another woman detainee putting her body over a ledge on the second floor, as if she was going to jump down to the first floor. That woman did not speak any language other than Russian. An officer went to get her while another officer called for medical support. I was in the area still waiting when two nurses came in, Nurse Parker and Nurse Bautista. Nurse Parker said, "I'm tired of seeing this bitch again," referring to the detainee that was about to jump. Nurse Bautista said, "Who are you talking about? The officer?" Nurse Parker said, "No, that bitch," and pointed to the detainee who was in crisis and wanting to jump. Nurse Parker then said, "When you detainees are acting up, it just helps us to deport you faster." What she said made me feel fearful that I could not ask for help or make complaints about the terrible conditions without risking deportation.

32.    On Christmas Eve, there were not enough staff members at Adelanto. We were told they were pulling staff from San Diego to come work at Adelanto because they were so understaffed. Our prescription medications are supposed to be distributed at 8:00 pm. However, no one came to give us our medication. At around 2:00 am, some people got their medication, but one elderly woman did not. This woman had very limited English, and did not speak Spanish. The next morning, I saw her looking very unsettled, pacing back and forth. I asked her if she was okay and she said no, and pointed to her heart and said "no medication." She was shaking violently

- 10 -

and at around 10:25 am, they told us to go back to our beds. They said they were calling a medic but there was no one that could come. Lieutenant Reyes came over and tried speaking to the elderly woman in Spanish, and we explained she does not speak Spanish. They ended up getting a detainee from another area to translate, and she explained she had a blood pressure issue. Lieutenant Reyes said there were not any medical staff present and called an ambulance. The elderly woman's entire body was shaking but no one came. Finally, at 10:50 am, a nurse came and said in Spanish, "que esta pasando?" or "what is happening?" Meanwhile the elderly woman continued to shake and cry. At 11:35 am, they called "count clear," and officers came with a wheelchair to come get her. I saw her a couple of hours later, she was not taken to an offsite medical facility, but said they put something that tasted bad under her tongue and monitored her blood pressure, but she was never seen by a medical professional.

33. On Christmas Day, during dinnertime, an elderly Colombian woman who had gone to an offsite hospital returned to Adelanto. Suddenly everyone started yelling we needed medical because the Colombian woman had gone unconscious at the table. One of the other detainees was holding her head up. I tried informing the officers that she had just had heart surgery and that she'd complained of a headache. They called a Code Blue and officers arrived, but they only had a wheelchair. They did not have a stretcher, and the woman was unconscious. She was a taller and heavier woman, and the medics first tried picking her up by her pants, lifting her from the table she was sitting at to put her on the wheelchair. They weren't able to lift her, and her body urinated and fell limp to the floor with a disturbingly loud thump that caused everyone to gasp at the sound. Her body started turning purple and everyone began yelling for help.

34. The guards yelled at us to be quiet, and arranged her body on the wheelchair. They were trying to roll her, but her body was limp and she was

- 11 -

DECLARATION OF A.A.A.A.
Case No. 5:26-cv-00322-SSS-RAO

unconscious, and her legs got stuck underneath the wheelchair. Everyone was watching and saw and cried out that they were hurting her. The officers then rolled her back while one officer grabbed her legs and started walking backwards so that they could move her. She looked really bad, she was purplish gray and everyone thought that she had died. A lot of people were crying but the staff yelled at us to be quiet and stay in our beds. Eventually they came and cleaned up the urine with the same mop they use to clean everything—there was no disinfectant or extra measures taken to clean up the bodily fluids. No one ate dinner that night because we were so traumatized. She returned back to Adelanto about a week later, it was some time after New Year's Day. When she came back, I found out that she had a stroke. She wasn't okay, she seemed mentally incapacitated and was communicating and acting like a child. She wasn't allowed to speak to her family while she was at the hospital. She was released on from Adelanto the same day that I was.

35.    Another female detainee's dental crown broke while she was at Adelanto, and she told the staff but they did nothing. One day, it started oozing blood and pus. She asked me to translate for her and we asked the nurse who was distributing medication for help. She asked for pain medication and the nurse said she couldn't do anything and to put in a sick call. I helped her put in a sick call in English. We put in three different sick calls for her over ten days while waiting for her to be seen. Throughout those ten days, her face was swollen, she was oozing pus, and she was in severe pain.

36.    After those ten days, she saw a nurse, not a dentist, who said I don't know why you're here, you need to see a dentist, and put in a request for her to see a dentist. Two weeks later, she was scheduled to see a dentist, but was never picked up for her appointment. Shortly before she was released, she did see a dentist, but the dentist only offered to remove a piece of her tooth. She asked to have her crown replaced, but was told that she would have to be detained longer in order to get a crown. She

- 12 -

didn't eat a lot, she said it hurt her to eat. We would have put in more medical requests for her, but we only put in three because she was afraid of retaliation.

37.    There was another elderly detainee, who was at least 70 years old and had a hard time walking. All of us detainees tried to help her where we could, we saw our future selves, and our mothers in her. She needed a lot of help, and eventually another lady who had a stroke and was given a walker had recovered enough and gave this elderly woman her walker. She would go to the bathroom in her bed because she couldn't walk. One time she was going to the restroom and was shaking badly, she said, "I would rather just die instead of going through all of this," because she needed help to wipe. Then she lost consciousness. I was in pain and unable to help much, but tried to place my walker in a way that would prevent her from falling further. I called for an officer to come help and one of the nurses yelled that we couldn't touch her, help her, or do anything because of PREA, the Prison Rape Elimination Act. But this elderly woman needed a lot of help, she couldn't even shower by herself. They yelled at us and would keep a close eye on us just to make sure we weren't helping her. It felt like they were making the situation so miserable, so dehumanizing, and so harsh that we would give up and accept deportation.

**VIII. Lack of Drinking Water and Poor Quality Tap Water**

38.    It would take forever for drinking water to be brought to our cells, and the water would make us sick. Medical professionals at Adelanto would tell people to keep hydrated when they were feeling sick, but we would regularly go over six hours without water. The officers would tell us to drink tap water because our water is not filtered anyway. After it rained, we could see that our water was yellow and brownish, it looked like dirty toilet water and people would get sick to their stomach. We would get two, ten-gallon jugs of water to share, or sometimes only one. The only difference between this and the tap water is that they would add ice. The ice machine was broken for a while though, so we didn't even have ice.

- 13 -

39. The water in the jugs was really dirty. We would find hair in the water and when the jugs were empty, they were slimy inside and it was obvious they weren't cleaned properly. You could buy water at the commissary, but there would be weeks where it was unavailable. One detainee told me she witnessed staff filling up the water jugs and running their hands under the tap water as it came out, without wearing gloves.

40. We got meals three times a day, but they were not nutritious. Once I had my diabetic diet, I was lucky because I got fruit almost every day. Usually, I would get an apple or an orange, but that would be my entire meal because it would be served with pastas that I could not eat. A typical meal was a plate with 3 sections, one larger for a main, and two smaller for sides. A typical meal would contain beans with overcooked pasta on top in the large section, lettuce with a small piece of chocolate cake as one of the sides, and a soggy dinner roll as the second side. The lettuce was often burnt and soggy from the beans and the chocolate cake would make it mushy.

41. Our meals would often be delayed, sometimes breakfast would be at 5:00 am, sometimes at 9:00 am. Sometimes dinner was at 5:30 pm and other times it wouldn't be until 8:00 or 9:00 pm. I would still feel hungry after eating the meals. Often there would be a line of people going straight from picking up their meal trays to the trash because the food was not edible. We could buy instant noodle soups from the commissary, but there would always be long lines for the two microwaves that were available to use.

42. A librarian at Adelanto told me that she overheard a discussion in the kitchen where higher ups were discussing if they could serve us spoiled and rancid beans. She said she felt sick to her stomach and that they did end up serving the bad beans.

43. Another time, there was mold on my tortilla. I asked for another plate and an officer told me to just pick off the moldy piece and eat the rest. I told her it was all

- 14 -

DECLARATION OF A.A.A.A.
Case No. 5:26-cv-00322-SSS-RAO

contaminated and she did not know what that meant. Other detainees also received moldy food.

44. We would go over a week without hand soap. I would make KITE requests for hand soap, and make grievances, but there was never any response. I eventually figured out how to use the jugs of water to dilute the soap in the dispensers. Another time, we went two days without paper towels, toilet paper, or sanitary pads. Officer Jimenez asked me to translate and tell everyone we were out of those three items and to stop asking because she wasn't going to give it to us and it wasn't her fault, it was the nighttime officer's fault for not bringing it. Women had to shower to clean themselves if they were on their menstrual cycle, and because we had very limited clothing, some women used their shirts to clean themselves. I also did not receive any shampoo for the first four days after I arrived at Adelanto.

45. We would go days without being able to use some of the sinks because they were clogged or really moldy and smelly. Small mosquitoes and flies were in the restrooms. The showers were also very dirty. One day when I was showering, the buttons for hot water got stuck, and the water came out so hot it burned my leg. I asked to see medical, but it was during the holidays and no one could see me. I was told to get a rag and put cold water on my leg. That hot water in the shower kept running for about five days because no one was there to fix it.

46. There was black mold all over the bathrooms and our dorms. I put in a grievance on January 6, 2026 after the black mold had been growing for over two weeks, but it was never addressed or responded to. Everyone was coughing, a lot of water was seeping in and our beds were extremely wet, like it was raining on us. Many people were getting sick with a cold. I asked other detainees to submit grievances via the tablets, and the staff responded by turning the air conditioning up extremely high. More people were getting sick, and had joint pain from being in uncomfortable positions trying to stay warm. They never turned the air conditioning off. One of the

- 15 -

DECLARATION OF A.A.A.A.
Case No. 5:26-cv-00322-SSS-RAO

officers said they had to leave it on because we had all been showering too much, and causing mold. It felt like they were retaliating against us for complaining and punishing us by making us cold.

## IX.  Limited Visitation and Coercion

47.    We were allowed to have our families visit, but were told we were only allowed one hug and one kiss at the beginning and end.    One time, I witnessed an infant being brought to a detainee who had been breastfeeding. The baby kept reaching for its mother and the officers kept telling them they could not have contact. Eventually, the baby had to be taken outside because it was so frustrated and couldn't understand.

48.    My children would have to arrive very early to visit me. They told me they had to wait in long lines to get in, and the lines would start by 3:00 am. One day, my daughter arrived around 9:00 am and had to wait in line until 6:30 pm, and ended up having to go to the hospital because of dehydration after waiting in line all day. Sometimes our visitations would be cut short to 30 minutes instead of an hour.

49.    I felt like I was being coerced into giving up my immigration case. The holidays were especially bad because Adelanto was so understaffed and crises would happen. There was one three-day weekend where nothing was happening, there was no court, few employees were at Adelanto for more than 16 hours, and we couldn't get responses for anything.

50.    One time I spoke to my deportation officer, I asked how my case was going and she told me that I didn't have a chance with my case and I should just sign to leave now. She said, "Where are you from, Mexico? I'll get you there in two hours." She knew that we were desperate to get out of Adelanto. The second time I spoke to her she told me to sign documents for my deportation. I was translating for a lot of people in different situations, and she would tell them the same thing. It was very

draining. We could sign up to meet with officers assigned to us to discuss our cases, but there would be weeks they weren't available.

51.    Around November I saw on the news that more detainees would be able to apply for bond. I asked an officer how that worked, and he told me that nothing had changed and as long as Trump is in office, I would not get bond. It was disheartening and almost broke me to the point of wanting to accept deportation.

52.    I was eventually released on bond. When I was released, they did not give me any medication. They told me that if I wanted my medication, I would have to remain detained and wait until they had it in stock, even though I had already gone days without it. I chose to leave without the medication and obtain it once I was released. I was not given any sort of medical evaluation. I saw that they put in my paperwork that I had a temperature of 98 degrees when I was released, but my temperature was never taken. I was given a CD that is supposed to contain my medical records, but I have not been able to access the contents because the CD has not worked when I have tried it on various laptops and computers. I brought it to my primary care doctor and they could not access the contents from the CD either, so I have not been able to review any of my medical records from my time at Adelanto.

53.    While I was detained, my daughter requested my medical records four times, but was given the runaround and was instructed by different staffers to fill out different forms, and go to different wings of the facility, until she was told that they would give us this CD once I was released.

54.    I have ongoing medical issues due to my time at Adelanto. My finger is now deformed, and I have an appointment with my rheumatologist in March 2026 to follow up on this. My joints hurt more than they ever did, I never knew that joints on my fingers could hurt this much. I was walking fine before I went into Adelanto, but now I need to use a cane. My knees are now so swollen that it is hard to walk. I have to wear my glasses more now because my diabetes has gotten worse. This is also a

DECLARATION OF A.A.A.A.
Case No. 5:26-cv-00322-SSS-RAO

side effect of my lupus medication being administered inconsistently and unmonitored. I have also been instructed to change the dosage of one of my medications because I was not given it while in detention. I lost a lot of hair while I was detained and it has not grown back. I also have two new cysts on my back that formed while I was at Adelanto, but that I did not know about until I was released. I had them surgically removed after I was released. I have neuropathy now, which includes tingling in my feet, which I never had before Adelanto. My skin is itchy and dry, which it was not before Adelanto, and I have an appointment coming up with a dermatologist. After I was released, I was diagnosed with post traumatic stress disorder ("PTSD"). I have been prescribed Zoloft and sleeping medication because I cannot sleep well after being detained. It feels like my body is in an exaggerated mode. If someone is driving and brakes quickly, I have an extreme reaction. Since I can't sleep, I am constantly tired. I don't feel like myself, and I have now started seeing a therapist and a psychiatrist. I had never been in therapy before I was detained and never felt anxiety like this before. Adelanto is not equipped to detain this many people. It is a dark and traumatizing place that can't meet basic needs, and should be shut down.

## X.  I Want My Personal Information to Be Private

55.  I would like to remain anonymous in this case because I do not want other people to know about my personal life, including my immigration status and medical history. I would like to keep this information between myself, my doctors, and my family.

56.  I am also afraid that disclosing my identity and immigration status could put me at risk. I fear that people in the United States who do not support immigration could harm me if they know my identity and that I am participating in this lawsuit.

57.  I ask that this Court allow me to proceed under a pseudonym in this case.

- 18 -

DECLARATION OF A.A.A.A.
Case No. 5:26-cv-00322-SSS-RAO

I declare under penalty of perjury that the foregoing is true and correct. Executed on February 24, 2026 in San Bernadino, California.

A.A.A.A.

DECLARATION OF A.A.A.A.
Case No. 5:26-cv-00322-SSS-RAO