PUBLIC COUNSEL
REBECCA BROWN (SBN 345805)
rbrown@publiccounsel.org
SOPHIA WRENCH (SBN 354416)
swrench@publiccounsel.org
AMELIA PIAZZA (SBN 342473)
apiazza@publiccounsel.org
VANESSA RAE YOUNG (SBN 352693)
vyoungviniegra@publiccounsel.org
ELIZABETH HERCULES-PAEZ (SBN 320944)
eherculespaez@publiccounsel.org
610 S. Ardmore Avenue
Los Angeles, California 90005
Tel: 213-385-2977

*Attorneys for Plaintiffs*
Additional Counsel Listed on Following Page

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

L.T., SEVAK MESROBIAN, JOSE MAURO SALAZAR GARZA, AND J.M., on behalf of themselves and all others similarly situated; COALITION FOR HUMANE IMMIGRANT RIGHTS,

Plaintiffs,

v.

U.S. IMMIGRATION AND CUSTOMS ENFORCEMENT; TODD M. LYONS, Acting Director, U.S. Immigration and Customs Enforcement; JAIME RIOS, Acting Director of Los Angeles Field Office, Enforcement and Removal Operations, U.S. Immigration and Customs Enforcement; U.S. DEPARTMENT OF HOMELAND SECURITY; KRISTI NOEM, Secretary, U.S. Department of Homeland Security,

Defendants.

Case No. 5:26-cv-00322-SSS-RAO

**DECLARATION OF JORGE AGUILAR IN SUPPORT OF PLAINTIFFS' MOTION FOR PRELIMINARY INJUNCTION**

**CLASS ACTION**

IMMIGRANT DEFENDERS LAW CENTER
ALVARO M. HUERTA (SBN 274787)
ahuerta@immdef.org
CARSON ADRIANNA SCOTT (SBN 337102)
cscott@immdef.org
ALISON STEFFEL (SBN 346370)
asteffel@immdef.org
634 S. Spring St., 10th Floor
Los Angeles, CA 90014
Tel: 213-634-0999

COALITION FOR HUMANE IMMIGRANT RIGHTS
CARL BERGQUIST (*pro hac vice*)
cbergquist@chirla.org
2351 Hempstead Road
Ottawa Hills, OH 43606
Tel: 310-279-6025

ADAM REESE (SBN 362898)
areese@chirla.org
2533 West Third Street, Suite 101
Los Angeles, CA 90057
Tel: 213-353-1333

WILLKIE FARR & GALLAGHER LLP
NICHOLAS REDDICK (SBN 288779)
nreddick@willkie.com
STEPHEN HENRICK (SBN 310539)
shenrick@willkie.com
ALYXANDRA VERNON (SBN 327699)
avernon@willkie.com
JACOB KARIM (SBN 340376)
jkarim@willkie.com
333 Bush St., 34th Floor
San Francisco, CA 94104
Tel: 415-858-7400

*Attorneys for Plaintiffs*

# DECLARATION OF JORGE AGUILAR

I, Jorge Aguilar, declare that:

1. I have personal knowledge of the facts set forth below, and if called to testify, I could and would do so competently.

2. I have been detained at Adelanto ICE Processing Center ("Adelanto") since approximately June 18, 2025. I am currently housed in Adelanto West. I am twenty-five years old.

3. I came to the United States when I was only two years old and have been here since. I have a United States citizen daughter and fiancée. My mother and siblings all live in the United States as well. I was studying at college and working part time to support my daughter before I was detained by ICE.

4. I was detained by ICE at my Intensive Supervision Appearance Program (ISAP) check-in despite having successfully complied with the ISAP program for four years. In those four years, I was never arrested, I attended all my non-detained immigration court hearings, and I made sure to comply with all the terms of my release by ICE.

5. Being detained has been very hard on my mental health and I feel more depressed than usual. I miss my family, especially my three-year-old daughter, who does not understand where I've gone.

## I. Lack of Meaningful Mental Health Care and Inappropriate Treatment by Adelanto Staff

6. When I was first detained at Adelanto, I sought out psychological help because I've suffered from mental illness since I was a teenager. I have a history of suicide attempts, depression, and psychosis and have been diagnosed with a lot of different mental illnesses over the years.

7. When I first arrived at Adelanto, I was able to get my prescription for Prozac but being at Adelanto was so stressful that the medication was not enough to

help me cope. After about four months after I arrived at Adelanto, I met with a psychiatrist and told him that I had previously been diagnosed with schizophrenia. He accused me of trying to game the system. He also told me that I was a sociopath just trying to get medication I did not need. After that interaction, I did not feel safe talking to the psychiatrist. It made me feel dumb for asking for help and I stopped leaving my cell to take the Prozac I was prescribed. But, I recently learned about a week ago from the psychologist that the psychiatrist I met with does not work here anymore and I am now waiting to see the new psychiatrist so that I can get back on my medication and get the mental health treatment I need for my diagnosis.

8. A few weeks after my meeting with the psychiatrist, I broke down crying in court and told the judge I wanted to go to Mexico because I could not stand being detained at Adelanto any longer. The judge realized there was something going on with me beyond simply being detained. I told him what happened with the psychiatrist and the judge ordered a competency inquiry that ultimately resulted in me being found incompetent to represent myself because of my mental illness. I am now a *Franco-Gonzalez* class member.

9. At Adelanto, a group of detainees threatened to attack me and tried to get me into a secluded area so they could hurt me. I think they do not like me because of my disabilities and because I cannot speak Spanish that well. I told my fiancé and she told my lawyer. My lawyer called the detention center and asked for me to be placed in protective custody. The officer told my lawyer they would move me, but they did not. No staff member came to ask me if I was safe. The next day, my lawyer called back and told the officer that I was suicidal because of the situation, and they eventually moved me to administrative segregation later that day. This was over 24 hours after my lawyer first reported the threats to Adelanto staff.

10. Administrative segregation has not been good for my mental health – it is effectively solitary confinement. I feel very depressed and do not want to leave my

room these days or see any of the other detainees because I do not feel safe. Even in administrative segregation, other detainees threaten me through doorways whenever they get the chance.

11. I cannot rely on the officers to help me because they do not take me seriously. One time, an officer told me I was giving him a boner because I was not wearing a shirt and then the other officers laughed. I feel I am being bullied like in high school just because I am different and have mental health disabilities.

12. In January, someone peed on my cell door. I asked the officers to investigate who did it and check the cameras, but they told me, “We don’t care about you,” and said they would not investigate unless ICE told them to. I told my lawyer what happened, and she called my deportation officer, Officer Heard. Officer Heard said he would ask GEO to investigate, but since then no action has been taken.

13. Because of all the harassment I have faced at Adelanto from staff and other detainees, I often feel that I want to give up on my immigration case. However, I am trying to hold on because I know that if I am deported, I will be permanently separated from my daughter, fiancée, mother, and siblings. I have spent my whole life in the United States. I can barely remember Mexico and I cannot even speak Spanish well. However, now I have to choose between being detained for months to years in horrible conditions and without medical care and leaving the only home I have ever known. It is an impossible choice to make.

I declare under penalty of perjury that the foregoing is true and correct. Executed on February 24, 2026 in Adelanto, California.

Jorge Aguilar