PUBLIC COUNSEL
REBECCA BROWN (SBN 345805)
rbrown@publiccounsel.org
SOPHIA WRENCH (SBN 354416)
swrench@publiccounsel.org
AMELIA PIAZZA (SBN 342473)
apiazza@publiccounsel.org
VANESSA RAE YOUNG (SBN 352693)
vyoungviniegra@publiccounsel.org
ELIZABETH HERCULES-PAEZ (SBN 320944)
eherculespaez@publiccounsel.org
610 S. Ardmore Avenue
Los Angeles, California 90005
Tel: 213-385-2977

*Attorneys for Plaintiffs*
Additional Counsel Listed on Following Page

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| L.T., SEVAK MESROBIAN, JOSE MAURO SALAZAR GARZA, AND J.M., on behalf of themselves and all others similarly situated; COALITION FOR HUMANE IMMIGRANT RIGHTS, <br><br> Plaintiffs, <br><br> v. <br><br> U.S. IMMIGRATION AND CUSTOMS ENFORCEMENT; TODD M. LYONS, Acting Director, U.S. Immigration and Customs Enforcement; JAIME RIOS, Acting Director of Los Angeles Field Office, Enforcement and Removal Operations, U.S. Immigration and Customs Enforcement; U.S. DEPARTMENT OF HOMELAND SECURITY; KRISTI NOEM, Secretary, U.S. Department of Homeland Security, <br><br> Defendants. | Case No. 5:26-cv-00322-SSS-RAO <br><br> **DECLARATION OF JOSUE JEISON PEREIRA AMAYA IN SUPPORT OF PLAINTIFFS' MOTION FOR PRELIMINARY INJUNCTION** <br><br> **CLASS ACTION** |

IMMIGRANT DEFENDERS LAW CENTER
ALVARO M. HUERTA (SBN 274787)
ahuerta@immdef.org
CARSON ADRIANNA SCOTT (SBN 337102)
cscott@immdef.org
ALISON STEFFEL (SBN 346370)
asteffel@immdef.org
634 S. Spring St., 10th Floor
Los Angeles, CA 90014
Tel: 213-634-0999

COALITION FOR HUMANE IMMIGRANT RIGHTS
CARL BERGQUIST (*Pro Hac Vice*)
cbergquist@chirla.org
2351 Hempstead Road
Ottawa Hills, OH 43606
Tel: 310-279-6025

ADAM REESE (SBN 362898)
areese@chirla.org
2533 West Third Street, Suite 101
Los Angeles, CA 90057
Tel: 213-353-1333

WILLKIE FARR & GALLAGHER LLP
NICHOLAS REDDICK (SBN 288779)
nreddick@willkie.com
STEPHEN HENRICK (SBN 310539)
shenrick@willkie.com
ALYXANDRA VERNON (SBN 327699)
avernon@willkie.com
JACOB KARIM (SBN 340376)
jkarim@willkie.com
333 Bush St., 34th Floor
San Francisco, CA 94104
Tel: 415-858-7400

*Attorneys for Plaintiffs*

DECLARATION OF JOSUE JEISON PEREIRA AMAYA
Case No. 5:26-cv-00322-SSS-RAO

**DECLARATION OF JOSUE JEISON PEREIRA AMAYA**

I, Josue Jeison Pereira Amaya, declare that:

1. I have personal knowledge of the facts set forth below, and if called to testify, I could and would do so competently.

**I.    Background**

2. I am 21 years old. I was designated an unaccompanied child when I entered the United States. I fled El Salvador due to threats of violence and parental abandonment. My mother passed away when I was only 12 years old and my father was never present in my life.

3. I was detained at Adelanto ICE Processing Facility ("Adelanto") from December 2025 through January 2026. I write this declaration to explain my experiences at Adelanto Detention Facility.

4. Prior to being detained, I was diagnosed with a condition called granuloma which caused me to develop a large cyst on the left side of my head. The cyst bled frequently but I did my best to keep it dry and clean using hydrogen peroxide and gauze wraps. I also wore a hat or beanie to keep my bandages in place and apply a bit of pressure.

5. In the months before I was detained, I went to several appointments with doctors and specialists. The specialists told me I needed to have the cyst surgically removed because it was bleeding too often. My surgery was scheduled for December 8, 2025.

6. On December 4, 2025, I was detained by immigration officials outside of a park in Hawthorne, California. Two agents approached me and told me they were arresting people who did not have permission to be in the U.S. I showed them my work permit I obtained through my application for asylum that is pending with USCIS. The officers confiscated my Employment Authorization Document ("EAD") and arrested me. I was processed in Los Angeles at B-18 and then transferred to Adelanto, California.

- 1 -

7. I spent a short time at Desert View Annex, but I was quickly transferred to Adelanto.

## II.     Inadequate Medical Care for Bleeding Cyst and Surgery

8. In Adelanto, I explained to the officers that I needed to keep my cyst covered because of the bleeding. They ignored me and said my only option was to make a kite request to see the nurses.

9. Throughout the first several days I was at Adelanto, I made a kite request every day. The request said I would get a response within three days, but I hardly ever received a response. I spent several days with barely any care, coverage, or disinfectant products to care for my bleeding cyst.

10. The few times I was seen by the nurse, I explained that I needed gauze and disinfectant to keep my cyst clean and dry. The nurse only gave me a band aid. They told me to clean my cyst with water and soap from the bathroom I shared with 7 other men. I was hesitant to do this because the water did not look clean. The nurses at Adelanto told me there was nothing else they could offer me. They told me they could not help me since I needed a doctor's attention and there was no doctor available at that time.

11. My health continued to worsen terribly. I was extremely weak and in unbearable pain due to the amount of blood I was losing. My cyst was bleeding constantly. I became pale and had dark circles around my eyes. I could not walk on my own or support my own body weight. The other 7 men who I shared the cell with became extremely worried about me. They argued with the guards to do something —they shouted, "this kid is going to die!"

12. I believe these men saved my life since it was them who convinced the guards to do something and get me to the hospital. On approximately December 10, 2025, I was shackled from my wrists and ankles and transferred to a hospital about 20 minutes away from Adelanto.

- 2 -

13.    One day, I saw one of the officers who I believed was a supervisor. I told him that I needed to be seen by the doctor because I was losing too much blood. I was weak and pale and in so much pain. The officer radioed the nurses to come and see me. After about two hours, the nurses finally arrived to see me. They called a code blue, which I believe means there is a serious medical emergency. The nurses told the officers I needed to go to the hospital immediately. They shackled me from my wrists and ankles and transported me to a hospital in a GEO van. I was so worried about whether I would even make it to the hospital alive.

14.    When I arrived at the hospital, I was given an IV and other medications. The doctors and nurses at the hospital ran several tests including an MRI but ultimately told me they could not do anything about my cyst. They said I needed to go to a specialist. Instead, the officers returned me to Adelanto.

15.    After that visit to the hospital, I became extremely ill. I was losing so much blood from my cyst and was not receiving proper care. My clothes and bed were soaked in blood. I would estimate that I lost about three cups of blood a day for those first few weeks I was detained at Adelanto.

16.    The second time I was hospitalized, I received medication and dressing changes from the nurses who came in about every three hours. They gave me morphine because I was in so much pain. They also told me the blood in my head was beginning to clot due to so much blood loss. I was treated for about three days before the doctors were able to perform the surgery to remove the cyst on my head. I think they needed me to regain some strength and recover from the terrible state I was in.

17.    Two days after my surgery, I had to return to Adelanto. When I returned to Adelanto West, I did not have access to the proper medication or aftercare supplies to care for my surgery wound. My wound was completely exposed. I often woke up with my head stuck to my pillow because my surgery site was bleeding at night. At one point, the dry blood that stuck to my pillow pulled two stitches out of my head. I

- 3 -
DECLARATION OF JOSUE JEISON PEREIRA AMAYA
Case No. 5:26-cv-00322-SSS-RAO

went to the doctor at Adelanto to ask them to send me back to the hospital to get the stitches redone —they refused.

18.  I tried my best to advocate for myself and tell the nurse I needed gauze for my surgery wound but they only gave me band aids and told me to clean the blood with soap and water from the bathroom. I was so worried that it would open and become infected.

19.  Following my surgery, the pain was also unbearable. I made several requests to be seen by the nurses to receive medication —the doctor from the hospital who performed my surgery had told me I would require injections to treat the pain. However, the doctor at Adelanto West told me that was not possible. He said they could only offer me ibuprofen for a headache. I tried to explain that this was not pain from a regular headache, it was pain from surgery on my head.

20.  Recovering from my surgery at Adelanto was horrible. Ideally, you would like to recover from surgery and extreme blood loss by eating nutritious foods and lots of fluids. However, the food in detention is horrible. I relied on purchasing food through the commissary with funds my attorney helped me access. I was able to eat foods that were not great but at least helped me survive.

21.  On about January 10, 2026, I was transferred from Adelanto back to Desert View Annex.

22.  The medical staff at Desert View gave me the proper medication and gave me the injections that the doctor from Adelanto denied me. They gave me an ointment and cleaned my wound with gauze and bandages. They also cautioned me to not wash my surgery wound with the water since it could become infected.

23.  They also told me that I could have died from the severe blood loss while I was at Adelanto. They told me my hemoglobin levels dropped way too low and gave me lots of supplemental vitamins including iron, B12, and calcium. I took these vitamins for the rest of my time in detention and upon my release they even gave me another 30-day supply.

- 4 -

DECLARATION OF JOSUE JEISON PEREIRA AMAYA
Case No. 5:26-cv-00322-SSS-RAO

24.    Thankfully, I was released from detention on February 17, 2026. The experience was horrible and I am still recovering from everything I endured. I am so grateful for my legal team that helped advocate for me to receive medical treatment and ultimately to be released.

I declare under penalty of perjury that the foregoing is true and correct. Executed on February 24, 2026 in Los Angeles, California.

_____

Josue Jeison Pereira Amaya

DECLARATION OF JOSUE JEISON PEREIRA AMAYA
Case No. 5:26-cv-00322-SSS-RAO