PUBLIC COUNSEL
REBECCA BROWN (SBN 345805)
rbrown@publiccounsel.org
SOPHIA WRENCH (SBN 354416)
swrench@publiccounsel.org
AMELIA PIAZZA (SBN 342473)
apiazza@publiccounsel.org
VANESSA RAE YOUNG (SBN 352693)
vyoungviniegra@publiccounsel.org
ELIZABETH HERCULES-PAEZ (SBN 320944)
eherculespaez@publiccounsel.org
610 S. Ardmore Avenue
Los Angeles, California 90005
Tel: 213-385-2977

*Attorneys for Plaintiffs*
Additional Counsel Listed on Following Page

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

L.T., SEVAK MESROBIAN, JOSE MAURO SALAZAR GARZA, AND J.M., on behalf of themselves and all others similarly situated; COALITION FOR HUMANE IMMIGRANT RIGHTS,

Plaintiffs,

v.

U.S. IMMIGRATION AND CUSTOMS ENFORCEMENT; TODD M. LYONS, Acting Director, U.S. Immigration and Customs Enforcement; JAIME RIOS, Acting Director of Los Angeles Field Office, Enforcement and Removal Operations, U.S. Immigration and Customs Enforcement; U.S. DEPARTMENT OF HOMELAND SECURITY; KRISTI NOEM, Secretary, U.S. Department of Homeland Security,

Defendants.

Case No. 5:26-cv-00322-SSS-RAO

**DECLARATION OF GILBERT ANTHONY ARNOLD IN SUPPORT OF PLAINTIFFS' MOTION FOR PRELIMINARY INJUNCTION**

**CLASS ACTION**

IMMIGRANT DEFENDERS LAW CENTER
ALVARO M. HUERTA (SBN 274787)
ahuerta@immdef.org
CARSON ADRIANNA SCOTT (SBN 337102)
cscott@immdef.org
ALISON STEFFEL (SBN 346370)
asteffel@immdef.org
634 S. Spring St., 10th Floor
Los Angeles, CA 90014
Tel: 213-634-0999

COALITION FOR HUMANE IMMIGRANT RIGHTS
CARL BERGQUIST (*Pro Hac Vice*)
cbergquist@chirla.org
2351 Hempstead Road
Ottawa Hills, OH 43606
Tel: 310-279-6025

ADAM REESE (SBN 362898)
areese@chirla.org
2533 West Third Street, Suite 101
Los Angeles, CA 90057
Tel: 213-353-1333

WILLKIE FARR & GALLAGHER LLP
NICHOLAS REDDICK (SBN 288779)
nreddick@willkie.com
STEPHEN HENRICK (SBN 310539)
shenrick@willkie.com
ALYXANDRA VERNON (SBN 327699)
avernon@willkie.com
JACOB KARIM (SBN 340376)
jkarim@willkie.com
333 Bush St., 34th Floor
San Francisco, CA 94104
Tel: 415-858-7400

*Attorneys for Plaintiffs*

# DECLARATION OF GILBERT ANTHONY ARNOLD

I, Gilbert Anthony Arnold, declare as follows:

1. I make the following statements on behalf of myself. I have personal knowledge of the facts in this declaration. If called upon to testify, I could and would testify competently to the following facts.

## I. Background

2. My name is Gilbert Anthony Arnold. I am 27 years old, and I was born in Belize City, Belize. I have lived in the United States since I was 2 years old. I arrived in 2001. I have been in immigration detention since August 2, 2024. I was first detained at the Desert View Annex detention facility before being transferred to the Adelanto ICE Processing Center ("Adelanto") on January 31, 2025.

3. I was previously incarcerated in Ventura County jail for three months, and after I served my time, I was transferred directly to a Camarillo immigration facility for less than a day. I was then transferred to a Downtown Los Angeles immigration detention facility and held there for three to four hours before transferring to Adelanto. I have been at Adelanto for over a year.

4. I have three young daughters, a five-year-old, a two-year-old, and a one-year-old.

## II. Inadequate Medical Care

5. I have a ripped ligament in my right hand and a cyst on my left hand. I was scheduled to have these treated in November 2025, but staff cancelled the appointment. I still have not had an appointment. Anytime I exercise, the injury hurts really badly.

6. Over one year ago, I had put in a request to see a doctor because I was having trouble seeing and had irritation in my eyes. Three to four months later, I was sent to an offsite medical appointment, but did not get any information about my eyes or what treatment would be. Then, at the end of January 2026, I was taken to see an offsite doctor again and was told that I need glasses. I was not given any information

about my eyes, but was only told that my prescription would be sent to me. I still don't know when or how I will get my glasses.

7. When I was a child, a 3-4 inch piece of glass went through the bottom of my foot. It caused me long-term damage, and now the bottom of my foot is very sensitive. The shoes that I have to wear here at Adelanto cause me pain. I told the Adelanto staff about this condition, but the medical care here is very bad, and I still have to wear the painful shoes.

8. People walk around here sick. We detainees try to prioritize those who need urgent help, like older people who tell us they're missing their pills, and will avoid putting in less urgent medical requests or grievances.

9. When there is a "Code Blue," which I understand usually means a medical emergency or man down in the dorm, staff are so focused on locking everyone in their assigned cell that they are delayed in attending to the person suffering. Once, a detainee fell and hit his head on the wall, and I heard the impact. The staff came to help him so slowly. When someone is having a medical emergency, staff show no urgency.

10. After this lawsuit was filed, the staff started scheduling more medical appointments for detainees. I think they scheduled my eye appointment because of the lawsuit. There is a new thing called "satellites" where they put nurses in the hallway, so instead of waiting to go to medical, they are scheduling people faster to see these nurses. However, I still don't think it's enough. I was sick in the beginning of February and felt really bad. I went to see the nurse and was only given Tylenol and a cough drop.

## III. Punitive Conditions in Cells; Improper and Overly Burdensome Counts

11. I spent time in the Ventura County jail, and even though this is civil detention, being here feels like you're in prison. We are searched constantly. We are searched anytime we leave the unit, which is often multiple times a day. They pat down your waist, and depending on the officer, you might have to take your shoes

off. Staff will physically search us when they "raid" our bunks, looking for things they don't allow, like an extra pillow, or if an elderly detainee is sleeping in a bottom bunk when they are assigned a top bunk. There are more pat downs here than there were in jail. They are quick to use pepper spray and to send people to solitary confinement.

12. We also get counted more here than we did in county jail. For counts, we have to stop whatever we are doing, go to our cells, and let the staff lock us in for an hour to an hour and a half. We have counts at 6:30 AM, 10:30 AM, 6:30 PM, 11:00 PM, 1:00 AM, and 3:00 AM, and start all over again the next day at 6:30 AM. So here at Adelanto, there are six counts per day, whereas in jail, there were only two counts: One morning inspection at 6:00 AM-7:00 AM, and one night inspection at 7:00 PM-8:00 PM. At most, there might be the occasional third count in jail after midnight, but I would be sleeping, and they would let me sleep during those counts there. Here it is nearly impossible to sleep through the counts, because staff shine flashlights in our faces. The count process is less overwhelming in jail, but here it makes you anxious throughout the entire hour or hour and a half count.

13. My unit has four people per cell, and two eight-man cells. In jail, there were only two people per cell. The tight cells can cause problems. Often, one of the people in your cell is dirty and smelly or messy, and it's a struggle to keep the toilet and sink clean. You don't want to let things go unmanaged or the cell will start to stink. This creates conflict. There are eighty people in the entire unit. We all have to share tablets that we use to communicate with our attorneys or family members, and there are not enough for everyone. When there were COVID restrictions, there used to be a maximum of 20 of us in one dorm. Now that the COVID restrictions have been lifted, there are 80 detainees in one dorm. But they didn't lift the restrictions for things that benefit us. The same COVID restrictions are in place for the barber—we can only go once a month.

14. Adelanto seems like a money-driven place. They are focused on money and profit, not at all on our wellbeing. Why am I still here? They're saying to the world that we're criminals that they're trying to get out, but many people have never committed a crime or if they have it was something minor and nonviolent. It feels like I'm only here to be kept alive and make as much money for them as possible.

15. My mental health is suffering because I feel like they don't care about me as a person whatsoever. It feels like I am the very lowest priority because I am an immigrant. In county jail, U.S. citizens aren't neglected. They get medical attention right away if they need it. But because we're immigrants, at Adelanto they don't care. I didn't even come to the United States on my own. I was brought here when I was two years old.

## IV. Punitive Use of Pepper Spray, Solitary Confinement; Guard Misconduct and Abuse of Authority

16. When they put you in solitary confinement you only have 30 minutes a day for necessities, like getting food, warming it up, getting water and so on. You cannot do anything else throughout the week. You can't do legal work or research, and you can only go to the "mini yard" for one hour per day.

17. The mini yard is a separate yard. It's like a cage. It's not really outside: Half the ceiling is missing, but the rest of it is inside. You might see a bird or plane fly by, but you can't see the sun, and you can't feel the elements.

18. There are two "tiers" to the solitary unit, a top tier and a bottom tier. When solitary is full, it holds up to 40 people. No matter how many people there are, they only give us four gallons of water that everyone has to share—two gallons are given to the top tier, and two gallons are given to the bottom tier. We only get water when the guards allow it. Sometimes, we can be so thirsty in solitary, and we see the water, but they won't give it to us until it's on their schedule. I have heard the staff laughing at us when we ask for more water.

19. Programming in the solitary unit is very strict. For example, they serve food around 5:30 AM to 6:30 AM, but I have no appetite at that time and would prefer to get more sleep. I have tried to skip that meal, but they force you to eat at that time because it's the only chance to eat breakfast. Staff leave the food with you in solitary, then take it back shortly after so if you don't eat, they won't come back and you won't eat at all.

20. The last two times I have been sent to solitary, I was in there for 30 days. I have been in solitary eight times in total. The fact that we even have solitary here doesn't make sense to me. I thought this place was not supposed to be a prison or jail. But sending people to solitary is how they deal with problems here. You can be put in solitary for any reason. Once in 2025, they sent me there because I participated in a hunger strike where we asked for changes to the facility. If you speak to an officer in a way he happens to not like, they will put you in solitary. One time an officer told me that I was sent to solitary because I spoke to an officer "with rank" wrong. If a detainee has a disagreement with an officer, the officer can just say that you were "aggressive" or making threats and send you to solitary. They also sent me to solitary because we were upset about the shower conditions and how we were getting staph infections from them around the end of 2025 and beginning of 2026.

21. I'm not the only one this has happened to. Another time, people did not get in their cells for count because showers weren't working properly. I told the maintenance guy who came that the showers hadn't been working for three or four months. They only had cold water coming out, and none of us had a hot shower for that entire time. The staff said that if we wanted the showers fixed, we would need to get in our cells. And guards took people to the hole because they were pushing for fixed showers.

22. If you get a reputation for sticking up for yourself and for asking for better conditions, it seems like they will target you more. For example, they have sent me to solitary repeatedly because I ask for better conditions. I speak up against dirty

water, and the water being of such poor quality that we don't know what we're drinking. I stand up against them sending us back dirty laundry. They have tried to give me dirty boxers in the past. I stand up against the officers treating us like animals and laughing at us while they do so. We are often thirsty, but the staff complain when we ask for water.

23. The guards here play a role in the stress we experience throughout the day. They abuse their authority and power. And this facility's rules are made for their benefit, and to accommodate them, not us.

24. Once, a staff member asked for my information, and I told him to look it up and walked away. The staff member said "fuck you" and gave me the middle finger. Then, I was put in solitary for 25 days.

25. I filed a grievance about this incident. We file grievances on a tablet. You're supposed to see your grievance records on the tablet once you file them, but I cannot see the one I filed. It doesn't exist, it's completely gone. I left the incident there, but I trust God will give justice. I don't understand why officers like him have this attitude, and are so spiteful when they live on the outside and get to be with their families.

26. In general, the guards do not respect you here. I have been to county jail. The big difference between jail and Adelanto is that the guards give you far more respect in jail. In jail, the guards tried to avoid problems and avoid issues. If a new guard did something wrong, he would speak to inmates and apologize. There is an understanding among jail guards that when you're incarcerated the facility is now your home, and you have to respect peoples' homes. So they do their best to smooth over issues. They do not do that here. I haven't heard of anyone here ever receiving an apology from an officer.

**V. Lack of Recreation and Meaningful Outdoor Time**

27. There is more yard time in jail. They gave us two hours per day of outdoor time in jail, but we only get one hour here.

28. They've taken away programs that we used to have to better ourselves: they took away stress and anger management classes where you could earn a certificate after completing it. The law library is hard to get into because there are only 4 spots on the sign-up sheet, and you have to sign up early in the morning. I saw a detainee get refused access to the law library because he made a mistake in his A number when signing up, and wasn't allowed even though there was a spot reserved for him. Accessing the law library is our right, not a privilege. But staff don't care about our complaints about this issue or our grievances more generally. Recently I told an officer about our shower having worms, and she told me, "This is my country, go back to your country, I can talk to you however I want to, fuck you."

**VI. Inadequate Sanitation, Basic Hygiene Items, and Bedding**

29. The cell has dust in the air. If you leave your cup of water out without a lid, you can see all kinds of particles floating in the water. In solitary especially this is important because you can only bring one sixteen-ounce serving of water into your cell and that is all you will have for twenty-four hours. It is rare for an officer to allow you to get more or different water. When you look on the inside of the AC vents, you see nothing but hair, and it is so dusty. The dust and filth are out of control. We're inhaling all of it. They are supposed to clean the air vents, but I've never seen them clean or vacuum the vents. I showed the vents to the chief, and he said "Man, it is dusty." And he said I could switch cells or something, and that he would pass the word on to a higher-up, but that the issue was above his pay grade. This conversation was months ago, and to this day nothing has changed. The dust is just as bad, and we are afraid it's making us sick.

30. The shower water here is often too hot or too cold, you cannot get the right temperature and the water is always dirty. The showers themselves are also

really dirty. I saw another detainee get a staph infection. Detainees have to clean the showers ourselves. We have to share one mop between several units.

31. In early February 2026, I started noticing worms coming out of the showers. Worms are there when you turn the water on, they come through the wall and the floor. We put in complaints and someone came to treat the worms, but they didn't fix it and the worms are still coming out. You have to put a shower mat over the area to stop them from crawling onto you when you shower.

**VII. Unsanitary and Inadequate Food**

32. In jail, they put food on the sections of the tray where they belong. The cake is not inside the beans, or wet because it's mixed in with the salad. Here, they mix everything on one tray. Every time the kitchen sends food, it looks crazy.

**VIII. Lack of Basic Hygiene Items and Clean Clothing**

33. Doing laundry at Adelanto makes me anxious because the laundry often comes back still dirty or wet. They also limit the number of clothing items that we can have, we are only allowed to have three of each item at a time: three shirts, three pants, three sweatshirts, three pairs of socks, and three pairs of underwear.

34. I have to buy my own toiletries at the overpriced commissary, because the products that we are given irritate my skin. Even then, I can't find all of my necessary toiletries there, and some of the items I just cannot afford. There are three items in the commissary that I depend on and can afford: A "Secret" brand deodorant, which is $4 for a smaller bar, cocoa butter Vaseline lotion, and Pantene conditioner. Other than that, prices are ridiculous. It's $10 for Sensodyne or Colgate toothpaste. A small and skinny Colgate toothpaste is $3-4. Every other bottle of lotion and conditioner are $10 each. And there is a $100 spending limit per week at the commissary. I usually spend $100 within 4-5 days, so then the last couple of days of the week I cannot get anything from the commissary.

**IX. Family Visitation**

35. We are only allowed three family visits a week, one hour each. Visitations are longer in jail than they are here. The facility provides a private space where family can visit. When my family visits, I can only give them one hug and kiss in the beginning and the end of the visit, and I am not allowed to hold them. This is the case even with my children.

36. If you're put in solitary confinement, you don't get any contact visits. You are only able to see your loved ones through glass and it is only on Wednesdays. When I am in solitary, I don't want my family to see me that way, so I decide not to do visits.

37. It is also very expensive to communicate with family. A 45-minute call is $4. Video calls are $0.21 a minute, and $6 for 30 minutes. Sometimes voice calls are your only option. You want to be able to communicate freely with your family. I want to tell them it's okay. I'm still living, I'm still breathing.

I declare under penalty of perjury that the foregoing is true and correct. Executed on February 24, 2026 in Adelanto, California.

____________________________

Gilbert Anthony Arnold