PUBLIC COUNSEL
REBECCA BROWN (SBN 345805)
rbrown@publiccounsel.org
SOPHIA WRENCH (SBN 354416)
swrench@publiccounsel.org
AMELIA PIAZZA (SBN 342473)
apiazza@publiccounsel.org
VANESSA RAE YOUNG (SBN 352693)
vyoungviniegra@publiccounsel.org
ELIZABETH HERCULES-PAEZ (SBN 320944)
eherculespaez@publiccounsel.org
610 S. Ardmore Avenue
Los Angeles, California 90005
Tel: 213-385-2977

*Attorneys for Plaintiffs*
Additional Counsel Listed on Following Page

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

L.T., SEVAK MESROBIAN, JOSE MAURO SALAZAR GARZA, AND J.M., on behalf of themselves and all others similarly situated; COALITION FOR HUMANE IMMIGRANT RIGHTS,

Plaintiffs,

v.

U.S. IMMIGRATION AND CUSTOMS ENFORCEMENT; TODD M. LYONS, Acting Director, U.S. Immigration and Customs Enforcement; JAIME RIOS, Acting Director of Los Angeles Field Office, Enforcement and Removal Operations, U.S. Immigration and Customs Enforcement; U.S. DEPARTMENT OF HOMELAND SECURITY; KRISTI NOEM, Secretary, U.S. Department of Homeland Security,

Defendants.

Case No. 5:26-cv-00322-SSS-RAO

**DECLARATION OF OLGA BEATRIZ RODRIGUEZ ARZOLA IN SUPPORT OF PLAINTIFFS' MOTION FOR PRELIMINARY INJUNCTION**

**CLASS ACTION**

IMMIGRANT DEFENDERS LAW CENTER
ALVARO M. HUERTA (SBN 274787)
ahuerta@immdef.org
CARSON ADRIANNA SCOTT (SBN 337102)
cscott@immdef.org
ALISON STEFFEL (SBN 346370)
asteffel@immdef.org
634 S. Spring St., 10th Floor
Los Angeles, CA 90014
Tel: 213-634-0999

COALITION FOR HUMANE IMMIGRANT RIGHTS
CARL BERGQUIST (*pro hac vice*)
cbergquist@chirla.org
2351 Hempstead Road
Ottawa Hills, OH 43606
Tel: 310-279-6025

ADAM REESE (SBN 362898)
areese@chirla.org
2533 West Third Street, Suite 101
Los Angeles, CA 90057
Tel: 213-353-1333

WILLKIE FARR & GALLAGHER LLP
NICHOLAS REDDICK (SBN 288779)
nreddick@willkie.com
STEPHEN HENRICK (SBN 310539)
shenrick@willkie.com
ALYXANDRA VERNON (SBN 327699)
avernon@willkie.com
JACOB KARIM (SBN 340376)
jkarim@willkie.com
333 Bush St., 34th Floor
San Francisco, CA 94104
Tel: 415-858-7400

*Attorneys for Plaintiffs*

# DECLARATION OF OLGA BEATRIZ RODRIGUEZ ARZOLA

I, Olga Beatriz Rodriguez Arzola, declare that:

1. I have personal knowledge of the facts set forth below, and if called to testify, I could and would do so competently.

## I. Background

2. I have been detained at Adelanto ICE Processing Center ("Adelanto") since approximately January 7, 2026. I am currently housed at Adelanto East.

3. Immigration agents detained me on my way to work in Pomona, California. I worked at a restaurant. My son is nine years old and has a speech disability. I miss him very much. He is my world.

4. We are human, but we are not treated with dignity here. They have not given us what a person needs to survive.

## II. Inadequate Medical Care for Diabetes and Other Illnesses, Resulting in Hospitalization

5. I have diabetes. Before I was detained, I could walk and I managed my condition.

6. The day I was taken to Adelanto, I had an intake screening where I explained to the nurse that I had diabetes and told her about the medications I take. My family had brought my medications to Adelanto to make sure I got them. I'm not sure what happened to them; I heard from the nurses that they might have been tossed. I asked staff if my family could bring my Mounjaro medication and was told no.

7. After about a week of being here, I started to develop swelling and redness in my feet. I was taken to the medical infirmary, and they told me nothing was wrong.

8. A few days later, I started vomiting and getting diarrhea. My feet swelled more and more every day. I went to the medical unit again. The nurse said they couldn't give me anything because they didn't know what I had, even though I had told them I have diabetes at my intake screening.

9. Another few days went by, and I went back to the medical unit. At this point my feet, ankles, and calves were so swollen and red that I could barely walk. About seven to ten days later, I was finally seen by a doctor, who said: “we need to take you to the hospital.”

10. I was taken to the hospital around January 24, 2026. I spent about five days there. They told me my vitals were low.

11. At the hospital, they had me chained to the bed by my feet and hands, even though my ankles were swollen. I was chained even when I went to the bathroom. Officials who were with GEO or ICE said that I needed to be chained and that it was policy. I am diabetic and not a flight risk or danger to anyone. Being chained to a bed made me feel like some sort of animal.

12. While I was in the hospital, I asked if staff could notify my family that I was there. They said no. I pleaded with them because I usually talk to my son every day, and I was worried he would get anxious when I didn’t call. My attorney and family later told me that I did not appear in the online ICE locator system while I was at the hospital. My attorney had called Adelanto and they told her everything was fine, that I was at Adelanto; only later did they tell her that I wasn’t there.

13. At the hospital, the doctors did not explain anything to me. They just filled out paperwork and gave it to Adelanto staff. One of the nurses said they weren’t supposed to talk to me. Another nurse told me: “don’t tell anyone I told you this but you have a very strong bacterial infection.” I understood from the nurse that they were supposed to send me home with antibiotics and other medications.

14. After I got back from the hospital, around January 27, 2026, I got sick again. I felt like I was fading. I pleaded with the staff to do something. I was vomiting, and I told a guard, who said I was just faking it. She told me I was just trying to get attention and that nothing was wrong with me. She told me she wanted me to show her the vomit if I was actually vomiting. This was humiliating. I showed her my swollen feet. Another guard argued with her and said she had seen me vomit. I felt

like I had no strength and my heart was slowing down. I thought I was going to pass out.

15. About a day or two after I was back from the hospital, they still hadn't given me the medication I was prescribed at the hospital. I asked about it but nothing happened.

16. About one day before someone from CHIRLA came to visit me, I finally got medications and an injection—for swelling, pain, and my infection. Another activist came as well. It was only after my case started to get public attention that they gave me medication for the swelling in my legs. I worry that other people without attorneys or support will not get the medical care they need.

17. All told, I spent about fourteen to fifteen days vomiting, with swollen legs and feet, and three days with diarrhea, before they took me to the hospital the first time. During this time I barely ate; I would just drink water and eat apples or whatever fruit they served. I had asked staff for a bland diet of vegetables but they said no. I would try to sleep so that I wouldn't have to feel my hunger. My cellmates would help me get into bed. One cellmate helped me shower because I did not feel stable. Whenever cellmates have helped me, they have been scolded for it.

18. Because the swelling in my legs and feet persisted for weeks, I was given a walker to help me get around. I often laid down with my feet up for the swelling to go down. I cannot properly wear the shoes they give us. I slip them on and then flatten the back part of my shoe to have my heel on top because I cannot get my swollen feet in the back of the shoe. I was told by the doctor that I would get diabetic shoes. Whenever I ask about them, they tell me they have run out. I still haven't gotten any.

19. Around two weeks ago one of the guards took away my walker; I understood that the medical unit had sent for it to be taken. The next time I saw the doctor, she asked me where my walker was. I told her, "you ordered it to be taken." She said she had not ordered this, and gave me another walker. It is heavier than the one I previously had and more difficult to use because I feel weak.

20. One time when I had stomach pain, they took me to a medical observation room. I was afraid of being there alone. After they took me to the hospital without notifying my family, I am afraid of them taking me out of the system again.

21. The week of February 2, 2026, I was sent back to the hospital because I was vomiting and had stomach pain. They told me I had gastritis and the stomach flu.

22. About a week ago, I had chest pain and they took me to get an EKG, which showed that my result was a bit abnormal. They gave me some kind of pain injection that felt like a sedative. After this happened, I lost consciousness. My dormmates told me that when I was back in the dormitory, one of the guards was worried about me and called the nurse. The nurse then told her to stop meddling and to just get her paycheck.

23. There is very limited medical care and the care that exists is terrible. I still sometimes do not get my medications on time.

**III. Life At Adelanto**

24. There is mold on the walls in our dormitory. It has been here since I arrived. After ICE came to check the walls, they cleaned it a few weeks ago but not completely. There is still some left on the lower part of the walls. It is green and black.

25. There is no hand sanitizer where we eat. We have to do our own cleaning. Others are kind enough to clean for me since I cannot walk well. I worry that the lack of cleanliness makes us more susceptible to illness.

26. We will sometimes go three to four hours without getting drinking water.

27. The food is all mixed up and cold. It does not sit well for me. I have only been eating the fruit. Other detainees I know have gotten sick from the food. Since I have had a lot of nausea, even the smell of the food makes me want to throw up. I had asked for a different diet because of my stomach and nausea, but was told there was no other diet. It is so humiliating to have to beg for something dignified and decent to eat. Even animals are treated better. I am barely eating, and no one seems worried that I am not eating well.

28. I continue to feel weak and without strength. I have pain in my feet and shoulders. It is very cold here, and the beds are painful and uncomfortable. I get tired very easily and cannot sit much. I just want to be laying down. I even get tired when speaking. This place is killing me.

29. I wish people outside could come see the reality here. We are living in hell. We are humans, not criminals. I have paid my taxes, and I follow the law. My only offense is that I don't have immigration papers.

30. I fear for my life and want to leave this place. I cannot take the conditions at Adelanto anymore and am worried about my health. I initially wanted to fight my case but I feel like they pressure us to accept voluntary departure because there is no humane treatment here. I feel like I am being pressured to take voluntary departure because I can't take it anymore—I fear I will die at Adelanto without proper medical care.

31. It is torture for a mother to be kept from her child. I miss him every day and cannot imagine the pain he experiences. I hope he knows I am fighting every day to be with him again. I try to be strong for him but my body is not allowing it.

32. This declaration was read to me in my native language.

I declare under penalty of perjury that the foregoing is true and correct. Executed on February 26, 2026 in Adelanto, California.

Olga B. Rodriguez Arzola

Olga Beatriz Rodriguez Arzola