PUBLIC COUNSEL
REBECCA BROWN (SBN 345805)
rbrown@publiccounsel.org
SOPHIA WRENCH (SBN 354416)
swrench@publiccounsel.org
AMELIA PIAZZA (SBN 342473)
apiazza@publiccounsel.org
VANESSA RAE YOUNG (SBN 352693)
vyoungviniegra@publiccounsel.org
ELIZABETH HERCULES-PAEZ (SBN 320944)
eherculespaez@publiccounsel.org
610 S. Ardmore Avenue
Los Angeles, California 90005
Tel: 213-385-2977

*Attorneys for Plaintiffs*
Additional Counsel Listed on Following Page

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

L.T., SEVAK MESROBIAN, JOSE MAURO SALAZAR GARZA, AND J.M., on behalf of themselves and all others similarly situated; COALITION FOR HUMANE IMMIGRANT RIGHTS,

Plaintiffs,

v.

U.S. IMMIGRATION AND CUSTOMS ENFORCEMENT; TODD M. LYONS, Acting Director, U.S. Immigration and Customs Enforcement; JAIME RIOS, Acting Director of Los Angeles Field Office, Enforcement and Removal Operations, U.S. Immigration and Customs Enforcement; U.S. DEPARTMENT OF HOMELAND SECURITY; KRISTI NOEM, Secretary, U.S. Department of Homeland Security,

Defendants.

Case No. 5:26-cv-00322-SSS-RAO

**DECLARATION OF XIAOMAN DING IN SUPPORT OF PLAINTIFFS' MOTION FOR PRELIMINARY INJUNCTION**

**CLASS ACTION**

IMMIGRANT DEFENDERS LAW CENTER
ALVARO M. HUERTA (SBN 274787)
ahuerta@immdef.org
CARSON ADRIANNA SCOTT (SBN 337102)
cscott@immdef.org
ALISON STEFFEL (SBN 346370)
asteffel@immdef.org
634 S. Spring St., 10th Floor
Los Angeles, CA 90014
Tel: 213-634-0999

COALITION FOR HUMANE IMMIGRANT RIGHTS
CARL BERGQUIST (*pro hac vice*)
cbergquist@chirla.org
2351 Hempstead Road
Ottawa Hills, OH 43606
Tel: 310-279-6025

ADAM REESE (SBN 362898)
areese@chirla.org
2533 West Third Street, Suite 101
Los Angeles, CA 90057
Tel: 213-353-1333

WILLKIE FARR & GALLAGHER LLP
NICHOLAS REDDICK (SBN 288779)
nreddick@willkie.com
STEPHEN HENRICK (SBN 310539)
shenrick@willkie.com
ALYXANDRA VERNON (SBN 327699)
avernon@willkie.com
JACOB KARIM (SBN 340376)
jkarim@willkie.com
333 Bush St., 34th Floor
San Francisco, CA 94104
Tel: 415-858-7400

*Attorneys for Plaintiffs*

## DECLARATION OF XIAOMAN DING

I, Xiaoman Ding, declare that:

1. I have personal knowledge of the facts set forth below and, if called to testify, I could and would do so competently.

## I. Background

2. I am 33 years old, and I was born in Rizhao City, Shandong Province, China. I came to the United States around December 2023 with my husband. We sought asylum here due to political persecution at home. During the COVID-19 pandemic, I operated a home business. Local police officers and government officials in China constantly harassed us and coerced us to pay money. Our family could no longer sustain our business and basic living conditions. I fled China with my husband in 2023. I have a fifteen-year-old daughter who is still in China.

3. On or about June 26, 2025, I appeared in person for my asylum hearing at the Santa Ana Immigration Court. Upon arriving at the immigration court, I was immediately arrested by ICE officials.

4. I was taken to the ICE office in Santa Ana, California, where I remained for three days. After three days, ICE officers put me in handcuffs and chained my ankles, and then transported me to the Adelanto ICE Processing Center ("Adelanto"). I cried out of fear.

5. During the intake process at Adelanto, a nurse asked me some basic questions, including whether or not I have any pain, what medications I take, whether or not I consume drugs, alcohol, or coffee, and when I last had sex. The whole process took less than 30 minutes. I reported that I take pain relief pills for my debilitating headaches, and I reported that I have depression, and anxiety. Despite requesting to see a doctor to receive these prescriptions, I did not receive any immediate follow-up doctor's appointments or examinations for these conditions.

6. During the intake process, I was also given one dirty plastic spoon for eating meals and old jail clothes that were worn and had holes. I was also given two

to three bed sheets, a comb, six short-sleeve tops, three pants, one thin hoodie, one flat pillow, two thin blankets (one of which smelled bad), two pairs of shoes, one cup, toothpaste, one toothbrush, shampoo, soap, tampons, tissues, and underwear. I had to wear the underwear I received for about two weeks. Once I requested three underwear as replacements, but only received one, which meant I had to go back to wearing the old, broken underwear that I had saved earlier for two weeks.

7. I spent nearly six months at Adelanto. This was the most horrible nightmare I have experienced in my life. My health declined and my headache pain worsened. I believe my symptoms worsened due to the lack of proper medical care and uninhabitable and gross living conditions, which caused me significant anxiety and despair.

8. On December 12, 2025, I was released from Adelanto on bond, and have been living in Pomona, California since.

**II. I have a pituitary brain tumor, which requires regular medical care.**

9. I was diagnosed with a pituitary brain tumor in 2019, which I still have. The tumor causes several symptoms and complications, including constant headaches, pain in my eyes, gradual loss of eyesight (high myopia), and difficulty in walking.

10. Before being taken to Adelanto, I was hospitalized in 2020 to manage and monitor my debilitating headaches. I understand that hospitalization was necessary to receive special pain management treatment for my headaches.

11. In the hospital, I was given IV fluids, injections, and special medications to manage my symptoms. I took these special medications, called "paracetamol and dihydrocodeine tartrate tablets," once every week to control my pain. One to two times a year, the pain would become so unbearable that I could not open my eyes or walk. In these instances, even the paracetamol and dihydrocodeine tartrate tablets became ineffective, so I had to take pain-relief injections once or twice a year in order to manage my pain and prevent these symptoms from getting worse. The

combination of the pain medications and injections are the only things that help me manage my pain.

12. Because of my tumor, I receive annual CT scans and must see my neurologist regularly to monitor my condition.

**III. When I was detained at Adelanto, I did not receive paracetamol and dihydrocodeine tartrate tablets, pain-management injections, or any other medical care necessary to manage my pituitary brain tumor.**

13. As noted, when I first arrived at Adelanto in June 2025, I requested to see a doctor to get my typical prescriptions to manage my recurring, severe, and debilitating headaches. This request was ignored. From June to September, 2025, I submitted nearly 100 medical requests for headaches and depression. At times, because my pain was so severe, I would submit a medical request daily. In each request, I would ask to see a specialist doctor so that my headaches could be evaluated and so that I could receive my medications. Those requests went unanswered until September 2025, when I was able to start seeing a counselor weekly for my depression, and October 2025, when I was able to see a doctor for my headaches. Even then though, I was only able to see a general doctor, not a specialist, and I was given Tylenol and ibuprofen, which I had been getting since July 2025. It did not matter that I told the doctor that Tylenol and ibuprofen did not help manage my pain.

14. My headaches—caused by a brain tumor and previously treated with strong pain medication—did not respond to Tylenol and ibuprofen. With no pain management provided, all I could do was lie in bed and wait for the headache episodes to end on their own.

15. My headaches were not resolving or improving. I remember that around November 2025, my headaches once became so severe that I complained to a nurse. The nurse took me to her office. I could not understand what she was talking about because there was no translator on site. She handed me seven Tylenol pills, shouting "come on, come on" to me, and I took them. I usually take 1-2 pills at a time and had

already taken several pills the day before and the day after that for my headaches. I would not have taken all those pills at once—I only took them because the nurse ordered me to. I believe the volume of pills (17 within three days), caused me to get sick, vomit, and experience extreme dizziness.

16. Beyond offering Tylenol and ibuprofen, which did not relieve my pain or resolve my headaches, the medical staff did nothing for my headaches. As a result, I suffered more frequent, prolonged, and debilitating headache episodes, which lasted all day and night. I estimate this occurred more than 20 times during the six months I was at Adelanto.

17. I also was often required to take Tylenol and ibuprofen without food. This, coupled with the debilitating pain from my headaches, caused me to vomit frequently.

18. Due to the debilitating headache episodes and associated dizziness and vision issues, I had difficulty walking and had difficulty getting into the upper bunk that I was assigned. Sometimes I slipped and almost fell off the stairs. The guards did not help me or offer any assistance.

19. I requested to be moved to a lower bunk bed, but I only got moved in October 2025, four months into being at Adelanto, and only after the staff confirmed I have a brain tumor from an MRI exam.

20. Due to my uncontrolled pain, I was only able to sleep for six hours a day.

21. I also had increasingly severe loss of vision while being detained. Adelanto did not provide me with corrective lenses or other accommodation, and I had to ask my family member to send me contacts to use. In October 2025, I was brought to see an eye doctor and received an eye exam. I never received the results from that eye exam or any further treatment for my eyes.

22. I saw others who were also ill and who were not able to see medical staff. For example, a Chinese woman in my unit had spondylitis and lost vision in her right eye, but she could not see the doctor for one to two months. Even then, they

only provided her with over the counter painkillers, which did not seem to fix her vision loss.

23. The staff at Adelanto also failed to respond to mobility issues. I saw an elderly Mexican woman with mobility issues have trouble going to the bathroom. The woman was in a wheelchair and had trouble walking, moving, and accessing the bathroom. I only saw the guards help her move to the bathroom a couple of times, and it was the detainees that helped her most of the time. I was told by her cellmate that she even peed on her bed because nobody helped go to the bathroom.

24. There were other detainees over 50 years old who were also assigned to upper bunk beds. They had trouble climbing up to their beds. Again, the guards did not help them. They had to get a doctor's approval in order to change to a lower bunk, but this typically took two to three weeks.

**IV. Due to the lack of health care at Adelanto and my worsening pain conditions, I tried to commit suicide.**

25. In July 2025, my headaches were unbearable and I told a nurse that I wanted to commit suicide. I was then taken to a solitary confinement cell for three days because they wanted to observe and monitor me.

26. In solitary confinement, there was only one bed and one toilet with a shower. There was only cold water so I could not take a shower. The toilet was dirty and gross. It had trash and hair inside and smelled. I was given two cold meals for lunch and dinner, usually beans, beef, chicken, and broccoli. I did not typically eat the cold meals as the meat did not always look fully cooked. I also was given one hot breakfast.

27. I complained to the staff and explained that I wanted to return to my previous unit. The staff told me that they wanted to monitor my situation first.

28. After I got out of solitary confinement, I never told anyone that I experienced suicidal thoughts again, because I was afraid that I would be put into

solitary confinement again. I lost five pounds during those three days in solitary confinement.

29. While I was able to see a counselor every week beginning in September, 2025, I attempted to take my own life in early October 2025 due to the debilitating pain from my headaches. Specifically, I climbed to the upper floor of the detention center and wanted to jump off the roof because I could not bear the level of pain attacking my head, back, and eyes. I thought I would rather die and be done with it, or if I did not die, any severe bodily injury could catch someone's attention and get me to a doctor. My friends stopped my attempt when I leaned over the handrail.

30. I started to take antidepressant medicines every day. Before being detained, I had a history of depression and anxiety, but my conditions were never so severe that I had to take medications. At Adelanto, I started to experience depression somatization: I began to have severe back pain, difficulty in breathing, and trouble falling asleep. I felt as if my neck were being strangled.

31. Initially, the antidepressant pills made me feel irritable and caused even more pain in my head and back. I complained to the staff about this and requested to try a different antidepressant. But I was only given increased dosage of the same medicine, which made me feel drowsy all day. I became dependent on the antidepressants to fall asleep. I did not feel good about taking them and I did not feel like myself anymore.

32. As a result, I stopped taking antidepressants after two months. After stopping the antidepressants, I could not fall asleep and was awake for three days.

## V. The living conditions at the Adelanto ICE Detention Center were uninhabitable and gross, causing my mental and physical health to deteriorate further.

33. Adelanto has bunk beds in each unit. There were approximately 120 women detained in my unit.

34. The noise level was so loud that it caused my ears to ring and exacerbated my headaches. The noise also made it more difficult for me to fall asleep. The constant noise came from other people talking and the air conditioning running all day long. I felt very cold every night and the two thin blankets I was given were not enough to keep me warm. I had to take extra blankets from other detainees after they got out and be careful not to have them taken away from the officials during searches.

35. Some lights in the sleeping area remained on during the whole night, and I had to cover my eyes with clothes, but it was still bright and I could still feel the lights affecting my sleeping.

36. There were only nine shower stalls for 120 people. Some shower rooms did not have hot water, causing people to have to wait in line for the showers with hot water. The shower rooms were dirty with clogged hair and toilet paper, and nobody cleaned the shower rooms. I decided to clean it every day by removing the hair and trash and mopping the floor with shampoo and water.

37. There were thirteen toilets for all 120 people. The toilets were separated by curtains. They were all dirty and were not cleaned by any staff member. Sometimes there was discarded paper and used menstrual products scattered on the floor. Some people poured leftover food directly into the bathroom sinks, causing smells. Sometimes detainees, including me, took turns to clean them, but sometimes detainees skipped their duty.

38. The food provided was almost always cold, half-cooked and tasted bad. We were given two cold meals for lunch and dinner and one hot meal for breakfast. I noticed other detainees disliked the food too and some threw it away. I bought instant noodles, rice, and snacks from the commissary so that I could eat enough calories.

39. There were only two microwaves for everyone. I needed to wait in line to get my food heated. I saw people getting into arguments and fights about using microwaves.

40. We were given cold drinking water, but it was dirty. I saw hair and sand-like particles in the drinking water. I got diarrhea, which I believe was the result of drinking that unsanitary cold water. I always tried to use the microwave to heat the drinking water. I had to wait in line for an hour to use the microwave to heat my water.

41. I did not have any privacy at Adelanto. Everyone was detained in an open space. Whenever I spoke to my family or my lawyer on the phone, other detainees could hear me so I had to speak really quietly. I was allowed to go outside for two hours every day, one hour in the morning and one hour in the afternoon. Access to the library was limited to one hour. Because the library was small, I had to line up each morning to secure a slot. Only four books in the library were in Chinese that I could read. I had my family send me Chinese books to read.

42. I felt terrible and cried every day that I was at Adelanto. I wanted to go home.

43. All of the aforementioned conditions I suffered made me feel anxious, hopeless, crazy, and sleep deprived. As someone with a brain tumor, I was particularly vulnerable. What I experienced at Adelanto exacerbated my medical conditions and caused irreparable harm to my health. Because of my repeated requests to see a doctor and my requests to be moved to a lower bunk, I received an MRI scan on September 22, 2025. The MRI was not ordered by a doctor; it was requested by a nurse and was not a part of any ongoing care. Even though the MRI showed my tumor, and showed that the tumor had grown by 2 millimeters (0.8 inch), I was still not able to see a doctor until October 2025 as I mentioned at paragraph 13. And, again, I was never able to see a specialist doctor.

44. I felt angry because I did not do anything wrong. I do not know why I was detained and treated like a criminal. I provide this declaration in support of the plaintiffs in the above-captioned litigation so that I can help prevent this harm from happening to anyone else like me.

45. This declaration was read to me in my native language.

I declare under penalty of perjury that the following is true and correct. Executed on February 26, 2026 in Pasadena, California.

Ding, Xiaoman

Xiaoman Ding