PUBLIC COUNSEL
REBECCA BROWN (SBN 345805)
rbrown@publiccounsel.org
SOPHIA WRENCH (SBN 354416)
swrench@publiccounsel.org
AMELIA PIAZZA (SBN 342473)
apiazza@publiccounsel.org
VANESSA RAE YOUNG (SBN 352693)
vyoungviniegra@publiccounsel.org
ELIZABETH HERCULES-PAEZ (SBN 320944)
eherculespaez@publiccounsel.org
610 S. Ardmore Avenue
Los Angeles, California 90005
Tel: 213-385-2977

*Attorneys for Plaintiffs*
Additional Counsel Listed on Following Page

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

L.T., SEVAK MESROBIAN, JOSE MAURO SALAZAR GARZA, AND J.M., on behalf of themselves and all others similarly situated; COALITION FOR HUMANE IMMIGRANT RIGHTS,

Plaintiffs,

v.

U.S. IMMIGRATION AND CUSTOMS ENFORCEMENT; TODD M. LYONS, Acting Director, U.S. Immigration and Customs Enforcement; JAIME RIOS, Acting Director of Los Angeles Field Office, Enforcement and Removal Operations, U.S. Immigration and Customs Enforcement; U.S. DEPARTMENT OF HOMELAND SECURITY; KRISTI NOEM, Secretary, U.S. Department of Homeland Security,

Defendants.

Case No. 5:26-cv-00322-SSS-RAO

**DECLARATION OF JOSE FLORES IN SUPPORT OF PLAINTIFFS' MOTION FOR PRELIMINARY INJUNCTION**

**CLASS ACTION**

IMMIGRANT DEFENDERS LAW CENTER
ALVARO M. HUERTA (SBN 274787)
ahuerta@immdef.org
CARSON ADRIANNA SCOTT (SBN 337102)
cscott@immdef.org
ALISON STEFFEL (SBN 346370)
asteffel@immdef.org
634 S. Spring St., 10th Floor
Los Angeles, CA 90014
Tel: 213-634-0999

COALITION FOR HUMANE IMMIGRANT RIGHTS
CARL BERGQUIST (*pro hac vice*)
cbergquist@chirla.org
2351 Hempstead Road
Ottawa Hills, OH 43606
Tel: 310-279-6025

ADAM REESE (SBN 362898)
areese@chirla.org
2533 West Third Street, Suite 101
Los Angeles, CA 90057
Tel: 213-353-1333

WILLKIE FARR & GALLAGHER LLP
NICHOLAS REDDICK (SBN 288779)
nreddick@willkie.com
STEPHEN HENRICK (SBN 310539)
shenrick@willkie.com
ALYXANDRA VERNON (SBN 327699)
avernon@willkie.com
JACOB KARIM (SBN 340376)
jkarim@willkie.com
333 Bush St., 34th Floor
San Francisco, CA 94104
Tel: 415-858-7400

*Attorneys for Plaintiffs*

# DECLARATION OF JOSE FLORES

I, Jose Flores, declare that:

1. I have personal knowledge of the facts set forth below, and if called to testify, I could and would do so competently.

## I. Background

2. I am 53 years old. I have been in the United States for thirty-four years. I was detained by ICE on approximately June 13, 2025 on my way to work in Camarillo, California and was held for a few hours in Los Angeles before being taken to the Adelanto ICE Processing Center ("Adelanto"). I have been detained at Adelanto since on or about June 13, 2025—for about eight months. I am currently housed at Adelanto West.

3. The conditions at Adelanto have caused my health to deteriorate significantly. The living conditions at Adelanto are inhumane. I am extremely worried that my medical needs are not being met and that I will continue to get sicker as long as I remain here.

## II. Inadequate Medical Care for Degenerative Nerve Disease and Hernias

4. I did not receive a physical assessment or a mental health assessment when I arrived at Adelanto in June of 2025.

5. I have Charcot-Marie-Tooth disease, a condition that preceded my detention at Adelanto, and that affects the nerves in my foot. I also have two hernias, one in my abdomen and one in my groin. I do not receive adequate care to manage my Charcot-Marie-Tooth disease or my hernias at Adelanto. Before being detained at Adelanto, I was able to manage my medical conditions and could walk on my own.

6. Before I was detained, I was scheduled to have surgery in August of 2025 to correct complications in my left foot caused by Charcot-Marie-Tooth disease. I told a guard about my medical condition about a month after I was brought to Adelanto. I told staff that I needed to get surgery to repair the damage caused by my disease, but

staff told me that there is a policy that detainees cannot be taken to outside hospitals for surgeries.

7. Since I have been detained, the disease has progressed significantly. I now use a wheelchair because of the pain, which has spread from just my left foot to my other foot and both hands and arms. I began using a wheelchair roughly three or four months after I arrived at Adelanto, as it became too difficult for me to walk. I am beginning to lose control over my limbs.

8. About a month after I arrived at Adelanto, the pain in my left foot became so severe that I was taken to a local hospital. The doctor at the hospital had never heard of Charcot-Marie-Tooth disease and was not able to treat me. None of the medical staff at Adelanto are able to treat my Charcot-Marie-Tooth disease, and the pain gets worse every day.

9. I have filled out forms to see a doctor on numerous occasions, but have never been treated for Charcot-Marie-Tooth disease at Adelanto. The doctors are not familiar with treating Charcot-Marie-Tooth disease and have never done anything to lessen my pain.

10. The medical staff give me six Tylenol tablets a day, but this does not stop the pain caused by my Charcot-Marie-Tooth disease. I have continued to ask for surgery, but staff have told me that surgery is not an option. My doctor from before I arrived at Adelanto told me that if I do not undergo surgery, my condition will continue to deteriorate and my pain will increase even more. My doctor from outside of Adelanto also told me that I will continue to lose function in my limbs without corrective surgery.

11. Before being taken to Adelanto, I was diagnosed with two hernias (one in my abdomen and one in my groin). These continue to cause me pain and make it nearly impossible for me to sleep. Once, I was feeling really bad, and the medical staff gave me an injection for the pain, which helped temporarily. Another time, I was given a back support device to try to reduce the pain, but this did nothing. Other than

these occasions, I have not been given pain medication or received treatment for my hernias, even though I have told the staff about them and requested care.

**III. Failure to Accommodate Disability and Wheelchair Use**

12. Due to the pain caused by my conditions, I am unable to walk. I use a wheelchair to get around the facility. I began using a wheelchair about three or four months after being taken to Adelanto.

13. The staff at Adelanto do not assist me with my disability, even though they know that I am disabled.

14. Lunch is served outside of our dayroom in the cafeteria, which is about a 5 minute walk from my cell. I have asked staff to bring lunch to my cell because it is very difficult for me to wheel myself to lunch, as wheeling myself long distances aggravates my hernias. Staff have refused to accommodate me. I am not able to go to the lunch room early, get in line first, or have any other accommodation. The only reason I am able to get lunch at all is because other detainees are kind and push my chair to the room where lunch is served.

15. It is difficult for me to go to the bathroom because there is not a specific toilet in my cell designed for people with disabilities. I have to stand up and walk to the toilet, which is very painful. I am afraid I will fall.

16. There is one shower in the common bathroom area that has a bench, but I have to wait for long periods of time to use that shower and no one assists me.

17. There are times when I am unable to move the wheels of my wheelchair because my hernias get swollen and cause me too much pain. When this occurs, the staff do not offer me assistance. I have submitted medical requests because of the pain that the hernias cause me, but nothing has been done to lessen the pain.

**IV. Life at Adelanto With Limited Access to Clean Drinking Water and Unsanitary Conditions**

18. The drinking water at Adelanto is dirty and smells. I have observed this water brought to the dayroom in large containers, and sometimes we run out and are

forced to drink tap water. The tap water is yellow and smells bad. We have told the staff that the water from the jugs and the tap water smells bad and is discolored, but they have not done anything to resolve the issue.

19. We tell the staff when we run out of water, but they do not refill it in a timely manner. There are times that we are without water for about an hour and a half. There is not an option to buy clean water.

20. The food at Adelanto tastes bad and is of very poor quality. When we are given salad, it is often spoiled. The room where we eat lunch smells bad and is dirty.

21. The facility is very unclean. The only place that the staff consistently cleans is the hallway. The staff occasionally clean the showers, but not thoroughly, and the showers remain dirty because they are only cleaned once a day, which is not enough for eighty people. Detainees are forced to clean our own cells, which for me is nearly impossible because I cannot walk without pain. For the past month, we have not been given any trash bags to keep in our cells, so the only trashcans are two trashcans located in the dayroom. We asked staff why we no longer receive trash bags, and they told us that they were "just following orders."

22. This declaration was read to me in my native language.

I declare under penalty of perjury that the foregoing is true and correct. Executed on February 26, 2026 in Adelanto, California.

Jose Flores

Jose Flores