PUBLIC COUNSEL
REBECCA BROWN (SBN 345805)
rbrown@publiccounsel.org
SOPHIA WRENCH (SBN 354416)
swrench@publiccounsel.org
AMELIA PIAZZA (SBN 342473)
apiazza@publiccounsel.org
VANESSA RAE YOUNG (SBN 352693)
vyoungviniegra@publiccounsel.org
ELIZABETH HERCULES-PAEZ (SBN 320944)
eherculespaez@publiccounsel.org
610 S. Ardmore Avenue
Los Angeles, California 90005
Tel: 213-385-2977

*Attorneys for Plaintiffs*
Additional Counsel Listed on Following Page

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

L.T., SEVAK MESROBIAN, JOSE MAURO SALAZAR GARZA, AND J.M., on behalf of themselves and all others similarly situated; COALITION FOR HUMANE IMMIGRANT RIGHTS,

Plaintiffs,

v.

U.S. IMMIGRATION AND CUSTOMS ENFORCEMENT; TODD M. LYONS, Acting Director, U.S. Immigration and Customs Enforcement; JAIME RIOS, Acting Director of Los Angeles Field Office, Enforcement and Removal Operations, U.S. Immigration and Customs Enforcement; U.S. DEPARTMENT OF HOMELAND SECURITY; KRISTI NOEM, Secretary, U.S. Department of Homeland Security,

Defendants.

Case No. 5:26-cv-00322-SSS-RAO

**DECLARATION OF JULIUS OMENE FREDRICK IN SUPPORT OF PLAINTIFFS' MOTION FOR PRELIMINARY INJUNCTION**

**CLASS ACTION**

IMMIGRANT DEFENDERS LAW CENTER
ALVARO M. HUERTA (SBN 274787)
ahuerta@immdef.org
CARSON ADRIANNA SCOTT (SBN 337102)
cscott@immdef.org
ALISON STEFFEL (SBN 346370)
asteffel@immdef.org
634 S. Spring St., 10th Floor
Los Angeles, CA 90014
Tel: 213-634-0999

COALITION FOR HUMANE IMMIGRANT RIGHTS
CARL BERGQUIST (*Pro Hac Vice*)
cbergquist@chirla.org
2351 Hempstead Road
Ottawa Hills, OH 43606
Tel: 310-279-6025

ADAM REESE (SBN 362898)
areese@chirla.org
2533 West Third Street, Suite 101
Los Angeles, CA 90057
Tel: 213-353-1333

WILLKIE FARR & GALLAGHER LLP
NICHOLAS REDDICK (SBN 288779)
nreddick@willkie.com
STEPHEN HENRICK (SBN 310539)
shenrick@willkie.com
ALYXANDRA VERNON (SBN 327699)
avernon@willkie.com
JACOB KARIM (SBN 340376)
jkarim@willkie.com
333 Bush St., 34th Floor
San Francisco, CA 94104
Tel: 415-858-7400

*Attorneys for Plaintiffs*

# DECLARATION OF JULIUS OMENE FREDRICK

I, Julius Omene Fredrick, declare that:

1. I have personal knowledge of the facts set forth below, and if called to testify, I could and would do so competently.

2. I have been detained at Adelanto ICE Processing Center ("Adelanto") since January 1, 2025. I am currently housed in Adelanto West.

## I. Background

3. My name is Julius Omene Fredrick. I go by Fredrick. I am 35 years old, and I was born in Walli, Nigeria. I have lived in the United States since August 2016. I used to be married and suffered abuse at the hands of my ex-wife. She nearly stabbed me to death. I have an ongoing application for a U visa because of the abuse I suffered. I also have a pending asylum application.

4. In October 2019, I was housed in Weber County jail in Utah. Eighteen months later, I was transferred to a federal detention and holding center in Nevada and later went to federal prison at the Federal Correctional Institution, Lompoc I, in California. When I finished serving my time, I was transferred directly to immigration detention. I first arrived at Desert View Annex ("DVA") in January 2024, and was later moved to Adelanto on January 1, 2025. I started in unit 3A in West and am now in unit 4A in West.

5. When I first arrived at Adelanto, I received a handbook which contained all of the rules governing the facility.

6. The conditions I have faced in ICE facilities, particularly here at Adelanto, are far worse than what I ever experienced in county or federal prison.

## II. Medical Neglect and Deficient Care

7. When I was in prison, the medical care was better than it is here at Adelanto. I was surprised because I expected the medical care would be better in a facility for civil detention as compared to one for criminal detention.

8. When someone has a medical issue here, the guards and staff do not take it seriously.

9. There are people here with critical conditions, such as serious lung issues and cancer, that do not receive the medical care they need. The officers and staff drag their feet when they are informed of someone's serious medical condition. This is upsetting to me. For example, I'm aware of a detainee who had a serious toothache for many months that went unresolved. I'm also aware of a detainee who had seizures that went untreated.

10. People who submit medical request KITEs are almost never seen within 72 hours. I know from personal experience that when detainees submit a medical request KITE or submit a grievance, the registered nurses and officers do nothing. The staff is supposed to respond to grievances within five days and give you a filed copy of it, but I have filed many grievances, and they usually do not. I feel like they do not care. They tell us to "chill."

11. My cellmate who had lung issues submitted a KITE and did not hear anything back until two months later when one of the guards showed up and said, "You called me." We were confused about why she had come because it had been so long since my cellmate had submitted the medical request.

12. One of the Adelanto officers told me that in order to receive medical care in Adelanto, you have to go "man down," which means collapsing on the floor. If you do not go "man down," they do not take you seriously and will not respond. They told me you have to be halfway dead before they will send you to the medical unit.

13. There are several people with critical medical conditions who put in a request for medical care, but still have not seen a doctor. In August 2025, I was sent to the medical waiting room, only to be sent back at the end of the day and told that the doctor could not see me. This has also happened to others in my cell.

14. In January 2026, unit 4B was in quarantine for an outbreak of chickenpox. The detainees in that unit were locked up for around a month. They were not allowed to go to the chow hall or the big yard. They were only allowed in the mini yard. The officers in that unit wore full COVID protective gear, including full head coverings and arm and leg coverings, like those used for a surgery. My unit shares the mini yard with unit 4B, which is how I know this. During the time that unit 4B was quarantined, there was an announcement indicating that the officers in our unit needed to wipe down the equipment in the mini yard every time unit 4B had been in the mini yard. However, they rarely did. They only wiped it down a few times throughout the month that 4B was in quarantine.

15. Beginning in May 2025, I developed a bunch of itchy bumps all over my body, including my chest, my arms, and on my head. I had these bumps on my body for two months. I did not know if it was a contagious condition. For all I knew, it could have been chicken pox, scabies, or shingles. I showed the staff the itchy spots, but they did nothing. I requested to see a doctor, but did not hear anything for two weeks. When I finally met with a doctor, they said I had to go see the dermatologist. I submitted a request to see a dermatologist in May or June of 2025. Several of the officers said I would get to see the dermatologist, but I never got an appointment. I have black scars all over my body as a result of the itchy spots I had. These itchy spots have reappeared in the past few weeks.

16. After a visit to solitary confinement around August 2025, I received a medical exam from another doctor. I told her my experience with the skin issue. She said it was very unprofessional of the previous doctor not to have addressed my skin issue or allowed me to see a dermatologist. She said the previous doctor I had seen should have taken a sample of the pus from one of the bumps on my skin to test it and see what condition I had. According to this doctor, I should still have been on the list

to see a dermatologist. She told me that I was scheduled to see a dermatologist, but I have never been called for an appointment with the dermatologist.

17. When you are sick and in critical condition at Adelanto, I feel that the guards and medical staff play this game where they just hope your body heals on its own. In the meantime, you suffer. Every time someone asks for an appointment, the various entities responsible play the blame game. ICE says that all medical assistance is GEO's responsibility, and GEO says that all medical assistance is ICE's responsibility.

18. Many people recently got transferred into our unit. Now all the beds are occupied and it is completely full. In May 2025 I began developing a sore throat and requested a COVID test, but the officers refused to give one to me. There is a poster on one of the walls in my unit that says they are supposed to give us COVID tests every Monday, but they never do.

19. I managed to see the dentist one time, but only after eight months of being at Adelanto. The handbook says we are supposed to be able to go to the dentist after we have been detained for six months. When I complained about this after six months, I was told that I should be happy I was not on the street. They only saw me after eight months because I made a big deal about it. I probably would have gone much longer without a dental appointment if I had not demanded one.

## III. Punitive Mistreatment by Guards and Staffing Shortages

20. The guards in Adelanto are selective about following the rules. For example, when it comes to rules that are supposed to benefit detainees—like providing laundry services Monday through Sunday as required in the handbook—the guards do not uphold them. But they randomly enforce rules in other areas, like closing the mini-yard at 8:00 PM, when they used to have it open until 10:00 PM.

21. The staff members get angry easily. It seems they are short on staff. People get hired then quit right away. As a result, I have seen the same employees

working a 16-18 hour shift. They get grumpy and upset. The guards complain about how they are treated—they get stuck on the job and cannot go home. Then they lash out at us because they are in a bad mood about what they are going through.

22. Some mornings, we do not get out of lockdown until much later than 6:30 AM, which is when we are supposed to be allowed out of our cells. During these mornings, we have to stay in our units without water. They will not let us out of our cells, even to get water.

**IV. Lack of Outdoor Time and Deprivation of Meaningful Recreation**

23. When I was in federal prison, I had a job in the kitchen and I was able to go to classes. There, we could go to the yard for six hours a day; here it is only one hour a day. I do not understand why they do not allow two units to be in the yard at once so we could get at least two hours in the yard.

24. Three to four months ago, we were not allowed to go outside to the yard at all for a month because the guards said that someone tried to escape. If someone tried to escape in jail, the yard would be closed for two or three days maximum. We were not given a direct answer about why it was closed for so long.

25. The tablets are also an issue. In my unit, until recently, we only had seven tablets for around 80 detainees. It is a full house right now so the lack of tablets is a constant problem. They added two more tablets recently, so I think we have nine now, but that is still not enough. In addition, the internet is usually so bad that it is hard to connect. We need the tablets to do video calls with our families and to look up the case law for our immigration cases. In federal prison, everyone had a tablet. I and several other detainees have complained to the guards about the lack of tablets and the problems this shortage has caused, but we were ignored by the guards.

26. There is also a TV that used to show us the jail policies and "Know Your Rights" information, but they have either permanently turned the TV off or it is not

working. The TV is supposed to be on 24/7 so that detainees know their rights, but it has been off for seven months.

**V. Punitive Limitations on Contact During Family Visits**

27. It is so hard for people to see their loved ones inside the facility. There are only a few days they can come. Visitors are also supposed to dress a certain way, for example, you cannot wear leggings. My family was once turned away because, in the guard's opinion, they were not dressed properly.

28. You can only hug your family members once during a visit. They time us and police us the whole time. When kids come to visit, detainees are not allowed to pick them up. The kids do not understand why they cannot be hugged by their detained parents. One of the other detainees told me that an officer told him he would be written up for picking up his kid and playing with him. He responded by saying: "I don't care. How are you going to tell a kid he can't play with his dad?" The officer said he would lose his privilege of being with his family. In prison, you are allowed to hug your family much more often when they visit. They do not police you in prison the way they do here.

**VI. Lack of Appropriate Care or Clothing**

29. The officers only do laundry during weekdays. This violates the handbook, which requires them to do laundry every day. Even when they do laundry on weekdays, they wash colors and whites on a rotation every other day. They are not following their own rules.

30. When I send my clothes to the laundry, the clothes do not come back clean. Sometimes the clothes come back wet and still smell. We are allowed to exchange our clothes, but when I have done this, the clothes I get are in worse condition than the ones I exchanged them for. They are often not washed well and smell bad. People often get rashes from reactions to the detergents they use. When

we submit grievances about this, nothing happens. Because the clothes do not come back clean, I wash my own clothes in the bathroom sometimes.

**VII. Inadequate Sanitation and Hygiene**

31. The podium is where the guards sit, and they have basic supplies there that we can request—things like toilet paper, soap, and toothbrushes. They frequently run out of toilet paper and toothbrushes. In July 2025, they ran out of toothbrushes for two days. I know many detainees who have had to go without toothbrushes due to shortages.

32. In my unit, there are six showers for eighty people. For more than five months, only two showers worked. There is a really long line for the showers and they provide very little privacy. There are three showers on each side of the room with a walkway in the middle. There are no privacy screens or curtains between showers facing each other across the walkway. As a result, you can see the person across from you showering. When only two showers were working for a long time, those showers were right across from each other, so we had no choice but to shower without any privacy. Because of this it feels really invasive to shower. In prison, and even in solitary, there were always curtains for showering. I have asked the guards for additional curtains to give us some privacy, but they have not provided them. Since I am gay, this is a particularly dangerous situation for me. They told us they were not going to fix them. I was taken to solitary for speaking up about this. They have since fixed the issue, but it should not take five months for them to resolve such a simple issue.

33. The bathrooms are very dirty. There is mold growing in them. They give us low quality soap and very little shampoo. I suffered from a rash all over my body and a staph infection beginning in May 2025. I worried that I developed these because of the unsanitary conditions in the bathrooms. A lot of people are sick and catch

infections. I am afraid to complain about the sanitation out of fear of being sent to solitary confinement.

34. No staff members clean the dayroom. The tables are constantly dirty, leftover food is left behind, there is often trash on the floor, the garbage is almost always overflowing. It is not our job to clean up the dayroom, but we clean it up anyways so that we do not have to inhabit such filthy conditions.

35. In order for conditions to improve, they have set up a process through which we can submit grievances. But when I have submitted a grievance, the staff have asked me to withdraw it and told me "Don't worry, we'll take care of it." Our grievances never get resolved. I have filed more than 50 grievances during my time at Adelanto. The staff has only responded to around 20 of them, and even when they do come ask me about my issue, it does not get resolved.

## VIII. Insufficiency and Poor Quality of Food and Water

36. The food here is very bad. It is often served cold and mixed together. For example, rice, eggs, cake, and other dishes are heaped on top of each other. It is a mess and makes the food unappetizing. I find it offensive to be forced to eat food like this. The food in federal prison was of better quality. In federal prison, I received food of sufficient quality and portions with protein, such as beef. Here, I receive things like powdered egg, rice, tortillas, and baloney.

37. We are also not given enough food to eat. The portions are too small and leave me hungry. I would estimate that I am not given enough to eat four days per week. On these days, the food I receive is around half of what I received while in prison. I would probably need to eat two trays of food to feel full, but they only allow us one. Sometimes we try to go through the line for meals twice because we have not received enough food, but the guards get mad at us for this. We try to stand up for ourselves when this happens because otherwise we will go hungry. I told the

lieutenant about the lack of sufficient food, but he did nothing to address it. This has become a big issue for us.

38. One time, some detainees were caught taking two trays of food instead of one. The guards punished all of us in response by making us wait about 20 minutes before we could eat while we were starving. The officers often throw two or three pots of food in the garbage. They have enough food to feed everyone, but they throw it in the trash instead. I have seen several detainees pull food from the garbage and eat it because they were so hungry.

39. The water we are provided to drink is filthy. It comes in big five-gallon jugs, with a dispenser at the bottom and a lid you can screw off. I have opened the water jugs and have seen dirt and black spots on the inside of the jug walls. We get two five-gallon jugs of water for 80 people in my unit each day. The water usually runs out within five hours. The staff is often very delayed in refilling the jugs. Because of this, I often have to go four to five hours without water during waking hours.

40. The officers often say "water is coming" when it is not. We have had this problem for weeks. We cannot access the drinking water when the guards are doing counts because we are locked in our cells. This is especially hard in the summer when it is very hot here and we do not have access to water. The counts take a long time, and you cannot do anything about it. They take twice as long to do counts as it took when I was in prison. They do five counts per day at 8:30 AM, 10:30 AM, 6:30 PM, 11:00 PM, and 1:00 AM. In prison, they only did two to three counts per day.

41. I am sometimes tempted to drink the water from the sink in my cell, but I worry it is not clean or filtered because of the smell and the taste of this water. Some people get headaches because they go so long without drinking water. I never dealt with a lack of access to water while I was in prison.

42. When we speak up about the lack of water, the officers say they are short on staff, so none of them have time to refill the containers. They also sometimes write you up to try to get you into solitary for speaking up about it.

**IX. Lack of Access to the Library**

43. There is a new librarian at Adelanto who has changed the rules and made it difficult for us to access legal resources and information. Only four people per unit, each of which has roughly 80 people, are allowed into the library each day. The library can fit ten to fifteen people. If you do not sign up fast enough, you have to wait until the next day for your chance to enter. If you write down your "A number" with even one wrong digit when signing up, they will not let you in. In federal prison we had much better access to the library. When I complained about this, I was sent to solitary for six days. In solitary, I did not have any access to the law library.

44. We need access to the library so we can work on our immigration cases. Many of us do not have lawyers, so it is a real problem if we are not able to go to the library.

45. In prison, I was allowed to stay in the library all day. It was like any other ordinary activity such as going to the yard.

**X. Retaliation and Inappropriate Use of Solitary Confinement; Poor Conditions of Solitary Confinement**

46. We are retaliated against when we speak up about problems with the facilities. This is why people are scared to speak up. I have spoken up for myself and others around ten to fifteen times because someone must, otherwise nothing will change. Now they think I am a troublemaker when I am calling attention to injustice. When I speak up, I either get a write-up or sent to solitary. They treat me like a problem even though I am not doing anything wrong.

47. I have been sent to solitary two times in my two years here. First, in August 2025, I spent seven days in solitary when I spoke out because there are only

six showers for eighty people, only two of which worked at the time. Second, in October 2025, I was sent to solitary for six days when I spoke up about the library only allowing four people from my unit per day.

48. In solitary, you are confined to your cell all day except for thirty minutes. These thirty minutes are the only time you are able to get water or heat up food. The officers do not come by your cell all day except for this time. Sometimes this is at 4:00 PM. You are in your cell without water all day and all night except for during the thirty-minute break. Sometimes the guards come by for the break so early that you are not ready to leave your cell. If you do not leave your cell at this time, you have to go a whole day without water. If you call out for an officer outside of the thirty-minute window, they do not respond to you.

49. This solitary unit has a very small yard attached to it that is only a little bigger than the cell. When they let me go out to the little yard, they once locked me out there for hours without checking in on me. It felt like being in a cage. It would get so cold. I could not eat, drink, or use the bathroom during this time. It felt inhumane. It seemed like the guards just forgot about me out there in the cold.

50. The cells in solitary are also very dirty. They should not put humans there. Nobody cleans these cells because we are only let out for 30 minutes a day, which is not enough time to request a broom and clean because we also need to drink water, eat food, and shower during that time. They only let one person out of their cell at a time.

51. During a fight in my regular unit in December 2025, the officers pepper sprayed the whole dayroom. Most of us were not involved in the fight, but we were punished anyway. We were all coughing for several hours after having been pepper sprayed without warning. The guards then took everything from our cells except for one uniform and the mattresses. They tore everything apart. They even took things

we purchased ourselves like extra socks or toilet paper. Then, they locked us in our cells for 24 hours without water and without being able to shower.

**XI. Interference with Religious Practice**

52. I am Jewish. I do not have a place to pray here. It is hard to pray when I am right next to the toilet in my cell. I told the guards this is a violation of my First Amendment rights.

53. The officers come by for count when I am praying sometimes, and that disrupts my prayers because we must be in our bed during the count. I cannot follow my religious tradition because of this schedule and the lack of a dedicated space for prayer.

54. There were six Jewish people in my former unit, but Adelanto does not provide resources for us to practice our faith. They did not let us light candles for Hanukkah. I have asked for holy books, including the Jewish Bible, but they will not give me them. They do not have a Jewish Bible in the library.

55. There is no rabbi that visits Adelanto. I have requested that a rabbi be allowed to come to lead services, but they have not invited a rabbi to come.

56. We are supposed to have grape juice on Fridays, but they did not provide this until very recently. I filed a grievance about this, but the staff asked me to withdraw my grievance. I told them they keep interfering with my ability to practice my religion. When I make requests related to my religious needs, they act like it is a privilege to be able to practice my religion. Only after I spoke to several ICE supervisors to complain about this and after I went on a hunger strike, did they finally begin giving us grape juice on Fridays for prayer.

I declare under penalty of perjury that the foregoing is true and correct. Executed on February 25, 2026 in Adelanto, California.

Julius Omene Fredrick