PUBLIC COUNSEL
REBECCA BROWN (SBN 345805)
rbrown@publiccounsel.org
SOPHIA WRENCH (SBN 354416)
swrench@publiccounsel.org
AMELIA PIAZZA (SBN 342473)
apiazza@publiccounsel.org
VANESSA RAE YOUNG (SBN 352693)
vyoungviniegra@publiccounsel.org
ELIZABETH HERCULES-PAEZ (SBN 320944)
eherculespaez@publiccounsel.org
610 S. Ardmore Avenue
Los Angeles, California 90005
Tel: 213-385-2977

*Attorneys for Plaintiffs*
Additional Counsel Listed on Following Page

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| L.T., SEVAK MESROBIAN, JOSE MAURO SALAZAR GARZA, AND J.M., on behalf of themselves and all others similarly situated; COALITION FOR HUMANE IMMIGRANT RIGHTS, <br><br> Plaintiffs, <br><br> v. <br><br> U.S. IMMIGRATION AND CUSTOMS ENFORCEMENT; TODD M. LYONS, Acting Director, U.S. Immigration and Customs Enforcement; JAIME RIOS, Acting Director of Los Angeles Field Office, Enforcement and Removal Operations, U.S. Immigration and Customs Enforcement; U.S. DEPARTMENT OF HOMELAND SECURITY; KRISTI NOEM, Secretary, U.S. Department of Homeland Security, <br><br> Defendants. | Case No. 5:26-cv-00322-SSS-RAO <br><br> **DECLARATION OF ███ ████ [J.M.] IN SUPPORT OF PLAINTIFFS' MOTION FOR PRELIMINARY INJUNCTION** <br><br> **CLASS ACTION** <br><br> **REDACTED VERSION OF DOCUMENT PROPOSED TO FILE UNDER SEAL** |

DECLARATION OF J.M.
Case No. 5:26-cv-00322-SSS-RAO

IMMIGRANT DEFENDERS LAW CENTER
ALVARO M. HUERTA (SBN 274787)
ahuerta@immdef.org
CARSON ADRIANNA SCOTT (SBN 337102)
cscott@immdef.org
ALISON STEFFEL (SBN 346370)
asteffel@immdef.org
634 S. Spring St., 10th Floor
Los Angeles, CA 90014
Tel: 213-634-0999

COALITION FOR HUMANE IMMIGRANT RIGHTS
CARL BERGQUIST (*Pro Hac Vice*)
cbergquist@chirla.org
2533 West Third Street, Suite 101
Los Angeles, CA 90057
Tel. 310-279-6025

ADAM REESE (SBN 362898)
areese@chirla.org
2351 Hempstead Road
Ottawa Hills, OH 43606
Tel: 310-279-6025

WILLKIE FARR & GALLAGHER LLP
NICHOLAS REDDICK (SBN 288779)
nreddick@willkie.com
STEPHEN HENRICK (SBN 310539)
shenrick@willkie.com
ALYXANDRA VERNON (SBN 327699)
avernon@willkie.com
JACOB KARIM (SBN 340376)
jkarim@willkie.com
333 Bush St., 34th Floor
San Francisco, CA 94104
Tel: 415-858-7400

*Attorneys for Plaintiffs*

## DECLARATION OF J.M.

I, J.M., declare as follows:

1.    I have personal knowledge of the facts in this declaration. If called upon to testify, I could and would testify competently to the following facts.

### I.    Background

2.    I am ▇ years old. I was born in ▇▇▇▇. I entered the United States ▇▇▇ and lived in ▇▇▇, California. I was detained by ICE in approximately ▇▇. I was originally brought to Desert View Annex ("DVA") and then moved to Adelanto in June 2025.

3.    My experience at Adelanto has been difficult. At the beginning, I had a lot of anxiety and depression. I couldn't sleep. Coming here has been a big change for me. I've never been confined inside this long. It is difficult to be locked away. You don't know your destiny or where you are headed. It is hard to be deprived of my liberty just because I was not born here. It has been extremely shocking to be here. You have to deal with fears and anxieties, people who faint, and poor treatment. It is intense.

4.    The majority of my concerns about being detained at Adelanto center on what is most important—our health. People don't know what is happening to us here. I want them to know. I am seriously concerned about medical negligence here. The staff are negligent not just towards me, but towards many other detained people and towards the health of all immigrants. It makes me nervous and scared that they are so negligent with our health.

### II.    Inadequate Medical Care and Failure to Explain Results

5.    I have a heart problem, cardiac arrhythmia. I worry about my heart condition, and I wish someone would check on my heart. I am scared that if something more serious were to happen, they wouldn't treat me well, and I wouldn't get good care.

6. Before I was detained, I had an appointment to have my heart checked because my hemoglobin levels were abnormal. Since I was detained by ICE, I was not able to go to the appointment, so I asked for blood work. I wanted to see how my hemoglobin was.

7. I eventually got blood work done, but no one explained my results to me. I have gotten blood tests done three times, but have never gotten a response about the results. They tell you to file a grievance, also known as a KITE. I have filed several KITEs about medical issues, but I have rarely gotten a response. It seems to me like they don't send them and like they are just checking the box by having a form for us to fill out, but they don't actually care about our health.

8. Around ██████████, they took me to Arrowhead Regional Medical Center in Colton to get a heart ultrasound. They took photos and some of the pictures were marked with an "X," which made me think those were sections of my heart that were damaged or abnormal, but they did not explain anything to me. They then recommended I wear a "holter" monitor for my heart. This is a heart monitor that I was supposed to wear which is connected to an external device, like a monitor of some sort.

9. The doctor told me I was supposed to wear the monitor for multiple days, maybe six or seven. When we got back to Adelanto, the staff told me that they couldn't take me back to my usual cell and had to place me in a segregated medical solitary room because they did not want the other detainees to be able to touch the medical device. I was alone for roughly five or six days, and it felt like being punished in solitary. Those were the worst days I have spent here.

10. I have a lot of trauma from my childhood and it was hard to be isolated for so long. After three days, I was very anxious and depressed. I was crying. I thought: "I can't be here anymore." The staff person assigned to monitor me was being really flippant and asked me: "Do you want the holter or not?" It's not that easy.

- 2 -
DECLARATION OF J.M.
Case No. 5:26-cv-00322-SSS-RAO

11.    It felt like my two options were either: (1) go back to my cell without monitoring the arrhythmia and sacrifice my health, or (2) be locked in segregation to be able to wear the monitor and become depressed. What's the point of helping you with the holter, but keeping you cooped up and segregated while you wear it? I don't understand.

12.    I wanted to be with other people, to be around other detainees who can support me mentally, but I also knew I needed to wear the monitor for my health, so I decided to keep it on.

13.    But after five or six days, I couldn't take it anymore. When they let me out, I started crying. I came out of that room and experienced feeling tired, defeated, and unwell.

14.    About a month after I got the monitor off, they took me to the Colton hospital, but when I got there, the doctors told me that the officials at Adelanto had cancelled my appointment. They cancelled my appointment and never booked another one. I don't know why they cancelled it, they never told me the reason. I wanted to know what my heart ultrasound results were; I still do not know. They never told me anything about the results of using the holter. I don't know if anything happened or if my results are okay.

15.    I really worry about my health here. The nurses and doctors treat us like we are nothing. People get sick often.

16.    In approximately December 2025, I got a cough. I was coughing a lot and felt I couldn't breathe. I told an official about it and asked if I could go to the medical unit. The official told me: "you need to be on the ground passed out for me to call a Code Blue. I cannot call anyone unless you are passed out." After about three to four days passed, they finally took me to the medical unit. The staff there were not very helpful; for example, they told me they couldn't give me cough drops because I had a history of high blood pressure.

17. The treatment from the nurses here is also poor. They do not seem to care. One time when they brought me back from the doctor, they tried to take my blood pressure, but the reader wasn't reading my pressure and showing a result. I told the nurse, "it's not reading my blood pressure." She responded, "No, but you are still alive." I felt this was very dismissive.

18. Recently, I felt pain in my chest. I am scared that if something more serious were to happen, they wouldn't treat me well, and I wouldn't get good care.

**III. Detainees Collapse and Adelanto Staff Delay in Responding**

19. I have seen detainees faint or collapse, and on multiple occasions, the guards have been slow to respond and ensure the person gets medical attention. They often make us get back in our cells before they attend to the person. A lot of people seem to faint here.

20. On one occasion around three months ago, one of my dorm-mates collapsed and hit his head on the ground. There was a pool of blood surrounding his head. We yelled to notify the guards and asked them to please do something. They were moving slowly and one of the guards said: "Be happy; at least we come." Others in my unit got upset and asked the guards to do something because the person clearly wasn't well. He was lying on the floor unconscious and bleeding, and even when he was prodded, he did not move. Even so, the guards took their time addressing the issue—they just stood around waiting for the medical unit to come. It seemed like they did not have any concern for his life.

21. I don't know why our cellmate collapsed, but after he was taken away, an official came to our cell unit with some kind of device or monitor. I thought she might be checking the air. They wouldn't tell us what it was.

22. Another time, I saw a detainee collapse, and it also took staff at least ten minutes to have anyone come over and help him. The guards just crossed their arms and waited for the medical staff to arrive. It took the medical staff fifteen minutes to

- 4 -
DECLARATION OF J.M.
Case No. 5:26-cv-00322-SSS-RAO

respond. While they waited, the guards did not do anything to help the man who had collapsed.

23. Instead of responding right away to the medical incident, they just kept telling all of us to go back into our cells. The medical unit is also not far away, it probably takes five minutes to walk from the medical unit to our unit.

24. It makes me have to disassociate because this is just how things are here. Staff demand compliance from us, but they do not help us when we ask. In general, I try not to complain, but I worry for my health and the health of the other detainees. I cope by asking God to bring me tranquility.

**IV.  Life at Adelanto With Limited Access to Drinking Water and Unsanitary Conditions**

25. I worry about the conditions here being bad for our health. When I was first at DVA, the air quality was very bad, I was getting congestion and green phlegm, I had a cold every day and my throat was very inflamed. I used to work in construction and found it concerning that there were particles being released into the air. I wondered whether this is what caused my phlegm while I was at DVA. I wore a mask because I was worried about it and requested to change units. Now here at Adelanto, there are still lots of visible particles in the air. I have never seen them clean the air vents. I worry that they don't filter or do adequate maintenance on the air.

26. Adelanto staff bring us drinking water in containers that they put in the unit. When we run out, it sometimes takes them six hours to bring us more water to drink in the water container for our cell. We just have to wait there, thirsty.

27. One time when I was at medical observation and asked for water, the nurse said "no, I'm very busy and have a lot of work." Two hours later, in the afternoon I asked again for water, and said please, can't you see I have a holter to monitor my heart. The official said: "don't start with your bullshit; there is some water in the sink." I said: "I'm not fighting, I just want water." She said: "you can get it from the sink." I asked whether that was good drinkable water. She did not answer

DECLARATION OF J.M.
Case No. 5:26-cv-00322-SSS-RAO

my question and just said "at least there is water there." I have not seen them fill up the jugs with sink water, and I am not sure that it is clean. I don't understand why she couldn't walk over to get me drinking water.

28. As for the food, we are often hungry after we eat. I don't think the food is nutritious. I've lost about 15 pounds since coming here. Most other people here seem to be losing a lot of weight.

29. We have to clean our own bathrooms and the dayroom because the staff do not clean them for us.

30. Around three months ago two people got sick with some kind of bacteria and inflammation on their skin. Some had it around their mouth or neck. I don't know if it was a parasite or something else. I know about it because it happened to my cellmate. His jaw was really hurting and then he ended up seeing some kind of substance come out of the inflamed area. My cellmate reported it to the medical team, but they didn't take him to see anyone, they just gave him an alcohol pad to clean his jaw and some pills. The people who had this issue had to deal with it themselves.

31. Some of the showers don't work, and have not worked since I have been detained here.

32. At Adelanto, it is often cold and they only give us one thin blanket.

33. It is hard to sleep here; you can only really sleep from 1:00 a.m. to 6:00 a.m. because of the noise and lights. I then wake up early in the morning to help serve breakfast.

34. Once, they took the yard away from us for about six weeks after they told us someone tried to escape. It felt like punishment even though most of us did nothing wrong.

35. When ICE comes to inspect the facility, the staff put on an act. The staff tell us "ICE is coming! Clean up!" But all ICE does is come in and sign someone's deportation paperwork or walk around the facility.

- 6 -
DECLARATION OF J.M.
Case No. 5:26-cv-00322-SSS-RAO

36.  I am lucky that I have gotten closer to God while here, which has helped me be calmer and brought me more peace. When I first got here, I felt horrible and cried every night and thought about everything I had left behind outside—my cats, my construction business. Now, I just try to pray and have faith in God. This has helped me be strong. We hold a Christian service every day in our dormitory and I am one of the ones who sings.

**V.   I Want My Personal Information to Be Private**

37.  I would like to remain anonymous in this case because I am afraid that the guards at Adelanto or other immigration officers will retaliate against me or my family for my participation in this case.  I do not want other people to know about my personal life, including the reasons I fled my home country.

38.  I am also afraid that disclosing my identity and immigration status could put me at risk.  I fear that people in the United States who are against immigrants like me could harm me if they know my identity and know I am participating in this lawsuit.

39.  I ask that this Court allow me to proceed under a pseudonym in this case.

40.  This declaration was read to me in my native language.

I declare under penalty of perjury that the foregoing is true and correct. Executed on February 27, 2026 in Adelanto, California.



J.M.

DECLARATION OF J.M.
Case No. 5:26-cv-00322-SSS-RAO