PUBLIC COUNSEL
REBECCA BROWN (SBN 345805)
rbrown@publiccounsel.org
SOPHIA WRENCH (SBN 354416)
swrench@publiccounsel.org
AMELIA PIAZZA (SBN 342473)
apiazza@publiccounsel.org
VANESSA RAE YOUNG (SBN 352693)
vyoungviniegra@publiccounsel.org
ELIZABETH HERCULES-PAEZ (SBN 320944)
eherculespaez@publiccounsel.org
610 S. Ardmore Avenue
Los Angeles, California 90005
Tel: 213-385-2977

*Attorneys for Plaintiffs*
Additional Counsel Listed on Following Page

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| L.T., SEVAK MESROBIAN, JOSE MAURO SALAZAR GARZA, AND J.M., on behalf of themselves and all others similarly situated; COALITION FOR HUMANE IMMIGRANT RIGHTS, | Case No. 5:26-cv-00322-SSS-RAO |
|---|---|
| Plaintiffs, | **DECLARATION OF ANDREI KARAMYCHEV IN SUPPORT OF PLAINTIFFS' MOTION FOR PRELIMINARY INJUNCTION** |
| v. | |
| U.S. IMMIGRATION AND CUSTOMS ENFORCEMENT; TODD M. LYONS, Acting Director, U.S. Immigration and Customs Enforcement; JAIME RIOS, Acting Director of Los Angeles Field Office, Enforcement and Removal Operations, U.S. Immigration and Customs Enforcement; U.S. DEPARTMENT OF HOMELAND SECURITY; KRISTI NOEM, Secretary, U.S. Department of Homeland Security, | **CLASS ACTION** |
| Defendants. | |

DECLARATION OF ANDREI KARAMYCHEV
Case No. 5:26-cv-00322-SSS-RAO

IMMIGRANT DEFENDERS LAW CENTER
ALVARO M. HUERTA (SBN 274787)
ahuerta@immdef.org
CARSON ADRIANNA SCOTT (SBN 337102)
cscott@immdef.org
ALISON STEFFEL (SBN 346370)
asteffel@immdef.org
634 S. Spring St., 10th Floor
Los Angeles, CA 90014
Tel: 213-634-0999

COALITION FOR HUMANE IMMIGRANT RIGHTS
CARL BERGQUIST (*Pro Hac Vice*)
cbergquist@chirla.org
2533 West Third Street, Suite 101
Los Angeles, CA 90057
Tel. 310-279-6025

ADAM REESE (SBN 362898)
areese@chirla.org
2351 Hempstead Road
Ottawa Hills, OH 43606
Tel: 310-279-6025

WILLKIE FARR & GALLAGHER LLP
NICHOLAS REDDICK (SBN 288779)
nreddick@willkie.com
STEPHEN HENRICK (SBN 310539)
shenrick@willkie.com
ALYXANDRA VERNON (SBN 327699)
avernon@willkie.com
JACOB KARIM (SBN 340376)
jkarim@willkie.com
333 Bush St., 34th Floor
San Francisco, CA 94104
Tel: 415-858-7400

*Attorneys for Plaintiffs*

DECLARATION OF ANDREI KARAMYCHEV
Case No. 5:26-cv-00322-SSS-RAO

**DECLARATION OF ANDREI KARAMYCHEV**

I, Andrei Karamychev, declare that:

1.    I make the following statements on behalf of myself. I have personal knowledge of the facts in this declaration. If called to testify, I could and would testify competently to the following facts.

## I.    Background

2.    My name is Andrei Karamychev. I was born in Russia, on November 11, 1978. I am currently 47 years old. I have been in the United States since 1999. Before being detained, I lived in Hallandale Beach, Florida since 2008. I am married to a U.S. citizen. I have been detained at the Adelanto ICE Processing Center ("Adelanto") since June 8, 2025.

3.    Since being detained, I have experienced a decline in my mental health. I suffer from constant anxiety and lack of sleep. I have also experienced suicidal panic attacks. I was seen by the Adelanto psychiatrist who prescribed me a psychotropic medication, but the medication made me more fearful and paranoid, so I had to stop taking it. I continue to try to cope with the mental health challenge of being detained on my own.

## II.    Adelanto Staff Inattention to Persistent Shoulder Injury

4.    The first day I was brought to Adelanto, I was seen by a nurse who took my blood pressure and body temperature, and the nurse asked what medical issues I have. Before being at Adelanto, I was in Florida county jail until my criminal case was dismissed. When I was going to be released, I was instead taken into ICE custody. During my initial arrest by Florida police in June 2024, the police injured my shoulder and broke my wrist. It's hard to raise my right arm above shoulder height and I cannot stretch backwards. When I raise my shoulder, I can hear cracking sounds.

5.    While I was in Florida county jail, I was informed by doctors that I needed physical therapy for my shoulder. I was given strong pain medication to manage my symptoms. When I was taken to Adelanto, I let the nurse know about my shoulder

- 1 -

and wrist injuries. I requested to sleep on a bottom bunk during my intake because to get to the top bunk, I have to climb using one hand. I cannot hold on with my injured arm, and I was afraid of falling off the ladder. But I was still placed in a top bunk for my first three months at Adelanto.

6.    After my initial request for assistance with my shoulder injury at intake, I was given daily Tylenol, which was not strong enough for my pain level. It took about three months of self-advocacy for Adelanto staff to give me stronger medication, to take an X-ray of my injuries, and to move me to a bottom bunk. Besides pain medication, Adelanto staff have told me there is nothing further they can do for my shoulder injury. I was never told the results of my X-ray. It is still difficult for me to lay on my right side in bed, and I have not gotten physical therapy. I believe physical therapy would be helpful for reducing my pain and gaining better mobility of my shoulder. I was told by guards and nurses that they don't provide physical therapy in "jail," meaning here at Adelanto.

**III.   Lack of Dental Care; Extractions Instead of Other Dental Care**

7.    Since I was taken to Adelanto, I have requested dental care over thirteen times. I told the intake nurse I needed dental care for tooth pain and cavities when I first arrived at Adelanto. I was having pain in my mouth and needed to be seen by a dentist. I was told by the Adelanto guards that I would be eligible for dental care only after six months of being at Adelanto.

8.    Over the course of my detention, my tooth pain had become unbearable such that I was begging the Adelanto staff to remove my teeth since they do not provide further dental care. Between July 2025 and the end of November 2025 over the course of several visits, a dental technician ended up extracting at least three of my teeth including my two front teeth and one of my side teeth. The dental technicians have portable equipment that they set up in a room; there's no dentist room at this facility. I believe it could have been possible to save my teeth with a root canal or other dental intervention. After my extractions, I was given five Tylenol per day for

- 2 -

DECLARATION OF ANDREI KARAMYCHEV
Case No. 5:26-cv-00322-SSS-RAO

a few days for the pain. This was not enough for the pain of having my teeth removed and would wear off about halfway through each day.

9. Since my extractions, I cannot eat properly because I am missing many of my teeth – most of my top jaw. Again, I requested fillings and dentures to reduce my pain and help with eating. A nurse told me that "legally" they cannot provide any dental care until someone has been at the detention center for six months. In December 2025, after six months of being at Adelanto, I requested dental care again.

10. In late January 2026, I was finally seen for a dental cleaning. I had a few cavities at the time and was told by the dental professional that Adelanto does not give the option to get fillings, only a cleaning. After my cleaning, I again requested fillings and dentures but I was told that because Adelanto staff did not know when I would be deported, they would not provide me with dentures or fillings.

11. Because I have so many teeth pulled now, it hurts to chew and I have to swallow my food without chewing. I desperately need dentures, but have been denied this dental care.

**IV.  Multiple Outbreaks of the Flu**

12. During my time here, I have contracted several illnesses. I have been sick with the flu three times: once in early September 2025, once in mid-October 2025, and again in late December 2025/early January 2026. Each time, I had a fever and a cough. I requested to be given the flu vaccine when I first became sick in September 2025. I was finally given a shot of something in early January 2026. I assume it was the flu vaccine, but I was not informed by the nurse. There have been many waves of sickness when everyone is sick at once.

**V.  Inadequate Responses to Ongoing Skin Infections**

13. I have had antibiotic-resistant skin infections on my chest, right leg and knee area, and outer area of my right ear at different points in time at Adelanto. The first occurrence was in late June 2025 on my chest. The area was red and blistering, with pus inside the blister. The blister on my chest got to the size of a golf ball. I was

- 3 -

DECLARATION OF ANDREI KARAMYCHEV
Case No. 5:26-cv-00322-SSS-RAO

taken to the medical unit after two to three weeks for this ailment. At that time, I only saw a nurse who prescribed antibiotics. I asked what I was being treated for, but she refused to tell me what my diagnosis was. The antibiotics worked for me while I was taking them, but as soon as I stopped taking the antibiotics, the infection came back on different parts of my body.

14.     In early September 2025, I saw the infection was now on my right knee. I submitted several medical requests and grievances to get help. Meanwhile, I watched my condition get worse. My knee was filling with pus. I finally saw a nurse in mid-October who gave me two Tylenol for the flu symptoms I had, but she did not do anything about my knee infection. I began writing to my ICE officer requesting medical treatment because I felt dizzy and feared for my life. I was denied a visit with the doctor. On the night of October 20, 2025, I was finally taken to the medical unit, but the doctor never showed up, and I was returned to my cell.

15.     I was then scheduled again for a medical visit and was finally seen by the doctor on the night of October 25, 2025. At this point it felt like I had an egg inside my knee and my knee had doubled in size. The infection was 3-4 inches wide. The skin on my knee turned a purple, gray, greenish color, and I had a fever. I also had an infection developing on my ear. The doctor immediately sent me to the emergency room. I was taken to Victorville Valley Global Medical Center and admitted. I was chained to the bed with two guards attending me. There were several other detained people in the same room as me, also chained to their beds with two guards attending each of them.

16.     On the morning of October 26, 2025, I received emergency surgery on my knee. I thought I was going to lose my leg. They gave me IV antibiotics at the hospital. After my surgery, I was returned to Adelanto the same day and was given a ten-day antibiotic treatment. The doctor at the hospital told me "If you get another infection, immediately return to the hospital."

- 4 -

DECLARATION OF ANDREI KARAMYCHEV
Case No. 5:26-cv-00322-SSS-RAO

17.    The doctor then gave me my medical report but the Adelanto staff took it from me when I returned to Adelanto. I requested a copy of my medical report from the hospital, but Adelanto staff stated it's their policy not to release files. They would not let me read the medical report, so I still do not know what I was diagnosed with.

18.    On November 7, 2025, eleven days after I was released, I requested to see the doctor again because my knee was not healing and the infection on my ear was spreading to my neck. My knee was still red and swollen. The outer part of my ear and neck was red and my inner ear felt like it was full of liquid, so I had trouble hearing. I was told by the guards that the doctor was not available. Several days later, I eventually saw a nurse who prescribed another medication, but the infection did not go away. I continued to submit medical requests in November and December 2025 for the ongoing infections. I wrote in the medical requests that as soon as I stop getting antibiotics, I get the infection again. Finally, around the beginning of January 2026, I was prescribed a different antibiotic which seems to be working and my infections have subsided. However, scar marks on my chest and my leg remain. I will have these scars for life.

19.    Many other people in my unit also previously had similar skin infections, and continue, even in February 2026, to have infections.

## VI.    Significant Delay in Addressing Debilitating Ingrown Toenails

20.    In September 2025, I requested that my ingrown toenails in my right and left big toes be removed. The ingrown nails were breaking my skin and bleeding, making it difficult and uncomfortable to walk. I could only hobble around the unit. I was finally seen in early February 2026, five months after submitting my request. The doctors removed one of my toenails and provided me with antifungal medication. I was then scheduled to come back for another appointment a week later for the removal of my other ingrown toenail, which, as of February 27, 2026, has not happened.

- 5 -
DECLARATION OF ANDREI KARAMYCHEV
Case No. 5:26-cv-00322-SSS-RAO

## VII.  Skin Irritation From Poor Quality Water in Showers

21.    A week after my initial arrival at Adelanto, I began feeling a burning sensation on my skin. I was itching all over my body and developed dry scaly patches. I believe I could have psoriasis. I believe the water here is not safe and it is irritating my skin. I informed Adelanto staff in June 2025 of my concerns and full body symptoms. I was especially feeling discomfort on my scalp and requested medicated shampoo. I was prescribed shampoo at the end of September 2025. I was using this prescribed shampoo up until February 2026. In February 2026, I was informed that Adelanto's policy about prescribed shampoo changed, and detained individuals need to instead purchase prescription shampoo from the commissary. I only have about $3 in my commissary account, and I use that for making calls, so I can no longer afford to use the shampoo.

## VIII.  Insufficient Medical Staff Capacity Leading to Severe Delays in Care

22.    I have submitted over forty medical requests and grievances at different points in time at Adelanto. There are huge delays in medical treatment. It typically takes Adelanto staff over two months to schedule medical visits for me.

23.    When I am brought to the medical unit, I am usually seen by nurses instead of doctors. Many of the nurses are good-hearted and trying to do their job, but a nurse does not have the same qualifications as a doctor. It feels like the options for detained people are that you wait it out and see if you get better by yourself, or your health gets so bad that you go to the emergency room; there's no other option.

24.    One time when I saw the nurses in December 2025, I asked them why it took them two months to see me. They told me that they have over 500 sick calls to process and only three people to process them, so some medical requests they cannot even look at for two or three weeks.

25.    While I was at Victorville Valley Global Medical Hospital in October 2025, there were twelve beds allotted to detained and imprisoned individuals; eight were taken up by people from Adelanto. The doctor from the hospital asked the

- 6 -

DECLARATION OF ANDREI KARAMYCHEV
Case No. 5:26-cv-00322-SSS-RAO

Adelanto staff present, "Why don't you hire more medical staff? You keep sending them to the ER." The doctor said that he gets at least five to six detained people in the ER every day due to health complications.

## IX. Substandard Drinking Water

26. The water at Adelanto tastes funny – like sewage. It tastes bad and has a chemical taste. They should be giving us drinkable water.

## X. Poor Sanitation and Inadequate Cleaning by Adelanto Staff

27. Whatever the staff do to clean is not enough to keep our unit clean. I have seen that the guards will sometimes come in and spend a few minutes spraying down the showers with a chemical. However, even after being cleaned, I can still see a layer of dirt and grime on the floor and the walls.

28. The guards do not go in to clean any of our cells at all. I can see a layer of dust on the floor in the dayroom. Myself and other detained people here try to clean our areas because living in filth is not what we're used to.

## XI. Punitive Use of and Conditions in Solitary Confinement

29. When I first arrived at Adelanto on June 8, 2025, I requested to see the ICE officers because I had not received a Notice to Appear (NTA) and had not been scheduled for any hearings regarding my detention. I did not hear anything for two months despite asking repeatedly to get information about my case. On July 26, 2025, I decided to speak out. Many other people in my unit were also upset about not being told the reason for their detention. About half my unit had been transferred from Florida around the same time. We did not have paperwork served and had not seen anything about our case. We worked together to get attention to this issue by all yelling together, demanding to see our ICE officers.

30. First, some ICE officers came by and told us they were writing down the information of the people who wanted to know about their cases. Then once we were all back in our cells, a bunch of guards showed up and began to take out the people that spoke up, one-by-one. The people who were most vocal—about ten of us—were

- 7 -

violently wrestled to the ground, beaten, and pepper sprayed directly in the face. I was dragged away and this violent altercation by the guards caused additional damage to my already injured shoulder. I was taken to a holding room, possibly the intake room. After having been pepper sprayed directly in the face, I learned later from talking to these men, that two or three detained men were taken to the emergency room. I spent four or five hours in that room underneath a shower trying to rinse out my eyes. I could not see or breathe properly.

31.    Some of those ten people were then transferred to other detention centers, and around six of us were sent to solitary confinement. I know that some people were taken to other detention centers, because they were later transferred back to Adelanto.

32.    After a few days in solitary confinement, a lieutenant came in to meet with me and told me that I was going to spend two months in solitary because I had fought the officers. This was a lie. I told him that I did not fight the officers, I had just demanded nonviolently to see an ICE officer about my case. He said, "We choose our truth."

33.    I was in solitary confinement for five weeks. In solitary, I was under lockdown for about 23.5 hours a day. We had 30 minutes each day outside of our cells. During those thirty minutes, we could go outside for yard time in a cage that is about 10 feet by 10 feet, walk to the microwave to reheat meals, or look at a book. When you are brought out to the mini yard, you are locked out there until the guards decide to let you back in. The yard smells like urine because people had to pee out there, and it was not cleaned up. It is difficult because you want to have fresh air, but it smells like urine.

34.    During meal times the guards brought all my meals to the cell, but they would not bring me water unless I asked for it. If we were not let out for our thirty-minute break close to a meal time, we ate our meals cold because we did not have access to the microwave. If we wanted to shower, we needed a guard to walk us to

the showers and then they would lock us in there alone until they were ready to walk us back to our cells.

35.    The areas in solitary confinement were dirty. Garbage stays on the ground for weeks. There is a layer of dirt in the walkway to the shower and the showers were also dirty. The guards don't clean at all. I asked a guard once why they do not clean the solitary showers, and they said they're there to "guard and not clean." I tried to clean my own cell, but it wasn't enough. There were sticky stains on the cell floor from juice spills and food dropping on the ground. I could see mold growing on the cell walls as well.

36.    I was not allowed to submit medical requests or grievances while in solitary. I requested to go to the law library regarding my case and was denied. I was told that when we are in solitary we have lost our privileges.

37.    I was originally told I would spend two months in solitary, but I was released after five weeks because the guards told me that they needed to free up capacity to put other people in solitary. I feel that they released me because they had new people they wanted to break.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on February 27, 2026 in Adelanto, California.

_____
Andrei Karamychev

- 9 -
DECLARATION OF ANDREI KARAMYCHEV
Case No. 5:26-cv-00322-SSS-RAO