PUBLIC COUNSEL
REBECCA BROWN (SBN 345805)
rbrown@publiccounsel.org
SOPHIA WRENCH (SBN 354416)
swrench@publiccounsel.org
AMELIA PIAZZA (SBN 342473)
apiazza@publiccounsel.org
VANESSA RAE YOUNG (SBN 352693)
vyoungviniegra@publiccounsel.org
ELIZABETH HERCULES-PAEZ (SBN 320944)
eherculespaez@publiccounsel.org
610 South Ardmore Avenue
Los Angeles, CA 90005
Tel: 213-385-2977

*Attorneys for Plaintiffs*
Additional Counsel Listed on Following Page

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

L.T., SEVAK MESROBIAN, JOSE MAURO SALAZAR GARZA, AND J.M., on behalf of themselves and all others similarly situated; COALITION FOR HUMANE IMMIGRANT RIGHTS,

Plaintiffs,

v.

U.S. IMMIGRATION AND CUSTOMS ENFORCEMENT; TODD M. LYONS, Acting Director, U.S. Immigration and Customs Enforcement; JAIME RIOS, Acting Director of Los Angeles Field Office, Enforcement and Removal Operations, U.S. Immigration and Customs Enforcement; U.S. DEPARTMENT OF HOMELAND SECURITY; KRISTI NOEM, Secretary, U.S. Department of Homeland Security,

Defendants.

Case No. 5:26-cv-00322-SSS-RAO

**DECLARATION OF FERNANDO A. LOPEZ IN SUPPORT OF PLAINTIFFS' MOTION FOR PRELIMINARY INJUNCTION**

**CLASS ACTION**

IMMIGRANT DEFENDERS LAW CENTER
ALVARO M. HUERTA (SBN 274787)
ahuerta@immdef.org
CARSON ADRIANNA SCOTT (SBN 337102)
cscott@immdef.org
ALISON STEFFEL (SBN 346370)
asteffel@immdef.org
634 S. Spring Street, 10th Floor
Los Angeles, CA 90014
Tel: 213-634-0999

COALITION FOR HUMANE IMMIGRANT RIGHTS
CARL BERGQUIST (*pro hac vice*)
cbergquist@chirla.org
2351 Hempstead Road
Ottawa Hills, OH 43606
Tel: 310-279-6025

ADAM REESE (SBN 362898)
areese@chirla.org
2533 West Third Street, Suite 101
Los Angeles, CA 90057
Tel: 213-353-1333

WILLKIE FARR & GALLAGHER LLP
NICHOLAS REDDICK (SBN 288779)
nreddick@willkie.com
STEPHEN HENRICK (SBN 310539)
shenrick@willkie.com
ALYXANDRA VERNON (SBN 327699)
avernon@willkie.com
JACOB KARIM (SBN 340376)
jkarim@willkie.com
333 Bush Street, 34th Floor
San Francisco, CA 94104
Tel: 415-858-7400

*Attorneys for Plaintiffs*

# DECLARATION OF FERNANDO A. LOPEZ

1. I have personal knowledge of the facts set forth below, and if called to testify, I could and would do so competently.

2. I was born on October 7, 1972, in Quetzaltenango, Guatemala.

3. I have lived in the United States for over 35 years. I reside in Garden Grove, California, with my U.S. citizen wife Blanca and U.S. citizen stepson. I also have a U.S. citizen stepdaughter. I work as a mobile auto mechanic. I am involved in my community and have been attending my local church since around 2008.

4. I love my wife and am very proud of my stepchildren. I have a good relationship with my wife, and I helped raise my stepchildren from when they were little. I worked hard to make sure they took a good path in life, avoided gangs and bad habits, and they have grown into great people.

5. Immigration agents detained me on July 8, 2025. I was detained at Adelanto ICE Processing Center ("Adelanto") until I was released on February 21, 2026. I was housed in Adelanto East.

6. Adelanto is not suitable for living. The first week I was there, the sewers were clogged, and we spent three days without running water. The water lines are often clogged. The contractors they bring in just walk around and never fix anything. They ask for detainee volunteers to clean, even though they should do it themselves. They gave us a guide that says that they change the sheets every three days, but that is a lie.

## I. Medical History

7. I have a history of medical issues. In 2023, I was admitted to the hospital twice, because I had so much pain in my stomach. The doctors discovered I had severe anemia and was bleeding into my gastrointestinal system. The first time I was in the hospital, they did an endoscopy and found that the bleeding was from my esophagus. They conducted surgery to stop the bleeding. After some time, I experienced additional bleeding from my esophagus, so I needed another surgery. Both times I

had to be in the hospital for multiple days and get follow-up blood transfusions. I also have liver cirrhosis.

8. Around 2025, I also started to deal with a hernia, and I was contemplating when to go back to the hospital to treat this new issue. I could not run due to the hernia, and it was also difficult to work because of it. I also experienced pain when bending over, or when lifting heavy objects.

## II. Inadequate Medical Care at Adelanto

9. When I was detained by immigration agents, I was taking medication to treat high blood pressure and issues with my stomach, but the agents did not ask me if I had any health issues or whether I was taking medication. I did not have my medicine with me when I was detained.

10. When I was transferred to Adelanto, they measured my height and weight, and asked me if I had any suicide attempts in the past. I do not recall the medical staff asking me any other questions about my medical history, or if I was taking any medication. I do not remember exactly when I was first able to talk to the medical staff about my medical history and prescriptions, but I believe it was about a month after I first arrived at Adelanto.

11. At Adelanto, I was hospitalized three times, and only at the last minute. Each time, I told the guards and medical center that I was in a lot of pain, but they did not help me until I had to go to the hospital because it was an emergency. While I was at the hospital, I was handcuffed to the bed almost the entire time. I was only allowed one shower my first two visits and was not allowed to shower my third visit.

### A. First Visit to the Hospital for Internal Bleeding

12. In August 2025, I went to the hospital for the first time after medical staff at Adelanto gave me medicine for a cold that made me bleed internally.

13. When I arrived at Adelanto in July 2025, I developed a severe cold. Many other people in Adelanto got sick from this same illness, and they never gave me a test to see if it was COVID or some other illness. The medical staff would tell us to

just drink plenty of water, and gargle salt water. Since I was severely sick, with stomach pain, and pain from the hernia, I requested treatment from medical staff. At Adelanto, we requested treatment by filling out a paper form where I wrote down what my symptoms were. I sent several of those requests, but it took the medical staff about three weeks to respond to me.

14. Once they finally responded to me, they took me to the on-site clinic, and examined me. At this clinic, they asked me for the first time if I was taking any medications prior to Adelanto. I told them that I could not recall the names, but that I needed to contact my family for that information. I eventually obtained the details about those prescriptions, and shared them with the medical staff, but they did not provide me with the medicine. For the cold, they prescribed me some orange pills, although they never told me what the medicine was.

15. I took the cold medicine they prescribed to me, but after about three days I developed side effects from the medicine. I felt nausea, and I felt that my stomach was burning. I was in pain. From a scale of 1 to 10, my pain was at level 9. I saw blood in my stool. I submitted the forms to the medical office to request treatment. I sent various requests and there were no responses for about a week.

16. Since I had not heard back from the medical office, I told the guards that I had a medical problem. The guards responded by questioning how I knew that I had a problem, and I responded that I had a medical history, and that I knew what color to watch for in my stool, in case of internal bleeding. When I asked for help, the guards would tell me that they were too busy at the moment, that they would call the medical staff, and that I should just go lay down on my bed. But then they wouldn't follow up.

17. I asked the guards several times what was going on, and told them that I needed to see a doctor. They told me to submit a form; I said I had submitted several. They told me that the medical staff would call for me. We repeated that conversation several times. It was a very stressful situation.

18. I had blood in my stool for a few days, but the medical staff did not treat me or take me to the hospital until I was shaking, trembling, had no energy, and was much sicker. I fell on the floor, in front of the podium where the guards were, and I lay there in pain, unable to get up. The guards called the medical clinic at Adelanto. Medical staff came out with a wheelchair. They took me to the medical clinic at Adelanto, and then guards drove me to a hospital in Victorville.

19. I was admitted to Victor Valley Global Medical Center on August 10, 2025. When I was sick and in the hospital, the nurses, doctors, and GEO officers guarding me would not listen to me, and spoke mostly in English. The hospital had limited Spanish-speaking staff, and often did not have interpreters available when I would request one. Initially, the hospital staff would not tell me what treatment I should receive or was receiving, including the nurses and doctors.

20. During my first visit to the hospital, they gave me some blood transfusions. They conducted various tests on me, including blood tests. They also conducted an endoscopy and a colonoscopy. The doctors discovered that I was bleeding from my intestines. They prescribed some medicine to treat me until I was okay to return to Adelanto. The hospital staff noted that my liver was not working well, that my hemoglobin was too low, and that my blood did not coagulate well. They asked me if I knew what the problem was, and if anyone had ever done a diagnostic. I said that no one had told me about that, and that this was the first time that I was hearing about this problem.

21. At the hospital, they also asked me about which medicines I had been taking before Adelanto, and they gave me new prescriptions.

22. Once I returned to Adelanto, the staff took my weight again. The medical staff at Adelanto told me that they would start to give me my prescriptions, as directed by the hospital, including the medicines that I had been taking before I was detained.

23. One of the guards asked me how I was, and I told him that I was feeling a little better. This was a guard who spoke Spanish well. The guard told me "between

you and me, you really have to make moves so that they give you medical treatment. When it comes to medical costs, GEO does not like opening their hand. They care about their wallet."

**B. Second Visit to the Hospital for Hernia**

24. In September 2025, I was hospitalized because of pain from my hernia.

25. I was experiencing severe pain from my hernia, so much so that I could not breathe from the pain. I asked for ice for the pain. I submitted several requests for treatment, maybe about five requests, but they did not respond to them. Once again, I went to talk to the guards, and they told me they could not do anything unless there was bleeding or someone collapsed on the floor. I asked them, "are you not going to help me until I am dying?" The guard responded by saying, "I do not know what to tell you." I said "well, right now there is no blood, but I cannot stand the pain of the hernia." I returned to my bed to try and rest, and I couldn't even breathe from the pain.

26. One of my friends saw me in distress and helped me get down the stairs and go to the guards again. I fell on the floor because the pain was so severe I could not stand it. The nurses brought out a wheelchair and took me to a room and told me that everything would be ok. I told them I was in great pain. I asked them for water, and they said no. I asked them for some medicine for the pain, and they said no. The nurses said they could not give me anything, because I could die. They told me that my situation was severe, and they had to take me to the hospital. The paramedics arrived and took my vital signals, and took me to the hospital. The paramedics gave me some medicine for the pain.

27. I was admitted to Victor Valley Global Medical Center, for the second time, on September 9, 2025. When I arrived at the hospital, I shared my concerns about the hernia with the nurses, and asked for surgery. The staff conducted several tests, including blood tests and an ultrasound and X-rays, while they waited for the doctor's assessment. The hospital staff told me that my hemoglobin was too low, and

that they could not do the surgery right away. They needed to get the hemoglobin up before the surgery. The hospital staff also told me that my immune system was weak, and they asked me if I knew why it was so weak. I told them I did not know, and that this was the first that I was hearing about it. I asked them when they would be able to conduct the surgery, and they said they did not know.

28. One of the hospital staff told me they could not do the surgery, because "you're going to die, your liver is not functioning." I asked if I could leave then, and the medical staff person just turned and left. The GEO officer said "oh they're cruel, the way they said you're going to die." It felt like they were mocking me and making fun of me. It was horrible to feel so sick, to not know what was happening, to be in handcuffs, and to be made fun of.

29. Another hospital staff person came to visit me and told me that they would be able to conduct the surgery, after all. The information they shared with me was unclear and confusing.

30. About five days after I was admitted to the hospital, I had surgery for the hernia. I spent about three more days in the hospital to recover, and then they returned me to Adelanto. I remained handcuffed while I recovered from the surgery. Practically the whole time I was in the hospital, I was handcuffed. While I was in the hospital, the hospital staff handled caring for the area on my abdomen where I had surgery and placed a bandage on the site while I recovered.

31. The hospital shared recommendations about after-care, and instructions for changing my diet. The hospital staff prescribed amoxicillin, but as far as I know, they did not give me another prescription for any other medicine after the surgery. I do not know if they shared any other prescriptions with Adelanto.

32. When I returned to Adelanto, they did not take my weight, and just returned me to the dormitory. They did not change my diet, even though the hospital had advised a changed diet. I am not sure on the exact details about the diet, but the

hospital staff told me that they were going to send the information to Adelanto. I believe I was supposed to limit sugars and eat more fruits and vegetables.

33. At Adelanto, they did examine the surgery site, and cleaned the area a couple times. I do not recall that they gave me any additional medicine or antibiotics for after-care following the surgery, just my regular prescription medicines for high blood pressure and gastrointestinal issues. They just offered me pain medicine, in case I needed it.

**C. Third Visit to the Hospital**

34. After some time, I started to feel unwell again. I was feeling fatigued and sleepy, and felt pain in various joints. I dealt with these symptoms for about a month and half. I was examined several times at the clinic in Adelanto. The first couple of times, the medical staff did not notice anything of concern with me. Around December 2025, I felt that I had water in my stomach, and that my stomach was swollen. I noticed that my feet were swollen. I filled out another medical request form, and the Adelanto medical staff saw me after about a week. They examined me, and determined that I needed to go to the hospital again.

35. On January 2, 2026, I was admitted to Victor Valley Global Medical Center for the third time. The hospital staff conducted various tests and told me that I was under medical observation. I asked them if they were going to draw out the liquid, and initially they said they were not sure. The hospital staff said there was so much ammonia in my blood it was impacting my brain.

36. During the third hospital visit, I was prescribed several medications, including iron supplements, pills to reduce fluid retention, and lactulose that had a really bad side effect on me that made my stomach hurt so bad. I took lactulose two times a day and it made me feel horrible. I took the medicines they prescribed me and remained under medical observation. I was not sure which medicines I was taking, just that they were supposed to help me drain the excess liquid in my body. The

hospital staff told me that I would need to take some of those medicines for the rest of my life.

37. Eventually, after about 10 days, I was released from the hospital. Once I returned to Adelanto, they also gave me slightly different food, but it was only barely different from what other people eat – one piece of bread instead of two. Sometimes an apple or an orange, but that was it. I worried that I wasn't getting the right diet to care for my health. The medical staff at Adelanto told me that they would continue to give me the medicines I had been prescribed from the hospital. The Adelanto medical staff also told me that I would need to take some of those medicines for the rest of my life.

38. After about two weeks, the medical staff at Adelanto called me to their clinic, and took my blood to run some tests. They did not tell me what the tests were for. As far as I recall, the medical staff at Adelanto did not ask me how I was feeling after my third visit to the hospital.

39. At Adelanto, there was a nurse who would bring me certain prescription medicines. Some of my medicines would cause difficult side effects, including stomach pain and nausea. I would ask the nurse if there was an option to change medicines, due to the side effects, and she told me there was no other option, these are the medicines I needed to take.

**D. Lack of Dental Care**

40. At Adelanto, I also had challenges accessing dental care. Around December 2025, I developed a toothache. I requested treatment. I believe they did not respond to me for about two weeks. The medical staff at Adelanto saw me at the clinic. They did not give me any dental treatment, just some medicine for the pain. The medical staff told me that they are able to pull teeth in the clinic, but they asked me how long I had been detained in Adelanto. The medical staff told me after I had been detained for six months, they would be able to provide dental treatment. At that point, they could do a teeth cleaning, and work on the cavity.

41. After I had returned from my third visit to the hospital, and after I had been detained for six months, they brought in a dentist to Adelanto, who took X-rays of my tooth, and advised that I had an infection. The dentist completed a teeth cleaning, and prescribed amoxicillin and pain medicine. The pain improved, but after about two weeks, the dentist saw me again and told me they would need to work on my teeth soon.

42. Now that I have been released from Adelanto, I am continuing to take the medicines that the hospital prescribed. I am struggling to adapt to life after detention. I need to focus on my immigration case and my family.

43. This declaration was read to me in my native language.

I declare under penalty of perjury that the foregoing is true and correct. Executed on March 4, 2026 in Garden Grove, California.

Fernando A. Lopez