PUBLIC COUNSEL
REBECCA BROWN (SBN 345805)
rbrown@publiccounsel.org
SOPHIA WRENCH (SBN 354416)
swrench@publiccounsel.org
AMELIA PIAZZA (SBN 342473)
apiazza@publiccounsel.org
VANESSA RAE YOUNG (SBN 352693)
vyoungviniegra@publiccounsel.org
ELIZABETH HERCULES-PAEZ (SBN 320944)
eherculespaez@publiccounsel.org
610 S. Ardmore Avenue
Los Angeles, California 90005
Tel: 213-385-2977

*Attorneys for Plaintiffs*
Additional Counsel Listed on Following Page

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| L.T., SEVAK MESROBIAN, JOSE MAURO SALAZAR GARZA, AND J.M., on behalf of themselves and all others similarly situated; COALITION FOR HUMANE IMMIGRANT RIGHTS, <br><br> Plaintiffs, <br><br> v. <br><br> U.S. IMMIGRATION AND CUSTOMS ENFORCEMENT; TODD M. LYONS, Acting Director, U.S. Immigration and Customs Enforcement; JAIME RIOS, Acting Director of Los Angeles Field Office, Enforcement and Removal Operations, U.S. Immigration and Customs Enforcement; U.S. DEPARTMENT OF HOMELAND SECURITY; KRISTI NOEM, Secretary, U.S. Department of Homeland Security, <br><br> Defendants. | Case No. 5:26-cv-00322-SSS-RAO <br><br> **DECLARATION OF** ███ <br> ███████████ <br><br> **L.T. IN SUPPORT OF PLAINTIFFS' MOTION FOR PRELIMINARY INJUNCTION** <br><br> **CLASS ACTION** <br><br> **REDACTED VERSION OF DOCUMENT PROPOSED TO FILED UNDER SEAL** |

DECLARATION OF L.T.
Case No. 5:26-cv-00322-SSS-RAO

IMMIGRANT DEFENDERS LAW CENTER
ALVARO M. HUERTA (SBN 274787)
ahuerta@immdef.org
CARSON ADRIANNA SCOTT (SBN 337102)
cscott@immdef.org
ALISON STEFFEL (SBN 346370)
asteffel@immdef.org
634 S. Spring St., 10th Floor
Los Angeles, CA 90014
Tel: 213-634-0999

COALITION FOR HUMANE IMMIGRANT RIGHTS
CARL BERGQUIST (*pro hac vice*)
cbergquist@chirla.org
2351 Hempstead Road
Ottawa Hills, OH 43606
Tel: 310-279-6025

ADAM REESE (SBN 362898)
areese@chirla.org
2533 West Third Street, Suite 101
Los Angeles, CA 90057
Tel: 213-353-1333

WILLKIE FARR & GALLAGHER LLP
NICHOLAS REDDICK (SBN 288779)
nreddick@willkie.com
STEPHEN HENRICK (SBN 310539)
shenrick@willkie.com
ALYXANDRA VERNON (SBN 327699)
avernon@willkie.com
JACOB KARIM (SBN 340376)
jkarim@willkie.com
333 Bush St., 34th Floor
San Francisco, CA 94104
Tel: 415-858-7400

*Attorneys for Plaintiffs*

DECLARATION OF L.T.
Case No. 5:26-cv-00322-SSS-RAO

## DECLARATION OF L.T.

I, L.T., declare that:

1.    I have personal knowledge of the facts set forth below, and if called to testify, I could and would do so competently.

### I.    Background

2.    I am ███████. I came to the United States ███████████ ago. I have been detained at Adelanto ICE Processing Center ("Adelanto") since around ████████████. I am currently housed at Adelanto East.

3.    Prior to being detained, I lived in ████████████ ███████ with my partner. She has cancer and, like me, is also dealing with the after-effects of a stroke. I am my partner's primary caretaker, and I know life is really difficult for her without my help. Before I was detained, I was responsible for making her medical appointments, organizing her transportation, accompanying her to doctor visits, and dealing with her insurance. She is not self-sufficient, and she is very fragile. She has difficulty walking and needs my help to get on her walker. At the shelter I would stand in line for food and take the food to her because she cannot do it herself. When we talk on the phone I try to remind her to do her resistance band exercises. I happily help my partner in any way she needs, and have learned how to best support her through both of our experiences with medical issues over the years. It is so hard for me to be away from her, knowing how much support she needs. I am worried her health is declining without me there to help her.

4.    On ████████████, I was heading to an appointment in Santa Ana, California when immigration officials approached me and detained me along with a couple other people. I believe I was detained because I was outside and have brown skin.

5.    I was held in a Santa Ana ICE facility until the end of the day and was then transferred to the ICE facility in Downtown Los Angeles. Shortly after that I was taken to Adelanto, where I have been for three months and remain detained today.

6.    I have several health conditions that require monitoring and care, including mobility issues from a prior stroke from which I am still recovering, diabetes, high blood pressure, high cholesterol,  spinal tumor, stomach aneurysm, and arthritis. A few days after I was first brought to Adelanto, I told the staff about my health issues. I have had difficulty getting care for all of my issues at Adelanto.

7.    I am very worried about my health in Adelanto.  It feels like the medical staff at Adelanto have no intention of truly helping me with my medical issues or to recover from my stroke.  I believe they conduct certain medical examinations to cover their bases but they are not actually identifying, monitoring, or treating any of my health issues.  The guards call us by our A-numbers and it seems like to them, we are just numbers, not people.  I worry that they are going to let me die in here or if I had a medical emergency I would not get proper treatment.

8.    I am speaking out about the conditions at Adelanto because I do not want this to happen to anyone else.

**II.    Failure to Provide Accommodations for Mobility Issues and Sleep Apnea.**

9.    About three years ago, I suffered a stroke that completely changed my life.  I was in the ICU and then a rehabilitation facility for several months recovering from the stroke.  The right side of my body was paralyzed.  I have regained some mobility in my right side, but I still have issues walking and some trouble speaking.  For example, I have to use a walker or a cane, and walking long distances is very hard and tiring for me because my right leg still does not have full mobility.  Also, my right hand does not always land where my brain tries to tell it to go.

10.    At Adelanto, my mobility issues have not been taken seriously.  I explained my mobility issues to the staff when I first entered Adelanto and was given a cane, but the staff initially placed me in a cell on the second floor, so I had to walk up and down stairs to eat, to use the bathroom, for everything.  It took about two weeks before I was moved down to the first floor.

11.    Because I use a cane to walk, I am regularly last in line for food. When meals are served cold, I am often the last person in my unit of about 105 people to use the microwave to heat my food.

12.    There is only one shower stall with a bench for disabled detainees.  That stall is popular with the other detainees so I have to wait a long time before I can shower, or not shower at all.  I asked if I could bring one of the plastic chairs from the computer room to use in one of the other shower stalls.  I was not given permission to do so.

13.    When I am taken out of Adelanto to go to court or medical appointments, I am handcuffed and unable to use my cane.  My feet are also sometimes chained.  I worry about falling and hurting myself.  On February 16, 2026, when I was taken to a medical appointment outside of Adelanto, I had a small fall because of this.  The guard helped lift me up into the van but then he let go of me and I fell face first into the seat in front of me and scraped myself on a metal piece of the van.  I couldn't catch myself because my hands were chained and I don't have the same stability as others because of how the stroke impaired my mobility.  I was lucky this happened in the van and I fell into the cushioned seat.

14.    My quality of life has been significantly reduced since living in Adelanto. Before I was detained, I was receiving physical therapy and cortisol shots in my spine to help me rehabilitate from my stroke. Since being detained, I have not received physical therapy or cortisol shots.  I need regular physical therapy and without it, I am struggling. Without physical therapy, my body is getting stiffer and the mobility I had regained is atrophying again.  Cortisol shots in my spine would help me walk better, but I do not receive those shots here.  If I had them, I would be able to move my legs more.  Adelanto has cut off my ability to get these treatments.

15.    I also have sleep apnea and require a machine to breathe while I sleep. When I first came to Adelanto, I told the doctor about my sleep apnea and she said that it was a good idea for me to be issued a sleep apnea machine. She told me that

- 3 -

she would find me the machine, and to look for a bed that has an outlet nearby so that I would have somewhere to plug it in.  The next time I saw her, I told her that I had found a bed next to an outlet for the machine.  She told me that she remembered she had promised me the machine but said that unfortunately she could not give me a machine because another doctor of higher standing had denied the request.  Without my machine, I am at a higher risk of getting another stroke or a heart attack because I am not getting enough oxygen to my brain while I sleep.

**III.   Failure to Monitor Spinal Tumor and Stomach Aneurysm**

16.   I am really scared of having a medical emergency related to my stomach aneurysm in my lower belly or my spinal tumor, and I worry that they are not being properly monitored.  My abdominal aneurysm requires monitoring at least every six months.  I am concerned I will have another aneurysm and will bleed out from the inside.  My spinal tumor was diagnosed late last year, about three months before I was detained.  Although it is benign, I was told it should be monitored every three months to see whether it is growing.  Because the tumor is next to a spinal nerve, I was told that if it grows and is left untreated, it has the potential to cause serious, debilitating effects, including complete loss of control in my lower body and bowels.

17.   After advocating for myself and telling the doctor about my aneurysm and tumor, I did receive an ultrasound examination with a doctor outside of Adelanto in early January.  They transported me to the doctor in handcuffs and with four armed guards.  Once I was in the private room, they removed the handcuffs and a nurse conducted an ultrasound.  I was never told the result of the ultrasound.  I worry that the tumor or aneurysm could be worsening without treatment and proper monitoring.

**IV.   Inconsistent Access to Medication and Blood Pressure Monitoring**

18.   Before I was detained at Adelanto, I took prescription medication for my blood pressure, cholesterol, diabetes, and arthritis.  Some of the medications I was taking before being detained were aspirin, hydrochlorothiazide, metoprolol, tamsulosin, and Mounjaro (tirzepatide).

- 4 -
DECLARATION OF L.T.
Case No. 5:26-cv-00322-SSS-RAO

19.    I have not been getting one of my diabetes medications consistently. When I arrived at Adelanto, I was initially denied Mounjaro, which I take for diabetes, by the medical staff.  I was later approved for Mounjaro, but only for a four-week period.  I received the last dose of that prescription around January 29, 2026.  That prescription has run out, and I have now gone four weeks without my medication.  I ask the staff every day when I will get that medication again, but they tell me the order has not arrived yet at the pharmacy so they cannot give me the medication.

20.    The medications I do receive are administered at very inconsistent times. For example, I am supposed to get metoprolol twice daily, every twelve hours.  But sometimes I will not get the second dose of metoprolol until around midnight.  This is a problem because the metoprolol needs to be administered at the same time every day so that I am taking it every twelve hours, but that is not happening.

21.    Because I have high blood pressure, I used to receive blood pressure readings daily as was ordered by the doctor. But I was told that the doctor's order expired.  The way the medical care works here is that a doctor has to order the nurse to take my blood pressure, but the doctor will only order it for a limited amount of time.  Once the time on that order is over, the nurse stops checking my blood pressure, and I am supposed to submit another request.  I am constantly having to submit written medical requests to get my medications or the medical care I need.  Even though I submit the requests, the prescriptions still are not re-ordered in time and I will go weeks without a medication.

22.    During one of the blood pressure readings, I saw that the results were 182 mmHg, which I know to be very high.  When I pointed this out to the nurse, they told me it was normal.  I am worried I may suffer from another stroke if my blood pressure doesn't stabilize.

- 5 -

DECLARATION OF L.T.
Case No. 5:26-cv-00322-SSS-RAO

## V.    Living at Adelanto Among Mold, Unsanitary Conditions, and Poor Infrastructure

23.    When I first arrived at Adelanto, I noticed black mold covering the walls of our cell.  The walls are often wet, and sometimes the water drips down to the floor and has to be mopped up.  The mold was there for about two months.  When detainees put up towels or cardboard to protect themselves from the mold, the guards confiscated these items, so detainees were forced to sleep next to the mold.  Many detainees complained.  After about a month or so, staff came and took photos of the mold; these were guys wearing white shirts.  They are not regular staff, but seem to be higher up.

24.    Recently, facility staff cleaned the mold with brushes and some water with bleach and liquid soap.  I saw them scrubbing the mold off the walls but there is still mold on the walls under the beds.  To this day, the mold under the beds has not been cleaned. I am concerned for our health because they did not have people specialized in mold removal come clean out the mold and there is still mold on the walls under the beds.  The staff did not check us to see whether we had lung problems or were affected by sleeping next to mold.  The only thing the staff said was that we could send our clothes to be laundered again if we wanted an extra cleaning.

25.    In our living area, the AC system is constantly running, and it is very cold.  Many people have a cough.  When I first arrived, I had a cough for about five days.  I got rid of my cough for about two weeks and then my cough came back again.  This cycle repeated a few times.  We used to get cough drops for free but they stopped giving them out about two months after I arrived because they claim people were making alcohol with them.  I started saving orange peels to make orange tea.  I'm hoping this can help get more Vitamin C in my system so I will not have to deal with a cough so often.

- 6 -
DECLARATION OF L.T.
Case No. 5:26-cv-00322-SSS-RAO

26.    We are only allowed one set of sheets, and we are only provided one sweater.  At one point, some of us managed to get two blankets because it was very cold, but then the guards took our second blankets.

27.    We have to live in unsanitary conditions.  In the bathroom, there is dirt and grime.  Sometimes detainees will clean the showers with brushes that the guards lend them.

28.    After laundry day, our clothes sometimes come back looking yellow and dirty, and people usually have to rewash their clothes.  Sometimes our clothes come back damp so we hang them up in our cell but the guards yell at us to take it down.  We then have to put our clothes away damp which makes them smell bad.

29.    The water in the showers is either very hot or very cold.  People have come to try to fix the issue but it has not been resolved.

30.    I am trying to stay positive but it is sad to be here after all this time.  I want to get out so that I can see my partner again.  Being here is very uncomfortable.  I hope I am released soon so I can continue to support my partner.  I also want to help the other people detained here because the conditions are very bad.  I am hoping that my declaration helps improve the conditions for individuals that are detained here in the future.

31.    This declaration was read to me in my native language.


I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on February 24, 2026 in Adelanto, CA.

L.T.

DECLARATION OF L.T.
Case No. 5:26-cv-00322-SSS-RAO