PUBLIC COUNSEL
REBECCA BROWN (SBN 345805)
rbrown@publiccounsel.org
SOPHIA WRENCH (SBN 354416)
swrench@publiccounsel.org
AMELIA PIAZZA (SBN 342473)
apiazza@publiccounsel.org
VANESSA RAE YOUNG (SBN 352693)
vyoungviniegra@publiccounsel.org
ELIZABETH HERCULES-PAEZ (SBN 320944)
eherculespaez@publiccounsel.org
610 S. Ardmore Avenue
Los Angeles, California 90005
Tel: 213-385-2977

*Attorneys for Plaintiffs*
Additional Counsel Listed on Following Page

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| L.T., SEVAK MESROBIAN, JOSE MAURO SALAZAR GARZA, AND J.M., on behalf of themselves and all others similarly situated; COALITION FOR HUMANE IMMIGRANT RIGHTS,<br><br>Plaintiffs,<br><br>v.<br><br>U.S. IMMIGRATION AND CUSTOMS ENFORCEMENT; TODD M. LYONS, Acting Director, U.S. Immigration and Customs Enforcement; JAIME RIOS, Acting Director of Los Angeles Field Office, Enforcement and Removal Operations, U.S. Immigration and Customs Enforcement; U.S. DEPARTMENT OF HOMELAND SECURITY; KRISTI NOEM, Secretary, U.S. Department of Homeland Security,<br><br>Defendants. | Case No. 5:26-cv-00322-SSS-RAO<br><br>**DECLARATION OF SEVAK MESROBIAN IN SUPPORT OF PLAINTIFFS' MOTION FOR PRELIMINARY INJUNCTION**<br><br>**CLASS ACTION** |

IMMIGRANT DEFENDERS LAW CENTER
ALVARO M. HUERTA (SBN 274787)
ahuerta@immdef.org
CARSON ADRIANNA SCOTT (SBN 337102)
cscott@immdef.org
ALISON STEFFEL (SBN 346370)
asteffel@immdef.org
634 S. Spring St., 10th Floor
Los Angeles, CA 90014
Tel: 213-634-0999

COALITION FOR HUMANE IMMIGRANT RIGHTS
CARL BERGQUIST (*Pro Hac Vice*)
cbergquist@chirla.org
2351 Hempstead Road
Ottawa Hills, OH 43606
Tel: 310-279-6025

ADAM REESE (SBN 362898)
areese@chirla.org
2533 West Third Street, Suite 101
Los Angeles, CA 90057
Tel: 213-353-1333

WILLKIE FARR & GALLAGHER LLP
NICHOLAS REDDICK (SBN 288779)
nreddick@willkie.com
STEPHEN HENRICK (SBN 310539)
shenrick@willkie.com
ALYXANDRA VERNON (SBN 327699)
avernon@willkie.com
JACOB KARIM (SBN 340376)
jkarim@willkie.com
333 Bush St., 34th Floor
San Francisco, CA 94104
Tel: 415-858-7400

*Attorneys for Plaintiffs*

# DECLARATION OF SEVAK MESROBIAN

I, Sevak Mesrobian, declare that:

1. I make the following statements on behalf of myself. I have personal knowledge of the facts in this declaration. If called upon to testify, I could and would testify competently to the following facts:

## I. Background

2. My name is Sevak Mesrobian. I was born in Tehran, Iran, on September 19, 1978. I am 47 years old.

3. I came to the United States as a refugee with my family in 1990. I was twelve years old. I have been in the United States since then. I became a permanent resident in 1992. Before being detained, I was living in Glendale, California, with my family.

4. I was arrested by ICE officers on the sidewalk in Burbank, California, on July 24, 2025, and I have been detained at the Adelanto ICE Processing Center ("Adelanto") since then. During my arrest, the officers dislocated my shoulder by pulling my arms abruptly upward while my hands were handcuffed behind my back. I was never offered treatment for this injury, despite informing the staff at Adelanto about it. I still cannot raise my arm above my shoulder on one side.

5. Before I was detained, I was the primary caregiver for my mother, who has stage-four lung cancer. My mom is on her deathbed. On the day I was detained, my mother had a stroke. Her condition is rapidly deteriorating; I am told by my family that her kidneys no longer function. I do not know if I will see her before she passes.

6. For the first two months I was at Adelanto, I could not bear to tell my mother where I was, and so I kept saying that I was busy with work and could not visit. After I finally told her where I was, she sent me a letter in October 2025. Her letter made me very depressed. I am sad that I cannot be with my dying mother and that I cannot be there to care for her.

7. Adelanto messes with the mentality of both the people being detained and the people working at the detention center. It feels like the people who run Adelanto have created a system that manipulates guards into treating detained people cruelly. We experience substandard medical attention, gross food, poor-quality drinking water, and a lack of recreation. The guards disrupt our sleep throughout the night with counts. The detention center controls everything about our lives.

8. The guards, too, are impacted by the conditions here: when I interact with them at the hospitals outside, they are kinder and more empathetic. Once they enter the doors of the detention center, they lose some of their humanity and become meaner. Inside Adelanto, the guards are generally unprofessional and uncaring. They will not do anything unless you complain. One time, a guard came into our unit and loudly announced that everyone was being deported. I do not know if he thought he was being funny, but it was very disrespectful. I was shocked by his comment, and I spoke to other people in my unit who also said they were shocked and afraid of what that meant for them, although it ended up not being true. At Adelanto, they treat us like animals. We are humans, not pigs.

## II. My Epilepsy Has Worsened While at Adelanto

9. In 2019, I was shot five times, including twice in the head. I still have bullet fragments in my head. As a result, I experience epileptic seizures roughly once or twice a month. I usually have at least one relatively minor seizure episode and one major epileptic episode each month. Even the minor seizures are very bad, and sometimes I experience two or three back to back. When the seizures are back to back, I briefly come back to my senses, then get another seizure. My seizures often come either very late at night or early in the morning. When I have a seizure, I cannot remember anything, and bystanders have to tell me what happened while I was seizing. It is very scary.

10. Since I came to Adelanto, I have had more seizures. I have been hospitalized five times in the last six months because of my seizures. I never had to

be hospitalized this often prior to being detained and, due to the poor medical care at Adelanto, I am concerned that I will have to be hospitalized for future seizures.

11. Beyond the frequency of my seizures, my epilepsy symptoms are also getting worse at Adelanto. I told staff about my epilepsy when I was first admitted to the detention center. I previously only needed 500 mg of Keppra, my epilepsy medication. After my seizure in approximately August 2025 while I was detained, the outside hospital recommended increasing my prescription for Keppra from 500 mg to 2000 mg per dose to better control the seizures. After this recommendation, the staff at Adelanto adjusted my dosage accordingly. Each time I have been hospitalized, the doctors have increased my Keppra dosage. I am now up to 3000 mg per day. Keppra makes me very dizzy, especially in the mornings. For example, when I walk down stairs in the morning, my vision is tripled and I have to concentrate so that I do not fall. I need to sit still for several minutes to get my vision back.

12. While I was at the hospital in December 2025, I was able to review the CT scan that they took. The neurologist at the outside hospital told me that the CT scan showed “white matter hypodensities” which are likely indicative of “chronic microangiopathic changes.” I looked this up and saw that this means I am already experiencing slow brain damage. I am worried that these changes are caused by the increased frequency of my seizures and lack of timely treatment.

### III. Dangerous and Inadequate Responses to Epileptic Seizures, Several of Which Have Resulted in Hospitalization

13. The medical care I have experienced in response to my seizures at Adelanto has been awful. I can—and have—inadvertently hurt myself during a seizure. If I do not get help in time while seizing, I can choke on my tongue and stop breathing. If I choke on my tongue, it prevents me from getting oxygen to my brain. I understand that the slow irreversible brain damage could eventually lead to critical brain damage, and could put me into a coma or kill me.

14. Guards and medical staff have been slow to take action and provide medical attention when I have a seizure. I am afraid that this will continue to happen. Because of their inaction, I have had to teach the other detainees what to do when I have a seizure. In February 2026, I was moved to a new housing unit. I have taught my new cell mates what to do if I have a seizure, but I worry that they will not help me because they do not know me well. I spent a lot of time with my previous cellmates so we grew to care about each other, but if my new cellmates do not want to help me, I will be in even greater danger.

15. The staff at Adelanto do not take medical emergencies seriously. I sometimes go in and out of consciousness during a seizure, and one time when that happened, I heard the nurses telling me, "You just want to get out of the dorm." I thought to myself: "I need to be sent for medical attention—I have bullet fragments in my head." The nurse was just standing there and watching me seize. She was not helping me. The nurse's comment made me feel really dismissed. I did not think it was appropriate for a medical professional to be saying that to a patient.

16. When I had a seizure in approximately August 2025, there was an extreme delay in attending to me. The detention staff did not help me until after they had locked all eighty people in the dorm in their cells, which took about thirty minutes in this instance. The dorm is about 4,000 square feet. The guards were preoccupied with locking everyone in their cells while I was vomiting and my tongue was hanging out of my mouth. I was told this by my cellmates, including one of my cellmates who held my hands to my sides and turned me on my side so I would not swallow my tongue. It was not the guards who assisted me in this instance, but one of my cellmates who I had taught how to assist me.

17. On December 11, 2025, I had several seizures back-to-back and was taken to the Victorville Valley Global Medical Hospital in critical condition. I was brought back to Adelanto the same day, but when I arrived, I was still having seizures and so I was sent back to the hospital. This time I was brought to St. Mary's Hospital, but

they would not admit me. I do not know why. I was then taken back to the Victorville Valley Global Medical Hospital where I remained for five days.

18. The entire time I was at the hospital, my left leg and left hand were handcuffed to the bed. I could not sit up or walk around in the room, and I was confined to the bed. It was a very bad experience, like torture. I do not know why they felt I needed to be handcuffed when I was recovering from a seizure. I was not discharged from the hospital until December 16, 2025.

19. I was hospitalized for seizures again during the second week of January 2026 after I was not attended to promptly by the staff yet again. My seizure began while I was lying on my bed. The guards dragged me off of my bed and onto the floor between two metal-frame bunk beds and left me there seizing, hitting my head on the metal frames. One of the guards pushed my face into the ground and my cellmates had to speak out to get her to stop, because she was limiting my breathing further by distorting my neck. For about twenty-five minutes, I was not given oxygen. By the time the guards eventually brought over an oxygen tank, I was turning purple from lack of oxygen. I was still having back-to-back seizures. It took forty-five minutes after my seizures began for the Emergency Medical Technicians from the hospital to arrive. When I regained consciousness, my mouth was sore from having bitten my tongue. I know about what happened to me during this incident because two of my cellmates who were present for this incident told me about it when I regained consciousness. My cellmates helped more than the guards by turning me on my side and protecting my head.

20. When I was hospitalized in January and February 2026 for seizures, I was again chained to the bed by my arm and leg. Depending on which guard secured the handcuffs, the chains on the handcuffs were sometimes so short that I could not even roll onto my side.

21. My hospitalization in February 2026 was very jarring for me because I had seizures while I was asleep and then woke up in the hospital. I have never, to my

knowledge, previously had a seizure while I was sleeping. When I had the seizures in February, all eight of my cellmates worked together to put me on a mattress and drag me into the hallway. They did this because they did not want my treatment to be delayed again as it had been in December and January. This time, it still took the guards fifteen minutes to transport me to the medical unit at Adelanto, where I had to wait again for transport to the hospital.

22. I am regularly told that I cannot be seen by medical staff or that I can only be seen if it is "truly" an emergency, because there are not enough doctors for 2,000 detainees. I was told by the guards that if you are not dying, it is not a "true" emergency.

23. When I have shorter epileptic episodes, I am not seen or helped by any doctor. Guards and medical staff wait for the seizures to pass or get worse. It is only when my episodes are really bad—such as when I have back-to-back episodes—that the medical staff will help me. My cellmates told me it can take anywhere from fifteen minutes to forty-five minutes for medical staff to assist me and transport me on the gurney to the hospital.

24. Before Adelanto, I spent time in county and state prison. When I was in prison, the guards were much faster to respond to medical emergencies. When someone collapsed from a heart attack or a seizure in prison, the guards would run over with a gurney and oxygen tank immediately—it would take them only around five minutes. Here, Adelanto staff take much longer to respond, and they walk, rather than run. They also frequently do not bring the necessary responsive equipment like a gurney or oxygen tank, and so they make multiple trips to attend to me.

25. One time, my seizure had ended before staff arrived, and I was regaining some of my ability to walk. Despite the fact that I often get multiple seizures in a row, Adelanto staff made me walk to the medical unit unassisted. During the walk there, I fell and hit my head on the floor. Instead of checking me into a hospital, staff placed me in a medical holding tank and locked me inside for several hours. While I was

locked inside the holding tank and unattended, I seized again. I did not receive medical attention until they came to do a security check and found me seizing.

26. The medical holding tank is where they keep people until they are ready to be seen by the doctor. They lock people in there for hours. I have been in the medical holding tank more than ten times. The tank is a dirty cell that seems to be only around eighty square feet. There is a toilet and a soap dispenser, but the majority of the time, it is not stocked with soap or paper towels so we cannot wash our hands after using the toilet. The toilet did not appear to be cleaned. There are many different people in the medical tank for different reasons, and I worry the lack of cleanliness will spread diseases.

27. One time, after I had a seizure, I was taken to an observation room in the medical segregation unit. The observation room is a small room with glass windows and a concrete bench, where a guard, not a nurse, is supposed to walk by around every ten minutes to monitor you. The medical segregation unit feels like solitary confinement. When I was there, I had another seizure. When an officer finally came by and noticed me, I told him I had a seizure and that I should not be left in the observation room because I cannot be by myself when I get seizures. Finally, a psychiatrist at the detention center advocated for me and his word was strong enough to get me to be allowed back in the dorm. I had been in the observation room for three days. The unit was extremely dirty, and although there is a bed in the room, I was ordered to lie on the floor because of my seizures. I was given a blanket that had little black dots on it, that could have been mold or bugs, but I am not sure.

## IV. Inconsistent Access to Epilepsy Medication and Ineffective Grievance Process

28. I regularly miss doses of my epilepsy medication Keppra. This is for one of two reasons: when the nurses come around to administer the medication, I either have not eaten and cannot take the medication on an empty stomach, or I am still

asleep and they do not try to wake me up. About three times a week, I do not receive doses on time because I am not woken up.

29. When I take Keppra without food, it hurts my stomach and makes me dizzy and nauseated. I am not allowed to receive my medication without taking it in the presence of an officer, and my only opportunity to do so is when they come around to drop off the medications. If breakfast is served late and I have not yet been able to eat when receiving medicine, I tell the person dispensing the medication that I will take it after I have breakfast because I need to take my medication after eating. When this happens, they say that I am refusing my medication, and will not give it to me. When I go back for my medication after having eaten, twice they have not given it to me because they say I have requested it at an improper time. In this situation, I am forced to skip a dose. This puts me at risk of having more seizures, which threatens my life.

30. On September 11, 2025, I filed a grievance against a nurse who refused to give me my medication because I was asking to take it after I had eaten. I received a response almost a month later on October 7, 2025. The Director of Nurses asked me to withdraw the grievance, promising: "Just withdraw the grievance, and I will pass the word around and do the rest." So I signed a form withdrawing the grievance, because I did not feel like I had a choice. I did not even get to read the form that I signed.

31. Despite the assurance from the Director of Nurses that dismissing my grievance would lead to me receiving my medication more regularly, I was still refused my medication several times after I withdrew the grievance.

32. I also miss doses when nurses come around in the morning with the medication and I am asleep. It is very hard to sleep because I am in an eight-man cell, the lights in the unit are very bright, and there is constant noise from the unit and even at night from the guards' radios. When I am finally able to sleep, I do not hear the nurses calling and they do not go into the cell to wake me up.

33. From what I understand, Keppra is most effective when you take it regularly, and missing doses can mean I am more prone to getting seizures. Every seizure puts my life at risk.

## V. Retaliation for Participating in This Lawsuit

34. I was hospitalized for seizures on February 1, 2026. When I was finally returned to Adelanto on February 4, I was put into a different unit than where I was staying before. When I asked the guards why I was being moved, they said, "It came from high above, above the captain." I worried that it was the Warden or ICE who decided to move me. I was worried that they put me in a unit where I could be subjected to harm. Every officer I spoke with was confused about why I was moved.

35. I was moved to an upper floor—2D 202—1Low. When I was first brought to Adelanto, I met with the nurses and due to my seizures they gave me a medical order to be placed on a bottom bunk and bottom-floor dorm. In my previous dorm, 3A, I was on a bottom bunk and bottom floor, but now in 2D 202, I am in a unit on the second floor. This places me in more danger because if I have a seizure the guards have to drag me down the stairs to get me to the hospital. It is also hard for me to walk down stairs safely because I get dizzy from my medication so it is a more dangerous placement for me. My old cellmates told me after I was moved that my bed in my old unit, 3A, was still empty. Since the guards did not know why I was moved and my old bed was still empty, I was worried the Adelanto administration put me in that spot because it was more dangerous.

## VI. Dangerous and Inadequate Responses to Other Urgent Medical Situations

36. Several people who were in my unit had MRSA, a type of staph infection. I know it was MRSA because a GEO Group nurse came in the middle of the night to our cell and told my cellmate that he needed to gather his things and leave because his test results came back and he had MRSA. The nurse said MRSA is a highly contagious skin disease. Hearing it was a contagious condition made me really scared because I worried I would get it too. In the months after my cellmate was taken,

several other people in my unit were taken to the hospital for these contagious skin infections. They did not actively test other people in the unit for MRSA after these incidents, and only responded to people who complained.

37. In around December 2025, I saw another detained person in my unit collapse and stop breathing. I told the guards to call a "Code Blue." I understand that a Code Blue is what you call for when someone has collapsed due to a medical emergency and it means "man down." When this happened, the Adelanto guards there said they could not call for help until everyone in their cell was locked up in the cell. I asked: "Are you going to wait until after the man dies to call a Code Blue?" They should have called the medical unit right away before locking everyone up.

38. In February 2026, a man collapsed in our unit right in front of the exit door that leads toward the medical unit. The guards told us that they needed to lock down the unit so that they could take the man out, but nobody was even near the exit, and we were not in the way of the guards. This just delayed treatment for the man who collapsed. It was ridiculous because as soon as we all locked down, they transported the man and immediately let us out again.

39. There was also a man here from Nigeria who coughed up blood for about two weeks. He complained about it, but the staff did not seem to care or respond. One day, we all made a big deal about it, and then they took him away in the middle of the night. I am not sure where he went, but he never came back.

**VII. Inadequate Sanitation, Drinking Water, Basic Hygiene Items, and Bedding**

40. Everything is dirty here at Adelanto: our cells, the tables, the cafeteria, the ice containers, and our water. I wish I had a phone or camera so that I could show people pictures of these conditions.

41. The showers are dirty, and the facility does a poor job of cleaning them. The floors are so dirty in the showers that if someone drops a piece of clothing on the floor in the shower, they will throw it out to avoid exposure to mold or disease from the showers. The showers do not smell like they have been sanitized.

42. In November 2025, for several days my entire body was itching. I had a hunch it was because of the showers and so I took a clear plastic bottle to the shower and filled it up. The shower water was brown. I then took the plastic bottle to the faucet where we clean our dishes. The water from that faucet was also brown. I had to speak out about this and refused to lock down to get them to fix it. It took multiple days to have them fix the water so it would not be brown anymore. It was only after they fixed the water that my skin condition started to get better.

43. For four months, we only had two working showers for eighty men. Of the six showers, only two worked. This means that there is no privacy at all when you shower. It was uncomfortable because the two working showers were opposite one another and there was no curtain.

44. I once refused to lock down when ordered to because the showers were not working, and I spoke to the guards about the issue. It was only after a peaceful organized protest that the showers were fixed.

45. While the showers were being fixed, the guards took four people to solitary confinement as a punishment for having protested. They lock us up for speaking out.

46. Despite our complaints, protests, and the punishments received for requesting them, the guards still have not placed a curtain on the showers. This makes me feel very uncomfortable to have to be watched while I wash myself. Even in prison, we had half curtains on the showers.

47. Our access to clean drinking water is also very bad. The guards keep our drinking water in a ten-gallon container where you can screw off the top and look inside. Almost every day, either myself or another detainee will inspect the drinking water containers to see if they are dirty. When we open the containers, the majority of the time we see dirty liquid and dust inside. Especially if the water level is low, it is very obvious that there is dirt and sediment built up at the bottom of the container,

and there are stains inside the container itself. I have never seen the guards wash the water containers.

48. I think that the water we drink may be filled up from the faucets in the unit. I sometimes drink the water out of the faucet and it tastes the same as the water in the drinking water containers. This is worrying to me because the water from the faucet was at one point brown, so I worry the water is not filtered for drinking. One time, I asked the officers if they would drink our water and they said, "No."

49. Our drinking water is always late. We often run out of water, and when we do run out, the staff takes a long time to refill it. Because of these issues, we sometimes have to refuse to lock down until we get water.

50. A lot of people here do not know their rights because they are not from the United States and they do not speak English so they have trouble communicating with the guards. I am an advocate for others and will speak up to stand up for our rights to things like clean drinking water and working showers when our rights are not respected.

51. The staff at Adelanto are supposed to clean, but they do not sufficiently clean the facility. Dust is still everywhere, trash overflows from the few trash bins we are allowed, and there is mold on the walls and shower. For example, there are eighty people who live full time in my dormitory and we only have two trash cans. Many of us are compelled to try to clean the facility to keep sane and maintain our dignity.

52. They provide us with very dull or dirty razors. I have frequently seen chips in the razors, or that the blade is bent. I worry that the dull blade will cut me.

53. The mattresses are so worn out that you can feel your bones hurting. You get bruises. Many are ripped or old and dust comes out of them. You want to be clean here, but there's a bunch of white dust that's coming out of the mattress and pillows. The white dust is irritating to our skin and eyes and makes us cough. I have never seen staff bring in new mattresses, even to replace ripped ones. People who have been

here longer than me tell me they have never changed the mattresses in the time they have been here.

54. We also frequently do not have basic hygiene items like soap, razors, or toilet paper because the guards say that they have run out of supply. The lack of toilet paper or soap has several times lasted two days and a few times as many as five days.

55. At Adelanto, we cannot turn off the lights to go to sleep. The lights are not turned down until midnight. When I was at a level four state prison, every person who was detained had their own light switch in their cell.

**VIII. Unsanitary and Inadequate Food**

56. The food is often late and the cafeteria is filthy. There are rat and mice droppings in the cafeteria. I have seen rat or mice droppings on the floor by the walls where we are eating. We told staff that we do not want to eat the food anymore because it is unsanitary. For example, the tortillas are left on the bare table, not on a tray or in a bag. The food we get, like powdered eggs, is disgusting or tasteless. If you closed your eyes, you would have no idea what you are eating.

57. The kitchen staff do not wear masks when they serve the food. We usually eat lunch in the cafeteria, also known as the chow hall. When they call us to go to the cafeteria, the guards will yell out "Chow time!" This feels demoralizing, as if we are dogs being called to be fed. Other times, they bring us breakfast and dinner in our cells. They will drop the food off, but they do not come back around to clean it up. When we are able to leave our cells, we have to go outside and throw away our trash ourselves. We do not know how they prepare the food: whether it is sanitary and whether they wash their hands. I have found hair in my food more than once.

58. They have served us spoiled food. The oranges and fruits are sometimes rotten. Food is sometimes sour when it is not supposed to be. This has been the case with the tuna and chicken they serve us. I have seen people get stomach aches and diarrhea because of food poisoning. When we tell the guards about our food poisoning, they ask: "How would you know it's food poisoning?" They do nothing

for four to six days, then finally come back to us and ask us what is wrong with our stomachs. By then, the food poisoning has often run its course.

59. For the first few months that I was at Adelanto, I was frequently given foods I am allergic to, even though I told staff I cannot have milk, beans, rice, corn, and soy. When I eat these foods, I get diverticulitis—severe stomach aches—even if I only consumed a small amount. So much of what they serve us to eat is soy.

60. Once, I was told that I was being given chicken, but it was a soy meat substitute, and I started feeling sick as soon as I started eating it. When staff would bring me meals that contained my allergens, I would tell them I could not eat that. I would then either have to wait a few hours to get a new meal or not eat at all. This was an especially difficult choice because the side effects from my medication are severe if I take it without food, and because delaying eating meant there were many times I could not receive my medication at all.

61. When I had to wait until the following day to eat because I was not provided with a meal I could eat, I made the officer log in their records that I did not get dinner the previous night. It took months for them to resolve this issue. In September 2025, I began receiving Kosher meals because they are pre-packaged and the diet eliminates a lot of my allergens. But these meals also often include dairy products instead of meat or other protein. We do not receive enough food. For breakfast and dinner, we receive our food in typical takeout containers with three slots: one bigger six-ounce slot and two smaller two-ounce slots. They have a menu posted on the wall in the dorms which tells you what you are supposed to get for each meal. For example, it will say: "Dinner is Spaghetti, 6 oz.; Beans, 2 oz.; Cake, 2 oz.; Apple, 2 oz." But when they serve food, staff do not honor the menu. Instead, they cut us short on the quantity of food, often by putting an apple in the six-ounce tray slot, and giving us the main course in one of the smaller two-ounce slots. Food frequently comes all mixed together. The salad, beans, spaghetti, and everything are piled on top of each other. Even in February 2026, this is still happening: we had the

spaghetti served on top of beans, melting and dissolving into the beans. When this happens, we tell some of the guards to sit down and eat with us. We ask them: "Would you eat this food? Sit and eat with us!" They do not sit down.

62. We have also, from time to time, called over the lieutenant and asked him to make a record of the food. Several times, he has taken photos of everything. One time he sent all eighty-six trays of food back. After we complained, they started giving us a six-slot tray for lunch so that at least for lunch, while the portions are still not correct, things are not all on top of each other. The issue of food being mixed together persists for breakfast and dinner. For breakfast and dinner, they usually bring us our food to the unit. For lunch, we are supposed to go to the cafeteria.

63. We are regularly served cold food. If we want our food to be hot, we need to use one of the microwaves. One of the microwaves was broken for two months, so we only had one microwave for all eighty people.

64. I previously spent fifteen months in ICE detention at what was then called CCA San Diego Detention Center, and is now called Otay Mesa Detention Center. Adelanto has by far the worst conditions. Otay Mesa was better because they had better mattresses, cleaner food with more meat, and more variety in their menus.

**IX. Lack of Warm, Adequate Clothing**

65. It has been very cold inside the Adelanto facility the whole time I have been here. We are told it is this way because they want to kill germs, like in a hospital. It feels like it is always kept at around sixty-five to seventy degrees during the day and colder at night. We are not warm enough in the winter with just the thin blanket they provide us. The only thing we are given to keep warm is one sweater.

66. Also, our laundry often comes back wet when we send it to be cleaned, so I tried to hang my clothes up with a clothesline. I was then written up for putting up the clothesline. For thirty days, I was banned from the commissary, from using the tablet, and from having contact visits. This felt very unfair. I was prevented from video calling with my sick mom for trying to dry my clothes. Even after my thirty

days of ban were up, my commissary account has still been blocked. I was supposed to regain access on February 20, and as of February 25, I still have no access to the commissary.

67. When you try to exchange old clothes for clothes in better condition, the guards throw a pile of clothes on the ground, all mixed together, so you have to dig through to find the right items and right size. Many have stains on them. One blanket I received had blood stains. The clothing does not smell clean. It smells stale.

68. Whatever clothing they do give us is in poor condition. Our sandals break easily and crack into pieces. The clothing does not keep me warm.

**X. Limited Access to the Outdoors**

69. We are barely offered recreation programs. Usually, we can go outside for around one hour per day.

70. For around six weeks in the fall of 2025, the guards told us that we could not go outside because someone tried to escape from the big yard. It was upsetting to be prevented from going outside because otherwise we never see the sky or breathe fresh air. There are two big yards. Every time we asked the detention staff when we could go outside, they would say things like, "next week, next week." They said they were doing extra work on the fence, but we never saw them working. When we looked outside, there was nothing going on. There were no trucks, no construction, no materials. There was nothing wrong with the yard. When they finally let us back out, the only thing I saw that changed was that there was barbed wire at the top.

**XI. Barriers to Legal Access**

71. The staff here do not help detainees access necessary legal advice and materials. I had an important interview I could not miss, and I told the guard from the library I needed my account password for the computers in the library to print things and do my legal work. He would not help. I asked if he did not care that I would not be prepared for my interview. He said, "Put in a grievance." But grievances mean

nothing here. They are never going to act on them. They simply say, "Put in a grievance," and the issues never get solved.

72. There is a computer in the law library, and we are taken to it so that we can print out our work. But the system is very flawed. Drive accounts are used in the law library, and usually when you are given a Drive account, you can use it to save files. Even though I had saved files in my account previously, one day when I tried to access my files, everything had been deleted. My account was blank.

73. They gave me another account and deleted my old account, so all my old work was never recovered. I filed my case *pro se*, and was using the computer to draft my petitions. Because I lost my account, I had to rewrite my petitions several times, which means it took me longer to file and I have spent more time locked up. I filed a grievance about this incident because I could not get timely access to what I needed for my case.

**XII. Lack of Out-of-Cell Time, Punitive Lockdowns, and Improper Use of Pepper Spray**

74. We are locked in our cells for a headcount five times a day. Staff go cell to cell and manually count everyone. During the counts, you cannot go out for any reason. This includes getting water, taking a shower, using the microwave, making video calls or using a phone or tablet, and doing anything else outside of the cell. The counts are excessive; they do a count at around 6:30 a.m., 10:30 a.m., 6:30 p.m., 11:00 p.m., and 1:00 a.m. They usually last around an hour each time. After the 1:00 a.m. count, we are in our beds until the morning. At times we have had another count at 4:00 a.m.

75. There are also lockdowns, during which we cannot leave our cells. These usually happen because of a fight or someone experiencing a medical issue. The guards have used lockdowns and pepper spray to punish us. One time, there was a fight in the day room in our unit. After the fighting had already ended, I was in the dayroom eating my food when the guards came in and pepper sprayed the whole

dayroom. There were more than thirty people present. We all got hit with pepper spray, even though most of us were not involved in the fight. The whole dorm was then locked down for twenty-four hours. The pepper spray remained on our clothes and bodies, yet we were not allowed to shower for a day. Everyone in the dorm experienced symptoms of the pepper spray: coughing, difficulty breathing, and eye irritation. They left us in our units for the next twenty-four hours without water. We did not participate in the fight but still got punished.

76. For five days after the guards pepper sprayed us, I was still experiencing symptoms like coughing and eye irritation. I do not think they cleaned the day room after it was pepper sprayed because when we went back out after the lockdown ended, it still had a strong scent of pepper spray. The guards refused to open the door to allow for more ventilation. We asked for masks at every shift change, but every time we were refused, even though the staff regularly wear masks and other personal protective equipment.

77. The guards then came around during the lockdown and searched every cell and took all of our extra items. They took an extra mattress I had and our makeshift trash can we made using a cardboard box with a plastic bag inside it. They took any extra pillows, towels, sheets, clothes, and blankets. You only get one white sheet, one wool blanket, three pairs of socks, three pairs of boxers, a pair of pants, a red overshirt and a red T-shirt. That is all we were left with.

I declare under penalty of perjury that the foregoing is true and correct. Executed on February 25, 2026 in Adelanto, California.

[signature]

Sevak Mesrobian