PUBLIC COUNSEL
REBECCA BROWN (SBN 345805)
rbrown@publiccounsel.org
SOPHIA WRENCH (SBN 354416)
swrench@publiccounsel.org
AMELIA PIAZZA (SBN 342473)
apiazza@publiccounsel.org
VANESSA RAE YOUNG (SBN 352693)
vyoungviniegra@publiccounsel.org
ELIZABETH HERCULES-PAEZ (SBN 320944)
eherculespaez@publiccounsel.org
610 S. Ardmore Avenue
Los Angeles, California 90005
Tel: 213-385-2977

*Attorneys for Plaintiffs*
Additional Counsel Listed on Following Page

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

L.T., SEVAK MESROBIAN, JOSE MAURO SALAZAR GARZA, AND J.M., on behalf of themselves and all others similarly situated; COALITION FOR HUMANE IMMIGRANT RIGHTS,

Plaintiffs,

v.

U.S. IMMIGRATION AND CUSTOMS ENFORCEMENT; TODD M. LYONS, Acting Director, U.S. Immigration and Customs Enforcement; JAIME RIOS, Acting Director of Los Angeles Field Office, Enforcement and Removal Operations, U.S. Immigration and Customs Enforcement; U.S. DEPARTMENT OF HOMELAND SECURITY; KRISTI NOEM, Secretary, U.S. Department of Homeland Security,

Defendants.

Case No. 5:26-cv-00322-SSS-RAO

**DECLARATION OF ELMER MANUEL RUIZ ESCOBAR IN SUPPORT OF PLAINTIFFS' MOTION FOR PRELIMINARY INJUNCTION**

**CLASS ACTION**

IMMIGRANT DEFENDERS LAW CENTER
ALVARO M. HUERTA (SBN 274787)
ahuerta@immdef.org
CARSON ADRIANNA SCOTT (SBN 337102)
cscott@immdef.org
ALISON STEFFEL (SBN 346370)
asteffel@immdef.org
634 S. Spring St., 10th Floor
Los Angeles, CA 90014
Tel: 213-634-0999

COALITION FOR HUMANE IMMIGRANT RIGHTS
CARL BERGQUIST (*Pro Hac Vice*)
cbergquist@chirla.org
2351 Hempstead Road
Ottawa Hills, OH 43606
Tel: 310-279-6025

ADAM REESE (SBN 362898)
areese@chirla.org
2533 West Third Street, Suite 101
Los Angeles, CA 90057
Tel: 213-353-1333

WILLKIE FARR & GALLAGHER LLP
NICHOLAS REDDICK (SBN 288779)
nreddick@willkie.com
STEPHEN HENRICK (SBN 310539)
shenrick@willkie.com
ALYXANDRA VERNON (SBN 327699)
avernon@willkie.com
JACOB KARIM (SBN 340376)
jkarim@willkie.com
333 Bush St., 34th Floor
San Francisco, CA 94104
Tel: 415-858-7400

*Attorneys for Plaintiffs*

# DECLARATION OF ELMER MANUEL RUIZ ESCOBAR

I, Elmer Manuel Ruiz Escobar, declare that:

1. I have personal knowledge of the facts set forth below and, if called to testify, I could and would do so competently.

## I. Background

2. My name is Elmer Manuel Ruiz Escobar. I am 47 years old. I was born in El Salvador, and I initially came to the U.S. with my family when I was twelve years old. My family returned me to El Salvador, and I last came back to the U.S. when I was seventeen.

3. I was sentenced to life imprisonment and served in a California state prison for about 27 years. I was able to rehabilitate myself and was released on parole in August 2023.

4. I had nine months of liberty at 45 years old to know what it is finally like to be with my family and start a new life. I used every opportunity to get myself reintegrated into the community. I attended school and took classes to pick up skills in HVAC (heating, ventilation, and air conditioning) and computer use. I also attended social programming for anger management and alcohol rehabilitation. I had a counselor whom I saw every week. On the weekends, I would stay with my family, and we would go to church together. I also had five sessions to remove my tattoo. During my free time, I helped out mothers of incarcerated people with life sentences by sharing my road to rehabilitation.

5. I was picked up by ICE and taken to the Adelanto ICE Processing Center (“Adelanto”) on May 20, 2024.

6. I have been at Adelanto for almost two years and have seen firsthand the medical neglect and poor treatment we experience here. Having served time in a state prison in California, I can say the conditions are worse here at Adelanto.

**II. Inadequate Medical Care**

7. During the medical intake process, a nurse asked about my medical history, my current medical conditions, and checked my blood pressure. I told them that I had surgeries on my left knee and that I had shoulder problems. I was not taking any medications back then. My blood pressure was normal. The nurse noted down everything on her computer. The whole process took about 10 minutes. I was not arranged to see a doctor after this intake process.

8. I have had multiple bad experiences with the medical team here at Adelanto.

9. For example, I have insomnia and am prescribed medication for insomnia. Sometimes they give me a pill to help me sleep at 8:00 PM, but the medicine is very strong and given too early. It knocks me out completely. Around March or April 2025, I asked if I could get it later but my request was denied. I do not want to sleep that early. If I take the pill that early, I would wake up at 1:00 AM and would not be able to fall back asleep.

10. Also, it is difficult to sleep here. Sometimes the lights stay on until 2 A.M., and I am always under a lot of stress. When I do sleep, I can only get a maximum of five hours of sleep each night.

11. I believe I began to develop high blood pressure at Adelanto, and they do give me medication for it, but they do not check my blood pressure regularly.

12. I developed an infection in my throat after I was released from prison. My family used to give me homemade remedies to relieve my chronic sore throat. But since I have been detained at Adelanto, I have not been properly treated for my chronic sore throat and cough. I started coughing not long after I was taken to Adelanto. Initially, I requested a doctor, but I have waited over three months, and my condition has only worsened. A nurse then gave me cough and cold medicines for five days, but they did not work, and the nurses never followed up.

13. I still have symptoms, and sometimes it gets bad again. I get sharp pain in my throat, and I cough up blood at times, so I know something is severely wrong. I get congestion and headaches and worry that my immune system is low. I filed several grievances, known as “KITES,” about this. I just want adequate treatment and to see a specialist. I want to know what is in my throat because the symptoms are not going away. Around early February 2025, I saw a doctor and explained the situation. I was given pink pills to take for three months. I took the pills, but nothing changed. There is supposed to be a follow-up appointment, but I have not received one.

14. When I was in state prison, I fell on my tailbone playing volleyball. At Adelanto, I also started to get shocks and pinches at the end of my spine about over a month ago due to that volleyball injury. I put in a medical request right after I developed those painful shocks and pinches, but nobody responded. I put in a second medical request about two or three weeks after, and this time I was able to speak to a nurse. I was given Ibuprofen and nothing else. They said they would follow up but they have not yet. I also requested to do an MRI for my spine, but my request has not been answered.

15. I also have sports injuries and arthritis in my shoulders. Since I was detained at Adelanto, my arthritis has been aggravated. I cannot stay on one shoulder while sleeping because it hurts so much, and I can hear my shoulder bones twisting. I never had this kind of pain before.

16. I have nerve problems in my feet. I put in a KITE to request medical care around August or September 2025 and nothing happened. I also tried to request my medical records from state prison so that I can give them to the doctors here to examine me, but none of the records came. I had two surgeries on my left knee before being detained at Adelanto. In 2024, I requested knee braces for my knee issue, but I did not get them.

17. I want to have stability and care for my health. It is brutal here. I try to be strong and not to cry about it, but oftentimes the intensity is too much. I requested treatment but they essentially told me they do not have enough doctors and they only take emergency situations for treatment.

18. Around September 2025, they brought in a group of new detainees who were sick. Many people became infected, including me. I had a fever, a cold, and my cough got worse. We asked the guards and submitted a KITE for COVID-19 tests, but they did not respond to our request. I was really scared.

19. Recently, around the fall of 2025, several people got a staph infection. One individual died.

20. Two individuals in my unit had the staph infection. I saw that one of the two, Salazar, had an infection on his arm. It looked terrible. The other one got it on his back. They both had to have surgery. Salazar told me there were about fourteen people in the hospital for the same staph infection.

21. I did not see a good reaction from the staff at Adelanto when the staph infection broke out. They did not give us disinfectant or take measures to ensure cleanliness and stop the spread. It was scary. They do not disinfect the phones that everyone uses, so the phones could spread diseases.

22. I do not know if Adelanto has an emergency doctor. There have been times when people fall down at night and no doctor comes to help.

23. In state prison, the guards and medical staff were generally more responsive to medical issues and emergencies than they are at Adelanto. In state prison, whenever I submitted a medical request, I would be called the next day. Here at Adelanto, the waiting time can be weeks or months.

**III. Unsanitary Conditions and Unjust Punishment**

24. I wash my own clothes because the laundry is dirty. Here at Adelanto we do not have places to hang and dry our clothes. I know people in my dorm got a write-up for using a line to hang clothes. Sometimes people can just hang clothes

over the beds. In state prison, the guards respected that we needed lines to dry clothes, and they would not take away those lines.

25. Our drinking water comes in Igloo jugs that staff fill up and bring to the dayroom. Often there is dirt residue or even mold inside the jug. When that happens, we complain for it to be cleaned. Typically, the staff fix it for a few days, but the drinking water becomes unclean again. I worry that the drinking water is not potable. The water also runs out quickly when they bring it. Recently, people came together to tell the guards they have to bring different water that is clean for us to drink, but nothing has changed.

26. When the water runs out, we sometimes drink the sink water. But the sink water is not clean either. I have noticed twice it has been especially bad, and those times the water color was quite dark. The second time I noticed it, the brown dirty water lasted for three days.

27. In state prison, showers were separated with bars and curtains. Inmates got paid for cleaning the shower. The water temperature was regulated. There were soap dispensers, and the showers were always clean. Here at Adelanto, there are no shower curtains, and the water temperature is not regulated and only has one setting. There is no soap dispenser. There is nobody in charge of cleaning the showers. The showers here are also nasty, like trash cans, and there is always shampoo and soap thrown around on the floor. Here at Adelanto, the water also barely comes out. I put in a work order multiple times and nothing changed. One day there was no hot water in the shower. After they fixed it, they then left the hot water too hot – and it was burning us. I submitted a grievance about the scalding hot water. Four days later, the issue still had not been addressed. Someone eventually came by to fix it, but then the problem got worse. I saw one guy had a burned patch on his head because of the burning shower water.

28. In state prison, the toilets were always clean because there were strict rules requiring inmates to clean them. Cleaning supplies and disinfectants were

provided. Here at Adelanto, nobody is required to clean the toilets and it is up to the detainees to clean them. The toilets are often dirty.

29. In the state prison, I had more variety of menu items, including different portions of chicken, beef, turkey meat, tuna, peanut butter, bread, spaghetti, and vegetables like bell pepper. For breakfast, I had pancakes, coffee cake, French toast, oatmeal, and fruits. The two meals, breakfast and dinner, were always hot. Here at Adelanto, the lunch and dinner are sometimes not so hot, and breakfast (only cereal) often comes too early, around 5 to 6 A.M. I get soybeans and small portions of protein for lunch and dinner. We cannot eat outside at lunch. The trays have three compartments, and they mix everything together—I have received a "bean cake salad" instead of getting everything separately. If you do not want to eat all of your food at the exact moment it is served, then you cannot save anything for later; you have to throw it away.

30. In our cells, I am always cleaning and getting others to clean.

31. Around December 9, 2025, there was a riot in my unit. I was in the shower during the riot, and one of the guards saw me there. The next day, everyone got searched in retaliation for the incident. The guards also took a group of people to solitary. The same guard who saw that I was in the shower tried to take me to solitary the next day. Other detainees stood up for me and said I was from the church and was not involved in the riot. The guard responded: "He doesn't look like a Christian." Some of the guards here use disrespectful language, like the F word.

32. On December 12, 2025, we had a lockdown. They pepper sprayed everyone. One guy was not allowed to get water for hours. I saw him try to get water, and the guards handcuffed him.

**IV. Lack of Accommodation for Elderly Detainees**

33. The process for requesting changes and raising issues is frustrating because it seems the staff at Adelanto do not listen. As detainees, we have tried to raise an ongoing issue: there are people assigned to top bunk beds who are very old

and have back problems, canes, or other mobility issues. We try to change beds to ensure that older people get a bottom bunk. However, the staff at Adelanto will get upset when people do not sleep in their assigned bed. Rather than address this issue and take care of older people with disabilities, they get mad at us for trying to help people. When we make changes, we inform the staff but they do not care. And later they get mad because people switched beds.

34. There was a riot recently where someone was not welcome in a new cell, and a fight broke out. Afterwards, staff retaliated by taking things from all detainees, regardless of whether they were involved. They confiscated anything that detainees had that was an extra item, like a second pair of shoes for the yard. They took away many things from me, including an extra pair of shoes, coffee, fruits, and an extra bed sheet I used as a curtain, even though I was not involved in the riot.

**V. Life Here is Worse Than Prison**

35. It is hard to be at ease here. If it was not for God and my faith, I would go crazy. I am part of a Christian group here, and we hold church services in our cell because there is no other space for us to use. God has given me so much patience here.

36. Even so, it is frustrating and exasperating to experience this treatment. I want to shine a light on the oppression that people here are experiencing.

37. Why am I treated more like a dog here than in state prison? State prison had better medical treatment. Why do they treat me more severely here when I am not here for a crime? I paid my price and served my time for the crime I committed. I accept my errors.

38. Here, you see old people who cannot move well and cannot even get into bed; why do they have them locked up when they cannot even run on the street?

I see detainees' children not being allowed to hug their fathers for more than a few seconds and they have to be separated for the entire hour of conversation.

39. We cannot access the help and information we need to represent ourselves in immigration court. Because the law library is so inadequate and it is so difficult to find a lawyer, many of us are forced to be sent to places where we fear harm or torture. I fear I may be sent to some unknown country where I will be hurt or killed.

40. We are here as immigration detainees, but they treat us worse than prisoners. I wish they would give us proper medical care and humane treatment.

I declare under penalty of perjury that the foregoing is true and correct. Executed on February 26, 2026 in Adelanto, California.

E. Ruiz

Elmer Manuel Ruiz Escobar