PUBLIC COUNSEL
REBECCA BROWN (SBN 345805)
rbrown@publiccounsel.org
SOPHIA WRENCH (SBN 354416)
swrench@publiccounsel.org
AMELIA PIAZZA (SBN 342473)
apiazza@publiccounsel.org
VANESSA RAE YOUNG (SBN 352693)
vyoungviniegra@publiccounsel.org
ELIZABETH HERCULES-PAEZ (SBN 320944)
eherculespaez@publiccounsel.org
610 S. Ardmore Avenue
Los Angeles, California 90005
Tel: 213-385-2977

*Attorneys for Plaintiffs*
Additional Counsel Listed on Following Page

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

L.T., SEVAK MESROBIAN, JOSE MAURO SALAZAR GARZA, AND J.M., on behalf of themselves and all others similarly situated; COALITION FOR HUMANE IMMIGRANT RIGHTS,

Plaintiffs,

v.

U.S. IMMIGRATION AND CUSTOMS ENFORCEMENT; TODD M. LYONS, Acting Director, U.S. Immigration and Customs Enforcement; JAIME RIOS, Acting Director of Los Angeles Field Office, Enforcement and Removal Operations, U.S. Immigration and Customs Enforcement; U.S. DEPARTMENT OF HOMELAND SECURITY; KRISTI NOEM, Secretary, U.S. Department of Homeland Security,

Defendants.

Case No. 5:26-cv-00322-SSS-RAO

**DECLARATION OF JOSE MAURO SALAZAR GARZA IN SUPPORT OF PLAINTIFFS' MOTION FOR PRELIMINARY INJUNCTION**

**CLASS ACTION**

IMMIGRANT DEFENDERS LAW CENTER
ALVARO M. HUERTA (SBN 274787)
ahuerta@immdef.org
CARSON ADRIANNA SCOTT (SBN 337102)
cscott@immdef.org
ALISON STEFFEL (SBN 346370)
asteffel@immdef.org
634 S. Spring St., 10th Floor
Los Angeles, CA 90014
Tel: 213-634-0999

COALITION FOR HUMANE IMMIGRANT RIGHTS
CARL BERGQUIST (*Pro Hac Vice*)
cbergquist@chirla.org
2351 Hempstead Road
Ottawa Hills, OH 43606
Tel: 310-279-6025

ADAM REESE (SBN 362898)
areese@chirla.org
2533 West Third Street, Suite 101
Los Angeles, CA 90057
Tel: 213-353-1333

WILLKIE FARR & GALLAGHER LLP
NICHOLAS REDDICK (SBN 288779)
nreddick@willkie.com
STEPHEN HENRICK (SBN 310539)
shenrick@willkie.com
ALYXANDRA VERNON (SBN 327699)
avernon@willkie.com
JACOB KARIM (SBN 340376)
jkarim@willkie.com
333 Bush St., 34th Floor
San Francisco, CA 94104
Tel: 415-858-7400

*Attorneys for Plaintiffs*

# DECLARATION OF JOSE MAURO SALAZAR GARZA

I, Jose Mauro Salazar Garza, declare that:

1. I make the following statements on behalf of myself. I have personal knowledge of the facts in this declaration. If called upon to testify, I could and would testify competently to the following facts:

## I. Background

2. I am 51 years old, and I was born in Los Herreras, Mexico. I first arrived in the United States about 44 years ago when I was around seven years old. I attended school in the United States through my senior year. I used to live in Weslaco, Texas, and worked mainly in landscaping and construction. I have a wife and six children, all of whom are U.S. citizens. I have been with my wife for about 35 years.

3. I was detained by ICE at Desert View Annex ("DVA") starting in July 2023. In January 2025, ICE moved me to Adelanto. I am currently detained in Adelanto West. I serve as the Christian preacher in my unit.

## II. Inadequate Medical Care at Adelanto

4. I have suffered several medical issues while at Adelanto: pain and infection after amputation of part of my finger, contracting a severe staph infection, and experiencing some kind of stomach flu or food poisoning. In each case, Adelanto staff were slow to respond and provide proper medical care.

5. In September 2024, while I was at DVA, a detainee experiencing a psychotic episode bit off and swallowed the end of my right pinky finger. As a result, part of my finger was amputated. The doctor who did the surgery told me that there were still bone fragments in my finger after the surgery.

6. The recovery was extremely painful, even months afterward. On or around December 16, 2024, staff took me to see a specialist at the Desert Valley Medical Group. That doctor told me that my finger bone was so close to the tip of my finger that anything I touch will cause pain, and I might need another operation to fix it.

7. When I was moved to Adelanto in January 2025, I had a prescription for Lyrica for pain in my hand. I believe I was also given gabapentin and tramadol. But I have bad reactions to these medications—they make me feel sick and sometimes vomit. So I didn't always take the medication, which meant I was still having intense and pulsing pain in my hand.

8. On or around February 17, 2025, staff took me to another external appointment for my hand. I was told again that I might need another surgery. The doctor ordered an MRI of my finger to see what was going on. The problem was that I needed to wait for ICE to approve the MRI. A few weeks later at Adelanto, I asked Dr. Sakata about the MRI, and he told me that he had no notes or paperwork about the order, and he could not say when the MRI would happen. In April 2025, I was still waiting for the MRI and Adelanto staff told me they were still in the process of scheduling it.

9. I was still experiencing severe pain in my hand. It felt like something was trying to burst out of my finger. My hand was so swollen and painful that I couldn't use it to tie my shoes or brush my teeth. The tip of my finger started to turn yellow. I later found out that I had developed an infection at the amputation site.

10. One night in June 2025, while I was sleeping, the tip of my infected finger burst. It was so painful, it woke me up. I was sleeping with my hand by my head, and when I woke up my face was wet with pus. I could see blood and black pus coming out of my finger like a worm. I was totally freaked out, and I started hitting my cell door for a guard to come. When a guard arrived, I showed him my hand and he also seemed freaked out. He radioed for help, but nobody came to take me to the medical unit. I did not even get bandages or supplies to clean the wound. I had to wrap the tip of my finger with toilet paper.

11. It was more than a week before Adelanto staff took me to the hospital again. I finally got the MRI in July 2025. After some time the wound healed, but I still have problems with my finger. In the past several weeks, my hand has started to

feel the way it did when the infection first started. I am experiencing a tingling or crawling sensation in my finger and down my arm. I am worried that I am going to get another infection and that staff will be slow to respond if I do.

12. I also got a bad staph infection while at Adelanto. In September 2025, I started noticing skin infections on other detainees in my unit. Guys had bumps on all parts of their bodies—their feet, arms, neck, and even their face. Even with infections, they were still using the shared showers, and the shared phones and electronic tablets. Then one day when I was showering, I noticed a bump on my upper arm. I noticed swelling starting on my hip too. I showed the nurses each day when they came to the dayroom to distribute medication. After a few days, my entire upper arm was swollen and the skin was becoming discolored. Finally, staff took me to the hospital.

13. My infection had gotten so bad I was admitted to have surgery on my arm. I stayed in the hospital for about four days, and I was handcuffed to the bed the whole time. I saw other Adelanto detainees there with the same infection, from different units. When I got back to Adelanto, the staff did not give me the supplies I needed to keep my arm clean and dry, like plastic to cover my arm when I took a shower. The wound got infected again, and I had to take more antibiotics. Eventually, it healed and scarred.

14. In December 2025, I got really sick with some kind of stomach illness. I was throwing up and had diarrhea. I was left in my cell for about four or five days instead of being taken to the medical unit. I could barely eat or drink anything. I felt feverish. My eyesight was blurry. Most of the time I was so weak and dizzy I could not even stand up, and I had to crawl on the floor to the toilet bowl near my bed to vomit. Sometimes I could not make it to the toilet, and I vomited on the floor.

15. The first day I got sick, I told guards I needed to go to the medical unit. Nobody came to get me. The second day, I submitted a medical request explaining that my whole body hurt, and I was throwing up everything I tried to eat. That day, a nurse came to my cell to give me a pill, but it did not stop my vomiting. I still was not

taken to medical. The third day, I submitted another medical request, again explaining that I could not retain any food in my stomach. Still, I did not see the doctor. A nurse told me that the medical unit was too busy. On the fourth day, I submitted a grievance. On the fourth or fifth day, I was finally transported to the medical unit to see the doctor. He gave me some juice and ordered a liquid diet, then I went back to my cell. The next day, I had to submit another grievance because at 7:30 p.m. I still had not received my liquid diet for lunch or dinner. Over the course of this ordeal, I lost almost 11 pounds.

16. I do not know what caused that illness. It could have been food poisoning, but I also worry it might be related to the multiple infections I have had at Adelanto.

17. For about four or five months, I have been requesting my complete medical records so that I can review them. For a long time I did not get any response. In late February, I got some of my medical records, mostly from external doctor visits in 2025. But it is not the complete set.

18. Because the medical care at Adelanto is so bad, I also worry about the safety of other detainees. For example, my friend Sevak has epilepsy. I have seen him have seizures at Adelanto on multiple occasions. Sometimes it takes a long time for him to get medical attention. I would estimate there have been times it has taken over 15 minutes for medical staff to come to him when he has a seizure. Once, after guards pepper sprayed us, Sevak had a seizure and when the medical staff responded, they did not bring oxygen. One of the medical staff sent a guard to get the oxygen tank from the medical unit, and I watched the guard walk away like there was no reason to hurry. Then he came back without the oxygen tank. Someone else from the staff had to get oxygen instead. And this was not the first time Sevak had a seizure. The staff should know what to do in a medical emergency and they should rush to get someone life-saving care. I do not understand why staff fail to take Sevak's seizures more seriously.

19. It is so overwhelming to see people in these situations. I try to keep my mind sane and my breathing normal under these conditions. The medical care is so deficient that I wonder how this can be happening in the United States.

## III. Lack of Disability Accommodations

20. While I was at DVA, I had a bunionectomy on my left foot. I still experience a lot of pain in my foot and leg when I walk, so a doctor prescribed orthopedic shoes. I got a pair of orthopedic shoes in DVA, but by the time I moved to Adelanto they were worn down and had holes. I have been making requests for new orthopedic shoes for nearly a year, but I have not gotten them. Right now, I just wear the flat sandals that they give us.

21. There is a man in my unit who I believe has a mental disability or condition. He rarely talks and he spends most of his day walking in circles around the dayroom, staring off into space. He has lot of trouble with his personal hygiene. The staff do not give him any kind of help taking care of himself. We detainees have to help him instead. We encourage him to shower. We send his clothes for laundry. We clean his cell when it gets full of garbage and moldy food. We have to take care of him, because the staff will not.

## IV. Life at Adelanto Is Worse than Prison

22. I was previously incarcerated in both state and federal prison. I was at Centinela State Prison in Imperial, California from about 1996 to 1998, and at Lompoc Federal Correctional Institution, a medium security federal prison in California, from 2021 to 2023. Adelanto is much worse. You can just tell that there is a lack of knowledge and experience among the staff and administration here. For example, in Lompoc, they do headcounts once or twice a day during waking hours, and the guards are usually pretty efficient and organized, so the count is done in under an hour. At Adelanto, they do headcounts six times a day, and sometimes counts take over an hour, or even over two hours. This means that compared to when I was in

prison, at Adelanto I spend much more time locked up in my cell, even during the day.

23. I currently share a cell with three other men. In our cell, there are just our bunk beds, a toilet, and a small sink. The toilet does not have a privacy curtain.

24. Staff put big Igloo jugs of water in the dayroom for us to drink, which they say is filtered, but I don't know if that's true. We often run out of that water and have to drink water from the faucets instead. But water that comes out of the sink in our cell is often brown.

25. There are no shower curtains in the bathrooms, which means we do not have privacy when we shower. We had privacy curtains in the showers at Lompoc federal prison, so I do not understand why we cannot have them here.

26. At night, the fluorescent lights are always on past 11:00 p.m., sometimes as late as 1:00 a.m. It feels as if we are roasting chickens with these lights on right by our beds. It can make it difficult to sleep. Since we filed this lawsuit, I have noticed they are turning off the lights closer to 11:00 p.m.

27. It's also extremely loud indoors, and all the noise echoes. The noise levels create other problems, too, like making it so that you cannot hear when you talk on the phone. It also makes it difficult to read or do anything that requires concentration.

28. It is dirty in Adelanto, too. In the bathrooms, there is dried toothpaste, soap and shampoo smeared on the floors, walls, and counter, plus trash on the floor. Sometime in 2025, I saw mold and spores growing on the bathroom floor. Staff didn't actually clean the mold, they just scraped it and painted over it. I believe the bathroom is probably where people picked up the staph infections, on their feet in the showers. There are days when staff take us to eat in the cafeteria and it is still dirty from the previous day, with flies, bugs, and dirty food. One time, in the medical holding cell, I had to help staff clean up blood and other bodily fluids.

29. In federal prison, the yard was generally open so you could go outside when you wanted during the daytime. At Adelanto, we only get one hour of true yard

time per day, when we can go outside with enough space to run around, and be able to see plants and mountains through the fence. There have been weeks at a time that we were not allowed to go to the yard at all. One time, Adelanto staff said that a detainee tried to jump the fence, and as a result we were not allowed to go to the yard for multiple weeks.

30. The only other option for time outdoors is what we call "mini-yard," and it does not really feel like the outdoors. It is an area much smaller than our dayroom, with tall concrete walls that open to the sky. The mini-yard is not even big enough for our entire 80-person unit to be in at the same time. It feels crowded with 20 people.

31. In federal prison, it is easier to communicate with your family. You have your own electronic tablet to send messages whenever you want, whereas here we have to share tablets with our cellmates. And when your family visits you in federal prison, you can hug them as many times as you want. Here, you are only allowed one hug at the start and end of the visit.

32. I have filed so many grievances about conditions and lack of medical care that have never even been answered. Sometimes we will speak out about the conditions, like when we went on hunger strike in April 2025. We demanded clean drinking water, better quality food, proper medical care, and other improvements to conditions at Adelanto. In response, staff put me and another person in solitary confinement. I was in solitary for fifteen to twenty days. There is really nothing in the solitary cell but a bed, a toilet, and a sink. Once a day, you are allowed out of your cell—that is the only time you can take a shower, make a phone call, or microwave food. Depending on the guard, you might get time outside in a small outdoor unit.

33. Another time, a few months ago, I spoke out about how multiple showers in our unit had been broken for months. The water pressure in most of the shower heads was so low that there were only two properly working showers for the whole unit. At the same time, I was fasting for religious reasons. Staff accused me of going on another hunger strike, and I was sent to solitary again for four days.

34. Being in solitary gets to you; it feels like you are being punished just for asking for help or speaking up for your rights.

35. At Adelanto, staff sometimes refer to us by our bunk numbers, like "Detainee 301A" and so on. We try our best to stay sane, clean, and healthy under these conditions, but it is impossible. We are civil detainees. We should not have to live like this.

I declare under penalty of perjury that the foregoing is true and correct. Executed on February 24, 2026 in Adelanto, California.

[signature]

Jose Mauro Salazar Garza