PUBLIC COUNSEL
REBECCA BROWN (SBN 345805)
rbrown@publiccounsel.org
SOPHIA WRENCH (SBN 354416)
swrench@publiccounsel.org
AMELIA PIAZZA (SBN 342473)
apiazza@publiccounsel.org
VANESSA RAE YOUNG (SBN 352693)
vyoungviniegra@publiccounsel.org
ELIZABETH HERCULES-PAEZ (SBN 320944)
eherculespaez@publiccounsel.org
610 S. Ardmore Avenue
Los Angeles, California 90005
Tel: 213-385-2977

*Attorneys for Plaintiffs*
Additional Counsel Listed on Following Page

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| L.T., SEVAK MESROBIAN, JOSE MAURO SALAZAR GARZA, AND J.M., on behalf of themselves and all others similarly situated; COALITION FOR HUMANE IMMIGRANT RIGHTS,<br><br>Plaintiffs,<br><br>v.<br><br>U.S. IMMIGRATION AND CUSTOMS ENFORCEMENT; TODD M. LYONS, Acting Director, U.S. Immigration and Customs Enforcement; JAIME RIOS, Acting Director of Los Angeles Field Office, Enforcement and Removal Operations, U.S. Immigration and Customs Enforcement; U.S. DEPARTMENT OF HOMELAND SECURITY; KRISTI NOEM, Secretary, U.S. Department of Homeland Security,<br><br>Defendants. | Case No. 5:26-cv-00322-SSS-RAO<br><br>**DECLARATION OF SADDAM SAMAAN DAOUD SAMAAN IN SUPPORT OF PLAINTIFFS' MOTION FOR PRELIMINARY INJUNCTION**<br><br>**CLASS ACTION** |

DECLARATION OF SADDAM SAMAAN DAOUD SAMAAN
Case No. 5:26-cv-00322-SSS-RAO

IMMIGRANT DEFENDERS LAW CENTER
ALVARO M. HUERTA (SBN 274787)
ahuerta@immdef.org
CARSON ADRIANNA SCOTT (SBN 337102)
cscott@immdef.org
ALISON STEFFEL (SBN 346370)
asteffel@immdef.org
634 S. Spring St., 10th Floor
Los Angeles, CA 90014
Tel: 213-634-0999

COALITION FOR HUMANE IMMIGRANT RIGHTS
CARL BERGQUIST (*Pro Hac Vice*)
cbergquist@chirla.org
2351 Hempstead Road
Ottawa Hills, OH 43606
Tel: 310-279-6025

ADAM REESE (SBN 362898)
areese@chirla.org
2533 West Third Street, Suite 101
Los Angeles, CA 90057
Tel: 213-353-1333

WILLKIE FARR & GALLAGHER LLP
NICHOLAS REDDICK (SBN 288779)
nreddick@willkie.com
STEPHEN HENRICK (SBN 310539)
shenrick@willkie.com
ALYXANDRA VERNON (SBN 327699)
avernon@willkie.com
JACOB KARIM (SBN 340376)
jkarim@willkie.com
333 Bush St., 34th Floor
San Francisco, CA 94104
Tel: 415-858-7400

*Attorneys for Plaintiffs*

DECLARATION OF SADDAM SAMAAN DAOUD SAMAAN
Case No. 5:26-cv-00322-SSS-RAO

**DECLARATION OF SADDAM SAMAAN DAOUD SAMAAN**

I, Saddam Samaan Daoud Samaan, declare that:

1.    I have personal knowledge of the facts set forth below, and if called to testify, I could and would do so competently.

2.    I have been in federal immigration detention since October 2023. First, I was detained at Desert View Annex ("DVA"), and in February 2025 I was moved to Adelanto ICE Processing Center ("Adelanto"). I am currently housed in Adelanto West.

3.    I am 48 years old. I came to the United States when I was twelve years old. I lived in Minnesota for about twenty years, where I owned car dealerships and gas stations.

4.    I got my law degree in Jordan in the late 1990s. One of the things I do at Adelanto is help people with their legal cases. I have helped about 20 people obtain writs of habeas corpus from the federal courts.

**I.    Inadequate Medical Care for Prostate and Back Pain, and Limited Dental Care**

5.    I have had multiple problems with the medical care at Adelanto. First, I have an enlarged prostate. It affects my perception of when I have to use the restroom, and it makes me have to use the restroom as many as twenty times a day, sometimes more. Since 2019, I have been on the medication Tamsulosin to help with the symptoms. I am also on the medication Proscar.

6.    In January 2025, I had an appointment with a doctor at DVA. That doctor recommended that I see an external specialist for my prostate. It took staff about six months after that to get me an appointment with an external urologist.

7.    When I finally saw the external urologist in or around July 2025, I found it difficult to speak freely during the appointment because two guards were right there in the examination room with me and the doctor. I was also shackled.

8.    At that appointment, the urologist ran some tests and told me that she was concerned about prostate cancer. She recommended a colonoscopy and bloodwork to screen for cancer.

9.    Now, more than six months later, I still have not had a colonoscopy or bloodwork. Staff keep telling me that I am on the schedule for these procedures, but I never actually go to the appointment. This has happened about once a week, on Tuesdays, for months now. I will wake up early, get dressed and prepare to be transported to the medical unit, but then nobody comes to get me. Staff have told me my appointments were cancelled because the medical unit is overcrowded.

10.    I am worried that I have undiagnosed cancer. And even if I am diagnosed at some point, it has taken so long for me to get medical appointments here that I am worried the cancer will not be caught at an early stage and that I will not get adequate cancer treatment as long as I am detained at Adelanto.

11.    I have also experienced problems getting my medications at Adelanto. I take what are called "Keep On Person" medications, which means that nurses give me a supply to keep in my cell rather than distributing medication at certain times every day. But sometimes I run out of those medications and they do not have any more to give me. Last month, I ran out of my prostate medication, Tamsulosin. So I went without this medication for about three weeks. I have seen this happen to other people in my unit too.

12.    I also have a lower back problem that is not being addressed at Adelanto. When I was in federal prison prior to immigration detention, I got 600mg of ibuprofen a day to manage my back pain. Here, I do not get any pain medication on a regular basis. I asked the nurse for a back brace about three months ago, but I have not gotten one. The nurse recently told me I am on the list to see the doctor about my back, but I have not had an appointment yet.

13.    The dental care here is also really limited. In the past year, I have had multiple fillings fall out, which means that cold foods and liquids really hurt my teeth,

- 2 -

DECLARATION OF SADDAM SAMAAN DAOUD SAMAAN
Case No. 5:26-cv-00322-SSS-RAO

including the ice water they give us to drink. I have asked multiple times for fillings, but staff told me that they would not do fillings. They told me a filling is cosmetic work.

## II.    Failure to Accommodate Others' Disabilities

14.    I have noticed other people in my unit who need support that they aren't getting from staff. For example, there is a man about 66 or 67 years old who lives in my dormitory. I understand from his niece that he has dementia and Alzheimer's disease. We sometimes see that he has urinated himself. But the staff do not help him with basic things like showering. One of the detainees has to bring him to the shower, turn on the water, and help him clean himself. It seems like he needs more supervision and assistance. The staff here do not take care of him.

## III.    Living at Adelanto

15.    When I first got to Adelanto, I had a four-person cell to myself. Now, I share my cell with three other people. We have a toilet and a sink, but there is no curtain around the toilet so we have to use the bathroom in front of one another.

16.    We usually have six headcounts a day, at 6:30 am, 10:30 am, 6:30 pm, 11:00 pm, 1:00 am, and 3:00 am. Sometimes there are emergency headcounts on top of the regular headcount schedule. Between 1:00 am and 7:30 am, we are already locked in our cells for the night. For the other headcounts, we have to go back into our cells, usually for at least an hour, while staff check every cell. I spent time in federal prison before this, and there we only did daytime count once a day, in the afternoon.

17.    At Adelanto, we can go to the "big yard" for only one hour each day. That is the only time it really feels like we are outside. Otherwise, we only have access to the "mini-yard" for part of the day, which is an area about the size of two cells put together. The "mini-yard" is open to the outdoors at the top, but it is enclosed by high concrete walls, so we cannot see anything but a piece of sky. This space is technically open for our 80-person unit, but usually there are only about five to ten people in there

- 3 -

at a time because of the small size. It is also quite loud in the mini-yard because of the echo.

18. Staff give us drinking water in big "Igloo" water jugs. They bring two jugs to the dayroom for the 80 people in our unit. Officers have told me that the water in the jugs is filtered tap water. When we run out, which we often do, sometimes we have to wait three or four hours for them to refill the jugs. The only alternative is to drink from the sinks in our cells or the sink in the dayroom, but the water that comes out looks brown and tastes bad. I do not see why they would be bringing us water in the Igloo jugs if the water from the sink was safe to drink.

19. There are also serious problems with the food. The portions are not enough to fill your stomach. They are way smaller than what I got in prison. And the prices for extra food in commissary are more than double what they were in federal prison. This is especially hard for people whose families cannot send them money for commissary, so they go hungry.

20. In October 2025, I was sent to solitary confinement because I was advocating for people to have access to the law library. Adelanto staff told me that only four people from each unit could be in the law library, and I told him that people had upcoming deadlines in their cases and they needed to be able to access legal materials. Nothing physical happened—but I was sent to solitary confinement. After about a month, staff said I could leave solitary, but my only option was to go to a unit where I did not feel safe with some of the other people there. So I stayed in solitary for two months, until they put me back in the same unit as before.

21. The staff have put up posters on the wall about voluntary departure. The posters say that some people will be eligible for over $2000 and a free flight if they choose to self-deport. They even have sign-up sheets where you can write your name down to tell ICE you want to voluntarily depart. I've seen them in the dayroom, the chow hall, and the solitary confinement unit. And it works. Being here breaks people. I talk to people when they first arrive and they tell me they have support from their

- 4 -

DECLARATION OF SADDAM SAMAAN DAOUD SAMAAN
Case No. 5:26-cv-00322-SSS-RAO

family and they plan to stick it out here as long as it takes. Then a month later, they decide to sign away their case and leave the U.S. rather than stay at Adelanto any longer.

I declare under penalty of perjury that the foregoing is true and correct. Executed on February 24, 2026 in Adelanto, California.

_____
Saddam Samaan Daoud Samaan

- 5 -
DECLARATION OF SADDAM SAMAAN DAOUD SAMAAN
Case No. 5:26-cv-00322-SSS-RAO