PUBLIC COUNSEL
REBECCA BROWN (SBN 345805)
rbrown@publiccounsel.org
SOPHIA WRENCH (SBN 354416)
swrench@publiccounsel.org
AMELIA PIAZZA (SBN 342473)
apiazza@publiccounsel.org
VANESSA RAE YOUNG (SBN 352693)
vyoungviniegra@publiccounsel.org
ELIZABETH HERCULES-PAEZ (SBN 320944)
eherculespaez@publiccounsel.org
610 S. Ardmore Avenue
Los Angeles, California 90005
Tel: 213-385-2977

*Attorneys for Plaintiffs*
Additional Counsel Listed on Following Page

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| L.T., SEVAK MESROBIAN, JOSE MAURO SALAZAR GARZA, AND J.M., on behalf of themselves and all others similarly situated; COALITION FOR HUMANE IMMIGRANT RIGHTS, <br><br> Plaintiffs, <br><br> v. <br><br> U.S. IMMIGRATION AND CUSTOMS ENFORCEMENT; TODD M. LYONS, Acting Director, U.S. Immigration and Customs Enforcement; JAIME RIOS, Acting Director of Los Angeles Field Office, Enforcement and Removal Operations, U.S. Immigration and Customs Enforcement; U.S. DEPARTMENT OF HOMELAND SECURITY; KRISTI NOEM, Secretary, U.S. Department of Homeland Security, <br><br> Defendants. | Case No. 5:26-cv-00322-SSS-RAO <br><br> **DECLARATION OF ALTON GEORGE SMITH IN SUPPORT OF PLAINTIFFS' MOTION FOR PRELIMINARY INJUNCTION** <br><br> **CLASS ACTION** |

DECLARATION OF ALTON GEORGE SMITH
Case No. 5:26-cv-00322-SSS-RAO

IMMIGRANT DEFENDERS LAW CENTER
ALVARO M. HUERTA (SBN 274787)
ahuerta@immdef.org
CARSON ADRIANNA SCOTT (SBN 337102)
cscott@immdef.org
ALISON STEFFEL (SBN 346370)
asteffel@immdef.org
634 S. Spring St., 10th Floor
Los Angeles, CA 90014
Tel: 213-634-0999

COALITION FOR HUMANE IMMIGRANT RIGHTS
CARL BERGQUIST (*Pro Hac Vice*)
cbergquist@chirla.org
2351 Hempstead Road
Ottawa Hills, OH 43606
Tel: 310-279-6025

ADAM REESE (SBN 362898)
areese@chirla.org
2533 West Third Street, Suite 101
Los Angeles, CA 90057
Tel: 213-353-1333

WILLKIE FARR & GALLAGHER LLP
NICHOLAS REDDICK (SBN 288779)
nreddick@willkie.com
STEPHEN HENRICK (SBN 310539)
shenrick@willkie.com
ALYXANDRA VERNON (SBN 327699)
avernon@willkie.com
JACOB KARIM (SBN 340376)
jkarim@willkie.com
333 Bush St., 34th Floor
San Francisco, CA 94104
Tel: 415-858-7400

*Attorneys for Plaintiffs*

DECLARATION OF ALTON GEORGE SMITH
Case No. 5:26-cv-00322-SSS-RAO

## DECLARATION OF ALTON GEORGE SMITH

I, Alton George Smith, declare that:

1. I have personal knowledge of the facts set forth below, and if called to testify, I could and would do so competently.

2. I have been detained at Adelanto ICE Processing Center ("Adelanto") since June 2025, when I was transferred from an ICE facility in Florida.

3. I was born in Jamaica on January 22, 1985. I entered the United States about 17 years ago when I was 24 years old.

4. I am happily married with two children with my wife. I also have other children from previous relationships. Prior to being detained, I lived in West Palm Beach, Florida.

5. In May 2025, I was detained by ICE.

6. I have been having a very difficult time at Adelanto. I have been denied medical care for numerous conditions, including for a bone I broke when transferred here and multiple heart attacks. I also have lost about 35 pounds and have had to live in unsanitary conditions while not receiving clean water or food that is consistent with my dietary restrictions. I am worried and anxious. I want to be out of here because of the inhumane conditions.

### I.    Inadequate Medical Care for Heart Attacks and Broken Toe

7. I have experienced three cardiac events at Adelanto. I have recurring chest pain, and on these three occasions I experienced pain on my left side, numbness in my left arm and fingers, shortness of breath, dizziness, and a headache.

8. The first event happened a few months ago, when Adelanto guards pepper sprayed the cell above me after a detainee had a verbal altercation with the guards. I was not involved in the incident but the entire cell was sprayed which spread to my cell below. The pepper spray was so strong I felt I could not breathe. I was taken to the medical unit where they did an EKG. One of the staff members said, "Oh this is not good," and gave me aspirin. I was transported to a hospital in Victor Valley. They

- 1 -

gave me a steroid injection, and the nurse who did the EKG said I was having a heart attack. There was no follow-up after I got back from the hospital.

9. Last month, on January 16, 2026, I began experiencing chest pain again. That same day, I submitted a request for medical attention due to ongoing pain and my cardiac-related symptoms. I had difficulty sleeping and experienced night sweats. Despite my request and symptoms, I was not seen by any medical professional, not even a nurse or doctor, for four days. I was initially just told to make sure I drank a lot of water and stay relaxed to the best of my ability. The guards told me "we have over 2,000 people here, it's hard to get to everybody."

10. After four days of persisting, on January 20, 2026, I was finally taken to the medical unit and received an EKG, which showed an abnormal reading. I was then transported again to Victor Valley Hospital. At the hospital, I underwent X-rays, EKG testing, and blood work. I was returned to Adelanto and was prescribed Baclofen and Ketorolac for pain management. I was not given those medications when I got back. I still have not been provided with those medications.

11. About a week later, on January 28, 2026, I experienced renewed cardiac symptoms—I had chest pain. An EKG indicated that I suffered another cardiac event that required emergency evaluation. I asked the nurse about the medication I had been prescribed at the hospital. She looked at the computer and said it was an oversight and they had forgotten to put the order in. I was given aspirin and was transported by ambulance to Saint Mary's Hospital. The attending physician told me that I must follow up with a cardiology specialist to investigate why I have recurring chest pain.

12. I still have not received any specific cardiac medication related to my heart conditions or the medication I was prescribed at the hospital. I have only received recommendations by Adelanto nurses to drink water and take some aspirin tablets. Despite asking, I have yet to see a cardiologist, only the attending physicians.

13. On or around February 12, 2026, the chest pains returned and woke me up from my sleep. I put in a medical request, but I have not received any further

- 2 -

DECLARATION OF ALTON GEORGE SMITH
Case No. 5:26-cv-00322-SSS-RAO

medication, evaluation, or treatments. I try to relax the best I can, but I cannot address my condition without seeing a specialist. I am really concerned about the situation. The medical care here is really bad, and I worry that I could have a more serious heart attack. The chest pains are periodic with many days in between each episode.

14.    Before I suffered these heart attacks, I broke my toe. On June 6, 2025, I was transferred to Adelanto from the ICE Krome Facility in Florida via bus and then airplane. While still in Florida, a facility guard assaulted me and broke my toe as he was taking me from the facility to the bus. I was having trouble breathing and told the guards this. One of them dragged me, and I fell. I remember one of the guards saying he needed to rough me up. He tried to shove me against a door in the facility. Guards kept pushing me and eventually threw me onto a bus. They shoved me against the step into the bus as they pushed me on—my toe was severely injured. Four or five guards then held me down against my will. During the assault, my toenail was flipped up and my toe was in severe pain. I later learned my toe was broken.

15.    Once I arrived at Adelanto, I immediately tried to tell the staff about the incident and my injured toe and began asking for medical treatment. I spoke to ICE officers and asked them to review the videos of the incident because they did not believe me.

16.    Despite asking for medical treatment for my toe as soon as I arrived, it took me around ten days to have my initial medical intake. Around June 17, 2025, I received a medical screening during which I informed a nurse that I had an injured toe from the assault. I also told them about my history of cardiac issues. This intake lasted about 20 to 30 minutes and involved no physical examination, just a conversation about my medical ailments.

17.    I did not receive medical treatment for my toe for months. I wrote multiple grievances. I was only given ibuprofen for the pain.

18.    Because my toe was broken, I could not put weight on it. I spent four months hopping around the facility before finally receiving an X-ray. This only

- 3 -

DECLARATION OF ALTON GEORGE SMITH
Case No. 5:26-cv-00322-SSS-RAO

happened after my attorney brought my injury and lack of treatment to the attention of my Immigration Judge, who told the government to look into it.

19. On September 24, 2025, I finally received an X-ray on my toe at Adelanto. After looking at the X-ray, the doctor told me my toe was fractured and that I needed to see an orthopedic specialist. Nearly four months passed, and I was not taken to see a specialist. On January 7, 2026, I received a second X-ray and a registered nurse said I needed to see a specialist because my toe was still fractured. Despite that, I have not yet been evaluated by a bone specialist at any time. All they have done is given me a shoe with an open top and strap for that foot. Other than that, they just give me ibuprofen and tell me to rest.

20. When I walk and put pressure on my toe, it hurts. It is uncomfortable, and I try not to walk up and down the stairs. I walk with a limp when I use the shoe they gave me. I try my best not to put on shoes generally because it hurts my toe.

21. In addition to the inadequate care I have received for my heart condition and broken toe, I have been coughing on and off since I got here. I sometimes have shortness of breath. I worry that Adelanto is very unsanitary and it is making me sick.

**II.    Living at Adelanto in Unsanitary Conditions**

22. Despite being a pescatarian and informing staff of my dietary restrictions, which stem from my religious beliefs, I have received many meals that have included meat. The guards bring food around with a trolley in unsanitary conditions. For example, on multiple occasions, a guard has kicked and spilled food from the trolley. Instead of getting a new meal, the officer served the food despite it being kicked with his dirty shoes. I have reported this type of incident at least 10 times. To my knowledge, the supervisor never took any action.

23. The food portions are very small. It would not be sufficient to feed a child, let alone the grown adults who are detained here. I have lost around 35 pounds since being here.

- 4 -
DECLARATION OF ALTON GEORGE SMITH
Case No. 5:26-cv-00322-SSS-RAO

24. The water from the sink is so dirty and brown that I do not think it is safe to drink. However, the guards insist that the water is drinkable. They also tell us that this is the same water that they serve us in an Igloo jug. Normally, there are two Igloo jugs, and we often have to wait around to be able to drink from one of them.

25. The sanitation here is awful in many ways. I have had an on and off cough since I have been here.

26. The showers are in a disgusting state. I understand the staff is expected to clean them, but they only do so at most 3-4 times a week despite around 80 people using the same showers. I often see detainees' shaved hair, used underwear, and even semen from when detainees masturbate in the shower.

27. Moreover, the shower has black mold on the side of its walls. Every so often, the staff put a fresh coat of paint over the mold. We have asked them to bleach the mold away, but they say they cannot bring bleach into the facility. They have some cleaning spray, but I do not know what is in it. Many of us have complained about the mold. I am concerned that the mold has made my various medical conditions worse. I recently went to the Adelanto nurses who found that my toe had developed a fungus. They gave me a cream. I suspect this originated from the disgusting showers.

28. I am currently assigned the lower bunk of a four bed cell. The mattress is extremely thin, maybe two to three inches thick. I can feel the metal through the mattress. This makes it very hard to sleep. In addition, the light in the cell is only slightly reduced at night so I still have to put my head under the blanket to fall asleep.

29. The cell has its own toilet that we detainees are expected to clean. We often have to argue with staff to be given spray bottles so we can do this cleaning ourselves.

30. The laundry is supposed to be done each day, 7 days a week. However, they only do it Monday through Friday. Because we are given only three sets of clothes, every Monday we have to wear dirty clothes, including dirty underwear.

- 5 -

DECLARATION OF ALTON GEORGE SMITH
Case No. 5:26-cv-00322-SSS-RAO

I declare under penalty of perjury that the foregoing is true and correct. Executed on February 25, 2026 at Adelanto, California.

_____
Alton George Smith

DECLARATION OF ALTON GEORGE SMITH
Case No. 5:26-cv-00322-SSS-RAO