PUBLIC COUNSEL
REBECCA BROWN (SBN 345805)
rbrown@publiccounsel.org
SOPHIA WRENCH (SBN 354416)
swrench@publiccounsel.org
AMELIA PIAZZA (SBN 342473)
apiazza@publiccounsel.org
VANESSA RAE YOUNG (SBN 352693)
vyoungviniegra@publiccounsel.org
ELIZABETH HERCULES-PAEZ (SBN 320944)
eherculespaez@publiccounsel.org
610 S. Ardmore Avenue
Los Angeles, California 90005
Tel: 213-385-2977

*Attorneys for Plaintiffs*
Additional Counsel Listed on Following Page

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| L.T., SEVAK MESROBIAN, JOSE MAURO SALAZAR GARZA, AND J.M., on behalf of themselves and all others similarly situated; COALITION FOR HUMANE IMMIGRANT RIGHTS, <br><br> Plaintiffs, <br><br> v. <br><br> U.S. IMMIGRATION AND CUSTOMS ENFORCEMENT; TODD M. LYONS, Acting Director, U.S. Immigration and Customs Enforcement; JAIME RIOS, Acting Director of Los Angeles Field Office, Enforcement and Removal Operations, U.S. Immigration and Customs Enforcement; U.S. DEPARTMENT OF HOMELAND SECURITY; KRISTI NOEM, Secretary, U.S. Department of Homeland Security, <br><br> Defendants. | Case No. 5:26-cv-00322-SSS-RAO <br><br> **DECLARATION OF PHILLIP WINFIELD IN SUPPORT OF PLAINTIFFS' MOTION FOR PRELIMINARY INJUNCTION** <br><br> **CLASS ACTION** |

DECLARATION OF PHILIP WINFIELD
Case No. 5:26-cv-00322-SSS-RAOx

IMMIGRANT DEFENDERS LAW CENTER
ALVARO M. HUERTA (SBN 274787)
ahuerta@immdef.org
CARSON ADRIANNA SCOTT (SBN 337102)
cscott@immdef.org
ALISON STEFFEL (SBN 346370)
asteffel@immdef.org
634 S. Spring St., 10th Floor
Los Angeles, CA 90014
Tel: 213-634-0999

COALITION FOR HUMANE IMMIGRANT RIGHTS
CARL BERGQUIST (*Pro Hac Vice*)
cbergquist@chirla.org
2351 Hempstead Road
Ottawa Hills, OH 43606
Tel: 310-279-6025

ADAM REESE (SBN 362898)
areese@chirla.org
2533 West Third Street, Suite 101
Los Angeles, CA 90057
Tel: 213-353-1333

WILLKIE FARR & GALLAGHER LLP
NICHOLAS REDDICK (SBN 288779)
nreddick@willkie.com
STEPHEN HENRICK (SBN 310539)
shenrick@willkie.com
ALYXANDRA VERNON (SBN 327699)
avernon@willkie.com
JACOB KARIM (SBN 340376)
jkarim@willkie.com
333 Bush St., 34th Floor
San Francisco, CA 94104
Tel: 415-858-7400

*Attorneys for Plaintiffs*

DECLARATION OF PHILLIP WINFIELD
Case No. 5:26-cv-00322-SSS-RAO

## DECLARATION OF PHILLIP WINFIELD

I, Phillip Winfield, declare that:

1.    I have personal knowledge of the facts set forth below, and if called to testify, I could and would do so competently.

### I.    Background and Summary

2.    I am 69 years old.  I was born in the United Kingdom in 1956.  I came to the United States in 1979.  I have a green card.  Prior to being detained, I lived in North Carolina with my family.

3.    I was arrested at Los Angeles International Airport following a business trip abroad to Asia.  I have been detained at Adelanto ICE Processing Center ("Adelanto") since May 5, 2025. I am currently housed in Adelanto West.

4.    As detailed below, I have been denied access to medications and medical treatments at Adelanto that would materially impact my quality of life and possibly prevent serious health complications.  These include antibiotics I used to receive from my skin cancer specialist related to an irregular patch of skin below my right eye, which is now significantly larger and more noticeable than it was while I was receiving the antibiotics before I was detained at Adelanto; specialty shampoos and antibiotics I need to help manage a scalp disorder that causes painful lesions on my head; and surgery that would reverse Dupuytren's contractures, a painful condition that now causes my pinky and ring fingers on both hands to be permanently closed against my palms such that is very difficult for me to grip anything.

5.    I have repeatedly filed grievances about Adelanto's failures to address these and other issues.  I have not received responses or resolutions.  In fact, last month (approximately January 2026), one of the nurses on staff expressed his disappointment at how a number of my concerns have gone unaddressed.  He also said that Adelanto only has one doctor for 1,500 detainees.

6.    Conditions at Adelanto are also unsanitary and degrading.  The food is frequently inedible, including with moldy or rotten fruit, to the point where I have lost

- 1 -

approximately 25 pounds since being detained. I have also gotten sick twice with what I believe to have been food poisoning.  I have also observed unhygienic conditions in the kitchen.  Adelanto does not provide drinking water that appears safe to drink, or in sufficient quantities for all detainees to have enough drinking water each day. Adelanto's laundry service appears unhygienic, as clothes come back wet and foul smelling, stains do not come out, and bedding that is white when initially issued comes back brown within two wash cycles.  Showers are dirty and decrepit, to the point where detainees volunteer to clean them in exchange for commissary donations from other detainees.  Diseases frequently spread among the population, and there are no privacy screens for the toilets or showers that I use.

7.    Finally, Adelanto does not provide adequate conditions for sleep or programming.  Detainees receive thin, uncomfortable mattresses and bedding, and lights often stay on as late as 1:30 am.  The temperature alternates between swelteringly hot or freezing cold, and we frequently do not receive even one hour of outdoor time per day even though we are supposed to get it six days a week.

**II.    At Adelanto, I Have Been Denied Access to Antibiotics to Treat an Irregular Skin Condition and Painful Scalp Lesions, as Well As Surgery to Treat a Painful Hand Condition**

8.    I have skin cancer on the right side of my face.  Before I was detained, I had regular consultations with a specialist in North Carolina who helps me manage my condition.  Since being detained at Adelanto, I have not been seen by any skin cancer specialist.

9.    I have an irregular patch of skin below my right eye.  My cancer doctor prescribes me certain antibiotics on an as-needed basis, approximately once a year, to manage this condition.  I estimate I last took the antibiotics in early January or February 2025.  When I receive antibiotics, I find the patch of skin is manageable and not noticeable.

- 2 -
DECLARATION OF PHILLIP WINFIELD
Case No. 5:26-cv-00322-SSS-RAO

10.   I have repeatedly asked staff at Adelanto to contact my cancer specialist in North Carolina so that I can receive the antibiotics I need to manage the irregular patch of skin on my face.  On one occasion, a doctor at Adelanto made a single phone call to my specialist.  This call was unsuccessful because it occurred after hours East Coast time when the specialist's office was closed, given that Adelanto is located in California.  Other than that single attempt, I am unaware of any effort by Adelanto to obtain a prescription for my skin antibiotics as I have repeatedly requested.  I have not received them.

11.   In approximately September 2025, I noticed a significant progression/worsening of the skin patch below my right eye.  When I was on the antibiotics as needed from my cancer doctor, the irregular skin patch was not noticeable.  Now, the patch has spread and is significantly larger and more visible.  The patch also now is noticeably different to the touch than the skin on the rest of my face.  I would describe it as looking like a plowed field.

12.   I am worried about the long term implications of being denied the antibiotics I need to treat this condition, and I am very concerned about how the patch has grown larger and more noticeable, including how it now has a distinct touch/feel.

13.   I also suffer from a scalp disorder.  It causes irritation in several places on my scalp.  Head and Shoulders medicated shampoo helps control the irritation.

14.   Eventually, even if I am using the Head and Shoulders shampoo, my scalp irritation progresses to the point where my scalp develops painful open sores.  When this happens, there is a specific type of antibiotic I need to take to get the sores to heal.

15.   Adelanto has been inconsistent about giving me both the Head and Shoulders shampoo and the anti-sore antibiotic.

16.   As for the shampoo, facility members initially provided a bottle to me. Around November 2025, however, they stopped doing so.  Staff members provided

- 3 -
DECLARATION OF PHILLIP WINFIELD
Case No. 5:26-cv-00322-SSS-RAO

conflicting accounts and inconsistent excuses for why the shampoo was no longer available.  After the commencement of this litigation, I recently received another bottle.

17.   As to the antibiotics, I estimate that Adelanto provided them to me on two of the four occasions I asked for them (August 2025 and October 2025).  I am currently suffering from sores on my scalp.  Approximately three weeks ago (late January or early February 2026), I asked the staff at Adelanto to provide me with antibiotics.  I have not received a response or the medicine I requested.

18.   I also suffer from a condition called Dupuytren's contractures.  It causes the two outermost fingers on each of my hands (i.e., my pinky and my ring fingers) to pull down towards my palm, and also causes great pain.  The condition worsens over time.  When I was detained at Adelanto, my pinky and ring finger extended at approximately a 45 degree angle towards my palm when I held my hand out flat.  Since being detained at Adelanto, my Dupuytren's contractures have progressed to the point where my two outer fingers on each hand now permanently touch my palm.  These fingers are essentially locked in place, such that I cannot raise them even as I raise the other fingers on my hand.  As a consequence, it is very difficult for me to grip anything.

19.   Before I was detained, my doctor informed me that surgery is medically necessary to reverse this condition.  One of my first calls upon returning from my business trip to Asia was going to be to schedule a procedure.

20.   I have repeatedly sent requests to Adelanto to schedule surgery to treat my Dupuytren's contractures, so that I can regain the full use of my grip and hands and stop being in pain.  My requests have been ignored.  No surgery has been scheduled.

- 4 -
DECLARATION OF PHILLIP WINFIELD
Case No. 5:26-cv-00322-SSS-RAO

**III.  Adelanto Has Ignored Numerous Grievances I Filed About My Conditions and Medicines, and Employees Told Me Medical Facilities Are Woefully Understaffed**

21.    I disclosed all of the above medical conditions to staff when I came to Adelanto.  I have also repeatedly requested that they be addressed.

22.    Because my requests have been generally ignored, I have filed numerous grievances about all of the issues outlined above.  I am uncertain of the exact number, but estimate I filed at least one grievance a month and possibly as many as 25 or more in total.  I generally tend to mention all of my issues in each of the grievances I file. I have not received responses to any of these grievances.

23.    Approximately six weeks ago, in January 2026, I had a conversation with one of the registered nurses at Adelanto.  The nurse noted that conditions about which I have repeatedly complained, including my lack of antibiotics and my inability to receive surgery for my Dupuytren's contractures, had still not been addressed.

24.    The nurse also said that Adelanto only has one doctor to treat 1,500 detainees.

**IV.  Adelanto Provides Inadequate and Unsanitary Food, Drinking Water, Clothing, Bedding, and Facilities**

25.    On many occasions, I have found the food at Adelanto to be inedible. Fruit, for example, is frequently moldy or rotten.  Carbohydrates typically dominate meals, and Adelanto usually serves soy-based proteins in lieu of meat.  I typically sustain myself by buying oatmeal, honey, or protein bars from the commissary.  I have lost approximately 25 pounds while housed at Adelanto (something like 10-15% of my body weight).  In June 2025 and December 2025, I suffered diarrhea and vomiting within 12 hours of eating the food at Adelanto.  I believe my symptoms were the result of food poisoning.

26.    I have also observed unsanitary conditions in how Adelanto prepares food for detainees.  The kitchen at Adelanto is behind a metal door, but it is possible to see

- 5 -

a portion of the room inside. I have observed food on the floor and all over the work surfaces in the kitchen.

27. Adelanto does not provide drinking water that looks safe to drink. Staff deliver the water in containers. I have observed black specks in these containers that appear to be consistent with mold, alongside other particulate matter such as sand.

28. We are also not given sufficient quantities of water in these containers. I have observed them run out and not be refilled for over twelve hours on numerous occasions.

29. I tried drinking water from the tap at Adelanto, but it had a strange taste. I am concerned that it is not safe for human consumption.

30. As a result of the issues obtaining clean water at Adelanto, I am frequently dehydrated.

31. Adelanto provides laundry service to us every other day, six days a week (one day for white clothes and one day for colored clothes). I believe, based on what I have observed, that laundry practices are not hygienic. For example, I observed that "clean" clothing usually (if not almost always) comes back wet and foul smelling. I further observed that stains typically do not come out from clothes in the wash, yet clothes are given back to me anyway. And bedding that is white when initially issued has usually turned brown within two laundry cycles.

32. Showers at Adelanto are dirty and decrepit. My dorm currently has only two working showers for 80 detainees because four of the six showers are out of commission.

33. Cleanliness is such a problem at Adelanto that detainees frequently volunteer to clean in exchange for commissary donations from other detainees. These volunteer cleaning crews receive some kind of supplies with which to clean, but the facility is still very dirty.

34. In keeping with the generally dirty state of the facility, I find that sickness tends to spread rapidly through the detainee population. I estimate, for example, that

- 6 -

DECLARATION OF PHILLIP WINFIELD
Case No. 5:26-cv-00322-SSS-RAO

roughly 80% of my dorm currently has a cold or the flu.  I frequently observe people coughing or sneezing, and no one has face masks.

35.   Adelanto does not provide a privacy screen for the communal toilet in my cell, or to divide users of the showers from being able to view each other when showering as the showers face each other.

**V.   Adelanto Does Not Provide Conditions for Adequate Sleep or Programming**

36.   My mattress is thin and very uncomfortable. It feels as though I am sleeping directly on a metal bedframe. I also find bedding to be threadbare, and in many instances not long enough for the length of the bed.

37.   I have not seen lights at Adelanto go off before 11:00 p.m.  Oftentimes, lights remain on as late as 1:30 a.m.

38.   I generally find the temperature at Adelanto to be either swelteringly hot or freezingly cold.

39.   In a typical week, we are supposed to receive one hour of time outside per day, six out of seven days.  On two of these days, the hour occurs early in the morning.  In practice, we often are denied this daily hour of outdoor time.  For example, on several occasions guards have announced that the day's outdoor time is canceled because they claim to be short staffed.

I declare under penalty of perjury that the foregoing is true and correct. Executed on February 26, 2026 in Adelanto, California.

_____
Phillip Winfield

- 7 -
DECLARATION OF PHILLIP WINFIELD
Case No. 5:26-cv-00322-SSS-RAO