UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
CIVIL MINUTES—
GENERAL

| | | | |
|---|---|---|---|
| Case No. | 5:26-cv-00322-SSS-RAOx | Date | March 17, 2026 |
| Title | *L.T. et al. v. U.S. Immigration and Customs Enforcement (ICE) et al.* | | |

| | |
|---|---|
| Present: The Honorable | SUNSHINE S. SYKES, UNITED STATES DISTRICT JUDGE |

| | |
|---|---|
| Irene Vazquez | Not Reported |
| Deputy Clerk | Court Reporter |
| Attorney(s) Present for Plaintiff(s): | Attorney(s) Present for Defendant(s): |
| None Present | None Present |

**Proceedings: (IN CHAMBERS) ORDER REQUIRING PLAINTIFFS' RESPONSE TO EX PARTE APPLICATION TO EXTEND TIME TO OPPOSE PLAINTIFFS' MOTION FOR PRELIMINARY INJUNCTION AND REQUEST FOR JUDICIAL NOTICE [DKT. NO. 42]**

Before the Court is an ex parte Application ("Application") filed by Defendants on March 16, 2026. [Dkt. No. 42, "Application" or "App."]. Having considered Respondents' arguments, relevant legal authority, and record in this case, the Court **ORDERS** Plaintiffs to file a response to the Application by **March 18, 2026 by 5 P.M.**

Should Plaintiffs identify no opposition to the Application, the Court parties are to submit a stipulation to extend time to oppose.

**IT IS SO ORDERED.**