PUBLIC COUNSEL
REBECCA BROWN (SBN 345805)
rbrown@publiccounsel.org
SOPHIA WRENCH (SBN 354416)
swrench@publiccounsel.org
AMELIA PIAZZA (SBN 342473)
apiazza@publiccounsel.org
VANESSA RAE YOUNG (SBN 352693)
vyoungviniegra@publiccounsel.org
ELIZABETH HERCULES-PAEZ (SBN 320944)
eherculespaez@publiccounsel.org
610 South Ardmore Avenue
Los Angeles, CA 90005
Tel: 213-385-2977

*Attorneys for Plaintiffs*
Additional Counsel Listed on Following Page

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

L.T., SEVAK MESROBIAN, JOSE MAURO SALAZAR GARZA, AND J.M., on behalf of themselves and all others similarly situated; COALITION FOR HUMANE IMMIGRANT RIGHTS,

Plaintiffs,

v.

U.S. IMMIGRATION AND CUSTOMS ENFORCEMENT; TODD M. LYONS, Acting Director, U.S. Immigration and Customs Enforcement; JAIME RIOS, Acting Director of Los Angeles Field Office, Enforcement and Removal Operations, U.S. Immigration and Customs Enforcement; U.S. DEPARTMENT OF HOMELAND SECURITY; KRISTI NOEM, Secretary, U.S. Department of Homeland Security,

Defendants.

Case No. 5:26-cv-00322-SSS-SPx

**ORDER GRANTING APPLICATION FOR LEAVE TO FILE UNDER PSEUDONYM AND FOR LIMITED INTERIM PROTECTIVE ORDER, AND TO FILE DOCUMENTS UNDER SEAL**

**CLASS ACTION**

IMMIGRANT DEFENDERS LAW CENTER
ALVARO M. HUERTA (SBN 274787)
ahuerta@immdef.org
CARSON ADRIANNA SCOTT (SBN 337102)
cscott@immdef.org
ALISON STEFFEL (SBN 346370)
asteffel@immdef.org
634 S. Spring Street, 10th Floor
Los Angeles, CA 90014
Tel: 213-634-0999

COALITION FOR HUMANE IMMIGRANT RIGHTS
CARL BERGQUIST (*pro hac vice*)
cbergquist@chirla.org
2351 Hempstead Road
Ottawa Hills, OH 43606
Tel: 310-279-6025

ADAM REESE (SBN 362898)
areese@chirla.org
2533 West Third Street, Suite 101
Los Angeles, CA 90057
Tel: 213-353-1333

WILLKIE FARR & GALLAGHER LLP
NICHOLAS REDDICK (SBN 288779)
nreddick@willkie.com
STEPHEN HENRICK (SBN 310539)
shenrick@willkie.com
ALYXANDRA VERNON (SBN 327699)
avernon@willkie.com
JACOB KARIM (SBN 340376)
jkarim@willkie.com
333 Bush Street, 34th Floor
San Francisco, CA 94104
Tel: 415-858-7400

*Attorneys for Plaintiffs*

WHEREFORE, the Court having considered Plaintiffs' Application For Leave To File Certain Declarations Under Pseudonym, For Limited Interim Protective Order, And To File Documents Under Seal Pursuant to L.R. 79-5.2.2 (ECF 37), and for good cause appearing, the Application is hereby **GRANTED**.

Petitioner's documents described below are hereby sealed with redactions in the public record as follows:

| Document | Portion to be Filed Under Seal |
|---|---|
| Declaration of A.A. | Caption page<br>Portions of Page 1, Lines 8-9, 14-15<br>Portions of Page 4, Line 7<br>Portions of Page 8, Lines 6-7 |
| Declaration of A.A.A.A. | Caption Page<br>Portions of Page 1, Lines 7-9, 12-14<br>Portions of Page 19, Lines 3-4 |
| Declaration of A.K. | Caption Page<br>Portions of Page 1, Lines 2, 5, 8, 11, 13<br>Portions of Page 5, Lines 21-23 |
| Declaration of E.M. | Caption Page<br>Portions of Page 1, Lines 6, 8, 24<br>Portions of Page 5, Lines 26-28 |

The Court further **ORDERS** Defendants not to identify A.A., A.A.A.A, A.K., or E.M. as participants in this litigation to individuals unnecessary to Defendants' participation in this litigation. Plaintiffs are **ORDERED** to serve Defendants with unredacted declarations.

**IT IS SO ORDERED**.

DATED: March 20, 2026

The Honorable Sunshine S. Sykes
U.S. District Judge