UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
CIVIL MINUTES—
GENERAL

| | | | |
|---|---|---|---|
| Case No. | 5:26-cv-00322-SSS-RAOx | Date | March 23, 2026 |
| Title | *L.T. et al. v. U.S. Immigration and Customs Enforcement (ICE) et al.* | | |

Present: The Honorable SUNSHINE S. SYKES, UNITED STATES DISTRICT JUDGE

| | |
|---|---|
| Irene Vazquez | Not Reported |
| Deputy Clerk | Court Reporter |
| Attorney(s) Present for Plaintiff(s): | Attorney(s) Present for Defendant(s): |
| None Present | None Present |

**Proceedings: (IN CHAMBERS) ORDER GRANTING EX PARTE APPLICATION TO EXTEND TIME TO OPPOSE PLAINTIFFS' MOTION FOR PRELIMINARY INJUNCTION AND REQUEST FOR JUDICIAL NOTICE [DKT. NO. 42]**

Before the Court is an ex parte Application ("Application") filed by Defendants on March 16, 2026. [Dkt. No. 42, "Application" or "App."]. Plaintiffs filed an Opposition on March 18, 2026. [Dkt. No. 45, "Opposition" or "Opp."]. On March 19, 2026, the Court ordered the parties meet and confer to resolve the threshold issue of a limited interim protective order at the heart of this ex parte motion. [Dkt. No. 47]. Parties were ordered to submit a Joint Status Report detailing their respective positions as to entering a protective order and whether the ex parte could be resolved upon reaching an agreement. [*See id.*]. In the Order, the Court further stayed the responsive deadline for Defendants to file their Opposition to Plaintiffs' Motion for Preliminary Injunction. [*Id.* at 3].

The parties submitted a Joint Status Report on March 20, 2026. [Dkt. No. 49, "Status Report"]. In the Status Report, parties indicated that they agreed upon a limited interim protective order; however, they were unable to resolve an appropriate briefing schedule to adequately address any irreparable injury faced by

Plaintiffs and any prejudice to Defendants in adequately preparing a defense. [Status Report at 10; *see id.* 4–5].

The Status Report reflects the parties' willingness to extend the briefing schedule, but the parties dispute whether Defendants should be provided until April 3, 2026 or April 20, 2026 to file their Opposition. [Status Report at 4–5].

In light of the prejudice articulated by both parties, the Court grants Defendants' Ex Parte Application. The Court **SETS** the briefing schedule as follows:

- Defendants are to file their Opposition to Plaintiffs' Motion for Preliminary Injunction by **March 30, 2026**;
- Plaintiffs shall file their Reply to the Opposition by **April 6, 2026**;
- The hearing on the Motion for Preliminary Injunction will remain on **April 10, 2026, at 2:00 p.m.**, via Zoom videoconference.

Parties must comply with the Limited Interim Protective Order as described in the Status Report. Failure to observe the Limited Interim Protective Order may result in sanctions.

**IT IS SO ORDERED.**