PUBLIC COUNSEL
REBECCA BROWN (SBN 345805)
rbrown@publiccounsel.org
SOPHIA WRENCH (SBN 354416)
swrench@publiccounsel.org
AMELIA PIAZZA (SBN 342473)
apiazza@publiccounsel.org
VANESSA RAE YOUNG (SBN 352693)
vyoungviniegra@publiccounsel.org
ELIZABETH HERCULES-PAEZ (SBN 320944)
eherculespaez@publiccounsel.org
610 South Ardmore Avenue
Los Angeles, CA 90005
Tel: 213-385-2977

*Attorneys for Plaintiffs*
Additional Counsel Listed on Following Page

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| L.T., SEVAK MESROBIAN, JOSE MAURO SALAZAR GARZA, AND J.M., on behalf of themselves and all others similarly situated; COALITION FOR HUMANE IMMIGRANT RIGHTS,<br><br>               Plaintiffs,<br><br>     v.<br><br>U.S. IMMIGRATION AND CUSTOMS ENFORCEMENT; TODD M. LYONS, Acting Director, U.S. Immigration and Customs Enforcement; JAIME RIOS, Acting Director of Los Angeles Field Office, Enforcement and Removal Operations, U.S. Immigration and Customs Enforcement; U.S. DEPARTMENT OF HOMELAND SECURITY; KRISTI NOEM, Secretary, U.S. Department of Homeland Security,<br><br>               Defendants. | Case No. 5:26-cv-00322-SSS-SPx<br><br>**SECOND DECLARATION OF L.T. IN SUPPORT OF PLAINTIFFS' MOTION FOR PRELIMINARY INJUNCTION**<br><br>**CLASS ACTION**<br><br>**Date:** April 10, 2026<br>**Time:** 2:00 p.m.<br>**Ctrm:** 2, 2nd Floor<br>       3470 12th Street<br>       Riverside, CA 92501 |

IMMIGRANT DEFENDERS LAW CENTER
ALVARO M. HUERTA (SBN 274787)
ahuerta@immdef.org
CARSON ADRIANNA SCOTT (SBN 337102)
cscott@immdef.org
ALISON STEFFEL (SBN 346370)
asteffel@immdef.org
634 S. Spring Street, 10th Floor
Los Angeles, CA 90014
Tel: 213-634-0999

COALITION FOR HUMANE IMMIGRANT RIGHTS
CARL BERGQUIST (*pro hac vice*)
cbergquist@chirla.org
2351 Hempstead Road
Ottawa Hills, OH 43606
Tel: 310-279-6025

ADAM REESE (SBN 362898)
areese@chirla.org
2533 West Third Street, Suite 101
Los Angeles, CA 90057
Tel: 213-353-1333

WILLKIE FARR & GALLAGHER LLP
NICHOLAS REDDICK (SBN 288779)
nreddick@willkie.com
STEPHEN HENRICK (SBN 310539)
shenrick@willkie.com
ALYXANDRA VERNON (SBN 327699)
avernon@willkie.com
JACOB KARIM (SBN 340376)
jkarim@willkie.com
333 Bush Street, 34th Floor
San Francisco, CA 94104
Tel: 415-858-7400

*Attorneys for Plaintiffs*

### SECOND DECLARATION OF L.T.

I, L.T., declare that:

1.      My name is L.T. I am over the age of 18 and am competent to testify regarding the matters described below. I am a putative class member of the proposed Class and the proposed Subclass.

2.      This Declaration incorporates by reference Dkt.13-2, Declaration of L.T.

3.      An outside doctor requested an MRI for me over one month ago to monitor my spinal tumor and stomach aneurysm. I still have not had an appointment for the MRI. A doctor at Adelanto told me he could see in the system that the request for the MRI was made, but that it had not been authorized.

4.      In mid-March, I was prescribed higher dose of blood pressure medication, but I did not receive the new dose for about fifteen days.

5.      Adelanto staff had not given me my ibuprofen to treat my arthritis and pain in my shoulder and back. I put in a request for the ibuprofen, and they told me I had to wait five days. It took over ten days for me to receive the ibuprofen, and I was suffering in pain.

6.      Adelanto only allows each person to have one pillow and the mattresses are very thin and unsupportive. I have to put my clothes underneath me when I lay down to try and provide some support and alleviate pain in my back.

7.      I have to submit a request to get my blood pressure monitored, and it takes 15 days to get answered. Each order lasts one month, during which they will monitor my blood pressure without additional requests. Once the month is up and the order finishes, I have to submit another one and wait 15 days to be seen. I cannot submit a new order while the other one is active, so I go 15 days at a time without any blood pressure monitoring.

8.      There is only one shower with a bench for disabled people, and everyone likes to use it. That shower was broken for a while and did not have hot water. Because of my disabilities and health conditions, the cold water causes me to get cramps

- 1 -

throughout my body. But I cannot use the regular showers without a seat and handrails because I am afraid of falling.

9. I am afraid because I know this facility does not have staff to respond to emergencies. If I had an emergency I don't think staff would respond quickly enough and I would die.

10. This declaration was read back to me in Spanish, a language in which I am fluent.

I, L.T., declare under penalty of perjury of the laws of the State of California and the United States that the foregoing is true and correct to the best of my knowledge and belief.

I declare under penalty of perjury that the foregoing is true and correct. Executed on April 2, 2026 in Adelanto, California.

_____
L.T.

SECOND L.T. DECLARATION ISO PRELIMINARY INJUNCTION
Case No. 5:26-cv-00322-SSS-SPx