PUBLIC COUNSEL
REBECCA BROWN (SBN 345805)
rbrown@publiccounsel.org
SOPHIA WRENCH (SBN 354416)
swrench@publiccounsel.org
AMELIA PIAZZA (SBN 342473)
apiazza@publiccounsel.org
VANESSA RAE YOUNG (SBN 352693)
vyoungviniegra@publiccounsel.org
ELIZABETH HERCULES-PAEZ (SBN 320944)
eherculespaez@publiccounsel.org
610 South Ardmore Avenue
Los Angeles, CA 90005
Tel: 213-385-2977

*Attorneys for Plaintiffs*
Additional Counsel Listed on Following Page

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| L.T., SEVAK MESROBIAN, JOSE MAURO SALAZAR GARZA, AND J.M., on behalf of themselves and all others similarly situated; COALITION FOR HUMANE IMMIGRANT RIGHTS, <br><br> Plaintiffs, <br><br> v. <br><br> U.S. IMMIGRATION AND CUSTOMS ENFORCEMENT; TODD M. LYONS, Acting Director, U.S. Immigration and Customs Enforcement; JAIME RIOS, Acting Director of Los Angeles Field Office, Enforcement and Removal Operations, U.S. Immigration and Customs Enforcement; U.S. DEPARTMENT OF HOMELAND SECURITY; KRISTI NOEM, Secretary, U.S. Department of Homeland Security, <br><br> Defendants. | Case No. 5:26-cv-00322-SSS-SPx <br><br> **SECOND DECLARATION OF SEVAK MESROBIAN IN SUPPORT OF PLAINTIFFS' MOTION FOR PRELIMINARY INJUNCTION** <br><br> **CLASS ACTION** <br><br> **Date:** April 10, 2026 <br> **Time:** 2:00 p.m. <br> **Ctrm:** 2, 2nd Floor <br> 3470 12th Street <br> Riverside, CA 92501 |

SECOND MESROBIAN DECLARATION ISO PRELIMINARY INJUNCTION
Case No. 5:26-cv-00322-SSS-SPx

IMMIGRANT DEFENDERS LAW CENTER
ALVARO M. HUERTA (SBN 274787)
ahuerta@immdef.org
CARSON ADRIANNA SCOTT (SBN 337102)
cscott@immdef.org
ALISON STEFFEL (SBN 346370)
asteffel@immdef.org
634 S. Spring Street, 10th Floor
Los Angeles, CA 90014
Tel: 213-634-0999

COALITION FOR HUMANE IMMIGRANT RIGHTS
CARL BERGQUIST (*pro hac vice*)
cbergquist@chirla.org
2351 Hempstead Road
Ottawa Hills, OH 43606
Tel: 310-279-6025

ADAM REESE (SBN 362898)
areese@chirla.org
2533 West Third Street, Suite 101
Los Angeles, CA 90057
Tel: 213-353-1333

WILLKIE FARR & GALLAGHER LLP
NICHOLAS REDDICK (SBN 288779)
nreddick@willkie.com
STEPHEN HENRICK (SBN 310539)
shenrick@willkie.com
ALYXANDRA VERNON (SBN 327699)
avernon@willkie.com
JACOB KARIM (SBN 340376)
jkarim@willkie.com
333 Bush Street, 34th Floor
San Francisco, CA 94104
Tel: 415-858-7400

*Attorneys for Plaintiffs*

## SECOND DECLARATION OF SEVAK MESROBIAN

I, Sevak Mesrobian, declare that:

1. I make the following statements on behalf of myself. I have personal knowledge of the facts set forth below and, if called to testify, I could and would do so competently.

2. I take 1500mg of Levetiracetam (Keppra), a seizure medication, in the morning and at night. It is very important for me to get my medication on time so that I do not get a seizure.

3. On Sunday, March 15, 2026, I was asleep during the pill call. These days, they make all the detainees line up for pill call. If an officer sees that a detainee who was called is asleep, they wake them up. This day, for some reason, even though I get my medication every single day, twice a day, I was not on the list for pill call. Because I was asleep, I did not know that they had come by and so I missed my evening dose of Keppra.

4. By the time I woke up, the nurse had already left. I asked if the pill call had happened, and when I learned it had, I went to the guards' watch office and told them that I needed to get my medication. This was around 8:00 p.m.

5. When I spoke to the guard, they told me that they would see what they could do and I saw him speaking to someone else. The guard told me that the nurse was coming, but the nurse never came back that night. I do not know if the guard ever informed the medical unit that they needed to come back to give me my medication. I was awake for the 1:00 a.m. last call in the day room, and the nurse still had not come back to give me my medication. Between around 2:00 a.m. and 3:00 a.m. in the morning of Monday, March 16, 2026, I had a seizure.

6. As I was going in and out of consciousness, I could hear the guards arguing: "This is a Code Blue! Not a Code 2! Why did you call a Code 2, man?" I understand a Code 2 to refer to when there is a fight between an officer and a detainee. Instead of coming with oxygen and supplies with the nurses, when a Code 2 is called,

they come with guns and mace. There is a big difference between Code 2 and Code Blue.

7. When I regained more consciousness, I was in a holding tank, still at Adelanto, laying down on the floor on a gurney. I was not strapped down with straps, but instead what looked like a dirty blanket. I asked whose dirty blanket this was. The guards pointed to a tangle of straps in the corner and said that they couldn't get the straps for the gurney untangled, and so they instead secured me to the gurney with a blanket. They put handcuffs on my legs and around my waist.

8. I was held there on the ground on the gurney for what felt like hours waiting for an ambulance to come until the guards finally decided to take me in their van instead. They took me off the gurney and walked me to the van with no medical staff - still with my legs cuffed and my waist cuffed. They put me sitting up in the back seat of the van by myself and drove me to the Victor Valley Global Medical Hospital.

9. When we arrived at the hospital, the guards put me in a chair by the door. I heard the hospital staff asking the guards: "Why did you bring him like this? Why is he sitting in a chair by the door?"

10. I was very upset at my treatment by this point: how could the guards say that I was safe enough to go to the hospital sitting up by myself? Who made that medical decision?

11. I told the hospital staff that I didn't get my medication the day before and that is why I had a seizure. At some point after that, I went unconscious again.

12. When I awoke again, I was handcuffed to the bed and had an IV. I heard two Adelanto guards talking about the fact that instead of calling a Code Blue when I collapsed, they called a "Code 2." I heard one of the guards saying "I was going to come in like Batman and kick him in the face!" I felt like these guards, especially because I believe they are newer to the job, were just waiting to shoot someone, waiting to see some sort of "action."

- 2 -

SECOND MESROBIAN DECLARATION ISO PRELIMINARY INJUNCTION
Case No. 5:26-cv-00322-SSS-SPx

13. When I heard them say this, I asked the guard myself: "Why did you call a Code 2?" He said "I saved your life, right? I had everyone come in here!" But effectively because they did not come with the correct equipment, like an oxygen tank, they were further delayed in caring for me.

14. I have suffered so much because of their lack of care, I really feel that I will die in this place without intervention. It's getting worse and worse.

15. While I was at the hospital, I was able to call my habeas lawyer on an officer's phone to let her know what had happened because my family and friends had not heard from me.

16. On Tuesday, March 17, 2026, I had another seizure while at the hospital. I was at the hospital for five days total and released on Friday, March 20 around 3:00 p.m.

17. On Wednesday, March 25, 2026, the nurses did not come to our unit for the evening pill call. I continued to wait for the nurse to come for pill call. At around 11:00 p.m. I notified my cellmates and the officers on duty that I was not feeling well. At around 11:20 p.m., I had a smaller seizure episode. The officers on duty took me in a wheelchair to the medical unit where I received my medication, Keppra. I asked the nurses why nobody showed up for the pill call in our unit and they did not know. I was told by the nurse: "I am not a supervisor, I don't know what's going on."

18. I arrived back in my unit around 1:00 a.m. and was told by my cellmates that nobody else had received their medications. I fell asleep and when I woke up, I was told by my cellmates that the nurses did not come by for the pill call until 2:00 a.m. When I asked the nurses in the morning why they had not come, they did not give a reason. The nurses failing to come for the pill call put my health and the health of others directly at risk. I need my medications at regular hours to avoid a larger seizure episode.

19. From early February 2026 until Thursday, March 26, 2026, I was still on a top floor, but a bottom bunk. I was continuously putting in requests to be moved to

- 3 -
SECOND MESROBIAN DECLARATION ISO PRELIMINARY INJUNCTION
Case No. 5:26-cv-00322-SSS-SPx

the bottom floor. This was placing me in danger of not being able to be transported out easily when I am seizing because the guards would have to drag me down the stairs. I am not confident that I will remain in a bottom floor, bottom bunk bed because they have moved me so many times, so I worry I will be moved again.

I declare under penalty of perjury that the foregoing is true and correct. Executed on April 2, 2026 in Adelanto, California.

Sevak Mesrobian