TODD BLANCHE
Acting Attorney General
BILAL A. ESSAYLI
First Assistant United States Attorney
DAVID M. HARRIS
Assistant United States Attorney
Chief, Civil Division
DANIEL A. BECK
Assistant United States Attorney
Chief, Complex and Defensive Litigation Section
PUSHKAL MISHRA (Cal. Bar No. 298695)
Special Assistant United States Attorney
Federal Building, Suite 7516
300 North Los Angeles Street
Los Angeles, California 90012
Telephone: (714) 338-3503
E-mail: pushkal.mishra@usdoj.gov

Attorneys for Defendants

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| L.T., *et al.*,<br><br>Plaintiffs,<br><br>v.<br><br>U.S. IMMIGRATION AND CUSTOMS ENFORCEMENT (ICE), *et al.*,<br><br>Defendants. | No. 5:26-cv-00322-SSS-RAO<br><br>**DECLARATION OF PUSHKAL MISHRA IN SUPPORT OF DEFENDANTS' MOTION TO DISMISS**<br><br>Honorable Sunshine Suzanne Sykes<br>United States District Judge |

# DECLARATION OF PUSHKAL MISHRA

I, Pushkal Mishra, do hereby declare and state as follows:

1. I am a Special Assistant U.S. Attorney at the U.S. Attorney's Office for the Central District of California (USAO). I am assigned to defend this action.

2. I make this declaration based upon my personal knowledge. If called as a witness, I could and would competently testify thereto.

3. I submit this declaration pursuant to Local Rule 7-3 and Section VII.A of this Court's Civil Standing Order (ECF 25) in support of Defendants' Motion to Dismiss the Complaint.

4. **When the conference took place.** On April 7, 2026, beginning at approximately 12:04 p.m. Pacific Time, I conducted a pre-filing conference with counsel for Plaintiffs by conference over Microsoft Teams.

5. **Manner of the conference.** The conference was held over Microsoft Teams, with Defendants' counsel appearing over video and Plaintiffs' counsel appearing over audio.

6. **Duration of the conference.** The conference lasted approximately 68 minutes, concluding at approximately 1:12 p.m. Pacific Time.

7. **Counsel present.** The following counsel participated in the conference: for Defendants: Pushkal Mishra; for Plaintiffs: Amelia Piazza, Rebecca Brown, Vanessa Young Viniegra, and Alison Steffel.

8. **Issues discussed and position of each party.** I advised Plaintiffs' counsel that Defendants intend to file a motion to dismiss the Complaint and discussed each ground, including Rule 12(b)(1) and Rule 12(b)(6) grounds, thoroughly. Plaintiffs' counsel appeared to disagree with Defendants' position and stated that they would advise on their position regarding potentially amending the Complaint by email following the conference. On or around April 9, 2026, they advised me via email that "Plaintiffs do not intend to amend their complaint at this time."

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge.

Executed on April 20, 2026 in Irvine, California.

*/s/ Pushkal Mishra*

Pushkal Mishra