UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| L.T., *et al.*,<br>Plaintiffs,<br>v.<br>U.S. IMMIGRATION AND CUSTOMS ENFORCEMENT, *et al.*,<br>Defendants. | No. 5:26-cv-00322-SSS-RAO<br>**[PROPOSED] ORDER GRANTING DEFENDANTS' MOTION TO DISMISS**<br>Honorable Sunshine Suzanne Sykes<br>United States District Judge |

On April 20, 2026, Defendants moved to dismiss the Complaint, seeking an order to dismiss all claims asserted against them. The Court, having considered the motion, other papers filed in support of and in opposition to the motion, pleadings on file in this action, and all other matters that were appropriately before the Court along with the argument of the parties' representatives, hereby GRANTS the motion in its entirety. The Court hereby DISMISSES all claims asserted against Defendants in the Complaint with prejudice.

**IT IS SO ORDERED**.

Dated: ____________________

____________________________________
HONORABLE SUNSHINE S. SYKES
UNITED STATES DISTRICT JUDGE