IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF CALIFORNIA
EASTERN DIVISION – RIVERSIDE

L.T., SEVAK MESROBIAN, JOSE MAURO SALAZAR GARZA, AND J.M. on behalf of themselves and all others similarly situated; COALITION FOR HUMANE IMMIGRANT RIGHTS,

Plaintiffs,

v.

U.S. IMMIGRATION AND CUSTOMS ENFORCEMENT; TODD M. LYONS, Acting Director, U.S. Immigration and Customs Enforcement; JAIME RIOS, Acting Director of Los Angeles Field Office, Enforcement and Removal Operations, U.S Immigration and Customs Enforcement; U.S. DEPARTMENT OF HOMELAND SECURITY; KRISTI NOEM, Secretary, U.S. Department of Homeland Security,

Defendants.

CASE NO. 5:26-cv-00322-SSS-RAO

**[PROPOSED] ORDER GRANTING MOTION FOR LEAVE TO FILE BRIEF OF AMICUS CURIAE IN SUPPORT OF PLAINTIFFS' MOTION FOR PRELIMINARY INJUNCTION**

# [PROPOSED] ORDER

Upon consideration of the Motion for Leave to File Brief of Amicus Curiae in Support of Plaintiff's Motion for Preliminary Injunction, it is hereby ORDERED that this Motion for Leave be and hereby is **GRANTED**, and that the brief submitted as Exhibit 1 to the motion be filed.

**IT IS SO ORDERED.**

Dated: ___________

_______________________________
The Honorable Sunshine Suzanne Sykes
United States District Court Judge
Central District of California