UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
CIVIL MINUTES -
GENERAL

| Case No. | 5:26-cv-00322-SSS-SPx | Date | April 28, 2026 |
|---|---|---|---|
| Title | L.T. et al v. U.S. Immigration and Customs Enforcement (ICE) et al | | |

Present: The Honorable    SUNSHINE S. SYKES, UNITED STATES DISTRICT JUDGE

| Irene Vazquez | Myra L. Ponce |
|---|---|
| Deputy Clerk | Court Reporter |
| Attorney(s) Present for Plaintiff(s): | Attorney(s) Present for Defendant(s): |
| Vanessa Young | Pushkal Mishra |
| Rebecca Sarah Brown | |

**Proceedings:    ZOOM: PLAINTIFFS' MOTION FOR PRELIMINARY INJUNCTION [Dkt. No. 34]**

Counsel state their appearances.  The Court confers with counsel and hears oral argument regarding the issues raised.  The Court takes the motion under submission.

**IT IS SO ORDERED.**

Time:  00:40
Initials of Preparer: iva