UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
CIVIL MINUTES—
GENERAL

| Case No. | 5:26-cv-00322-SSS-SPx | Date | May 13, 2026 |
|---|---|---|---|

Title   *L.T. et al v. U.S. Immigration and Customs Enforcement (ICE) et al.*

Present: The Honorable   SUNSHINE S. SYKES, UNITED STATES DISTRICT JUDGE

| Irene Vazquez | Not Reported |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorney(s) Present for Plaintiff(s): | Attorney(s) Present for Defendant(s): |
|---|---|
| None Present | None Present |

**Proceedings:** **(IN CHAMBERS) ORDER DENYING AS MOOT UNIVERSITY OF GUADALAJARA'S MOTION FOR LEAVE TO FILE AMICUS BRIEF [DKT. NO. 60]**

On April 21, 2026, Amicus Curiae University of Guadalajara filed its Motion for Leave to File an Amicus Brief in support of Plaintiffs' Motion for a Preliminary Injunction.  [Dkt. No. 60].  The hearing for the Motion for Leave is set for May 22, 2026.  [*Id.*].

On May 5, 2026, the Court issued an order denying without prejudice Plaintiffs' Motion for a Preliminary Injunction.  [Dkt. No. 70].  As such, the Motion for Leave is **MOOT**.  The Court **DENIES WITHOUT PREJUDICE** the Motion.

**IT IS SO ORDERED.**