UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
CIVIL MINUTES—
GENERAL

| | | | |
|---|---|---|---|
| Case No. | 5:26-cv-00322-SSS-SPx | Date | May 29, 2026 |
| Title | *L.T. et al v. U.S. Immigration and Customs Enforcement (ICE) et al.* | | |

| | |
|---|---|
| Present: The Honorable | SUNSHINE S. SYKES, UNITED STATES DISTRICT JUDGE |

| | |
|---|---|
| Irene Vazquez | Not Reported |
| Deputy Clerk | Court Reporter |
| Attorney(s) Present for Plaintiff(s): | Attorney(s) Present for Defendant(s): |
| None Present | None Present |

**Proceedings: (IN CHAMBERS) ORDER DENYING AS MOOT PLAINTIFF'S APPLICATION FOR LEAVE TO FILE CERTAIN DECLARATIONS UNDER PSEUDONYM AND FOR LIMITED INTERIM PROTECTIVE ORDER [DKT. NO. 36]**

On March 6, 2026, Plaintiff filed an Application for Leave to file certain declarations under pseudonyms and subject to a limited interim protective order. [Dkt. No. 36]. The Court ordered parties to meet and confer regarding the protective order, to which the parties submitted a Joint Status Report on March 20, 2026. [Dkt. No. 49].

Per the Joint Status Report, the parties have agreed upon a limited interim protective order and further filed all necessary documents under pseudonym and seal. As such, the Application is **DENIED AS MOOT**.

**IT IS SO ORDERED.**