# Exhibit 4

Unclassified

# Office of Professional Responsibility

## Adelanto ICE Processing Center

## Inspection 2025-001-082

### September 16-18, 2025



U.S. Immigration and Customs Enforcement

Unclassified

# INSPECTION
## of the
# ADELANTO ICE PROCESSING CENTER
Adelanto, California

## TABLE OF CONTENTS

**FACILITY OVERVIEW** ..........................................................................................................3

**INSPECTION PROCESS** ........................................................................................................4

**FINDINGS BY PERFORMANCE-BASED NATIONAL DETENTION STANDARDS 2011 (REVISED 2016) MAJOR CATEGORIES**..................................................................5

**DETAINEE RELATIONS** ......................................................................................................6

**INSPECTION FINDINGS** ......................................................................................................6

    **SECURITY** ......................................................................................................................6
    CUSTODY CLASSIFICATION SYSTEM ..............................................................7
    FUNDS AND PERSONAL PROPERTY..................................................................7

    **JUSTICE** ..........................................................................................................................7
    GRIEVANCE SYSTEM............................................................................................7

**CONCLUSION** ........................................................................................................................7

## INSPECTION TEAM MEMBERS



| | |
|---|---|
| Team Lead | ODO |
| Assistant Team Lead | ODO |
| Senior Inspections and Compliance Specialist | ODO |
| Senior Inspections and Compliance Specialist | ODO |
| Senior Inspections and Compliance Specialist | ODO |
| Contractor | Creative Corrections |
| Contractor | Creative Corrections |
| Contractor | Creative Corrections |
| Contractor | Creative Corrections |

# FACILITY OVERVIEW

The U.S. Immigration and Customs Enforcement (ICE) Office of Professional Responsibility (OPR) Office of Detention Oversight (ODO) conducted an inspection of the Adelanto ICE Processing Center (AIPC) in Adelanto, California, from September 16 to 18, 2025.[1,2] The facility opened in 2011 and is owned and operated by The GEO Group, Inc. (GEO). The ICE Office of Enforcement and Removal Operations (ERO) began housing detainees at AIPC in 2011 under the oversight of ERO's Field Office Director in Los Angeles (ERO Los Angeles). The facility operates under the Performance-Based National Detention Standards (PBNDS) 2011 (Revised 2016).

███████████████████████████████ A facility administrator handles daily facility operations and manages 439 support personnel. GEO provides food services and medical care, and Keefe Commissary provides commissary services at the facility. The facility was accredited by the National Commission on Correctional Health Care in June 2022 and American Correctional Association in January 2023. In September 2023, AIPC was audited for the Department of Homeland Security (DHS) Prison Rape Elimination Act (PREA) and was DHS PREA certified.

| Capacity and Population Statistics | Quantity |
|---|---|
| ICE Bed Capacity[3] | ██ |
| Average ICE Population[4] | ██ |
| Adult Male Population (as of September 16, 2025) | ██ |
| Adult Female Population (as of September 16, 2025) | ██ |

During its last inspection in Fiscal Year (FY) 2024, ODO found 1 deficiency in Post Orders (1).

---

[1] This facility holds detainees with low, medium-low, medium-high, and high security classification levels for periods greater than 72 hours.
[2] This report publication was delayed due to the lapse in government funding from October 1, 2025, to November 13, 2025.
[3] Data Source: ERO Custody Management Division Authorized Facility List as of September 15, 2025.
[4] *Ibid.*

# COMPLIANCE INSPECTION PROCESS

ODO conducts the following annual and biennial oversight inspections of ICE detention facilities to assess and rate each facility's compliance with their contractually obligated detention standards as noted in the Facility Overview section above.

- **Dedicated facility:**  ODO conducts annual on-site inspections of dedicated inter-governmental service agreement (IGSA) facilities, contract detention facilities (CDF), family residential centers, and service processing centers.

- **Non-dedicated IGSA facility:**
  - For facilities with an average daily population (ADP) of 50 or more, ODO conducts biennial on-site inspections.
  - For facilities with an ADP of 50 less,
    - If the facility has not previously had a rated ODO inspection, then ODO conducts an initial on-site inspection, and
    - If the facility has had an ODO inspection, then the facility completes a biennial ODO-assisted self-inspection process (OASIP).

- **U.S. Marshal Service (USMS):**  USMS CDF and intergovernmental agreement facilities complete biennial OASIPs.

In FY 2025, ODO implemented OASIPs, which replaced the annual Special Review inspections ODO conducted at most low ADP and/or short-term use facilities.  This new inspection framework is more reflective of the actual operation demand of facilities with a low ADP and/or short-term use.  OASIP inspections focus on facility compliance with detention standard requirements that directly affect detainee life, health, safety, and/or well-being.  Facilities have 30 calendar days to complete the OASIP inspection and ODO staff will go on-site towards the end of the 30-day inspection window to observe facility conditions, interview ICE detainees, and spot-check the facility's reported findings.[5]

ODO defines a "deficiency" as any violation of detention standards, policies, or operational procedures, as applicable.  ODO highlights instances when the facility resolves deficiencies prior to the completion of the ODO inspection as corrective actions.  Where applicable, these corrective actions are annotated with a "C" in the *Inspection Findings* section of the report.

Upon completion of each inspection, ODO conducts a closeout briefing with facility and local ERO officials to discuss preliminary findings.  ODO shares a summary of these findings with ERO management officials.  Thereafter, ODO provides ICE leadership with a final report to:  (i) assist ERO in developing and initiating a uniform corrective action plan (UCAP); and (ii) provide senior executives with an independent assessment of facility operations.  ODO's findings inform ICE executive management in its decision-making to better allocate resources across the agency's entire detention inventory.

---

[5] When ODO conducts an on-site inspection, the facility is notified 4 weeks before the inspection and ODO is on-site for 2-3 business days conducting the inspection.

# FINDINGS BY PERFORMANCE-BASED NATIONAL DETENTION STANDARDS 2011 (REVISED 2016) MAJOR CATEGORIES

| PBNDS 2011 (Revised 2016) Standards Inspected[6] | Deficiencies |
|---|---|
| **Part 1 - Safety** | |
| Emergency Plans | 0 |
| Environmental Health and Safety | 0 |
| Transportation (by Land) | 0 |
| **Sub-Total** | **0** |
| **Part 2 - Security** | |
| Admission and Release | 0 |
| Custody Classification System | 1 |
| Contraband | 0 |
| Funds and Personal Property | 2 |
| Hold Rooms in Detention Facilities | 0 |
| Key and Lock Control | 0 |
| Sexual Abuse and Assault Prevention and Intervention | 0 |
| Special Management Units | 0 |
| Staff-Detainee Communication | 0 |
| Tool Control | 0 |
| Use of Force and Restraints | 0 |
| **Sub-Total** | **3** |
| **Part 3 - Order** | |
| Disciplinary System | 0 |
| **Sub-Total** | **0** |
| **Part 4 - Care** | |
| Food Service | 0 |
| Medical Care | 0 |
| Medical Care (Women) | 0 |
| Personal Hygiene | 0 |
| Significant Self-harm and Suicide Prevention and Intervention | 0 |
| Terminal Illness, Advance Directives and Death | 0 |
| Disability Identification, Assessment, and Accommodation | 0 |
| **Sub-Total** | **0** |
| **Part 5 - Activities** | |
| Recreation | 0 |
| Visitation | 0 |
| **Sub-Total** | **0** |
| **Part 6 - Justice** | |

---

[6] For greater detail on ODO's findings, see the *Compliance Inspection Findings* section of this report.

Office of Detention Oversight
September 2025

Adelanto ICE Processing Center
ERO Los Angeles

5

| Detainee Handbook | 0 |
|---|---|
| Grievance System | 3 |
| Legal Rights Group Presentations | 0 |
| **Sub-Total** | **3** |
| **Part 7 - Administration and Management** | |
| Interview and Tours | 0 |
| Staff Training | 0 |
| **Sub-Total** | **0** |
| **Total Deficiencies** | **6** |

## DETAINEE RELATIONS

ODO interviewed 34 detainees, who each voluntarily agreed to participate.  ODO attempted to interview three additional detainees; however, these three detainees declined.  Most detainees reported satisfaction with facility services.  ODO followed up on the concerns raised by detainees who expressed dissatisfaction with facility services and determined that facility staff had made every effort to resolve those issues.

## INSPECTION FINDINGS

## SECURITY

**CUSTODY CLASSIFICATION SYSTEM (CCS)**

ODO reviewed ▮ detainee files of individuals released from the Special Management Unit (SMU) and found in ▮ out of ▮ files, facility staff did not complete the special reclassification within 24 hours before the detainee left the SMU (**Deficiency CCS-53.[7]**).

**FUNDS AND PERSONAL PROPERTY (FPP)**

ODO observed the facility's east property room and found approximately ▮ property bags with the secure zip ties missing or broken (**Deficiency FPP-84.[8]**).

ODO observed the facility's east property room and found facility staff did not report and turn over ▮ bags of abandoned property belonging to detainees released in July 2025 to ICE/ERO (**Deficiency FPP-160.[9]**).

---

[7] "Staff shall complete a special reclassification within 24 hours before a detainee leaves the Special Management Unit (SMU)." *See* ICE PBNDS 2011, Standard, Custody Classification System, Section (V)(H)(3).
[8] "All detainee luggage and facility containers used for storing detainee personal property shall be secured in a tamper-resistant manner and shall only be opened in the presence of the detainee." *See* ICE PBNDS 2011, Standard, Funds and Personal Property, Section (V)(I).
[9] "All facilities shall report and turn over to ICE/ERO all detainee abandoned property." *See* ICE PBNDS 2011, Standard, Funds and Personal Property, Section (V)(M).

| Office of Detention Oversight | Adelanto ICE Processing Center |
|---|---|
| September 2025 | ERO Los Angeles |

## JUSTICE

**GRIEVANCE SYSTEM (GS)**

ODO reviewed ▌ detainee grievance appeals and found in ▌r out of ▌ appeals, designated members' grievance appeal board (GAB) did not provide a decision within five days of receipt of the appeal **(Deficiency GS-60.[10])**.

ODO reviewed ▌ detainee appealed grievances and found in ▌ out of ▌ appeals, the GAB did not note the outcome of the adjudication **(Deficiency GS-63.[11])**.

ODO reviewed ▌ unfavorable detainee grievance appeals and found in ▌ out of ▌ appeals, the GAB did not forward the grievance nor support documentation to the facility administrator **(Deficiency GS-66.[12])**.

## CONCLUSION

During this inspection, ODO assessed the facility's compliance with 29 standards under PBNDS 2011 (Revised 2016) and found the facility in compliance with 26 of those standards. ODO found six deficiencies in the remaining three standards. Since AIPC's last inspection in February 2024, the facility's overall compliance with PBNDS 2011 (Revised 2016) has trended downward. AIPC went from 1 deficient standard and 1 deficiency in February 2024 to 3 deficient standards and 6 deficiencies during this most recent inspection. In January 2025, a federal judge lifted a COVID-era intake ban, and the facility reopened in June 2025, going from approximately 400 detainees to 1800 overnight. The sudden influx may have contributed to the rise in deficiencies. ODO received AIPC's completed UCAP in May 2025; which likely resolved the previous deficiency ODO cited. ODO recommends ERO Los Angeles continue to work with the facility to resolve the deficiencies that remain outstanding in accordance with contractual obligations.

---

[10] "The designated members of the GAB shall review and provide a decision on the grievance within five days of receipt of the appeal." *See* ICE PBNDS 2011, Standard, Grievance System, Section (V)(C)(3)(b)(2)(b).
[11] "The GAB shall note the grievance log with the following information:
- date appeal filed;
- name of detainee that filed grievance;
- nature of the grievance;
- name of the grievance officer (GO) that conducted the initial adjudication;
- date decision provided to detainee; and
- outcome of the adjudication."
*See* ICE PBNDS 2011, Standard, Grievance System, Section (V)(C)(3)(b)(2)(d).
[12] "If the outcome of the appeal is unfavorable to the detainee, the GAB shall forward the grievance and all supporting documentation to the facility administrator within 24 hours of issuing a decision." *See* ICE PBNDS 2011, Standard, Grievance System, Section (V)(C)(3)(b)(2)(g).

| Inspection Results Compared | FY 2024 Compliance Inspection (PBNDS 2011 Revised 2016) | FY 2025 Compliance Inspection (PBNDS 2011 Revised 2016) |
|---|---|---|
| Standards Reviewed | 29 | 29 |
| Deficient Standards | 1 | 3 |
| Overall Number of Deficiencies | 1 | 6 |
| Priority Component Deficiencies | 0 | 0 |
| Repeat Deficiencies | 0 | 0 |
| Areas Of Concern | 0 | 0 |
| Corrective Actions | 0 | 0 |
| Facility Rating | Superior | Good |



U.S. Immigration
and Customs
Enforcement

# Office of Professional

# Responsibility

