IN THE UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION – RIVERSIDE

L.T., SEVAK MESROBIAN, JOSE MAURO SALAZAR GARZA, AND J.M., on behalf of themselves and all others similarly situated; COALITION FOR HUMANE IMMIGRANT RIGHTS,

Plaintiffs,

v.

U.S. IMMIGRATION AND CUSTOMS ENFORCEMENT; TODD M. LYONS, Acting Director, U.S. Immigration and Customs Enforcement; JAIME RIOS, Acting Director of Los Angeles Field Office, Enforcement and Removal Operations, U.S. Immigration and Customs Enforcement; U.S. DEPARTMENT OF HOMELAND SECURITY; KRISTY NOEM, Secretary, U.S. Department of Homeland Security,

Defendants.

Case No. 5:26-cv-00322-SSS-SPx

**ORDER GRANTING MOTION FOR LEAVE TO FILE BRIEF OF AMICUS CURIAE IN SUPPORT OF PLAINTIFFS' RENEWED MOTION FOR PRELIMINARY INJUNCTION [DKT. 83]**

**ORDER**

Upon consideration of the Motion for Leave to File Brief of Amici Curiae in Support of Plaintiffs' Renewed Motion for Preliminary Injunction, it is hereby ORDERED that this Motion for Leave be and hereby is GRANTED, and that the brief submitted as Exhibit 1 to the motion be filed.

**IT IS SO ORDERED**.

Dated: June 11, 2026

The Honorable Sunshine Suzanne Sykes
United States District Court Judge
Central District of California