UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| L.T., SEVAK MESROBIAN, JOSE MAURO SALAZAR GARZA, AND J.M., on behalf of themselves and all others similarly situated; COALITION FOR HUMANE IMMIGRANT RIGHTS,<br><br>Plaintiffs,<br><br>v.<br><br>U.S. IMMIGRATION AND CUSTOMS ENFORCEMENT; DAVID J. VENTURELLA, Senior Official Performing the Duties of the Director; JAIME RIOS, Acting Director of Los Angeles Field Office, Enforcement and Removal Operations, U.S. Immigration and Customs Enforcement; U.S. DEPARTMENT OF HOMELAND SECURITY; MARKWAYNE MULLIN, Secretary, U.S. Department of Homeland Security,<br><br>Defendants. | CASE NO. 5:26-cv-00322-SSS-SPx<br><br>**ORDER GRANTING UNOPPOSED AMENDED MOTION FOR LEAVE TO FILE BRIEF OF AMICUS CURIAE IN SUPPORT OF PLAINTIFFS' RENEWED MOTION FOR PRELIMINARY INJUNCTION [DKT. NO. 89]**<br><br>**CLASS ACTION**<br><br>**NOTE CHANGES MADE BY COURT** |

- 1 -

## ORDER

Upon consideration of the Unopposed Amended Motion for Leave to File Brief of Amicus Curiae in Support of Plaintiffs' Renewed Motion for Preliminary Injunction, it is hereby ORDERED that this Motion for Leave be and hereby is **GRANTED**, and that the brief submitted as <u>Exhibit 1</u> to the motion be filed within seven (7) days of this Order.

The Court further denies the previously filed Motion for Leave to File Brief of Amicus Curiae as moot. [Dkt. No. 82]. The hearing on the motion scheduled for July 10, 2026 is hereby **VACATED**.

**IT IS SO ORDERED.**

Dated: June 22, 2026

_____
The Honorable Sunshine Suzanne Sykes
United States District Court Judge
Central District of California

- 2 -
ORDER GRANTING LEAVE TO FILE BRIEF OF AMICUS CURIAE
CASE NO. 5:26-cv-00322-SSS-SPx