UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| L.T., SEVAK MESROBIAN, JOSE MAURO SALAZAR GARZA, AND J.M., on behalf of themselves and all others similarly situated; COALITION FOR HUMANE IMMIGRANT RIGHTS,<br><br>                              Plaintiffs,<br><br>        v.<br><br>U.S. IMMIGRATION AND CUSTOMS ENFORCEMENT; DAVID J. VENTURELLA, Senior Official Performing the Duties of the Director; JAIME RIOS, Acting Director of Los Angeles Field Office, Enforcement and Removal Operations, U.S. Immigration and Customs Enforcement; U.S. DEPARTMENT OF HOMELAND SECURITY; MARKWAYNE MULLIN, Secretary, U.S. Department of Homeland Security,<br><br>                              Defendants. | Case No. 5:26-cv-00322-SSS (SPx)<br><br>**ORDER GRANTING REQUEST FOR IN-PERSON HEARING**<br><br>**CLASS ACTION**<br><br>Date:  July 10, 2026<br>Time:  1:00 p.m.<br>Ctrm:  2, 2nd Floor<br>        3470 12th Street<br>        Riverside, CA 92501<br>        Hon. Sunshine Sykes<br><br>NOTE CHANGES MADE BY COURT |

On July 1, 2026, Plaintiffs L.T., Sevak Mesrobian, Jose Mauro Salazar Garza, J.M., and Coalition for Humane Immigrant Rights ("Plaintiffs") filed a Request for In-Person Hearing on Plaintiffs' Motion for Class Certification, Plaintiffs Motion for Preliminary Injunction, and Defendant's Motion to Dismiss Plaintiffs First Amended Complaint (collectively the "Motions").

The court, having considered Plaintiffs' request, and the lack of opposition by Defendants, hereby ORDERS as follows:

1.      Plaintiffs' Request is GRANTED.  All parties are DIRECTED to appear in person on July 10, 2026, at 1:00 p.m.

IT IS SO ORDERED.

Dated: July 6, 2026

SUNSHINE S. SYKES
United States District Judge

1
ORDER GRANTING REQUEST FOR IN-PERSON HEARING
Case No. 5:26-cv-00322-SSS-SPx