UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
CIVIL MINUTES—
GENERAL

| Case No. | 5:26-cv-00322-SSS-SPx | Date | July 9, 2026 |
|---|---|---|---|

Title  *L.T., et al., v. United States Immigration and Customs Enforcement, et al.*

Present: The Honorable     SUNSHINE S. SYKES, UNITED STATES DISTRICT JUDGE

| Irene Vazquez | Not Reported |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorney(s) Present for Plaintiff(s): | Attorney(s) Present for Defendant(s): |
|---|---|
| None Present | None Present |

**Proceedings:   (IN CHAMBERS) ORDER REGARDING DEFENDANTS'
REDACTIONS OF EXHIBITS**

In support of their Motion to Dismiss the First Amended Complaint, Defendants filed numerous exhibits that contain redactions.  [*See* Dkt. Nos. 80-2, 80-5, 80-8–80-18].  Defendants did not, however, seek court approval before doing so.

There is "a strong presumption in favor of access to court records." *Ctr. for Auto Safety v. Chrysler Grp., LLC*, 809 F.3d 1092, 1096 (9th Cir. 2016) (citing *Foltz v. State Farm Mut. Auto. Ins. Co.*, 331 F.3d 1122, 1135 (9th Cir. 2003)).  To ensure the public's access to court records, Local Rule 79-5.2 states that "no case or document may be filed under seal without first obtaining approval by the Court.  *See also* C.D. Cal. R. 79-5.2.2 ("In a non-sealed civil case, no document may be filed under seal without prior approval by the Court").  Because Defendants did not obtain court approval to file these exhibits with redactions, they are **ORDERED** to file the unredacted copies of these exhibits by July 15, 2026.

**IT IS SO ORDERED.**

CIVIL MINUTES—
GENERAL     Initials of Deputy Clerk <u>iv</u>