UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
CIVIL MINUTES -
GENERAL

| Case No. | 5:26-cv-00322-SSS-SPx | Date | July 10, 2026 |
|---|---|---|---|
| Title | *L.T. et al v. U.S. Immigration and Customs Enforcement (ICE) et al* | | |

Present: The Honorable    SUNSHINE S. SYKES, UNITED STATES DISTRICT JUDGE

| Irene Vazquez | Myra L. Ponce |
|---|---|
| Deputy Clerk | Court Reporter |
| Attorney(s) Present for Plaintiff(s): | Attorney(s) Present for Defendant(s): |
| Belinda Escobosa Helzer | Pushkal Mishra, AUSA |
| Carson Adrianna Scott | Daniel Beck, AUSA |

**Proceedings:    HEARING RE: PLAINTIFFS' MOTION FOR PRELIMINARY
INJUNCTION [DKT. NO. 77]; PLAINTIFFS' MOTION FOR
CLASS CERTIFICATION AND APPOINTMENT OF CLASS
COUNSEL [DKT. NOS. 57, 75]; AND DEFENDANTS'
MOTION TO DISMISS [DKT. NO. 80]**

Counsel state their appearances. The Court confers with counsel and hears oral argument. For the reasons stated on the record, the Court takes the motions **UNDER SUBMISSION**. [Dkt. Nos. 57, 75, 77, 80]. The Court further **DIRECTS** Plaintiffs' counsel to submit a chart comparing the proposed preliminary injunction order to policies in PBNDS and other related guidelines no later than 5:00 p.m. on Monday, July 13, 2026.

**IT IS SO ORDERED.**

Time:  01:20
Initials of Preparer: iv