PUBLIC COUNSEL
REBECCA BROWN (SBN 345805)
rbrown@publiccounsel.org
SOPHIA WRENCH (SBN 354416)
swrench@publiccounsel.org
AMELIA PIAZZA (SBN 342473)
apiazza@publiccounsel.org
ELIZABETH HERCULES-PAEZ (SBN 320944)
eherculespaez@publiccounsel.org
BELINDA ESCOBOSA (SBN 214178)
bescobosa@publiccounsel.org
610 South Ardmore Avenue
Los Angeles, CA 90005
Tel: 213-385-2977

*Attorneys for Plaintiffs*
Additional Counsel Listed on Following Page

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| L.T., SEVAK MESROBIAN, JOSE MAURO SALAZAR GARZA, AND J.M., on behalf of themselves and all others similarly situated; COALITION FOR HUMANE IMMIGRANT RIGHTS,<br><br>              Plaintiffs,<br><br>   v.<br><br>U.S. IMMIGRATION AND CUSTOMS ENFORCEMENT; DAVID J. VENTURELLA, Senior Official Performing the Duties of the Director; JAIME RIOS, Acting Director of Los Angeles Field Office, Enforcement and Removal Operations, U.S. Immigration and Customs Enforcement; U.S. DEPARTMENT OF HOMELAND SECURITY; MARKWAYNE MULLIN, Secretary, U.S. Department of Homeland Security,<br><br>              Defendants. | Case No. 5:26-cv-00322-SSS-SPx<br><br>**CHART SUPPORTING PLAINTIFFS' PROPOSED ORDER TO PRELIMINARY INJUNCTION PER JULY 10 HEARING**<br><br>**CLASS ACTION**<br><br>**Ctrm:** 2, 2nd Floor<br>      3470 12th Street<br>      Riverside, CA 92501<br>      Hon. Sunshine Sykes |

IMMIGRANT DEFENDERS LAW CENTER
ALVARO M. HUERTA (SBN 274787)
ahuerta@immdef.org
CARSON ADRIANNA SCOTT (SBN 337102)
cscott@immdef.org
ALISON STEFFEL (SBN 346370)
asteffel@immdef.org
634 S. Spring Street, 10th Floor
Los Angeles, CA 90014
Tel: 213-634-0999

COALITION FOR HUMANE IMMIGRANT RIGHTS
CARL BERGQUIST (*pro hac vice*)
cbergquist@chirla.org
2351 Hempstead Road
Ottawa Hills, OH 43606
Tel: 310-279-6025

ADAM REESE (SBN 362898)
areese@chirla.org
2533 West Third Street, Suite 101
Los Angeles, CA 90057
Tel: 213-353-1333

WILLKIE FARR & GALLAGHER LLP
NICHOLAS REDDICK (SBN 288779)
nreddick@willkie.com
STEPHEN HENRICK (SBN 310539)
shenrick@willkie.com
ALYXANDRA VERNON (SBN 327699)
avernon@willkie.com
JACOB KARIM (SBN 340376)
jkarim@willkie.com
333 Bush Street, 34th Floor
San Francisco, CA 94104
Tel: 415-858-7400

*Attorneys for Plaintiffs*

Plaintiffs respectfully submit this chart per the Court's order on July 10, 2026. The first column lists provisions of the Proposed Order Granting Plaintiffs' Renewed Motion for Preliminary Injunction (ECF 77-1) pertaining to specific conditions of confinement. The second column lists the relevant 2011 Performance-Based National Detention Standards ("PBNDS") (ECF 35-1). The third column lists relevant citations to the Declaration of Will Adams (ECF 34-3), Plaintiffs' expert on correctional policies and practices. The fourth column lists cases discussing Fifth Amendment standards for conditions of confinement. As noted during the July 10th hearing, accompanying cites to the Declaration of Will Adams (ECF 34-3) show that challenged conditions are "identical to, similar to, or more restrictive" than those in jail or prison. *Jones v. Blanas*, 393 F.3d 918, 932 (9th Cir. 2004).

| Proposed Order Provision | 2011 PBNDS (ECF 35-1) | Adams Declaration (ECF 34-3) | Case Authority |
|---|---|---|---|
| **1(a)** Potable Water | §§ 1.2(II)(13); 1.2(V)(A)(5); 4.1(V)(D)(1); 2.6(V)(A)(13) Pages 24, 26, 237, 106[1] | Adams Decl. ¶¶ 49, 52–53 | *Jones v. Blanas,* 393 F.3d 918 (9th Cir. 2004); *see also Keenan v. Hall*, 83 F.3d 1083, 1091 (9th Cir. 1996) |
| **1(b)** Sufficiently Nutritious Food | §§ 4.1(II)(1), (3), (9); 4.1(V)(D)(1); 4.1(V)(E)(2); 4.1(V)(F) Pages 233, 234, 239-42 | Adams Decl. ¶ 45 | *Jones,* 393 F.3d at 932; *see also Keenan*, 83 F.3d 1091 |

---

[1] Citations to ECF 35-1 refer to the page number of the filed document as listed at the top of the filing, not the page numbers listed within the 2011 PBNDS themselves at the bottom of each page.

- 1 -

| Proposed Order Provision | 2011 PBNDS (ECF 35-1) | Adams Declaration (ECF 34-3) | Case Authority |
|---|---|---|---|
| **1(c)** Sanitation | §§ 1.2(II)(1); 1.2(V)(A)(3); 4.5(V)(D) Pages 24, 26, 309 | Adams Decl. ¶¶ 58–59, 66–68 | *Jones,* 393 F.3d at 932; *see also Hoptowit v. Ray*, 682 F.2d 1237, 1258 (9th Cir. 1982) *overruled in part on other grounds by Sandlin v. Conner*, 515 U.S. 472 (1995) |
| **1(d)** Privacy screens | §§ 4.5(V)(E)(3); 2.6(V)(A)(6) Pages 105, 310 | Adams Decl. ¶¶ 85, 89, 93 | *Jones,* 393 F.3d at 932. |
| **1(e)** Headcounts | § 2.8(V)(A)(1) Page 117 | Adams Decl. ¶¶ 26, 109–14 | *Jones,* 393 F.3d at 932. |
| **1(f)** Outdoor recreation | §§ 5.4(II)(2); 5.4(V)(B) Pages 351-53 | Adams Decl. ¶¶ 115–22 | *Jones,* 393 F.3d at 932. |
| **1(g)** Visitation not subject to automatic time limits | §§ 5.7(II)(6); 5.7(V)(I)(1) Pages 373, 376-77 | Adams Decl. ¶¶ 24, 95–98 | *Jones,* 393 F.3d at 932. |
| **1(h)** Contact visitation | § 5.7(V)(I)(4) Page 378 | Adams Decl. ¶¶ 24, 97, 99, 101 | *Jones,* 393 F.3d at 932. |
| **¶2** Limits on segregation | §§ 2.12(V)(A)(2)–(3); 2.12(V)(P); 2.12(II)(8), (11) Pages 176, 180-82, 187-88, 177 | Adams Decl. ¶¶ 37–49 | *Jones,* 393 F.3d at 932. |
| **3(a)(i)** Intake medical screening | § 4.3(V)(J) Pages 271-73 | NA[2] | *Hoptowit*, 682 F.2d at 1253; *Madrid v. Gomez*, 889 F. Supp. 1146, 1257 (N.D. Cal. 1995) |

---

[2] Mr. Adams did not opine on the medical-related issues at Adelanto.

- 2 -

| Proposed Order Provision | 2011 PBNDS (ECF 35-1) | Adams Declaration (ECF 34-3) | Case Authority |
|---|---|---|---|
| **3(a)(ii)** Access to medical care | §§ 4.3(II)(1)–(9); 4.3(V)(A) Pages 262-63, 265 | NA | *Hoptowit*, 682 F.2d at 1253; *Doe v. Kelly*, 878 F.3d 710, 722 (9th Cir. 2017); *Madrid*, 889 F. Supp. at 1257 |
| **3(a)(iii)** Timely diagnostic testing | § 4.3(II)(1), (4), (14), (16) Pages 262-63 | NA | *Hoptowit*, 682 F.2d at 1253 |
| **3(a)(iv)** Medication | §§ 4.3(V)(T)(4)–(5); 4.3(V)(Z) *See* ECF 35-1 at 277, 281 | NA | *Hoptowit*, 682 F.2d at 1253 |
| **3(b)** Disability accommodations | §§ 4.8(I); 4.8(V)(C)–(E) Pages 325, 328-30 | NA | *Armstrong v. Davis*, 275 F.3d 849, 859 (9th Cir. 2001) *overruled on other grounds by Johnson v. California*, 543 U.S. 499 (2005) |

CHART SUPPORTING PLAINTIFFS' PO TO PI PER JULY 10 HEARING
Case No. 5:26-cv-00322-SSS-SPx

Dated:  July 13, 2026

Respectfully Submitted,

WILLKIE FARR & GALLAGHER LLP

By:    /s/ Nicholas Reddick
       Nicholas Reddick
       Stephen Henrick
       Alyxandra Vernon
       Jacob Karim


PUBLIC COUNSEL

By:    /s/ Rebecca Brown
       Rebecca Brown
       Sophia Wrench
       Amelia Piazza
       Elizabeth Hercules-Paez
       Belinda Escobosa


IMMIGRANT DEFENDERS LAW CENTER

By:    /s/ Alvaro M. Huerta
       Alvaro M. Huerta
       Carson Adrianna Scott
       Alison Steffel


COALITION FOR HUMANE IMMIGRANT RIGHTS

By:    /s/ Carl Bergquist
       Carl Bergquist
       Adam Reese

CHART SUPPORTING PLAINTIFFS' PO TO PI PER JULY 10 HEARING
Case No. 5:26-cv-00322-SSS-SPx