UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| L.T., *et al.*,<br>Plaintiffs,<br>v.<br>U.S. IMMIGRATION AND CUSTOMS ENFORCEMENT, *et al.*,<br>Defendants. | No. 5:26-cv-00322-SSS-SP<br>**[PROPOSED] ORDER GRANTING DEFENDANTS' APPLICATION TO FILE UNDER SEAL**<br>Honorable Sunshine Suzanne Sykes<br>United States District Judge |

On July 9, 2026, the Court ordered Defendants to file unredacted copies of Exhibits 1, 4, and 7 through 17 to the Declaration of Rosa Quevedo (ECF 80-2, 80-5, and 80-8 through 80-18). ECF 97. Defendants have applied for leave to file those exhibits under seal in unredacted form for the Court's in-camera review and to place on the public record versions of the exhibits bearing narrowly tailored redactions. Having considered the Application, the Supplemental Declaration of Rosa Quevedo, and the record, and finding that compelling reasons support sealing and that the proposed redactions are narrowly tailored, the Court GRANTS the Application as follows:

1. Defendants may file under seal, for the Court's in-camera review, the complete, unredacted versions of Exhibits 1, 4, and 7 through 17 (ECF 80-2, 80-5, and 80-8 through 80-18).

2. Defendants may file on the public record redacted versions of those exhibits, bearing narrowly tailored redactions limited to the material identified in the table below:

| **Document** | **Portion(s) to Be Filed Under Seal** |
|---|---|
| Exhibit 1—APC Contract (originally filed as ECF 80-2) | The names and signatures of individual ICE and GEO Group personnel, and GEO Group's proprietary financial and pricing terms. |
| Exhibit 4—2025 ODO Inspection Report (originally filed as ECF 80-5) | Personal identifying information—the names of individual inspectors and staff, and any detainee identifiers—and law enforcement sensitive information. |
| Exhibits 7 through 17—Individual Immigration Records (originally filed as ECF 80-8 through 80-18) | The detainees' true names, Alien Registration Numbers, and other personal identifiers. |

**IT IS SO ORDERED**.

Dated: ______________________

______________________________________
HONORABLE SUNSHINE S. SYKES
UNITED STATES DISTRICT JUDGE