Name  Daniel A. Beck (Cal Bar no. 204496)

Address  300 North Los Angeles Street, Suite 7516

City, State, Zip  Los Angeles, California 90012

Phone  (213) 894-2574

Fax

E-Mail  daniel.beck@usdoj.gov

☐ FPD    ☐ Appointed    ☐ CJA    ☐ Pro Per    ☐ Retained

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| L.T., et al. <br><br> PLAINTIFF(S), | CASE NUMBER: <br><br> 5:26-cv-00322-SSS-SP |
| v. <br> United States Immigration and Customs Enforcement, et al. <br><br> DEFENDANT(S). | **NOTICE OF APPEAL** |

NOTICE IS HEREBY GIVEN that ___U.S. Immigration and Customs Enforcement, et al.___ hereby appeals to

*Name of Appellant*

the United States Court of Appeals for the Ninth Circuit from:

**Criminal Matter**

☐ Conviction only [F.R.Cr.P. 32(j)(1)(A)]
☐ Conviction and Sentence
☐ Sentence Only (18 U.S.C. 3742)
☐ Pursuant to F.R.Cr.P. 32(j)(2)
☐ Interlocutory Appeals
☐ Sentence imposed:

☐ Bail status:

**Civil Matter**

☒ Order (specify):

  ECF 104 Order

☐ Judgment (specify):

☐ Other (specify):

Imposed or Filed on ___07/16/2026___. Entered on the docket in this action on 07/16/2026___.

A copy of said judgment or order is attached hereto.

07/16/2026
Date

/s/ Daniel Beck
Signature
  ☐ Appellant/ProSe    ☒ Counsel for Appellant    ☐ Deputy Clerk

**Note:**  The Notice of Appeal shall contain the names of all parties to the judgment or order and the names and addresses of the attorneys for each party.  Also, if not electronically filed in a criminal case, the Clerk shall be furnished a sufficient number of copies of the Notice of Appeal to permit prompt compliance with the service requirements of FRAP 3(d).

A-2 (01/07)                                   NOTICE OF APPEAL