I.    **INTRODUCTION**

This Remedial Plan is submitted in compliance with the Order (ECF No. 104) issued by the U.S. District Court for the Central District of California, dated July 15, 2026, in the matter of *L.T. v. U.S. Immigr. & Customs Enf't,* No. 26-322. Defendants have been ordered to develop and file a remedial plan to implement comprehensive systems for medical care and disability accommodations at Adelanto Processing Center East and West.

II.    **Remedial Plan**

A.    **Medical Care**

i.    A documented health intake screening for all new detainees within eight hours of that person's arrival at the facility. The health intake screening must be sufficient to (1) identify and begin necessary treatment of those with physical or mental illnesses or injuries, (2) ensure continuity of pre-detention treatment and medication, and (3) recognize, segregate, and treat those with communicable diseases;

Current Process: Pursuant to Performance-Based National Detention Standards 2011 (Rev. 2016) ("PBNDS") Section 4.3 Medical Care II. Expected Outcomes: "…[e]ach detainee shall receive a comprehensive medical, dental and mental health intake screening as soon as possible, but no later than 12 hours after arrival at each detention facility." "Detainees who appear upon arrival to raise urgent medical or mental health concerns shall receive priority in the intake screening process."
Pursuant to PBNDS Section 4.4 Medical Care, V.B.1 Initial Health Intake Screening and Health Assessment: 1. Initial Screening, "[w]ithin 12 hours of arrival, during their initial medical screening, all female detainees shall receive information on services related to women's health care …"
Performance Work Statement (PWS): V.D.8. – On-site healthcare personnel shall conduct an initial medical screening within 12 hours of arrival, including physical and mental health history, communicable disease screening, current health status, and vital signs, with additional testing performed as medically indicated.

Action needed: ICE has asked GEO Group, Inc. (GEO) to comply with this requirement, has been reviewing existing facility contractual standards and requirements, and will review those same standards with GEO to bring current standards in line with the Court-ordered standards, e.g., reduce the maximum screening time from 12 hours (the contractually mandated PBNDS standard) down to 8 hours (the standard ordered by the Court).

ii.      Access to primary, secondary, and tertiary medical care for all detainees according to their health care needs. This includes timely treatment appropriate to the severity of their physical or mental conditions consistent with the established standards of care and required timeliness for routine, urgent and emergent cases.

Current Process:

PWS: V.D. - The contractor must provide detainees with comprehensive medical, dental, and mental health care-including intake screening, disease treatment, emergency care, routine care, and chronic condition management-in accordance with established detention health care standards.

V.C.1. - The Contractor must have policies and procedures in place to address detainee health needs, including access to 24-hour emergency medical care.

Detention standards are the primary framework governing medical care at detention facilities and require facilities to provide medical, dental, mental health care, and emergency services to detained individuals. ICE uses three sets of detention standards to manage the conditions of confinement, including the provision of medical care, for detained individuals at over-72-hour facilities: National Detention Standards (NDS), PBNDS, and Family Residential Standards.

At facilities that are not staffed by the ICE Healthcare Service Corps (IHSC), including the Adelanto facility, ICE delegates the provision of medical care to non-IHSC staff (such as contractors or local government personnel). Thus, the medical contractor (here, GEO and its subcontractors) is responsible for identifying, treating, and referring detainees based on acuity and healthcare condition. IHSC is then generally responsible for review and approval of off-site medical care that a detained individual receives outside of the facility, which we refer to as offsite care. IHSC is also responsible for claim adjudication business rules for claim processing and reimbursement for

a detained individuals offsite care under U.S. Code Title 18, Part III Chapter 301, section US Code 4006: Subsistence for prisoners. Authorized payments for health care services generally are reimbursed and shall not exceed Medicare reimbursement rates for similar services (reimbursement of services is only authorized for dates of service wherein detainees are in ICE custody).

Action needed: ICE immediately asked GEO to comply with this requirement, has been reviewing existing facility contractual standards and requirements, and will be reviewing those same standards with GEO to determine a resolution to bring current standards in line with the Court-ordered standards, e.g., providing some areas of specialty care in the facility to reduce wait times of third-party providers, relative to transferring detainees out of the facility for receiving that care.

iii. Timely diagnostic testing (including procedures for prioritizing the urgency of laboratory orders) and required timeframes for review, communication to patients, and follow-up of results

Current Process: PWS: V.D. - The Medical Service Provider must provide on-site routine laboratory testing, while off-site laboratory services require approval through the MedPAR system and are funded by IHSC.
V.D.9. - Detainees must have access to medical services, preferably on-site, or through community providers with minimal wait times.
V.D.20.a. - Detainees with a positive TB test but no symptoms must receive a chest radiograph within 5 days.

Action needed: This facility is compliant. Adelanto ICE Processing Center maintains an established diagnostic services program that provides timely laboratory testing, diagnostic imaging, electrocardiography, and other medically necessary diagnostic studies. Existing established operational procedures, and clinical practices provide for prioritization of diagnostic testing based upon clinical urgency, timely provider review of diagnostic results, to patients, documentation within the Electronic Health Record, and appropriate clinical follow-up.

iv. Continuous provision of ordered medications, according to the prescribed dosage regimen, from the time of intake and throughout the period of detention. If there are any medications changes, a qualified medical provider must explain immediately to the detainee the reason for the change.

Current Process: PWS: V.D. - The Medical Service Provider is responsible for providing over the counter and prescription medications. D.8.a. - Detainees with chronic medical, dental, or mental health conditions must receive prescribed treatment and appropriate follow-up care from qualified providers in accordance with applicable detention healthcare standards

Action needed: This facility is compliant. Current medication management processes provide for: a.) Continuation of clinically appropriate medications from the time of intake through detention; b.) Provider review and reconciliation of medications upon admission; c.) Timely pharmacy ordering and delivery processes designed to prevent interruptions in prescribed therapy; d.) Procedures for bridge orders and continuation of treatment when pharmacy supplies are pending; e.) Management of formulary and nonformulary medications; f.) Monitoring and administration of medications through established medication administration procedures; g.) Continuity of medications during transfer or release through discharge planning and medication supply processes; and h.) Ongoing provider oversight of medication regimens as part of continuity-of-care services.

v. Provision of patients' rights materials, translated as appropriate, for all detainees that inform them of their rights as patients, including rights to confidentiality, informed consent, refusal of treatment, access to medical records, and procedures for requesting medical attention

Current Process: The facility provides all detainees with copies of patients' rights materials, translated as appropriate, that inform them of their rights as patients, including rights to confidentiality, informed consent, refusal of treatment, access to medical records, and procedures for requesting medical attention.

Action needed: This facility is compliant.

**B.     Disability Accommodations**

i.      A system to identify and track all detainees who have qualifying disabilities, as defined by Section 504 of the Rehabilitation Act and its implementing regulations, upon intake and throughout the period of detention

Current Process: The facility has a system to identify and track all detainees with qualifying disabilities upon intake and during their stay at the facility. This information is tracked in the Electronic Health Record (eHR) called Sapphire, and itis updated as needed.

Action needed: The facility is currently compliant. GEO is requesting that an additional ADA Coordinator position, with the appropriate relief factor, be added to the staffing plan to ensure adequate resources are available to manage this process. ICE is reviewing this proposal.

ii.     A system to identify and track all detainees who have qualifying disabilities, as defined by Section 504 of the Rehabilitation Act and its implementing regulations, upon intake and throughout the period of detention

Current Process: The facility's eHR system, called Sapphire, is used to identify and track all reasonable accommodations for detainees with qualifying disabilities to participate in programs, services, and activities at the facility. This information is tracked in Sapphire, and it is updated as needed.

Action needed: ICE is currently reviewing existing facility contractual standards and requirements and will be reviewing those same standards with GEO to determine a resolution to bring current standards in line with the court ordered standards, e.g., providing an additional ADA Coordinator position, with the appropriate relief factor, be added to the staffing plan to ensure adequate resources are available to manage this process.

iii.    Disabled detainees are provided reasonable accommodations

Current Process: PWS: VII.O. - The facility must meet federal accessibility requirements under the Architectural Barriers Act and Rehabilitation Act. Disabled detainees are provided reasonable accommodations as required. This information is tracked in Sapphire, and it is updated as needed.

Action needed: This facility is compliant, however, ICE is currently reviewing existing facility contractual standards and requirements and will be reviewing those same standards with GEO to try to improve this issue, e.g., by providing an additional ADA Coordinator position, with the appropriate relief factor, be added to the staffing plan to ensure adequate resources are available to manage this process.

iv.      Provision of disability specific materials, translated as appropriate, for all detainees that inform them of their right to reasonable accommodation and procedures to request reasonable accommodation.

Current Process: The Adelanto facility provides disability-specific materials, translated as appropriate, for all detainees that inform them of their right to reasonable accommodation and procedures to request reasonable accommodation included in their intake packet which they receive upon arrival at the facility.

Action needed to comply: This area is compliant. The Adelanto facility provides disability-specific materials, translated as appropriate, for all detainees with disabilities, which explains the right to reasonable accommodation and procedures to request reasonable accommodation.

C.      **Grievance System**:

Defendants are ordered to ensure there is a process by which detainees can submit complaints or comments directly to the Medical or Conditions Monitors. Detainees must have free access to this system. Detainees must be able to submit a complaint or comment through (1) a physical written grievance submitted directly to the monitor or a locked box that is only accessible by the Medical or Conditions'

Monitors, or (2) through an electronic grievance submitted via a tablet that is only accessible by the Medical or Conditions Monitors. Federal Defendant [*sic*] must post written information about how to use this system throughout the facility in English and Spanish. Defendants must also ensure that the same information is provided to a detainee upon their request. Posters should not [*sic*] that the complaints or comments go directly to (1) the monitor or a locked box or (2) through an electronic grievance. Defendants must ensure that all staff are trained to answer any questions about this system from the detainees.

> Current Process: PWS: V.D.24.d.3. - The Medical Service Provider shall implement an internal review and quality assurance program for the purposes of maintaining operations in accordance with the current PBNDS 2011, NCCHC and/or ACA. The QA program shall include: d) On-site monitoring of health service outcomes on a regular basis through: 3. Investigation of complaints and grievances.

> Action needed: ICE is currently reviewing existing facility contractual standards and requirements and will be reviewing those same standards with GEO. GEO will establish a new handwritten grievance process for confidential submission to the monitor. GEO has also requested that ICE establish a grievance mailbox on its Talton tablet.

## III.    CONCLUSION

ICE is committed to complying with the Court's order and ensuring the safety, health, and rights of all detainees. This plan will be updated as necessary to reflect ongoing progress and any additional requirements.