UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| L.T., SEVAK MESROBIAN, JOSE MAURO SALAZAR GARZA, AND J.M., on behalf of themselves and all others similarly situated; COALITION FOR HUMANE IMMIGRANT RIGHTS, <br><br> Plaintiffs, <br><br> v. <br><br> U.S. IMMIGRATION AND CUSTOMS ENFORCEMENT; DAVID J. VENTURELLA, Senior Official Performing the Duties of the Director; JAIME RIOS, Acting Director of Los Angeles Field Office, Enforcement and Removal Operations, U.S. Immigration and Customs Enforcement; U.S. DEPARTMENT OF HOMELAND SECURITY; MARKWAYNE MULLIN, Secretary, U.S. Department of Homeland Security, <br><br> Defendants. | Case No. 5:26-cv-00322-SSS (SPx) <br><br> **JOINT STIPULATION TO APPOINT KELLIE WASKO AS INDEPENDENT CONDITIONS MONITOR** <br><br> **CLASS ACTION** <br><br> Ctrm: 2, 2nd Floor <br> 3470 12th Street <br> Riverside, CA 92501 <br> Hon. Sunshine Sykes |

## JOINT STIPULATION TO APPOINT KELLY WASKO AS INDEPENDENT CONDITIONS MONITOR

1. On July 16, 2026, the Court entered a Preliminary Injunction requiring parties to submit proposal(s) on Medical and Conditions Monitors no later than July 30, 2026.

2. The Parties have met and conferred and jointly propose the appointment of Kelly Wasko as the Court's expert and Conditions Monitor, pursuant to the terms of the Preliminary Injunction. Kelly Wasko's CV is attached as Exhibit A. The Parties also jointly propose Scott Frakes as an alternative to Kellie Wasko, if for some reason the Court deems Ms. Wasko not suitable for the role of Conditions Monitor. Scott Frakes's CV is attached as Exhibit B.

3. Plaintiffs have conferred with both Ms. Wasko and Mr. Frakes and confirm that both are willing and able to take on the role of Conditions Monitor.

4. Ms. Wasko brings nearly three decades of corrections and detention facility experience directly relevant to these areas, having served as Secretary of Corrections for the South Dakota Department of Corrections—where she oversaw eight prisons and developed an internal security audit tool to ensure all facilities consistently met operational and sanitation requirements—and as Deputy Executive Director of the Colorado Department of Corrections, where she managed statewide operations across 23 prisons. She has specific expertise in the key subject areas covered by the Order: she implemented food service programs providing heart-healthy meals with better caloric monitoring, established evidence-based policy and practice for restrictive housing and special management consistent with best practices, and developed nearly 300 policies articulating evidence-

JOINT STIPULATION APPOINTING KELLIE WASKO AS CONDITIONS MONITOR / Case No. 5:26-cv-00322-SSS-SPx

based practices consistent with ACA and NCCHC performance-based standards. Ms. Wasko also has direct experience monitoring private detention facilities, having provided oversight of private prisons in Colorado, and she currently consults with county jails on clinical and operational management strategies and serves as a corrections expert on the advisory committee for the Health and Reentry Project (HARP). Her independence as a current consultant, combined with her deep operational expertise and national leadership in correctional standards, make her an ideal candidate for this appointment.

**IT IS SO STIPULATED.**

Dated: July 30, 2026                    Respectfully Submitted,

                                         WILLKIE FARR & GALLAGHER LLP

                                         By:   */s/ Nicholas Reddick*
                                                Nicholas Reddick
                                                Stephen Henrick
                                                Alyxandra Vernon
                                                Jacob Karim


                                         PUBLIC COUNSEL

                                         By:   */s/ Rebecca Brown*
                                                Rebecca Brown
                                                Sophia Wrench
                                                Amelia Piazza
                                                Belinda Escobosa

3

JOINT STIPULATION APPOINTING KELLIE WASKO AS CONDITIONS
MONITOR / Case No. 5:26-cv-00322-SSS-SPx

IMMIGRANT DEFENDERS LAW CENTER

By:    */s/ Alvaro M. Huerta*
       Alvaro M. Huerta
       Carson Adrianna Scott
       Alison Steffel


COALITION FOR HUMANE IMMIGRANT RIGHTS

By:    */s/ Carl Bergquist*
       Carl Bergquist
       Adam Reese

*Attorneys for Plaintiffs*


Dated:  July 30, 2026                TODD BLANCHE
                                     Deputy Attorney General
                                     BILAL A. ESSAYLI
                                     First Assistant United States Attorney
                                     DANIEL A. BECK
                                     Assistant United States Attorney
                                     Acting Chief, Civil Division
                                     ALARICE M. MEDRANO
                                     Assistant United States Attorney
                                     Acting Chief, Complex and Defensive
                                     Litigation Section

                                     */s/ Daniel A. Beck*
                                     DANIEL A. BECK
                                     Assistant United States Attorney

                                     *Attorneys for Defendants*

4

JOINT STIPULATION APPOINTING KELLIE WASKO AS CONDITIONS
MONITOR / Case No. 5:26-cv-00322-SSS-SPx

**ATTESTATION**

I, Nicholas Reddick, counsel for Plaintiffs, hereby attest pursuant to Local Rule 5-4.3.4 of the United States District Court for the Central District of California that concurrence in the filing of this Joint Stipulation has been obtained from each of the other signatories. Specifically, I attest that Daniel A. Beck, counsel for Defendants, has authorized me to affix his electronic signature to this Joint Stipulation and to file this document on their behalf with the Court via the CM/ECF system.

By:  */s/ Nicholas Reddick*
　　　Nicholas Reddick

JOINT STIPULATION APPOINTING KELLIE WASKO AS CONDITIONS MONITOR / Case No. 5:26-cv-00322-SSS-SPx