TODD BLANCHE
Acting Attorney General
BILAL A. ESSAYLI
First Assistant United States Attorney
DANIEL A. BECK (Cal. Bar No. 204496)
Assistant United States Attorney
Acting Chief, Civil Division
ALARICE M. MEDRANO
Assistant United States Attorney
Acting Chief, Complex and Defensive Litigation Section
PUSHKAL MISHRA (Cal. Bar No. 298695)
Special Assistant United States Attorney
Federal Building, Suite 7516
300 North Los Angeles Street
Los Angeles, California 90012
Telephone: (714) 338-3503
E-mail: pushkal.mishra@usdoj.gov

Attorneys for Defendants

UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| L.T., et al.,<br><br>Plaintiffs,<br><br>v.<br><br>U.S. IMMIGRATION AND CUSTOMS ENFORCEMENT, et al.,<br><br>Defendants. | No. 5:26-cv-00322-SSS-SP<br><br>**DECLARATION OF DANIEL A. BECK IN SUPPORT OF DEFENDANTS' EX PARTE APPLICATION FOR A STAY PENDING APPEAL**<br><br>Honorable Sunshine S. Sykes<br>United States District Judge |

**DECLARATION OF DANIEL A. BECK**

1. I am an Assistant United States Attorney in the Civil Division of the U.S. Attorney's Office for the Central District of California, and I am counsel of record for Defendants in the above-captioned matter. I have personal knowledge of the following facts and, if called upon, could and would testify truthfully to them. I submit this declaration in support of Defendants' Ex Parte Application for a Stay Pending Appeal and pursuant to Local Rules 7-19 and 7-19.1.

2. By the accompanying ex parte application, Defendants ask the Court to stay enforcement of this Court's July 16, 2026 Order (ECF 104) in its entirety pending appeal.

3. On July 16, 2026, the Court entered its Order (ECF 104) granting in part Plaintiffs' renewed motion for a preliminary injunction, provisionally certifying a class and disability subclass, and directing Defendants—within fourteen days, by July 30, 2026—to file a remedial plan and to propose two Defendant-funded court-appointed monitors. Defendants have filed a notice of appeal of ECF 104 to the Ninth Circuit. ECF 109.

4. Defendants maintain that Ex parte relief is warranted because the matter is urgent and cannot be heard on the regular noticed-motion schedule in time to avoid irreparable harm. Absent a stay, Defendants will be required to comply with ECF 104 and to litigate the merits in parallel before the Ninth Circuit can act, imposing burdens that cannot later be undone and risking mooting the appeal. A short stay preserving the status quo avoids these harms. The need for ex parte relief is not the result of any lack of diligence by Defendants: The Court entered ECF 104 on July 16, 2026; Defendants presented a stay request on the record at the July 10, 2026 hearing, which the Court deferred (ECF 105 (Hr'g Tr.) 52:24–53:24); Defendants have filed a notice of appeal of ECF 104 to the Ninth Circuit (ECF 109); and the fourteen-day deadlines run to July 30, 2026.

5. Pursuant to Local Rule 7-19, counsel for Defendants orally notified counsel for Plaintiffs of the date, substance, and grounds of this ex parte application on July 30, 2026. Plaintiffs' counsel confirmed that Plaintiffs will oppose the requested stay.

6. Pursuant to Local Rule 7-19, Plaintiffs' counsel's contact information is set forth on their Complaint, but is copied below as well:

PUBLIC COUNSEL
REBECCA BROWN (SBN 345805)
rbrown@publiccounsel.org
SOPHIA WRENCH (SBN 354416)
swrench@publiccounsel.org
AMELIA PIAZZA (SBN 342473)
apiazza@publiccounsel.org
VANESSA RAE YOUNG
(SBN 352693)
vyoungviniegra@publiccounsel.org
ELIZABETH HERCULES-PAEZ
(SBN 320944)
eherculespaez@publiccounsel.org
610 South Ardmore Avenue
Los Angeles, CA 90005
Tel: 213-385-2977

IMMIGRANT DEFENDERS LAW CENTER
ALVARO M. HUERTA (SBN 274787)
ahuerta@immdef.org
CARSON ADRIANNA SCOTT (SBN 337102)
cscott@immdef.org
ALISON STEFFEL (SBN 346370)
asteffel@immdef.org
634 S. Spring Street, 10th Floor
Los Angeles, CA 90014
Tel: 213-634-0999

COALITION FOR HUMANE IMMIGRANT RIGHTS
CARL BERGQUIST (pro hac vice)
cbergquist@chirla.org
2351 Hempstead Road
Ottawa Hills, OH 43606
Tel: 310-279-6025
ADAM REESE (SBN 362898)
areese@chirla.org
2533 West Third Street, Suite 101
Los Angeles, CA 90057
Tel: 213-353-1333

WILLKIE FARR & GALLAGHER LLP
NICHOLAS REDDICK (SBN 288779)
nreddick@willkie.com
STEPHEN HENRICK (SBN 310539)
shenrick@willkie.com
ALYXANDRA VERNON (SBN 327699)
avernon@willkie.com
JACOB KARIM (SBN 340376)
jkarim@willkie.com
333 Bush Street, 34th Floor
San Francisco, CA 94104
Tel: 415-858-7400

7. Plaintiffs, through their counsel, have advised that they oppose the relief requested in the ex parte application.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on July 30, 2026, in Los Angeles, California.

*<u>/s/ Daniel Beck</u>*
DANIEL A. BECK