UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| L.T., et al.,<br>Plaintiffs,<br>v.<br>U.S. IMMIGRATION AND CUSTOMS ENFORCEMENT, et al.,<br>Defendants. | No. 5:26-cv-00322-SSS-SP<br>**[PROPOSED] ORDER GRANTING DEFENDANTS' EX PARTE APPLICATION FOR A STAY PENDING APPEAL**<br>Honorable Sunshine S. Sykes<br>United States District Judge |

Before the Court is Defendants' Ex Parte Application for a Stay Pending Appeal. Having considered the Application and the papers accompanying it, and good cause appearing, the Court GRANTS the Application. IT IS HEREBY ORDERED that, under Federal Rule of Civil Procedure 62(d) and Federal Rule of Appellate Procedure 8(a)(1), enforcement of this Court's July 16, 2026 Order (ECF 104) is STAYED in its entirety pending appeal.

**IT IS SO ORDERED**.

Dated: ______________________

___________________________________

HONORABLE SUNSHINE S. SYKES
UNITED STATES DISTRICT JUDGE