UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| L.T., SEVAK MESROBIAN, JOSE MAURO SALAZAR GARZA, AND J.M., on behalf of themselves and all others similarly situated; COALITION FOR HUMANE IMMIGRANT RIGHTS, <br><br> Plaintiffs, <br><br> v. <br><br> U.S. IMMIGRATION AND CUSTOMS ENFORCEMENT; DAVID J. VENTURELLA, Senior Official Performing the Duties of the Director; JAIME RIOS, Acting Director of Los Angeles Field Office, Enforcement and Removal Operations, U.S. Immigration and Customs Enforcement; U.S. DEPARTMENT OF HOMELAND SECURITY; MARKWAYNE MULLIN, Secretary, U.S. Department of Homeland Security, <br><br> Defendants. | Case No. 5:26-cv-00322-SSS (SPx) <br><br> **ORDER GRANTING JOINT STIPULATION TO APPOINT KELLIE WASKO AS INDEPENDENT CONDITIONS MONITOR** <br><br> **CLASS ACTION** <br><br> Ctrm:  2, 2nd Floor <br>        3470 12th Street <br>        Riverside, CA 92501 <br>        Hon. Sunshine Sykes |

ORDER GRANTING JOINT STIP TO APPOINT WASKO AS INDEPENDENT
CONDITIONS MONITOR / Case No. 5:26-cv-00322-SSS-SPx

## ORDER APPOINTING KELLIE WASKO AS INDEPENDENT CONDITIONS MONITOR

The parties have met and conferred, and have stipulated to a joint proposal for appointment of a Conditions Monitor to the Court. Having reviewed this submission, the Court hereby **ORDERS**:

1. Pursuant to Rule 706 of the Federal Rules of Evidence, Kellie Wasko shall be appointed as the Court's expert and Conditions Monitor as specified in the Preliminary Injunction.

2. Ms. Wasko shall be a rate as deemed reasonable by the Court.

**IT IS SO ORDERED.**

Dated: August 3, 2026

_____

SUNSHINE S. SYKES
United States District Judge

1

ORDER GRANTING JOINT STIP TO APPOINT WASKO AS INDEPENDENT
CONDITIONS MONITOR / Case No. 5:26-cv-00322-SSS-SPx