UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| L.T., et al., ,<br><br>                    Plaintiffs,<br><br>          v.<br><br>U.S. IMMIGRATION AND CUSTOMS ENFORCEMENT, et al.,<br><br>                    Defendants. | Case No. 5:26-cv-00322-SSS (SPx)<br><br>[PROPOSED] ORDER APPOINTING MARC STERN AS MEDICAL MONITOR<br><br>CLASS ACTION<br><br>[NOTE: CHANGES MADE BY COURT] |

### [PROPOSED] ORDER APPOINTING MARC STERN AS MEDICAL MONITOR

In an order on July 16, 2026, the Court found that Plaintiffs had demonstrated they are likely to prevail on the merits of their Fifth Amendment and Rehabilitation Act claims. The Court concluded that Plaintiffs would suffer irreparable harm if the Court did not issue relief, and that the balance of the equities and public interest favored a preliminary injunction. Accordingly, the Court granted in part Plaintiffs' Motion for Preliminary Injunction and provisionally certified the Class. *See* Dkt. No. 104. The order

enumerated specific immediate relief, and ordered Defendants to provide access to two monitors—a Medical Monitor and a Conditions Monitor—to ensure compliance with the immediate provision of specified conditions and the development of a remediation plan for the provision of adequate health care and disability accommodations. *Id*. The Preliminary Injunction required the parties to meet and confer regarding the selection of the Medical and Conditions Monitors and to present their proposal(s) to the Court, after which the Court would enter a further Order of appointment. *Id.*

Both parties separately submitted their proposals for appointment of a Medical Monitor to the Court.  [Dkt. Nos. 110, 114].  The Court has considered Plaintiffs and Defendants' proposed Medical Monitors and their respective curricula vitae. Having reviewed those submissions, the Court hereby **ORDERS**:

1.    Pursuant to Rule 706 of the Federal Rules of Evidence, Marc Stern, M.D. shall be appointed as the Court's expert and Medical Monitor as specified in the Preliminary Injunction. Dr. Stern's *curriculum vitae* is attached as Exhibit B to Plaintiffs' proposal. Dr. Stern's review of patient-specific information shall be subject to protective order.[1]

2.    Dr. Stern shall be assisted by Lara Strick, M.D., who shall be granted the same access available to Dr. Stern under the applicable terms of the Preliminary Injunction. Dr. Strick's *curriculum vitae* is attached as Exhibit C to Plaintiff's proposal.  Dr. Strick's review of patient-specific information shall be subject to protective order.

//

//

//

---

[1] To the extent Plaintiffs, Defendants, or both believe a protective order is necessary to prevent the disclosure of sensitive or confidential information, the parties must either stipulate to a protective order or file a motion.

2

3.      Dr. Stern and Dr. Strick's reasonable rate of $500 per hour shall be paid by Defendants for their work in accordance with section 5(g) of the Preliminary Injunction.

**IT IS SO ORDERED.**

Dated: August 5, 2026

_____

SUNSHINE S. SYKES
United States District Judge

3