UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| L.T., SEVAK MESROBIAN, JOSE MAURO SALAZAR GARZA, AND J.M., on behalf of themselves and all others similarly situated; COALITION FOR HUMANE IMMIGRANT RIGHTS,<br><br>Plaintiffs,<br><br>v.<br><br>U.S. IMMIGRATION AND CUSTOMS ENFORCEMENT; DAVID J. VENTURELLA, Senior Official Performing the Duties of the Director; JAIME RIOS, Acting Director of Los Angeles Field Office, Enforcement and Removal Operations, U.S. Immigration and Customs Enforcement; U.S. DEPARTMENT OF HOMELAND SECURITY; MARKWAYNE MULLIN, Secretary, U.S. Department of Homeland Security,<br><br>Defendants. | Case No. 5:26-cv-00322-SSS (SPx)<br><br>**[PROPOSED] ORDER GRANTING PLAINTIFFS' APPLICATION FOR LEAVE TO FILE UNDER PSEUDONYM AND FOR LIMITED INTERIM PROTECTIVE ORDER, AND TO FILE DOCUMENTS UNDER SEAL**<br><br>**CLASS ACTION** |

WHEREFORE, the Court having considered Plaintiffs' Motion for Leave to Continue to Proceed Under Pseudonym and Application for Leave to Maintain Limited Documents Under Seal Pursuant to L.R. 79-5.2.2, and for good cause appearing, the Application is hereby **GRANTED**.

Petitioner's documents described below are hereby sealed with redactions in the public record as follows:

| Document | Portion to be Filed Under Seal |
|---|---|
| Declaration of M.F. | Caption Page<br>Portions of Page 1, Lines 1, 11.<br>Portions of Page 4, Lines 9-10. |

In the interest of judicial economy and not cluttering the docket, Petitioner's Motion for Leave to Continue to Proceed Under Pseudonym and Application for Leave to Maintain Limited Documents Under Seal Pursuant to L.R. 79-5.2.2 is GRANTED given the sensitive personally identifying information contained therein.

**IT IS SO ORDERED.**

DATED:________________

______________________________
SUNSHINE S. SYKES
United States District Judge