# AMENDED DECLARATION OF ROSA QUEVEDO

I, ROSA QUEVEDO, do hereby declare and state the following:

1. I am currently employed with the U.S. Department of Homeland Security (DHS), U.S. Immigration and Customs Enforcement (ICE), as an Assistant Field Office Director (AFOD) for Enforcement and Removal Operations (ERO). ICE/ERO at Adelanto is responsible for managing the immigration cases of detained individuals. I have held this position since July 2025. I have been employed by DHS since October 26, 2009, and I have been assigned to the Adelanto ICE Processing Center (APC) in Adelanto, California, since October 2015.

2. The statements in this declaration are based on my personal knowledge, reasonable inquiry, and information made available to me in the course of my official duties from information obtained from records, systems, databases, other DHS employees, and/or information portals maintained and relied upon by DHS.

3. This declaration is submitted in support of Defendants' Opposition to Plaintiffs' *Ex Parte* Application for Emergency Hearing re Injunction Compliance and Court-Appointed Monitors, ECF 123, filed August 27, 2026.

4. I have reviewed the *Ex Parte* Application to comply with a list of conditions of confinement and the Preliminary Injunction. ICE has implemented measures to meet the Preliminary Injunction's requirements; where an item requires coordination with The GEO Group, Inc. (GEO Group) or contract action, that coordination is underway. The following are the measures ICE has implemented in coordination with GEO Group:

**ICE AND GEO Group Implementation**

5. To my knowledge, on July 17, 2026, ICE informed GEO Group of the Preliminary Injunction. GEO Group was also subsequently made aware of the administrative stay. On August 20, 2026, ICE informed GEO Group the stay was lifted via my counterpart Ryan Smith, AFOD. GEO Group and ICE have worked, and continue to work, toward compliance with the Preliminary Injunction (PI), absent any documented security risk.

**Clean Drinking Water 24 Hours**

6. ICE provided a copy of the PI order to GEO Group and through coordination with ICE's Contracting Officers Representative III (COR) and has maintained that all water sources are clean, potable, and accessible to detainees 24 hours a day, seven days a week. In August 2026, a detainee made an allegation that a worm was found in his water bottle and alleged that the worm was in the water jugs. On or near the date of this event, I inquired with GEO Group/ICE, and GEO had already inspected the water jugs to ensure there was no insects or anything impacting the drinking water at that source. Based on this inspection there was no contamination, insects or larvae as alleged within the point source or within the water containers maintained by GEO Group. Should further requirements, such as locked containers, be ordered, the associated contract measures and timelines would be addressed by ICE contracting officials. Any further requirements to supply additional water quality requirements beyond the current measures which are compliant with any level of detention standards would create an undue burden and expense for ICE because the City of Adelanto provides the water to the facility. However, APC has clean potable water available 24 Hours as noted below. *See* Exhibit 1.

7. As previously provided, water at APC is sourced from the City of Adelanto Water Department, in partnership with PERC Water Corporation (PERC). Currently and prior to the Preliminary Injunction detainees had and currently have 24-hour access to clean potable water. Every dorm room has a water fountain which is accessible to detainees 24 hours per day as well as drinking fountains in the common areas and dayrooms. Detainees are free to obtain drinking water at any time throughout the day as their quarters remain unlocked even through the evening, unless for security reasons, when though not the norm, or during count. Detainees prefer to drink from the water jugs that are provided for added convenience because they mistakenly believe that the water fountains do not provide clean water. On or about January 2026, the drinking water was sampled and tested at various distribution points by an independent third party contracted by GEO throughout the facility

and determined to be clean per Food and Drug Administration (FDA) standards. Because the water tests clean inside the facility, additional water quality improvements could only be obtained through municipal infrastructure upgrades which ICE cannot do or compel the City of Adelanto or PERC to do.

**Nutritious Meals**

8. ICE provided a copy of the PI order to GEO Group and through coordination with ICE's COR and has maintained that all food sources are fresh and maintained based on their expiration date and overseen by a GEO Group nutritionist. On August 25-26, 2026, the GEO Group nutritionist assessed the monthly and daily nutritional intake and confirmed that the menu provides for approximately a 2,800-calorie intake. Meals are rotated on a five-week cycle for more selection options, while ensuring nutritional adequacy. On a weekly basis GEO Group and ICE conducted an additional site inspection viewing that all kitchen area were sanitized, clean, and food was being maintain during cooking hours at appropriate temperatures and preparation protocol overseen by the GEO Group food manager.

9. As previously noted, all food products served at APC are purchased from established commercial food vendors like Sysco, who supplies major restaurants, schools and other large institutions. Sysco provides similar food distribution services and supplies to K-12 public school and education facilities. Currently, detainees are provided with nutritious and calorie sufficient meals. The meals are selected from pre-approved five cycle menus. All meals are pre-approved by a certified dietician and tested for nutrition and caloric content to ensure that food quality standards are met. Each day GEO provides a daily menu for food preparation along with special requests or meal options for detainees with medically prescribed dietary requirements or specific religious dietary needs. Further, all kitchen equipment and serving areas, carts, and are cleaned and sanitized by GEO before and after meals throughout the day. All meals are controlled by the GEO kitchen manager utilizing industry wide standards, temperature control, and heating measures to include continued and ongoing refrigeration protocols before preparation. GEO discards food

daily after use and does not maintain packaged or canned goods beyond their expiration date. *See* Exhibit 2.

10. GEO takes a daily food sampling in the event a detainee raises any issue or concern with food. A full-time kitchen manager is continuously monitoring and inspecting the meal line and food provided to detainees throughout the day. For every meal service instance, a random meal is selected and provided to a Deportation Officer who is a member of the compliance team for consumption to ensure the highest quality standards. On May 19, 2026, the San Bernardino County Health Department inspected the APC kitchen and received a positive mark in accordance with the county guidelines for handling, processing, preparation, and cleanliness. All food preparation is maintained and served in accordance with ICE's Performance Based National Detention Standards 2011, revised in 2016 (PBNDS), food safety and inspection service guidelines.

**Sanitation, Hygiene, and Mold Remediation**

11. ICE provided a copy of the PI order to GEO Group and through coordination with ICE's COR has maintained sanitation and cleanliness with continued cleaning of the facility. On a daily basis, GEO staff cleans the facility and inspects for mold during daily cleaning by GEO Group, and there has been no mold identified throughout the facility. Specifically, there has been some soap residue from the shower areas, but no mold exists at APC. At this time, there has been no mold identified by GEO within the alleged areas noted by the Plaintiff, or within the ventilation system, shower areas, or any other areas of the facilities. The facility, including restrooms and shower areas, is cleaned daily, with the cleaning recorded in the cleaning logs. GEO provides all hygiene products, including feminine hygiene products, and soap for bathing at a central control point for all detainees at no cost. GEO inventories all hygiene products for bulk-ordering and maintains sufficient supplies for distribution to all detainees. Detainees can obtain hygiene products at a podium in the common area in the dorms that is staffed with a podium guard twenty-four hours a day, seven days a week. As a preventative waste measure, some products (e.g., bottle of body wash for shower use) come with a suggestion to exchange the empty

container for a full one. Any additional hygiene or sanitation standards imposed on APC in excess of commonly accepted standards would subject ICE to a significant and undue burden. Detainees also have access upon request to cleaning products in the janitor's closets in their dorms to clean their living space if desired. To provide further sanitation would require modification of the current contract as well as significantly increased costs. *See* Exhibit 3.

**Privacy**

12. ICE provided a copy of the PI order to GEO Group and through coordination with ICE's COR and GEO Group has reviewed the privacy shower areas and other privacy throughout the facility.

13. Privacy methods currently provided to detainees when using the restrooms and showers are compliant with the Prison Rape Elimination Act (PREA) and ICE Sexual Abuse and Assault Prevention and Intervention Program (SAAPI) requirements. The East facility already has existing privacy curtains in the shower area. In the West facility, the adjoining communal shower area is divided by walls and has already a limited view, unless someone is directly peering into the open showers due to the configuration of the shower walls. The West facility's configuration and design pose a security risk if curtains are installed due to limited view for the dorm officer and it could lead to potential hazards such as self-harm, harm of others, or concealment of contraband. The West facility houses high-level detainees, who are more prone to breaching security and violating facility rules if their actions could be concealed behind curtains. Further, modification of preexisting real property structures or concrete cement blocks would entail significant efforts outside the present contractual obligations to stand up privacy attachments required to be built-in to the walls for each shower, bathroom, or community area of the entire detention facility of more than 100 units. Any additional privacy standards imposed on APC in excess of commonly accepted standards would subject ICE to a significant and undue burden on additional capital improvements maintained by GEO, an unnamed party.

**Clothing and Bedding**

14. ICE provided a copy of the PI order to GEO Group and through coordination with ICE's COR and GEO Group has and continues to provide adequate clothing and bedding.

15. During intake, detainees are issued three pairs of trousers, three outer shirts, three undershirts, three boxer shorts/undergarments, one sweatshirt, three pairs of socks, and one pair of shoes. Clothing is replaced upon detainee's request. The detainee retains the same number of clothing items issued at intake. Clothing items can be exchanged for a replacement if they become damaged or worn out, or to change size. Laundry services are provided six days per week, with detainee clothing items being delivered in the morning to GEO and returned the same day in the afternoon. Any additional laundry standards imposed on APC, beyond the current process—which complies with commonly accepted standards—would impose an undue burden. During intake, detainees are issued two blankets – one wool and one cotton, one set of bed sheets, and one pillow. Laundry service for detainee bedding occurs with the same frequency as with clothing. To provide further sanitation would require modification of the current contract as well as significantly increased costs and undue burden to GEO, a nonparty.

**Outdoor Recreation**

16. ICE provided a copy of the PI order to GEO Group and through coordination with ICE's COR and GEO Group and continues to provide access to outdoor activities. On August 17, 2026, GEO Group reopened the large yard and continues to be accessible.

17. At APC, there is a large yard which consists of a full-sized soccer field, basketball court, benches, and walking area. The "mini- yard" is 990 square feet of unencumbered space (55' x 18'), and consists of a handball court, basketball half-court, and exercise area with a pull-up bar and exercise station. There are significant safety concerns with having too many detainees in the large yard at the same time, with the high concentration of higher-level security and flight risk detainees is of particular concern. This also is not operationally feasible given the number of hours in a day, the fact that outdoor temperatures in the high desert pose a heat/cold risk, and the fact that mandating a four-hour requirement of recreation time in the large yard would disrupt other competing

priority activities, such as ongoing immigration court schedules, client-attorney meetings, medical appointments, mealtimes, headcounts, family visitation schedules, and other operational concerns. Further, due to a recent attempted detainee escape, there is ongoing construction to secure recreational areas and fencing, which temporarily limits access to the “large” yard and is expected to be completed by next month. The most recent escape attempt was approximately a week ago in which the detainee was unwinding and cutting the bottom links in the chain link fence so the detainee could escape under the fence. Further, increasing the number of detainees in the yard at the same time creates unmanageable safety risks for all detainees due to various levels of security threat groups, exposing lower security level populations to interaction with dangerous detainees. Also, increased yard time would severely affect the ability to organize mealtimes, court appearances, and visitation times as well as require a subdivided yard due to population size. Further, modification of preexisting real property structures, such as the large yard, would entail contract changes and sufficient timeframes to divide of the large yard with appropriate fencing for segmented yards to maintain adequate security essentially creating divided mini-yards in order to maintain and ensure the safety of all detainees and not to mention to prevent attempted escapes of higher threat level detainees. At this time the detainees are afforded two hours of large yard time along with the medium yard that remains open during day, excluding headcount, and other extracurricular activities such as visiting, the law library for computer research, using tablets in their quarters, and attending mental health courses. Any additional recreation-time standards imposed on APC in excess of commonly accepted standards would subject ICE to a significant and undue burden, especially standards that would require significant capital expenditure, manpower, and services on GEO, a non-party. *See* Exhibit 4.

**Visitation Hours**

18. ICE provided a copy of the PI order to GEO Group and through coordination with ICE’s COR and GEO Group has and continues to provide visitation access, but for the security and staffing reasons described below, the current visitation schedule remains in

place.

19. Currently, physical contact within the guards' eyesight is permitted during visitation for some security groups and not for others. Also, as noted due to security concerns and manpower visitation hours remain in place. Restroom usage during visitation poses a heightened security risk due to the potential introduction of contraband into the facility and would require significant increase in guard personnel to provide escort to the restroom area and to search restroom area for potential contraband. The West facility has no restrooms co-located in close proximity to the visitation area because of the size of that wing. Departure from the West facility visitation area poses an additional security risk to contract personnel, since the outside visitor is required to exit the sterile environment and reintroduce themselves to APC security for assurance of their secure reentry through a security checkpoint and metal detector. The process is similar to that of entering and exiting the secure portion of an airport terminal. This is not the case for the East facility where positive control is maintained by GEO over third-party visitors that require use of the restroom that is in close proximity the holding area. Approximately two months ago, a detainee was caught during post-visitation pat-down with contraband that was transferred through physical contact during the visit. The visitor was subsequently charged for introducing contraband to the facility through physical contact. Per policy, pat down searches are standard industry practice at the start and end of a visitation session for security reasons. These security measures serve to prohibit the introduction or transfer of contraband inside the facility from the visitors, and failure to do so would pose a significant security risk by allowing unfettered access through proposed physical contact. This would increase the challenge of detecting and preventing any introduction of contraband, more specifically controlled substances like narcotics and fentanyl that are difficult to detect during pat searches due to their size and concealment. Again, unchecked facility access would be a high security risk with the introduction of contraband and weapons. This security threat would adversely impact the ability to maintain and safeguard contracted security personnel and would pose a safety risk for other detainees, visitors and

staff alike. The same security threat would exist for failing to meet limited visitation periods, which is not possible to maintain, where detainees are permitted to see visitors on the same day on a first-come basis, for the same reasons associated with compromising security along with implication of depriving other detainees of their own allocated visitation times. Due to safety and security for staff, detainees, and visitors, the schedule is strictly maintained for time and for division by security threat level of detainee.

**Headcounts**

20. Pursuant to the PI Order, on August 17, 2026, GEO Group reopened the large yard and continues to be accessible.

21. Currently, four headcounts are performed between 8:01 p.m. and 8:59 a.m. Increasing the time intervals between observations of the detainees prioritizes detainee convenience over operational needs and safety. The Court's rigid instruction regarding the number of headcounts to perform and how to perform them creates a significant risk to detainee health, safety, and welfare, as the lack of operational flexibility will adversely impact suicide prevention, prevention of introduction of contraband, identifying medical emergencies, prevention of physical assault by other detainees, etc. Also, restricting the manner and number of headcounts overall poses a safety risk to contracted detention personnel and detainee flight risk 24 hours a day. Further, headcounts can be performed without interrupting detainee sleep so long as the detainee has not obstructed the viewing window in the door. Obstructing the view from the door in this manner is a High Moderate Offense and security risk not to mention a preventive measure for operations to identify self-harm or illness immediately, per the Detainee Disciplinary Code.

22. If a detainee is placed in administrative segregation, that detainee must be given notice of (1) the reasons why they have been placed in administrative segregation within 24 hours of their placement, and (2) the process by which they can contest such placement. Any segregation must account for the detainee's mental and physical health and evaluate whether segregated housing is likely to worsen their health. The current policies and procedures are compliant with the terms set forth in the order.

**Accommodation and Disability Identification**

23. In accordance with the Remedial Plan filed July 30, 2026 (ECF 111), upon arrival and within 8 hours all detainees are triaged based on current disability-identification, assessment, accommodation practices, and medical and mental health needs. Continuation of medication is provided upon arrival.

5. I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on August 28, 2026, in Los Angeles County, CA.

ROSA M QUEVEDO
Digitally signed by ROSA M QUEVEDO
Date: 2026.08.28 13:55:06 -07'00'

Rosa Quevedo
Assistant Field Office Director

# Exh. 1


IGLOO
IGLOO





# Exh. 2





# Exh. 3


SSB4


DawnMist
Facial and Body Soap
DawnMist
Facial and Body Soap
Gel Fluoride Toothpaste
DIXON No. 2 / HB
DATE


2C
IGLOO
IGLOO
Janitor
CHILDREN'S BOOKS
DIXON

# Exh. 4





