TODD BLANCHE
Attorney General
BILAL A. ESSAYLI
First Assistant United States Attorney
DANIEL A. BECK
Assistant United States Attorney
Acting Chief, Civil Division
ALARICE M. MEDRANO
Assistant United States Attorney
Acting Chief, Complex and Defensive Litigation Section
PUSHKAL MISHRA (Cal. Bar No. 298695)
Special Assistant United States Attorney
Federal Building, Suite 7516
300 North Los Angeles Street
Los Angeles, California 90012
Telephone: (714) 338-3503
E-mail: pushkal.mishra@usdoj.gov

Attorneys for Defendants

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

L.T., *et al.*,

Plaintiffs,

v.

U.S. IMMIGRATION AND CUSTOMS ENFORCEMENT, *et al.*,

Defendants.

No. 5:26-cv-00322-SSS-SP

**DECLARATION OF PUSHKAL MISHRA IN SUPPORT OF DEFENDANTS' OPPOSITION TO PLAINTIFFS' EX PARTE APPLICATION FOR EMERGENCY HEARING (ECF 123)**

Honorable Sunshine Suzanne Sykes
United States District Judge

**DECLARATION OF PUSHKAL MISHRA**

I, Pushkal Mishra, do hereby declare and state as follows:

1. I am a Special Assistant U.S. Attorney at the U.S. Attorney's Office for the Central District of California (USAO). I am assigned to defend this action.

2. I make this declaration based upon my personal knowledge. If called as a witness, I could and would competently testify thereto.

3. I submit this declaration in support of Defendants' Opposition to Plaintiffs' Ex Parte Application for an Emergency Hearing (ECF 123), and to authenticate Exhibits 1 through 3 attached hereto.

4. Exhibit 1 to this declaration is a true and correct copy of an email thread among counsel for the parties. Read from the bottom up, the thread shows the following sequence.

a. On August 5, 2026, at 5:02 p.m., Plaintiffs' counsel Amelia Piazza notified Dr. Marc Stern of his appointment as the Court's Medical Monitor, copying counsel for both parties, and advised him that "because you are the Court's expert, the parties will refrain from contacting you without the Court's permission/direction."

b. On August 25, 2026, at 4:03 p.m., Dr. Stern emailed counsel for both parties; the complete text of that email appears in Exhibits 1 and 2.

c. On August 26, 2026, at 3:23 p.m., I emailed Plaintiffs' counsel, removing Dr. Stern from the thread, and wrote that although "neither party's counsel should normally contact the court-appointed monitors without the Court's permission or direction, Defendants have no objection to Plaintiffs' counsel responding to the email below with a mutually agreed upon statement"; I invited Plaintiffs' counsel to "propose any language so we could review and advise whether it is acceptable."

d. The next day, on August 27, 2026, at 10:51 a.m., Plaintiffs' counsel Jacob Karim replied to that email. His reply announced that Plaintiffs would file an

ex parte application that same day. Mr. Karim's proposed response to Dr. Stern stated, among other things: "Plaintiffs are filing a request for an emergency hearing to obtain clarity on the Monitors' obligations."

e. At 11:54 a.m., I responded, objecting that "it is not appropriate to argue what you are requesting" and stating that Defendants had no objection to a shorter, neutral response: "Dear Dr. Stern, Thank you for reaching out. We do not have any additional contact information for the Court. Please keep an eye out for additional information from counsel or the Court."

f. My email also memorialized my attempts to return Mr. Karim's calls on August 26, 2026, at approximately 2:56 p.m. and 2:57 p.m., without being able to connect or leave a voicemail, and offered to confer at or around 2:00 p.m. that day regarding "Plaintiffs' contemplated ex parte application, its timing, and the schedule for opposing briefing."

g. The call between counsel in fact took place at 11:56 a.m. Pacific Time that day, shortly after my email, and lasted approximately 14 minutes. On that call, I stated Defendants' position: Defendants initially opposed the Application in its current form and, after further discussion on the call, opposed the Application fully. I requested until 5:00 p.m. on Monday, August 31, 2026, to file Defendants' opposition.

5. At 1:48 p.m. on August 27, 2026, Mr. Karim sent Dr. Stern the neutral response Defendants had proposed. Attached hereto as Exhibit 2 is a true and correct copy of that email thread.

6. At 3:01 p.m. on August 27, 2026, Plaintiffs served Defendants by email with the sealed, unredacted Declaration of M.F., filed at ECF 125. Defendants had not been served with the unredacted declaration before that time. Attached hereto as Exhibit 3 is a true and correct copy of that service email.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge.

Executed on August 28, 2026, in Irvine, California.

*/s/ Pushkal Mishra*
Pushkal Mishra

# EXHIBIT 1

**Mishra, Pushkal (USACAC)**

| | |
|---|---|
| **From:** | Mishra, Pushkal (USACAC) |
| **Sent:** | Thursday, August 27, 2026 11:54 AM |
| **To:** | 'Karim, Jacob'; Beck, Daniel (USACAC) |
| **Cc:** | Amelia Piazza; Belinda Escobosa; Rebecca Brown; Sophia Wrench; Alvaro Huerta; Carson Scott; Alison Steffel; Carl Bergquist; Adam Reese; WFG-Adelanto |
| **Subject:** | RE: Monitoring in L.T. v. ICE |

Jacob,

I called you back yesterday around 2:56 pm for about 13 seconds and again at 2:57 pm for about 30 seconds, but was unable to connect with you or leave a voicemail. If you recall, we had a similar issue leading up to the July 10 PI hearing, but then at least I was able to leave a voicemail; this time, not so. In any event, I will try you again at or around 2:00 pm today so we can discuss Plaintiffs' contemplated ex parte application, its timing, and the schedule for opposing briefing. Alternatively, please call me again at the number below anytime after then.

As to Dr. Stern, it is not appropriate to argue what you are requesting. Defendants have no objection to you sending a shorter draft below, however.

> # # #
>
> Dear Dr. Stern,
>
> Thank you for reaching out. We do not have any additional contact information for the Court. Please keep an eye out for additional information from counsel or the Court.
>
> # # #

Thank you,

Pushkal Mishra
Special Assistant U.S. Attorney
U.S. Attorney's Office | Central District of California
411 W 4th St Ste 8000, Santa Ana, CA 92701-4540
(714) 338-3503 | pushkal.mishra@usdoj.gov

---

**From:** Karim, Jacob <JKarim@willkie.com>
**Sent:** Thursday, August 27, 2026 10:51 AM
**To:** Mishra, Pushkal (USACAC) <Pushkal.Mishra@usdoj.gov>; Beck, Daniel (USACAC) <Daniel.Beck@usdoj.gov>
**Cc:** Amelia Piazza <apiazza@publiccounsel.org>; Belinda Escobosa <bescobosa@publiccounsel.org>; Rebecca Brown <rbrown@publiccounsel.org>; Sophia Wrench <swrench@publiccounsel.org>; Alvaro Huerta <ahuerta@immdef.org>; Carson Scott <cscott@immdef.org>; Alison Steffel <asteffel@immdef.org>; Carl Bergquist <cbergquist@chirla.org>; Adam Reese <areese@chirla.org>; WFG-Adelanto <WFGAdelanto@willkie.com>
**Subject:** [EXTERNAL] RE: Monitoring in L.T. v. ICE

Pushkal and Dan,

Plaintiffs will be filing an *ex parte* application today requesting an emergency hearing on Defendants' non-compliance with the preliminary injunction and to obtain clarity on the Monitors' obligations. We will be asking the Court to give the Monitors notice of the hearing so they may attend. I left you and Dan voicemails at approximately 10:00am today and I also called and left voicemails on Tuesday afternoon at approximately 2:10pm to discuss these issues. Please call or email me back if you would like your position on the *ex parte* application noted in our filing.

We propose the following response to Dr. Stern:

Dear Dr. Stern,

Thank you for reaching out. We do not have any additional contact information for the Court. Plaintiffs are filing a request for an emergency hearing to obtain clarity on the Monitors' obligations. Please keep an eye out for additional information from counsel or the Court regarding the status of this hearing.

Best,

**Jacob Karim**
**Willkie Farr & Gallagher LLP**
333 Bush St | San Francisco, CA 94104
Direct: +1 415 858 7478 | Fax: +1 415 858 7599
JKarim@willkie.com | vCard | www.willkie.com bio

---

**From:** Mishra, Pushkal (USACAC) <Pushkal.Mishra@usdoj.gov>
**Sent:** Wednesday, August 26, 2026 3:23 PM
**To:** Karim, Jacob <JKarim@willkie.com>; Amelia Piazza <apiazza@publiccounsel.org>
**Cc:** Beck, Daniel (USACAC) <Daniel.Beck@usdoj.gov>
**Subject:** FW: Monitoring in L.T. v. ICE

***** EXTERNAL EMAIL *****

Amelia and Jacob,

(Taking off the court-appointed medical expert from this thread.)

Though neither party's counsel should normally contact the court-appointed monitors without the Court's permission or direction, Defendants have no objection to Plaintiffs' counsel responding to the email below with a mutually agreed upon statement. To that end, please feel free to propose any language so we could review and advise whether it is acceptable.

Thank you,

Pushkal

**From:** Marc Stern <marcstern@live.com>
**Sent:** Tuesday, August 25, 2026 4:03 PM
**To:** Amelia Piazza <apiazza@publiccounsel.org>; Mishra, Pushkal (USACAC) <Pushkal.Mishra@usdoj.gov>; Beck, Daniel (USACAC) <Daniel.Beck@usdoj.gov>; Karim, Jacob <jkarim@willkie.com>
**Cc:** Lara Strick (strickla23@gmail.com) <strickla23@gmail.com>
**Subject:** [EXTERNAL] RE: Monitoring in L.T. v. ICE

Attorneys,

After receiving the notification below of Lara's and my appointment in this case, and given Amelia's heads-up that the attorneys would not be able to communicate any further with us directly (unless so directed by the Court), I tried to reach out to the Court directly so that Lara and I could stay informed about the status of the case in order to be able to generally plan our calendars.

The only contact I could find was a general email for the court house ("SSS Chambers"). The person who responded to my email informed me that she learned from chambers that the judge's order appointing us has been stayed. Because learning of such important news shouldn't be accidental (as it was for learning of the stay), on August 11 I asked the SSS Chambers person, once again, if they could put me in touch with chambers directly.

I've not received a response to that email, but learned accidentally today from a colleague that the stay was denied which, if correct, would affect Lara's and my calendar planning.

If there's a way – without violating proper procedure – for the parties to help us be in direct communication with the Court so we can stay up to date on key developments in the case without relying on luck, ensuring that we remain responsive to the Court's needs, I would appreciate it!

Thank you.

Marc

**Marc F. Stern, MD, MPH**
**Affiliate Assistant Professor, School of Public Health,**
**University of Washington**
**Consultant in Correctional Health Care**
**Olympia, WA**
**+1 (360) 701-6520 (Pacific Time)**
**marcstern@live.com or**
**mfstern@uw.edu**

**From:** Amelia Piazza <apiazza@publiccounsel.org>
**Sent:** Wednesday, August 5, 2026 5:02 PM
**To:** Marc Stern <marcstern@live.com>
**Cc:** Mishra, Pushkal (USACAC) <pushkal.mishra@usdoj.gov>; Beck, Daniel (USACAC) <daniel.beck@usdoj.gov>; Karim, Jacob <jkarim@willkie.com>
**Subject:** Monitoring in L.T. v. ICE

Dear Marc,

This afternoon, the Court appointed you the Medical Monitor (with assistance from Lara) in the *L.T. v. ICE* litigation (see attached order). The Court also appointed Kellie Wasko as Conditions Monitor. More information should follow from the Court.

Going forward, because you are the Court's expert, the parties will refrain from contacting you without the Court's permission/direction.

We look forward to working with you.

Best,
Amelia

Public Counsel

**Amelia Piazza** | she/her
*Staff Attorney | Opportunity Under Law*

**Public Counsel** | 610 S. Ardmore, Los Angeles, CA 90005
O: 213-385-4703 | apiazza@publiccounsel.org

This message contains information which may be confidential and privileged. Unless you are the addressee (or authorized to receive for the addressee), you may not use, copy or disclose the message or any information contained in the message. If you have received the message in error, please advise the sender by reply e-mail and delete any version, response or reference to it. Thank you.

---

**Important Notice:** This email message is intended to be received only by persons entitled to receive the confidential information it may contain. Email messages to clients of Willkie Farr & Gallagher LLP presumptively contain information that is confidential and legally privileged; email messages to non-clients are normally confidential and may also be legally privileged. Please do not read, copy, forward or store this message unless you are an intended recipient of it. If you have received this message in error, please forward it back. Willkie Farr & Gallagher LLP is a limited liability partnership organized in the United States under the laws of the State of Delaware, which laws limit the personal liability of partners.

# EXHIBIT 2

## Mishra, Pushkal (USACAC)

**From:** Karim, Jacob <JKarim@willkie.com>
**Sent:** Thursday, August 27, 2026 1:48 PM
**To:** marcsternlive (Vendor); Amelia Piazza; Mishra, Pushkal (USACAC); Beck, Daniel (USACAC)
**Cc:** Lara Strick (strickla23@gmail.com)
**Subject:** [EXTERNAL] RE: Monitoring in L.T. v. ICE

Dear Dr. Stern,

Thank you for reaching out. We do not have any additional contact information for the Court. Please keep an eye out for additional information from counsel or the Court.

Best,

**Jacob Karim**
**Willkie Farr & Gallagher LLP**
333 Bush St | San Francisco, CA 94104
Direct: +1 415 858 7478 | Fax: +1 415 858 7599
JKarim@willkie.com | vCard | www.willkie.com bio

---

**From:** Marc Stern <marcstern@live.com>
**Sent:** Tuesday, August 25, 2026 4:03 PM
**To:** Amelia Piazza <apiazza@publiccounsel.org>; Mishra, Pushkal (USACAC) <pushkal.mishra@usdoj.gov>; Beck, Daniel (USACAC) <daniel.beck@usdoj.gov>; Karim, Jacob <JKarim@willkie.com>
**Cc:** Lara Strick (strickla23@gmail.com) <strickla23@gmail.com>
**Subject:** RE: Monitoring in L.T. v. ICE

***** EXTERNAL EMAIL *****

Attorneys,

After receiving the notification below of Lara's and my appointment in this case, and given Amelia's heads-up that the attorneys would not be able to communicate any further with us directly (unless so directed by the Court), I tried to reach out to the Court directly so that Lara and I could stay informed about the status of the case in order to be able to generally plan our calendars.

The only contact I could find was a general email for the court house ("SSS Chambers"). The person who responded to my email informed me that she learned from chambers that the judge's order appointing us has been stayed. Because learning of such important news shouldn't be accidental (as it was for learning of the stay), on August 11 I asked the SSS Chambers person, once again, if they could put me in touch with chambers directly.

I've not received a response to that email, but learned accidentally today from a colleague that the stay was denied which, if correct, would affect Lara's and my calendar planning.

If there's a way – without violating proper procedure – for the parties to help us be in direct communication with the Court so we can stay up to date on key developments in the case without relying on luck, ensuring that we remain responsive to the Court's needs, I would appreciate it!

Thank you.

Marc

**Marc F. Stern, MD, MPH**
**Affiliate Assistant Professor, School of Public Health,**
**University of Washington**
**Consultant in Correctional Health Care**
**Olympia, WA**
**+1 (360) 701-6520 (Pacific Time)**
**marcstern@live.com or**
**mfstern@uw.edu**

---

**From:** Amelia Piazza <apiazza@publiccounsel.org>
**Sent:** Wednesday, August 5, 2026 5:02 PM
**To:** Marc Stern <marcstern@live.com>
**Cc:** Mishra, Pushkal (USACAC) <pushkal.mishra@usdoj.gov>; Beck, Daniel (USACAC) <daniel.beck@usdoj.gov>; Karim, Jacob <jkarim@willkie.com>
**Subject:** Monitoring in L.T. v. ICE

Dear Marc,

This afternoon, the Court appointed you the Medical Monitor (with assistance from Lara) in the *L.T. v. ICE* litigation (see attached order). The Court also appointed Kellie Wasko as Conditions Monitor. More information should follow from the Court.

Going forward, because you are the Court's expert, the parties will refrain from contacting you without the Court's permission/direction.

We look forward to working with you.

Best,
Amelia

**Amelia Piazza** | she/her
*Staff Attorney* | *Opportunity Under Law*

**Public Counsel** | 610 S. Ardmore, Los Angeles, CA 90005
O: 213-385-4703 | apiazza@publiccounsel.org

This message contains information which may be confidential and privileged. Unless you are the addressee (or authorized to receive for the addressee), you may not use, copy or disclose the message or any information contained in the message. If you have received the message in error, please advise the sender by reply e-mail and delete any version, response or reference to it. Thank you.

---

**Important Notice:** This email message is intended to be received only by persons entitled to receive the confidential information it may contain. Email messages to clients of Willkie Farr & Gallagher LLP presumptively contain information that is confidential and legally privileged; email messages to non-clients are normally confidential and may also be legally privileged. Please do not read, copy, forward or store this message unless you are an intended recipient of it. If you have

received this message in error, please forward it back. Willkie Farr & Gallagher LLP is a limited liability partnership organized in the United States under the laws of the State of Delaware, which laws limit the personal liability of partners.

# EXHIBIT 3

**Mishra, Pushkal (USACAC)**

| | |
|---|---|
| **From:** | Cardona, Lillian <LCardona@willkie.com> |
| **Sent:** | Thursday, August 27, 2026 3:01 PM |
| **To:** | Beck, Daniel (USACAC); Mishra, Pushkal (USACAC) |
| **Cc:** | WFG-Adelanto@willkie.com; areese@chirla.org; asteffel@immdef.org; ahuerta@immdef.org; apiazza@publiccounsel.org; bescobosa@publiccounsel.org; cbergquist@chirla.org; cscott@immdef.org; rbrown@publiccounsel.org; swrench@publiccounsel.org |
| **Subject:** | [EXTERNAL] SERVICE: L.T. v. ICE / Case No. 5:26-cv-00322-SSS-SP / Service of Document Filed Under Seal (ECF 125) |
| **Attachments:** | 2026-08-27 [125] [SEALED] Declaration of M.F.pdf |

Counsel,

Attached for service, please find the sealed version of the Declaration of M.F. in Support of Plaintiff's Motion to Enforce the Preliminary Injunction, Plaintiffs' *Ex Parte* Application for Emergency Hearing re Injunction Compliance and Independent Monitors, filed today at ECF 125.

Thank you.

**Lillian Cardona**
Administrative Assistant
**Willkie Farr & Gallagher LLP**
333 Bush St | San Francisco, CA 94104
Direct: +1 415 858 7461 | Fax: +1 415 858 7599
LCardona@willkie.com | www.willkie.com
Pronouns: she, her, hers

---

**Important Notice:** This email message is intended to be received only by persons entitled to receive the confidential information it may contain. Email messages to clients of Willkie Farr & Gallagher LLP presumptively contain information that is confidential and legally privileged; email messages to non-clients are normally confidential and may also be legally privileged. Please do not read, copy, forward or store this message unless you are an intended recipient of it. If you have received this message in error, please forward it back. Willkie Farr & Gallagher LLP is a limited liability partnership organized in the United States under the laws of the State of Delaware, which laws limit the personal liability of partners.