UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
CIVIL MINUTES—
GENERAL

| | | | |
|---|---|---|---|
| Case No. | 5:26-cv-00322-SSS-SPx | Date | August 28, 2026 |
| Title | *L.T., et al., v. United States Immigration and Customs Enforcement, et al.* | | |

| | |
|---|---|
| Present: The Honorable | SUNSHINE S. SYKES, UNITED STATES DISTRICT JUDGE |

| | |
|---|---|
| Irene Vazquez | Not Reported |
| Deputy Clerk | Court Reporter |
| Attorney(s) Present for Plaintiff(s): | Attorney(s) Present for Defendant(s): |
| None Present | None Present |

**Proceedings: (IN CHAMBERS) ORDER REGARDING PLAINTIFFS' EX PARTE APPLICATION FOR EMERGENCY HEARING [DKT. NO. 123]**

On August 27, 2026, Plaintiffs applied *ex parte* for an emergency hearing regarding Defendants' alleged noncompliance with the preliminary injunction order and asking for further direction regarding the independent monitors' obligations. [*See* Dkt. No. 123].

Defendants are **ORDERED** to file a response to the *ex parte* application by August 31, 2026, at 2:00 p.m. A hearing is set on this matter on September 1, 2026, at 10:00 a.m. via Zoom videoconference.

**IT IS SO ORDERED.**