# DECLARATION OF DANIEL POMPLUN

I, Daniel A. Pomplun, hereby declare:

1. I am a Management Program Analyst and Contract Officer Representative ("COR") of the Los Angeles Field Office, Enforcement and Removal Operations ("ERO"), U.S. Immigration and Customs Enforcement ("ICE") within the U.S. Department of Homeland Security ("DHS"). I have held this position since June 2009. Prior to my current position, I also served as a COR/Branch Chief at U.S. Customs and Border Protection within DHS from 2003-2009. I also served with legacy Immigration and Naturalization Service from 2001-2003 as Director of Facilities Engineering for Central Region, and with the Federal Emergency Management Agency from 1994-2001.

2. As the COR, I review provisions of ICE contracts and Intergovernmental Service Agreements ("IGSAs") to verify that the parties' performance is compliant with contractual requirements. I have personal knowledge of the following facts, and if called upon, I would truthfully testify as set forth below.

3. The statements in this declaration are based on my personal knowledge, reasonable inquiry, and information made available to me in the course of my official duties from information obtained from records, systems, databases, other DHS employees, and/or information portals maintained and relied upon by DHS.

4. I have reviewed the *Ex Parte* Application to comply with a list of conditions of confinement and the Preliminary Injunction ("PI") in this case. Though the *Ex Parte* Application and Preliminary Injunction severely compromises ICE's ability to carry out its immigration enforcement responsibilities and operations at the Adelanto ICE Processing Center ("APC"), ICE has implemented measures and is working to meet all requirements to the extent practicable. Some of the provisions in the PI will require additional coordination with The GEO Group, Inc., ("GEO Group") and ICE Office of Acquisition. The following are the measures ICE has implemented in coordination with GEO Group:

**Clean Drinking Water 24 Hours**

5. On July 17, 2026, ICE, in coordination with the COR, informed GEO Group via e-mail of the requirements of the PI and GEO Group has maintained that all water sources are clean and potable. APC has clean potable water available 24 Hours and has not been in violation of the contract. Due to the municipal source of water, it is compliant with all state, federal, and local government testing requirements. Should alternative measures be ordered by the court, ICE COR has been in direct communication with GEO Group since the outset of the PI and are assessing alternatives, which could take up to various months, if capital improvements are not required.

**Nutritious Meals**

6. On July 17, 2026, ICE, in coordination with the COR, informed GEO Group via e-mail of the requirements of the PI and GEO Group has maintained that all meals are nutritious and in compliance with the contract.

**Sanitation, Hygiene, and Mold Remediation**

7. On July 17, 2026, ICE, in coordination with the COR, informed GEO Group via e-mail of the requirements of the PI and GEO Group has maintained that all sanitation and hygiene is in compliance with the PI order. No mold remediation is required or deficiencies with sanitation practices, since the facility is cleaned daily in compliance with all contract requirements and there is not any mold onsite. In some instances, with higher level traffic, the facility is cleaned twice a day. Although there were minor signs of wear in the shower and bath areas creating residue, GEO Group continued cleaning and implementing sanitation practices involving all areas of the facility.

**Clothing and Bedding**

8. On July 17, 2026, ICE, in coordination with the COR, informed GEO Group via e-mail of the requirements of the PI and GEO Group has maintained all necessary clothing and bedding. Should alternative measures be ordered by the court,

ICE COR has been in direct communication with GEO Group since the outset of the PI and are assessing alternatives, which could take up to various months, if capital improvements are not required.

**Outdoor Recreation**

9. On July 17, 2026, ICE, in coordination with the COR, informed GEO Group via e-mail of the requirements of the PI and GEO Group has maintained all necessary outdoor recreation areas are available to detainees as required. Should alternative measures be ordered by the court such as additional access time, ICE COR has been in direct communication with GEO Group since the outset of the PI and are assessing contract alternatives, which could take up to several months for additional GEO Group manpower, if capital improvements are not required.

**Visitation Hours**

10. On July 17, 2026, ICE, in coordination with the COR, informed GEO Group via e-mail of the requirements of the PI and GEO Group has assessed additional access for visitation hours. Should alternative measures be ordered by the court such as additional visitation time that interferes with normal operations at the facility or visitation that will cause the visitation rooms to reach capacity, ICE COR has been in direct communication with GEO Group since the outset of the PI and are assessing contract alternatives, which could take up to several months for additional GEO Group manpower, if capital improvements are not required.

I declare, pursuant to 28 U.S.C. § 1746, under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Executed on August 28, 2026, at Adelanto, California.

DANIEL A POMPLUN Digitally signed by DANIEL A POMPLUN Date: 2026.08.28 15:27:04 -07'00'

Daniel A. Pomplun

Management Program Analyst/Contract Officer Representative
DHS/ICE/ERO
Adelanto ICE Processing Center
Adelanto, California