UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
CIVIL MINUTES—
GENERAL

| | | | |
|---|---|---|---|
| Case No. | 5:26-cv-00322-SSS-SPx | Date | August 28, 2026 |
| Title | *L.T., et al., v. United States Immigration and Customs Enforcement, et al.* | | |

| | |
|---|---|
| Present: The Honorable | SUNSHINE S. SYKES, UNITED STATES DISTRICT JUDGE |

| | |
|---|---|
| Irene Vazquez | Not Reported |
| Deputy Clerk | Court Reporter |
| Attorney(s) Present for Plaintiff(s): | Attorney(s) Present for Defendant(s): |
| None Present | None Present |

**Proceedings: (IN CHAMBERS) ORDER MODIFYING PRELIMINARY INJUNCTION REGARDING THE INDEPENDENT MONITORS**

On July 16, 2026, the Court granted, in part, Plaintiffs' Renewed Motion for Preliminary Injunction. [Dkt. No. 104, Order]. Upon further review of the preliminary injunction, the Court modifies the following highlighted language to the Independent Monitors' section. [*See id.* at 5–7].

* * *

(5) **Independent Monitors:** To ensure compliance with the remedial plan described in paragraph 4, Defendants are ordered to provide access to two qualified, independent, third-party monitors for the duration of this litigation or until terminated by court order. One independent monitor will observe and report on the systems for medical care and disability accommodations ("Medical Monitor"), and the other will focus on the conditions of confinement ("Conditions Monitor").

a. **Selection of independent monitors:** The parties are ordered to meet and confer regarding the selection of the independent monitors and file a written proposal within 14 days of this order

identifying the proposed monitors. After receiving the parties' written proposal(s), the Court will then appoint the Medical and Conditions Monitors.

b. **Remedial plan review:** Within 14 days after their appointment or receipt of the remedial plan, whichever is later, the Medical Monitor must review the plan and provide feedback to the Court and the parties regarding the plan.

The parties will have 14 days after receipt of the Medical Monitor's feedback to meet and confer, and if necessary, submit feedback to the Court regarding the adequacy of the remedial plan.

The Court will then enter a separate order adopting a Remedial Plan based on the feedback from the Medical Monitor and the parties. That subsequent order will be incorporated by reference into this order.

c. **General duties:** The Medical and Conditions Monitors must prepare monthly reports for the Court and the parties detailing their findings and recommendations. The status reports are due on the 1st of every month. The first report is due by October 1, 2026. The Medical and Conditions Monitors may file any additional reports if they deem it necessary to apprise the Court of a particular situation.

d. **Permissions:** Defendants must ensure that: (1) the Medical and Conditions Monitors and any additional persons assisting the monitors are able to conduct unannounced, independent inspections of Adelanto Processing Center East and West; (2) the Court and its staff, including the United States Marshals have access to accompany the Medical and Conditions Monitors during any inspection, as needed; and (3) the Medical and Conditions Monitors have reasonable access to Adelanto Processing Center East and West, any physical and electronic health records relevant to the implementation of this order, staff, and detainees.

The Medical and Conditions Monitors must keep any medical records confidential to this case. If the Medical or Condition Monitors believe any medical records need to be filed on the

public docket, that monitor must first consult with the parties' counsel to determine whether such documents need to be filed under seal as required under Local Rule 79-5.2.2.

e. **Duration:** The Medical and Conditions Monitors will be appointed for the duration of this litigation if and until (1) this preliminary injunction order is dissolved by this Court or an intermediate appellate court, (2) a permanent injunction is entered, or (3) if this action is dismissed.

f. **Grievance System:** Defendants are ordered to ensure there is a process by which detainees can submit complaints or comments directly to the Medical or Conditions Monitors. Detainees must have free access to this system. Detainees must be able to submit a complaint or comment through (1) a physical written grievance submitted directly to the monitor or a locked box that is only accessible by the Medical or Conditions' Monitors, or (2) through an electronic grievance submitted via a tablet that is only accessible by the Medical or Conditions Monitors.

Federal Defendant must post written information about how to use this system throughout the facility in English and Spanish. Defendants must also ensure that the same information is provided to a detainee upon their request. Posters should not that the complaints or comments go directly to (1) the monitor or a locked box or (2) through an electronic grievance.

Defendants must ensure that all staff are trained to answer any questions about this system from the detainees.

g. **Payment of Costs and/or Fees:** Defendants must pay the Medical and Conditions Monitors' reasonable rates.

h. ***Ex Parte* Communications:** The Medical and Conditions Monitors must be permitted to engage in *ex parte* communications in the following circumstances:

1. **The Court:** The Medical and Conditions Monitors are permitted to confer *ex parte* with the Court regarding any issue arising under or relating to the preliminary injunction order. All communications will be privileged and are not subject to discovery.

2. **The Parties:** The Medical and Conditions Monitors are allowed to communicate *ex parte* with the parties' counsel relating to the performance of their duties. Each party must designate the attorney who will serve as the primary contact for the Medical and Condition Monitors. The parties must provide that attorney's contact information to the Medical and Condition Monitors within 14 days of this order and must notify the Court of the parties' designee.

3. **Class Members or Their Representatives:** The Medical and Conditions Monitors must be allowed to speak with the Adelanto Class and Disability Subclass members or their representatives. The parties must meet and confer to draft a notice that will be disseminated to detainees in the Adelanto ICE Processing Center. The notice must include the Medical and Condition Monitors' contact information, including their names and emails, so that a class members or their representative may report any compliance issues with the preliminary injunction order.

4. **Notice of *Ex Parte* Communications:** The Medical and Conditions Monitors must provide quarterly reports listing those persons involved in any *ex parte* communications, except those with the Court and the parties' primary contacts. The first quarterly report is due 90 days from the date of this order, and every 90 days after.

**IT IS SO ORDERED.**