UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

L.T., SEVAK MESROBIAN, JOSE MAURO SALAZAR GARZA, AND J.M., on behalf of themselves and all others similarly situated; COALITION FOR HUMANE IMMIGRANT RIGHTS,

Plaintiffs,

v.

U.S. IMMIGRATION AND CUSTOMS ENFORCEMENT; DAVID J. VENTURELLA, Senior Official Performing the Duties of the Director; JAIME RIOS, Acting Director of Los Angeles Field Office, Enforcement and Removal Operations, U.S. Immigration and Customs Enforcement; U.S. DEPARTMENT OF HOMELAND SECURITY; MARKWAYNE MULLIN, Secretary, U.S. Department of Homeland Security,

Defendants.

Case No. 5:26-cv-00322-SSS (SPx)

**~~[PROPOSED]~~ ORDER GRANTING PLAINTIFFS' APPLICATION FOR LEAVE TO FILE UNDER PSEUDONYM AND FOR LIMITED INTERIM PROTECTIVE ORDER, AND TO FILE DOCUMENTS UNDER SEAL**

**CLASS ACTION**

**[NOTE: CHANGES MADE BY COURT]**

WHEREFORE, the Court having considered Plaintiffs' Motion for Leave to Continue to Proceed Under Pseudonym and Application for Leave to Maintain Limited Documents Under Seal Pursuant to L.R. 79-5.2.2, and for good cause appearing, the Application is hereby **GRANTED**.

Plaintiffs' documents described below are hereby sealed with redactions in the public record as follows:

| Document | Portion to be Filed Under Seal |
|---|---|
| Declaration of M.F. | Caption Page<br>Portions of Page 1, Lines 1, 11.<br>Portions of Page 4, Lines 9-10. |

Plaintiffs' Motion for Leave to Continue to Proceed Under Pseudonym and Application for Leave to Maintain Limited Documents Under Seal Pursuant to L.R. 79-5.2.2 is **GRANTED** given the sensitive personally identifying information contained therein. Plaintiffs are further **ORDERED** to file a redacted version of the declaration by September 4, 2026.

**IT IS SO ORDERED.**

DATED: August 31, 2026

SUNSHINE S. SYKES
United States District Judge