UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
CIVIL MINUTES—
GENERAL

| | | | |
|---|---|---|---|
| Case No. | 5:26-cv-00322-SSS-SPx | Date | September 2, 2026 |
| Title | *L.T., et al., v. United States Immigration and Customs Enforcement, et al.* | | |

| | |
|---|---|
| Present: The Honorable | SUNSHINE S. SYKES, UNITED STATES DISTRICT JUDGE |

| | |
|---|---|
| Irene Vazquez | Not Reported |
| Deputy Clerk | Court Reporter |
| Attorney(s) Present for Plaintiff(s): | Attorney(s) Present for Defendant(s): |
| None Present | None Present |

**Proceedings: (IN CHAMBERS) ORDER DIRECTING CLERK TO UPDATE DOCKET**

On August 3, 2026, the Court appointed Kellie Wasko as its Condition Monitor. [Dkt. No. 117]. On August 5, 2026, the Court appointed Dr. Marc F. Stern as its Medical Conditions Monitor. [Dkt. No. 119].

The Clerk of Court is **DIRECTED** to update the docket to reflect these appointments with the following information:

**Kellie Wasko**
kelrn8@yahoo.com

**Dr. Marc F. Stern**
marcstern@live.com

//
//
//

Moreover, upon further review of the docket, the Court finds good cause to redact Ms. Wasko's personal identifying information—namely, her phone number and home address—from her resume, which was submitted in support of the parties' Joint Stipulation to Appoint Kellie Wasko as Independent Conditions Monitor. [*See* Dkt. No. 112-2]. Accordingly, the Clerk of Court is **DIRECTED** to seal Docket Number 112-2 and to file the attached redacted version of that entry.

**IT IS SO ORDERED.**

**Kellie R. Wasko**
[redacted]
kelrn8@yahoo.com

**Experience:**

**Independent Consultant**
**December 2025 – Present**

- Currently working on several consulting projects with the Falcon group as an operations and healthcare expert
- Conducting subject matter expert testimony in DOJ case
- Serve as Corrections expert on the advisory committee for the Health and Reentry Project (HARP)
- Consulting with county jails on clinical and operational management strategies

**Secretary of Corrections**
**South Dakota Department of Corrections**
**March 1, 2022 – October 20, 2025**

- Serve as a cabinet member to the Governor, overseeing the operations of 8 prisons, 14 parole offices, 1100 staff, 3900 offenders, and 4000 parolees.
- Supervise the executive team of 10 – mentoring for future leadership
- Provide strategic leadership and management of a corrections system
    - Assumed leadership of an agency that was in crisis and experiencing dangerous overcrowding
    - Established an Absconder Apprehension Unit, which decreased the state's absconder population from 486 to 95 in 2 years.
    - Implemented a graduated recruitment process and decreased the state's vacancy rate for correctional staff from 36% to 3%
    - Developed and implemented a 40-hour re-training program for every DOC state employee to attend, where the vision and appropriate training were delivered uniformly across the state
    - Established a functional organizational structure, consistent with modern corrections models, and hired the right people to fill those positions to benefit the state and the agency in leadership
    - Implemented appropriate security modifications at all state prisons and upgraded technology systems, and developed a replacement program by attrition
    - Developed an internal security audit tool to ensure that all facilities are consistently meeting operational and sanitation requirements
    - Established an Emergency Response Team (ERT)

  - Accomplished funding and design for a new female prison, opening in June of 2026
  - Accomplished funding and design for a new male facility, opening in 2029
  - Established the first Reentry program for inmates, which initiates assessments and treatments upon arrival and not at the end of the sentence
  - Established evidence-based policy and practice for a restrictive housing and special management process, consistent with best practices
  - Combined 3 agencies into one – the healthcare in corrections was provided under another agency, and the mental health services in corrections were provided under yet another agency – I coordinated a realignment to pull all clinical services into the Department of Corrections.
    - This included standing up a DOC-operated pharmacy that services all DOC facilities and is operated by the DOC – no contract pharmacies
    - Clinical standards and protocols did not exist and were developed for all clinical operations
    - Utilization Management was established, and Milliman Care Guidelines were implemented to establish a utilization management model and sound chronic care practices.
    - Non-formulary process was established and implemented
    - Polypharmacy assessment completed and ongoing audit tools developed
    - Developed policy and practice for a correctional healthcare Quality Management Program with oversight of CQI programs
      - Established dashboards for operational tracking and trending
      - Review panels for mortality and morbidity established
      - Psychological autopsy processes implemented
      - Extensive tracking of treatment before initiating involuntary medication protocols
    - Established dashboards for quality management, expected practices, and outcomes for each facility and overall agency performance
    - Conducted staffing analysis of all clinical positions to determine if the operational needs of each clinic were being fulfilled with the appropriate staffing patterns
      - Developed position descriptions for each corresponding position and requirements for levels of care
  - Developed and implemented a Mother - Infant Program for pregnant mothers to deliver their infants and live in a safe prison environment with their babies for those offenders released within 30 months
- Maintain my clinical credentials to stay current on correctional healthcare needs – currently licensed in South Dakota with a multi-state compact license for Registered Nurse. License # SD-RN R057365
  - Oversee health authority directives, policy and clinical standard development and review; Utilization Management program implementation; established MAT/MOUD

program throughout 8 prisons; established expansion process for Medicaid benefits and clinical in-reach and reentry program monitoring; implemented a food service program which provides heart healthy meals for all inmates to decrease medical diets and establish better caloric monitoring; accomplished funding and treatment for Hepatitis C for ***all*** offenders in custody

- Represent South Dakota on national platforms as we evolve our practices and demonstrate best practices
    - Current member of the Correctional Leaders Association (CLA)
    - Senior Advisor for HARP (Health and Reentry Project)
    - Member of the American Correctional Association
    - Serve as Chair for the American Correctional Association's Adult Corrections Committee (Reappointed terms through 2 presidents)
    - Past Chair of the American Correctional Association's Coalition of Correctional Health Authorities (CCHA), Current member as Associate
    - Past Chair of the American Correctional Association's Healthcare Committee – current member
    - Member of the American Correctional Association's Behavioral Health Committee and Substance Use Committee
    - Current member of the Board of Governors for the American Correctional Association (2 terms)
    - Current member of the Board for the Association of Women Executives in Corrections (3 terms)
- Manage effective and efficient policy development to establish a modern corrections model for prison operations, parole operations, clinical and administration, education, programming, case management, reentry, and inspector general operations.
    - Developed nearly 300 policies articulating evidence-based practices consistent with the Performance-Based Standards of the American Correctional Association and National Commission for Correctional Healthcare.
- Educate lawmakers and participate in legislative and governor-appointed task forces
    - I have participated in 5 Governor-appointed Task Forces
- Served as a subject matter expert in litigation regarding clinical and facility operations in both jails and prisons.

**CEO/President**
**Correctional Health Partners**
**Denver, CO**
**August 2019 – July 2022**

- Provided leadership and mentoring for a company that delivered medical management in jails and third-party administrator (TPA) services to large corrections agencies.
- Governed oversight of policy development and clinical structure for all contracted jails
    - Interacted with Sheriffs and commissioners across 5 states

- Developed and implemented policies for management of healthcare in detention facilities consistent with NCCHC and ACA, and maintained accreditation standards for full compliance
- Established and participated in the Quality Management Committee to ensure that tracking and trending of operations were efficient and safe

- Reviewed and presented RFP proposals to agencies seeking sound correctional healthcare models for their detention facilities.
- Engaged with state, local, and national entities as we led our partners through a pandemic. So far as traveling to sites to provide nursing care when we had significant impacts of COVID in the jails we contracted with, and our staff needed assistance
- Advised policy makers in numerous states on emerging trends in corrections
    - Presentations to legislative bodies, county commissioners, and city administrative boards regarding healthcare operations within detention facilities
    - Assisted Sheriffs in accomplishing appropriate staffing and funding levels for comprehensive medical models within jails

**Deputy Executive Director and Health Authority**
**Clinical Director and Health Authority**
**Assistant Director of Prisons**
**Warden**
**Associate Warden**
**Health Services Administrator and local health authority**
**Private Prison Monitoring Unit (clinical and training)**
**Colorado Department of Corrections**
**Colorado Springs, CO**
**2003-2019**

- Served for the Colorado Department of Corrections in numerous roles throughout this tenure, including Health Services Administrator (RN); Associate Warden, Warden, Assistant Director of Prisons, Director of Clinical and Correctional Services, and then served over 6 years as the Deputy Executive Director. Led statewide operations for prison, parole, clinical services, and education & reentry.
- Worked closely with the Executive Director to manage a nearly $1 billion budget for 24,000 inmates, 23 prisons, 19 parole offices, and over 6600 staff. Direct oversight of the Directors responsible for the agency operations. Developed and presented testimony to the legislature and served in the absence of the Executive Director.
- As a Warden, I managed prisons for both men and women of all custody levels at four different prisons. Responsible for the overall operations of prisons, including all security, programming, clinical, and administrative departments.
- Provided oversight to the private prisons after a large-scale riot in 2004.

- An integral contributor to the reforms on Restrictive Housing and developed the first alternative to RH for the mentally ill, with a Residential Treatment Program for the incarcerated.
- Extensive experience in clinical operations and facility operations. Served as the state Health Authority for 23 prison clinics for nearly 8 years and served as a local health authority for 3 prisons for 6 years.
- Responsible for the day-to-day operations of all healthcare delivery across the state
    - Managed a clinical operating budget of $158 million, and 1400 clinical staff
    - Supervised the Chief Medical Officer, Chief of Psychiatry, Chief of Mental Health, Chief of Clinical Operations, Chief of Dental, and Chief of Behavioral Health
    - Developed innovative efficiencies in the delivery of healthcare through establishing an on-site dialysis unit, on-site colonoscopy clinics, on-site oncology infusion center, centrally located physical therapy program, specialty telehealth programs for consults and follow-up appointments, and virtual on-call programs for providers.
    - Established a statewide quality management program (QMP) with tracking and tending dashboards, mortality and morbidity panels, clinic audits, and
    - Served as the medical chair for ACA accreditation audits and conducted statewide training for state auditors.
- Served as an instructor for the American Correctional Association's Correctional Behavioral Health Certification (CBHC)
- I participated in the American-European Prison Project in 2012 and traveled to Europe to see the conditions of confinement in the European culture. I was the team lead for the Colorado Department of Corrections for this project.
- National and international presenter on Restrictive Housing and Behavioral Health treatment for offenders with serious mental illness.
- National and international presenter on the dynamics of managing female offenders and the development and implementation of mother-infant bonding programs
- Provided legislative testimony that allocated funding (first in the country) for <u>all</u> offenders in our custody, infected with Hepatitis C, over $28 million.

**Nursing Supervisor/Staff Nurse – Corrections**
**Idaho Department of Corrections**
**& PRN for private juvenile detention center**
**1997-2003**
Provided nursing care to juvenile detainees and also adults, both male and female
Compliance nurse for ACA and NCCHC – auditor
Infection Control Nurse for Idaho Correctional Center
Established 100% compliance for a brand new correctional clinic in both ACA and NCCHC
Educator for correctional nursing and participated as a tactical medic on the Emergency Response Team (ERT) for a total of 12 years

Before my correctional healthcare journey, I served as a nurse in multiple settings, including med/surg, ICU, Oncology float, and managed an inpatient rehab unit as both an LPN and an RN. From 1999 to 2014, I worked full-time in a correctional setting and part-time on weekends in a hospital setting as a floor nurse (RN) in multiple departments. I maintain my nursing credentials and skills through assisting in clinics and conducting nursing education, policy development, and review.

Over the course of the last 15 years, I have also conducted independent consulting opportunities to assess clinical operations, restrictive housing management, special management housing, and the management of female offenders (NIC – Gender Informed Practice Assessment GIPA)

**Education:**
Boise State University – Nursing - 2002
Weber State University – Nursing - 1999
Norlite Nursing, MI certificate program – 1990
I've held numerous certifications over the years

**Notable Accomplishments:**
Received the Colorado Medal of Valor in 2005
Received the Colorado Medal of Merit in 2007
National Correctional Healthcare Leadership Award 2018
Correctional Leaders Association's Tom Clements Innovative Leader Award in 2025
Numerous other achievement awards throughout my career