UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
CIVIL MINUTES -
GENERAL

| | | | |
|---|---|---|---|
| Case No. | 5:26-cv-00322-SSS-SPx | Date | September 1, 2026 |
| Title | *L.T. et al v. U.S. Immigration and Customs Enforcement (ICE) et al* | | |

Present: The Honorable SUNSHINE S. SYKES, UNITED STATES DISTRICT JUDGE

| | |
|---|---|
| Irene Vazquez | RS-CS-2 |
| Deputy Clerk | Court Reporter |

| | |
|---|---|
| Attorney(s) Present for Plaintiff(s): | Attorney(s) Present for Defendant(s): |
| Jacob Faisal Karim | Pushkal Mishra, AUSA |
| Carson Adrianna Scott | Daniel A. Beck, AUSA |
| Rebecca Sarah Brown | |

**Proceedings: ZOOM HEARING RE: PLAINTIFFS' EX PARTE APPLICATION FOR EMERGENCY HEARING [DKT. 123]**

Counsel state their appearances. The Court addresses the application and grants the application to hold the emergency hearing. The Court touches upon the recent 9th Circuit decision and this Court's recent order modifying the preliminary injunction as to the independent monitors and hears from counsel. After those discussions, the Court reminds Defendants that if any provision of the injunction cannot be fulfilled, they shall file a motion to bring the issues to the Court's attention. Furthermore, the independent monitors may visit the facility unannounced. The Court further mentions its forthcoming order addressing the independent monitors' ability to take any materials they need to facilitate their inspection when visiting the facility.

**IT IS SO ORDERED.**

Time: 00:18
Initials of Preparer: iv