# EXHIBIT A

**Exhibit A: First Amended Preliminary Injunction, Section (5)(h):**

**~~Grievance~~ Comment System:** Defendants ~~are ordered to ensure there is~~will implement a process by which detainees can submit ~~complaints or~~ comments ~~directly~~ to the Medical or Conditions Monitors. Detainees ~~must~~ will have ~~free~~ reasonable access to this system, subject to the facility's legitimate security and operational requirements. The system will be available to detainees at no cost. Detainees must be able to submit ~~a complaint or comment through~~either:

~~-~~(1) a physical written ~~grievance~~ comment submitted via locked box in their housing unit; ~~directly to the monitor or a locked box that is only accessible by the Medical or Conditions' Monitors,~~ or

(2) ~~through~~ an electronic ~~grievance~~ comment submitted confidentially to Plaintiffs' counsel via ~~a~~ tablet ~~that is only accessible by the Medical or Conditions Monitors~~.

The comment system must be implemented within a reasonable time. Defendants will file a status report with the Court when the system is available. As an initial measure, Plaintiffs may provide their own secure boxes for detainees to place comments, which Defendants will place in each housing unit.

Plaintiffs' Counsel shall retrieve written comments from the locked boxes at minimum every fifteen (15) days. Plaintiffs shall forward copies of all written and electronic comments to the Monitors and Defendants' Counsel. Plaintiffs' Counsel may categorize or prioritize comments for the Monitors' review. Comments and the identities of those who submit them shall not be disclosed to persons other than the Monitors and Counsel.

~~Federal~~ Defendants will ~~must~~ post written information about how to use this system ~~throughout the facility~~in every housing unit in English and Spanish. The information should note that comments 1) are not a substitute for the grievance system, and 2) will not be reviewed by GEO or ICE.

Defendants ~~must also~~will ensure that the ~~same~~ information on how to submit a comment is provided to a detainee upon their request. ~~Posters should not that the complaints or comments go directly to (1) the monitor or a locked box or (2) through an electronic grievance.~~

~~Defendants must ensure that all staff are trained to answer any questions about this system from the detainees.~~ The parties will strive to agree on a one-page form to be provided to detainees to submit their written grievances.