UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
CIVIL MINUTES—
GENERAL

| | | | |
|---|---|---|---|
| Case No. | 5:26-cv-00322-SSS-SPx | Date | September 13, 2026 |
| Title | *L.T., et al., v. United States Immigration and Customs Enforcement, et al.* | | |

Present: The Honorable SUNSHINE S. SYKES, UNITED STATES DISTRICT JUDGE

| | |
|---|---|
| Irene Vazquez | Not Reported |
| Deputy Clerk | Court Reporter |
| Attorney(s) Present for Plaintiff(s): | Attorney(s) Present for Defendant(s): |
| None Present | None Present |

**Proceedings: (IN CHAMBERS) ORDER VACATING STATUS CONFERENCE FOR SEPTEMBER 14, 2026 [DKT. NO. 146]**

On September 12, 2026, in response to the Order Setting Status Conference for September 14, 2026, Defendants filed a declaration explaining that they expect to complete the necessary contract modifications by September 14, 2026. [Dkt. No. 148 at 2]. They further state that "all required steps to grant the Medical Monitor access to Sapphire are expected to take no longer than 24 to 48 hours after the required contract modification." [*Id.*].

Considering this declaration, the Court **VACATES** the Status Conference set for September 14, 2026, at 9:00 a.m. Defendants are **ORDERED** to file a status report by September 14, 2026, at 5:00 p.m. stating whether the contract modification was completed, and if it was, when they anticipate providing the Medical Monitor a remote orientation and remote access to Sapphire.

**IT IS SO ORDERED.**