TODD BLANCHE
Attorney General
BILAL A. ESSAYLI
First Assistant United States Attorney
DANIEL A. BECK
Assistant United States Attorney
Acting Chief, Civil Division
ALARICE M. MEDRANO
Assistant United States Attorney
Acting Chief, Complex and Defensive Litigation Section
PUSHKAL MISHRA (Cal. Bar No. 298695)
Assistant United States Attorney
Federal Building, Suite 7516
300 North Los Angeles Street
Los Angeles, California 90012
Telephone: (714) 338-3503
E-mail: pushkal.mishra@usdoj.gov

Attorneys for Defendants

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

L.T., et al.,

Plaintiffs,

v.

U.S. IMMIGRATION AND CUSTOMS ENFORCEMENT, et al.,

Defendants.

No. 5:26-cv-00322-SSS-SP

**DEFENDANTS' STATUS REPORT IN RESPONSE TO ECF 149**

Honorable Sunshine Suzanne Sykes
United States District Judge

On September 11, 2026, the Court ordered Defendants to file a declaration explaining why they had not yet provided the Medical Monitor a remote orientation and remote access to the electronic health records system used at the Adelanto ICE Processing Center, and set a status conference for September 14, 2026. ECF 146. Defendants filed the Declaration of Daniel A. Pomplun on September 12, 2026. ECF 148. The Court then vacated the status conference and ordered Defendants to file a status report by September 14, 2026, at 5:00 p.m., "stating whether the contract modification was completed, and if it was, when they anticipate providing the Medical Monitor a remote orientation and remote access to Sapphire." ECF 149 at 1.

Defendants respectfully report that ICE is still trying to get a final modification in place with GEO. The terms are still being negotiated, however.

Respectfully submitted,

Dated: September 14, 2026

TODD BLANCHE
Attorney General
BILAL A. ESSAYLI
First Assistant United States Attorney
DANIEL A. BECK
Assistant United States Attorney
Acting Chief, Civil Division
ALARICE M. MEDRANO
Assistant United States Attorney
Acting Chief, Complex and Defensive Litigation Section

*/s/ Pushkal Mishra*
PUSHKAL MISHRA
Assistant United States Attorney

Attorneys for Defendants