TODD BLANCHE
Attorney General
BILAL A. ESSAYLI
First Assistant United States Attorney
DANIEL A. BECK
Assistant United States Attorney
Acting Chief, Civil Division
ALARICE M. MEDRANO
Assistant United States Attorney
Acting Chief, Complex and Defensive Litigation Section
PUSHKAL MISHRA (Cal. Bar No. 298695)
Assistant United States Attorney
Federal Building, Suite 7516
300 North Los Angeles Street
Los Angeles, California 90012
Telephone: (714) 338-3503
E-mail: pushkal.mishra@usdoj.gov

Attorneys for Defendants

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| L.T., et al.,<br><br>Plaintiffs,<br><br>v.<br><br>U.S. IMMIGRATION AND CUSTOMS ENFORCEMENT, et al.,<br><br>Defendants. | No. 5:26-cv-00322-SSS-SP<br><br>**DEFENDANTS' STATUS REPORT IN RESPONSE TO ECF 155**<br><br>Honorable Sunshine Suzanne Sykes<br>United States District Judge |

On September 15, 2026, the Court ordered Defendants to show cause in writing why they had not complied with the preliminary injunction order and to file daily status reports detailing their progress in resolving three issues: (1) providing the Medical Monitor a remote orientation on how to navigate the electronic health records system used at the Adelanto ICE Processing Center; (2) providing the Medical Monitor remote access to that system; and (3) providing the Medical Monitor the requested lists. ECF 155. Defendants filed the Declaration of Daniel A. Pomplun in response earlier today, ECF 156, and respectfully further report as follows.

The requested lists have been provided. ICE received from GEO Group two patient lists—identifying detainees who are receiving medications and detainees who have been transported for off-site medical care within the last ninety days—and, after a review to remove any law-enforcement-sensitive information, provided them to the Medical Monitor today. ECF 156 ¶ 12.

Defendants have also taken steps to orient the monitors on GEO Group's Sapphire electronic health records system. ICE has secured from GEO Group the Sapphire Health User Manual and provided it to the Medical Monitor. Any questions on the use of Sapphire may be submitted to ICE for GEO Group follow-up, and GEO Group can provide immediate on-site orientation on Sapphire for all monitors. ECF 156 ¶ 11.

Defendants have no further update on remote access at this time. As previously reported, remote access to Sapphire, and the related remote orientation, requires a contract modification between ICE and GEO Group. ICE and GEO Group continue to negotiate that modification earnestly and in good faith and are working with all due speed to finalize it, but additional time is needed to complete it. Once the modification is executed, GEO Group is expected to provision the Medical Monitor's remote access and remote orientation within 24 to 48 hours, and Defendants will promptly notify the Court and the Medical Monitor. ECF 156 ¶¶ 8–10.

Respectfully submitted,

Dated: September 16, 2026

TODD BLANCHE
Attorney General
BILAL A. ESSAYLI
First Assistant United States Attorney
DANIEL A. BECK
Assistant United States Attorney
Acting Chief, Civil Division
ALARICE M. MEDRANO
Assistant United States Attorney
Acting Chief, Complex and Defensive Litigation Section

*/s/ Pushkal Mishra*
PUSHKAL MISHRA
Assistant United States Attorney

Attorneys for Defendants