UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
CIVIL MINUTES—
GENERAL

| | | | |
|---|---|---|---|
| Case No. | 5:26-cv-00322-SSS-SPx | Date | September 17, 2026 |
| Title | *L.T., et al., v. United States Immigration and Customs Enforcement, et al.* | | |

| | |
|---|---|
| Present: The Honorable | SUNSHINE S. SYKES, UNITED STATES DISTRICT JUDGE |

| | |
|---|---|
| Irene Vazquez | Not Reported |
| Deputy Clerk | Court Reporter |
| Attorney(s) Present for Plaintiff(s): | Attorney(s) Present for Defendant(s): |
| None Present | None Present |

**Proceedings: (IN CHAMBERS) ORDER DEFERRING SANCTIONS**

On September 16, 2026, the Court held a hearing on the Order to Show Cause Regarding Defendants' Noncompliance with the Preliminary Injunction Order (OSC). Based on Defendants' counsels' representations, the Court **DEFERS** imposing the sanctions described in the OSC from September 16, 2026, at 5:00 p.m. to September 21, 2026, at 5:00 p.m.

Defendants are reminded that they must file daily status reports detailing the progress they have made to resolve the issues identified in the OSC and the anticipated resolution date, if any. [Dkt. No. 155 at 3].

**IT IS SO ORDERED.**