UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
CIVIL MINUTES—
GENERAL

| | | | |
|---|---|---|---|
| Case No. | 5:26-cv-00322-SSS-SPx | Date | September 22, 2026 |
| Title | *L.T., et al., v. United States Immigration and Customs Enforcement, et al.* | | |

Present: The Honorable SUNSHINE S. SYKES, UNITED STATES DISTRICT JUDGE

| | |
|---|---|
| Irene Vazquez | Not Reported |
| Deputy Clerk | Court Reporter |
| Attorney(s) Present for Plaintiff(s): | Attorney(s) Present for Defendant(s): |
| None Present | None Present |

**Proceedings: (IN CHAMBERS) ORDER DISCHARGING ORDER TO SHOW CAUSE [DKT. NO. 155]**

On September 15, 2026, the Court ordered Defendants to show cause why they should not be monetarily sanctioned for their failure to (1) provide the Medical Monitor with a remote orientation on how to navigate their electronic health records; (2) provide the Medical Monitor with remote access to these records; and (3) provide the Medical Monitor with the requested lists. [Dkt. No. 155, Order at 3].

Since then, Defendants have filed daily status reports detailing their progress on these matters. [*See* Dkt. Nos. 156, 159, 163, 165, 167]. They state that, as of September 21, 2026, the monitors now have access to their electronic health records system, and that they are coordinating with the monitors for remote training. [Dkt. No. 167 at 2]. They also state that they provided the Medical Monitor with the requested lists. [Dkt Nos. 156 ¶ 12; 159 at 2].

Considering these responses, the September 15 order to show cause is **DISCHARGED**. No sanctions will be imposed.

**IT IS SO ORDERED.**