UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
CIVIL MINUTES—
GENERAL

| | | | |
|---|---|---|---|
| Case No. | 5:26-cv-00322-SSS-SP | Date | October 2, 2026 |
| Title | *L.T., et al., v. United States Immigration and Customs Enforcement, et al.* | | |

| | |
|---|---|
| Present: The Honorable | SUNSHINE S. SYKES, UNITED STATES DISTRICT JUDGE |

| | |
|---|---|
| Irene Vazquez | Not Reported |
| Deputy Clerk | Court Reporter |
| Attorney(s) Present for Plaintiff(s): | Attorney(s) Present for Defendant(s): |
| None Present | None Present |

**Proceedings: (IN CHAMBERS) ORDER TO SHOW CAUSE AND SETTING STATUS CONFERENCE**

The Medical and Conditions Monitors' have informed the Court that Defendants have not provided responsive documents or answers to the following:

**Medical Monitors' Requests:**

1. Access electronic medication administration records (eMAR);

2. Access to dental records; and

3. Access to documents in which practitioners acknowledge that they are aware of, and have addressed, critically abnormal diagnostic test results.

**Conditions Monitors' Requests:**

1. Photos from Conditions Monitors' September 2026 visit;

2. Master menu for the last 6 months with caloric values and the substitution reports;

3. List of all requested disability accommodations with dispositions of ***approved*** and ***denied*** for the last 6 months;

4. ADA requests for accommodations that were submitted by Defendants L.T., Sevak Mesrobian, Jose Mauro Salazar Garza, and J.M., including the following:

    a. Each of their requests for accommodation;

    b. Each of the documents showing that they were seen in the clinic with a provider and the providers notes for those visits;

    c. The disposition of each of those requests, approved or denied, and by whom; and

    d. If they were accommodated, please provide the order for each accommodation and the communication to the security staff of the accommodations and disability.

5. How many beds are in E1A, E1B, E1C, E1D, E2A, E2B and E2C?

6. How many visitation staff are assigned to the visiting room each day of the week, and at what times for the East and West visiting rooms?

7. How many non-contact visitation rooms are there on East and on West?

8. What is the maximum occupancy for the visiting room on East and West for contact visits?

9. Can you please have someone separate the medium custody classification into medium-low and medium-high statistics instead of a whole number for both?

10. Can I please get a copy of the ADA policy?

11. How many ADA showers are there, and locations?

12. How many ADA mobility cells are designated, and locations? (It's not "N/A"; it's yes or no and locations)

13. How many ADA toilets are there, and locations?

14. How many ADA sinks are there, and locations?

15. How many ADA cells for detainees with serious mental illness are there, and locations? (It's not "N/A"; it's yes or no and locations)

16. Do you have any ADA cells with strobe lights for the deaf, and locations? (It's not "N/A"; it's yes or no and locations)

17. Do you have any ADA cells designated for the blind, and locations? (It's not "N/A"; it's yes or no and locations)

18. Please provide copies of all ADA <u>requests</u> since January 2026.

19. There are 38 detainees on the list that were provided with "ADA" accommodations. I would like to see proof of practice. To determine this, I would like for the ADA Coordinator to select 3 names from that list and show me 1) the request for accommodations that was submitted, for each of the 3 names off the list I received, 2) the appointment date and notes that the provider saw the patient, designated ADA, and prescribed Durable Medical Equipment (DME) as an accommodation for the same 3, and then 3) proof of communication to the security staff of an ADA designation and DME assignment for the same 3 detainees. It's kind of like building an ACA file. I would like to see proof of practice for all components of the Disability Act requirements. It will allow me to spend time onsite in October reviewing physical plant and not paperwork.

20. I received the two lists of detainees that were housed in Administrative Segregation and Disciplinary Segregation for the last 6 months. Can I please have the same lists include the **<u>date in and date out</u>** for each detainee listed on those two lists? Also, please include the designation if they were "PC" detainees in Ad Seg. If a detainee was admitted to Disciplinary Seg or Ad Seg more than once in that time period, please include all dates of confinement in Disciplinary and Ad Seg for the time period.

21. Can I please get a copy of the dietitian report that was submitted approximately a month ago after her site visit?

Defendants are **ORDERED** to show cause in writing why they have not provided responsive documents or answers to each of the above requests. The written response is due by October 7, 2026. The Court **SETS** a status conference for October 9, 2026, at 1:00 p.m. via Zoom videoconference.

Defendants are also **ORDERED** to email a copy of the authorization letter described in the First Amended Preliminary Injunction, [*see* Dkt. No.147 at 6], to SSS_chambers@cacd.uscourts.gov by October 3, 2026, at 5:00 p.m.

**IT IS SO ORDERED.**