PUBLIC COUNSEL
REBECCA BROWN (SBN 345805)
rbrown@publiccounsel.org
SOPHIA WRENCH (SBN 354416)
swrench@publiccounsel.org
AMELIA PIAZZA (SBN 342473)
apiazza@publiccounsel.org
BELINDA ESCOBOSA (SBN 214178)
bescobosa@publiccounsel.org
610 South Ardmore Avenue
Los Angeles, CA 90005
Tel: 213-385-2977

*Attorneys for Plaintiffs*
Additional Counsel Listed on Following Page

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| L.T., SEVAK MESROBIAN, JOSE MAURO SALAZAR GARZA, AND J.M., on behalf of themselves and all others similarly situated; COALITION FOR HUMANE IMMIGRANT RIGHTS,<br>Plaintiffs,<br>v.<br>U.S. IMMIGRATION AND CUSTOMS ENFORCEMENT; DAVID J. VENTURELLA, Senior Official Performing the Duties of the Director; JAIME RIOS, Acting Director of Los Angeles Field Office, Enforcement and Removal Operations, U.S. Immigration and Customs Enforcement; U.S. DEPARTMENT OF HOMELAND SECURITY; MARKWAYNE MULLIN, Secretary, U.S. Department of Homeland Security,<br>Defendants. | Case No. 5:26-cv-00322-SSS-SPx<br><br>**PLAINTIFFS' NOTICE OF MOTION TO ENFORCE THE FIRST AMENDED PRELIMINARY INJUNCTION**<br><br>**CLASS ACTION**<br><br>**Ctrm:** 2, 2nd Floor<br>3470 12th Street<br>Riverside, CA 92501<br>Hon. Sunshine Sykes<br><br>Date Filed: January 26, 2026<br>Trial Date: November 8, 2027 |

IMMIGRANT DEFENDERS LAW CENTER
ALVARO M. HUERTA (SBN 274787)
ahuerta@immdef.org
CARSON ADRIANNA SCOTT (SBN 337102)
cscott@immdef.org
ALISON STEFFEL (SBN 346370)
asteffel@immdef.org
634 S. Spring Street, 10th Floor
Los Angeles, CA 90014
Tel: 213-634-0999

COALITION FOR HUMANE IMMIGRANT RIGHTS
CARL BERGQUIST (*pro hac vice*)
cbergquist@chirla.org
2351 Hempstead Road
Ottawa Hills, OH 43606
Tel: 310-279-6025

ADAM REESE (SBN 362898)
areese@chirla.org
2533 West Third Street, Suite 101
Los Angeles, CA 90057
Tel: 213-353-1333

WILLKIE FARR & GALLAGHER LLP
NICHOLAS REDDICK (SBN 288779)
nreddick@willkie.com
STEPHEN HENRICK (SBN 310539)
shenrick@willkie.com
ALYXANDRA VERNON (SBN 327699)
avernon@willkie.com
JACOB KARIM (SBN 340376)
jkarim@willkie.com
333 Bush Street, 34th Floor
San Francisco, CA 94104
Tel: 415-858-7400

VINCENT R. BIAGIOTTI (*pro hac vice*)
vbiagiotti@willkie.com
787 Seventh Avenue
New York, NY 10019-6099
Tel: 212-728-8000

*Attorneys for Plaintiffs*

TO THE COURT, ALL PARTIES, AND THEIR COUNSEL OF RECORD:

PLEASE TAKE NOTICE that on Friday, November 6, 2026, at 2:00 PM, or as soon thereafter as the matter may be heard, before the Honorable Sunshine S. Sykes, United States District Judge, Plaintiffs will and hereby do move for an order enforcing the First Amended Preliminary Injunction (ECF 147). Consistent with the Court's guidance at the September 1, 2026 status conference, Plaintiffs proceed by noticed motion and concurrently file an *Ex Parte* Application to Shorten Time.

Plaintiffs respectfully request that the Court: (1) order Defendants to take the specific compliance measures set out in Part V of the accompanying Memorandum to enforce Paragraphs 1(a)–(h) and 2 of the First Amended Preliminary Injunction; (2) issue an order requiring Defendants to show cause in writing why they should not be held in civil contempt for violations of those provisions; (3) upon a finding of contempt, impose prospective, purgeable coercive sanctions of $500 per day for each violated provision that remains uncured, accruing from a date set by the Court and purgeable upon a sworn showing of compliance verified by the Monitors; (4) require Defendants to file sworn, provision-by-provision compliance reports on the schedule set forth in the proposed order, including status reports following each compliance deadline and, if coercive sanctions are imposed, daily reports as to each provision subject to sanctions; and (5) grant such further relief as the Court deems just and proper.

Plaintiffs concurrently file an *Ex Parte* Application to Shorten Time requesting that this Motion be heard on October 16, 2026, with Defendants' opposition due October 13, 2026, and any reply due October 15, 2026.

Local Rule 7-3 Conference. Given the exigency of Plaintiffs' Motion following the Conditions Monitor's report filed on October 1, 2026 (ECF 177), Plaintiffs were unable to conduct the conference required by Local Rule 7-3 at least seven days before filing, and respectfully request that the Court excuse strict compliance with that requirement. Plaintiffs provided Defendants notice of this Motion on October 6, 2026,

and conferred with Defendants concerning the relief requested. *See* Declaration of Amelia Piazza ¶14.

This Motion is based on this Notice, the accompanying Memorandum of Points and Authorities, the declarations and exhibits filed concurrently herewith, the Conditions Monitor's Report (ECF 177) and the Medical Monitor's Report (ECF 176), the record in this action, and such further evidence and argument as may be presented at or before the hearing.

Pursuant to L.R. 5-4.3.4(a)(2)(i), the filer attests that all other signatories listed, and on whose behalf this filing is submitted, concur in the filing's content and have authorized the filing.

Dated: October 7, 2026

Respectfully Submitted,

WILLKIE FARR & GALLAGHER LLP

By: */s/ Nicholas Reddick*
Nicholas Reddick
Stephen Henrick
Alyxandra Vernon
Jacob Karim
Vincent R. Biagiotti (*pro hac vice*)

PUBLIC COUNSEL

By: */s/ Rebecca Brown*
Rebecca Brown
Sophia Wrench
Amelia Piazza
Belinda Escobosa

IMMIGRANT DEFENDERS LAW CENTER

By: */s/ Alvaro M. Huerta*
Alvaro M. Huerta
Carson Adrianna Scott
Alison Steffel

COALITION FOR HUMANE IMMIGRANT RIGHTS

By: */s/ Carl Bergquist*
Carl Bergquist (*pro hac vice*)
Adam Reese