FPUBLIC COUNSEL
REBECCA BROWN (SBN 345805)
rbrown@publiccounsel.org
SOPHIA WRENCH (SBN 354416)
swrench@publiccounsel.org
AMELIA PIAZZA (SBN 342473)
apiazza@publiccounsel.org
BELINDA ESCOBOSA (SBN 214178)
bescobosa@publiccounsel.org
610 South Ardmore Avenue
Los Angeles, CA 90005
Tel: 213-385-2977

*Attorneys for Plaintiffs*
Additional Counsel Listed on Following Page

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| L.T., SEVAK MESROBIAN, JOSE MAURO SALAZAR GARZA, AND J.M., on behalf of themselves and all others similarly situated; COALITION FOR HUMANE IMMIGRANT RIGHTS,<br>Plaintiffs,<br>v.<br>U.S. IMMIGRATION AND CUSTOMS ENFORCEMENT; DAVID J. VENTURELLA, Senior Official Performing the Duties of the Director; JAIME RIOS, Acting Director of Los Angeles Field Office, Enforcement and Removal Operations, U.S. Immigration and Customs Enforcement; U.S. DEPARTMENT OF HOMELAND SECURITY; MARKWAYNE MULLIN, Secretary, U.S. Department of Homeland Security,<br>Defendants. | Case No. 5:26-cv-00322-SSS-SPx<br><br>**DECLARATION OF AMELIA PIAZZA IN SUPPORT OF PLAINTIFFS' MOTION TO ENFORCE THE FIRST AMENDED PRELIMINARY INJUNCTION**<br><br>**Ctrm:** 2, 2nd Floor<br>3470 12th Street<br>Riverside, CA 92501<br>Hon. Sunshine Sykes<br><br>Date Filed: January 26, 2026<br>Trial Date: November 8, 2027 |

IMMIGRANT DEFENDERS LAW CENTER
ALVARO M. HUERTA (SBN 274787)
ahuerta@immdef.org
CARSON ADRIANNA SCOTT (SBN 337102)
cscott@immdef.org
ALISON STEFFEL (SBN 346370)
asteffel@immdef.org
634 S. Spring Street, 10th Floor
Los Angeles, CA 90014
Tel: 213-634-0999

COALITION FOR HUMANE IMMIGRANT RIGHTS
CARL BERGQUIST (*pro hac vice*)
cbergquist@chirla.org
2351 Hempstead Road
Ottawa Hills, OH 43606
Tel: 310-279-6025

ADAM REESE (SBN 362898)
areese@chirla.org
2533 West Third Street, Suite 101
Los Angeles, CA 90057
Tel: 213-353-1333

WILLKIE FARR & GALLAGHER LLP
NICHOLAS REDDICK (SBN 288779)
nreddick@willkie.com
STEPHEN HENRICK (SBN 310539)
shenrick@willkie.com
ALYXANDRA VERNON (SBN 327699)
avernon@willkie.com
JACOB KARIM (SBN 340376)
jkarim@willkie.com
333 Bush Street, 34th Floor
San Francisco, CA 94104
Tel: 415-858-7400

VINCENT R. BIAGIOTTI (*pro hac vice*)
vbiagiotti@willkie.com
787 Seventh Avenue
New York, NY 10019-6099
Tel: 212-728-8000

*Attorneys for Plaintiffs*

I, Amelia Piazza, under penalty of perjury pursuant to 28 U.S.C. § 1746, declare as follows:

1. I am an attorney licensed to practice in the State of California and before this Court. I am a staff attorney at the nonprofit law firm Public Counsel, co-counsel of record for Plaintiffs in this matter. I submit this declaration in support of Plaintiffs' Motion to Enforce the First Amended Preliminary Injunction. I have personal knowledge of the facts stated in this declaration, and, if called to testify as a witness, could and would testify competently to these facts.

2. On September 8, 2026, I conferred with Defendants' counsel Pushkal Mishra and Daniel Beck regarding the Court's Preliminary Injunction. Plaintiffs' counsel Rebecca Brown, Jacob Karim, Sophia Wrench, and Alison Steffel were also in attendance.

3. At that conference, Mr. Mishra represented that ICE placed an order for boxes in which detained individuals can submit written information to the Monitors. Mr. Mishra represented the boxes would arrive in approximately 30 to 40 days.

4. Mr. Mishra suggested that Plaintiffs supply interim boxes to use before the boxes ICE ordered arrived. Plaintiffs' counsel asked for information on the make and model of boxes ICE ordered; Mr. Mishra represented that he would inquire with ICE.

5. Defendants did not respond to Plaintiffs with information about the boxes ICE ordered.

6. On September 16, 2026, I emailed Defendants' counsel and stated that Plaintiffs were prepared to order interim boxes. I asked for the total number of housing units at Adelanto East and West, including both standard and special management units in order to ensure all detained individuals' access to the boxes. A true and correct copy of that email is attached to this Declaration as **Exhibit A**. See Exhibit A at 5.

7. Defendants did not respond to my email.

8. On September 21, 2026, I conferred with Defendants' counsel Pushkal Mishra and Daniel Beck. Plaintiffs' counsel Rebecca Brown, Carson Scott, Elodie Currier Stoffel and Vishal Sharoff were also in attendance.

9. At the conference, Mr. Mishra provided an estimated number of housing units at Adelanto (28). My colleague Ms. Brown provided the website link to the boxes Plaintiffs intended to order in the meeting chat function. I asked Mr. Mishra if the boxes Plaintiffs intended to order were acceptable to Defendants. Mr. Mishra said he would check with his client.

10. On September 23, 2026, I emailed Defendants' counsel and included the same link to the boxes Plaintiffs intended to order. I requested that if the make and model was not acceptable to ICE, Defendants would provide information regarding the boxes they had ordered. See Exhibit A at 5.

11. On September 25, 2026, Mr. Mishra replied that "ICE has not informed me of any position on these boxes or the boxes that have been ordered." See Exhibit A at 4.

12. On September 25, 2026, I replied to inform Defendants' counsel that Plaintiffs ordered the boxes. I also sent Defendants' counsel three documents: a proposed comment form for written submissions to the monitors (per ECF 147 at 8), a proposed instruction page about how to use the comment system (per ECF 147 at 7), and a proposed notice to class members regarding the monitors (per ECF 147 at 8). I asked for Defendants to provide their position on these documents as soon as possible. See Exhibit A at 3-4.

13. On September 30, 2026, I emailed Defendants' counsel again to inform them that Plaintiffs' counsel would deliver boxes on October 2. I requested that Defendants provide their position on the comment form, instruction page, and class notice by close of business on October 2. See Exhibit A at 3.

14. On October 6, 2026, I called Mr. Mishra to provide notice that Plaintiffs would be filing a Motion to Enforce the First Amended Preliminary Injunction

accompanied by an *Ex Parte* Application to Shorten Time. I provided the basis for the Motion and explained that due to the exigency, Plaintiffs intended to represent to the Court their inability to comply with the requirement under Local Rule 7-3 to meet and confer at least 7 days prior to the filing of the motion.

I declare under penalty of perjury under the laws of the State of California the foregoing is true and correct. Executed on October 7, 2026, in Los Angeles, California.

*/s/ Amelia Piazza*
Amelia Piazza