# EXHIBIT A

**From:** Rebecca Brown
**To:** Mishra, Pushkal (USACAC); Sophia Wrench; Amelia Piazza; Beck, Daniel (USACAC)
**Cc:** Adelanto; WFG-Adelanto; Jeannette Zanipatin; Adam Reese; Carl Bergquist; Carson Scott; Alison Steffel; Alvaro Huerta
**Subject:** Re: L.T. v. ICE - Monitor Comment Boxes
**Date:** Friday, October 2, 2026 8:53:50 AM
**Attachments:** image002.png

---

Thank you, Pushkal. Sophia will be there soon.

**Rebecca Brown** | she/her
*Supervising Attorney* | *Immigrants' Rights*
**Public Counsel** | 610 S. Ardmore, Los Angeles, CA 90005
O: 213-385-2977, ext. 235 | C: 213-827-2764
rbrown@publiccounsel.org

---

**From:** Mishra, Pushkal (USACAC) <Pushkal.Mishra@usdoj.gov>
**Sent:** Friday, October 2, 2026 8:29 AM
**To:** Sophia Wrench <swrench@publiccounsel.org>; Amelia Piazza <apiazza@publiccounsel.org>; Beck, Daniel (USACAC) <Daniel.Beck@usdoj.gov>
**Cc:** Adelanto <adelanto@publiccounsel.org>; WFG-Adelanto <wfgadelanto@willkie.com>; Jeannette Zanipatin <jzanipatin@chirla.org>; Adam Reese <areese@chirla.org>; Carl Bergquist <cbergquist@chirla.org>; Carson Scott <cscott@immdef.org>; Alison Steffel <asteffel@immdef.org>; Alvaro Huerta <ahuerta@immdef.org>
**Subject:** Re: L.T. v. ICE - Monitor Comment Boxes

Good morning, below please find a message from ICE:

GEO is aware and expecting the drop off.
Plaintiff's counsel will enter at the WEST LOBBY to meet a GEO representative.
Plaintiff's counsel will be met by Mr. Bacon, GEO Assistant Facilities Administrator, 661-478-5041.

Thank you,

Pushkal

---

**From:** Sophia Wrench <swrench@publiccounsel.org>
**Sent:** Thursday, October 1, 2026 3:21 PM
**To:** Amelia Piazza <apiazza@publiccounsel.org>; Mishra, Pushkal (USACAC)

<Pushkal.Mishra@usdoj.gov>; Beck, Daniel (USACAC) <Daniel.Beck@usdoj.gov>
**Cc:** Adelanto <adelanto@publiccounsel.org>; WFG-Adelanto <wfgadelanto@willkie.com>; Jeannette Zanipatin <jzanipatin@chirla.org>; Adam Reese <areese@chirla.org>; Carl Bergquist <cbergquist@chirla.org>; Carson Scott <cscott@immdef.org>; Alison Steffel <asteffel@immdef.org>; Alvaro Huerta <ahuerta@immdef.org>
**Subject:** [EXTERNAL] RE: L.T. v. ICE - Monitor Comment Boxes

Hi Pushkal,

Please let me know if there are any instructions to pass along on where I should deliver the boxes, or who I should speak with when I arrive.

Thank you.

Best,
Sophia

Public Counsel

**Sophia Wrench** | she/ella
*Staff Attorney* | *Immigrants' Rights*
**Public Counsel** | 610 S. Ardmore, Los Angeles, CA 90005
O: 213-385-2977, ext. 261 | swrench@publiccounsel.org

---

**From:** Amelia Piazza <apiazza@publiccounsel.org>
**Sent:** Thursday, October 1, 2026 3:12 PM
**To:** Mishra, Pushkal (USACAC) <Pushkal.Mishra@usdoj.gov>; Beck, Daniel (USACAC) <Daniel.Beck@usdoj.gov>
**Cc:** Adelanto <adelanto@publiccounsel.org>; WFG-Adelanto <wfgadelanto@willkie.com>; Jeannette Zanipatin <jzanipatin@chirla.org>; Adam Reese <areese@chirla.org>; Carl Bergquist <cbergquist@chirla.org>; Carson Scott <cscott@immdef.org>; Alison Steffel <asteffel@immdef.org>; Alvaro Huerta <ahuerta@immdef.org>
**Subject:** RE: L.T. v. ICE - Monitor Comment Boxes

Pushkal,

To pass along to ICE: counsel of record Sophia Wrench will be at the facility tomorrow morning to deliver the comment boxes.

**Amelia Piazza** | she/her
*Staff Attorney* | *Opportunity Under Law*
**Public Counsel** | 610 S. Ardmore, Los Angeles, CA 90005
O: 213-385-2977 x203 | apiazza@publiccounsel.org

This message contains information which may be confidential and privileged. Unless you are the addressee (or authorized to receive for the addressee), you may not use, copy or disclose the message or any information contained in the message. If you have received the message in error, please advise the sender by reply e-mail and delete any version, response or reference to it. Thank you.

---

**From:** Amelia Piazza <apiazza@publiccounsel.org>
**Sent:** Tuesday, September 29, 2026 8:15 PM
**To:** Mishra, Pushkal (USACAC) <Pushkal.Mishra@usdoj.gov>; Beck, Daniel (USACAC) <Daniel.Beck@usdoj.gov>
**Cc:** Adelanto <adelanto@publiccounsel.org>; WFG-Adelanto <wfgadelanto@willkie.com>; Jeannette Zanipatin <jzanipatin@chirla.org>; Adam Reese <areese@chirla.org>; Carl Bergquist <cbergquist@chirla.org>; Carson Scott <cscott@immdef.org>; Alison Steffel <asteffel@immdef.org>; Alvaro Huerta <ahuerta@immdef.org>
**Subject:** RE: L.T. v. ICE - Monitor Comment Boxes
**Importance:** High

Pushkal,

Please inform ICE that Plaintiffs' counsel will bring the interim comment boxes to the facility on **Friday, October 2**.

Regarding the documents I sent last Friday (the comment form and accompanying notice and instructions) – we don't want those to hold up implementation of the written comment system after the boxes are at the facility. Please let us know by **COB Friday** whether Defendants have signed off on each. I am attaching PDF versions for your convenience.

Thank you,
Amelia

**Amelia Piazza** | she/her
*Staff Attorney* | *Opportunity Under Law*
**Public Counsel** | 610 S. Ardmore, Los Angeles, CA 90005
O: 213-385-2977 x203 | apiazza@publiccounsel.org

This message contains information which may be confidential and privileged. Unless you are the addressee (or authorized to receive for the addressee), you may not use, copy or disclose the message or any information contained in the message. If you have received the message in error, please advise the sender by reply e-mail and delete any version, response or reference to it. Thank you.

---

**From:** Amelia Piazza
**Sent:** Friday, September 25, 2026 3:49 PM
**To:** 'Mishra, Pushkal (USACAC)' <Pushkal.Mishra@usdoj.gov>; Beck, Daniel (USACAC) <Daniel.Beck@usdoj.gov>
**Cc:** Adelanto <adelanto@publiccounsel.org>; WFG-Adelanto <wfgadelanto@willkie.com>; Jeannette Zanipatin <jzanipatin@chirla.org>; Adam Reese <areese@chirla.org>; Carl Bergquist <cbergquist@chirla.org>; Carson Scott <cscott@immdef.org>; Alison Steffel <asteffel@immdef.org>; Alvaro Huerta <ahuerta@immdef.org>
**Subject:** RE: L.T. v. ICE - Monitor Comment Boxes

Pushkal,

Plaintiffs ordered boxes today. We plan to deliver them to the facility next week; I will keep you updated.

I'm also attaching three documents for your review:

1. A notice for class members regarding the monitors, to be distributed at the facility
2. A comment form for written submissions to the monitor (PDF is one page, front and back)
3. A set of instructions to be posted by the boxes.

Please let us know Defendants' position on each; with the boxes coming in, we'd like to have final versions ready to go ASAP.

Thank you,
Amelia

**Amelia Piazza** | she/her
*Staff Attorney* | *Opportunity Under Law*

**Public Counsel** | 610 S. Ardmore, Los Angeles, CA 90005
O: 213-385-4703 | apiazza@publiccounsel.org

This message contains information which may be confidential and privileged. Unless you are the addressee (or authorized to receive for the addressee), you may not use, copy or disclose the message or any information contained in the message. If you have received the message in error, please advise the sender by reply e-mail and delete any version, response or reference to it. Thank you.

---

**From:** Mishra, Pushkal (USACAC) <Pushkal.Mishra@usdoj.gov>
**Sent:** Friday, September 25, 2026 5:44 AM
**To:** Amelia Piazza <apiazza@publiccounsel.org>; Beck, Daniel (USACAC) <Daniel.Beck@usdoj.gov>
**Cc:** Adelanto <adelanto@publiccounsel.org>; WFG-Adelanto <wfgadelanto@willkie.com>; Jeannette Zanipatin <jzanipatin@chirla.org>; Adam Reese <areese@chirla.org>; Carl Bergquist <cbergquist@chirla.org>; Carson Scott <cscott@immdef.org>; Alison Steffel <asteffel@immdef.org>; Alvaro Huerta <ahuerta@immdef.org>
**Subject:** RE: L.T. v. ICE - Monitor Comment Boxes

Hi Amelia,

ICE has not informed me of any position on these boxes or the boxes that have been ordered.

Thank you,

Pushkal

---

**From:** Amelia Piazza <apiazza@publiccounsel.org>
**Sent:** Wednesday, September 23, 2026 2:24 PM

**To:** Mishra, Pushkal (USACAC) <Pushkal.Mishra@usdoj.gov>; Beck, Daniel (USACAC) <Daniel.Beck@usdoj.gov>
**Cc:** Adelanto <adelanto@publiccounsel.org>; WFG-Adelanto <wfgadelanto@willkie.com>; Jeannette Zanipatin <jzanipatin@chirla.org>; Adam Reese <areese@chirla.org>; Carl Bergquist <cbergquist@chirla.org>; Carson Scott <cscott@immdef.org>; Alison Steffel <asteffel@immdef.org>; Alvaro Huerta <ahuerta@immdef.org>
**Subject:** [EXTERNAL] RE: L.T. v. ICE - Monitor Comment Boxes

Dear Pushkal and Dan,

As discussed Monday, these are the boxes we are planning to order tomorrow at 3pm. If these boxes are not acceptable to ICE, please provide the information for the boxes that ICE ordered.

Thank you,
Amelia

**Amelia Piazza** | she/her
*Staff Attorney* | *Opportunity Under Law*
**Public Counsel** | 610 S. Ardmore, Los Angeles, CA 90005
O: 213-385-4703 | apiazza@publiccounsel.org

This message contains information which may be confidential and privileged. Unless you are the addressee (or authorized to receive for the addressee), you may not use, copy or disclose the message or any information contained in the message. If you have received the message in error, please advise the sender by reply e-mail and delete any version, response or reference to it. Thank you.

---

**From:** Amelia Piazza
**Sent:** Wednesday, September 16, 2026 5:05 PM
**To:** Mishra, Pushkal (USACAC) <pushkal.mishra@usdoj.gov>; Beck, Daniel (USACAC) <daniel.beck@usdoj.gov>
**Cc:** Adelanto <adelanto@publiccounsel.org>; WFG-Adelanto <wfgadelanto@willkie.com>; Jeannette Zanipatin <jzanipatin@chirla.org>; Adam Reese <areese@chirla.org>; Carl Bergquist <cbergquist@chirla.org>; Carson Scott <cscott@immdef.org>; Alison Steffel <asteffel@immdef.org>; Alvaro Huerta <ahuerta@immdef.org>
**Subject:** L.T. v. ICE - Monitor Comment Boxes

Dan and Pushkal,

As I mentioned at the status conference, Plaintiffs are ready to order comment boxes. Please let us know the total number of housing units at Adelanto East and West, including both standard and special management units (for administrative segregation, disciplinary segregation, medical segregation, etc.).

Best,
Amelia

**Amelia Piazza** | she/her
*Staff Attorney | Opportunity Under Law*

**Public Counsel** | 610 S. Ardmore, Los Angeles, CA 90005
O: 213-385-4703 | apiazza@publiccounsel.org

This message contains information which may be confidential and privileged. Unless you are the addressee (or authorized to receive for the addressee), you may not use, copy or disclose the message or any information contained in the message. If you have received the message in error, please advise the sender by reply e-mail and delete any version, response or reference to it. Thank you.