PUBLIC COUNSEL
REBECCA BROWN (SBN 345805)
rbrown@publiccounsel.org
SOPHIA WRENCH (SBN 354416)
swrench@publiccounsel.org
AMELIA PIAZZA (SBN 342473)
apiazza@publiccounsel.org
BELINDA ESCOBOSA (SBN 214178)
bescobosa@publiccounsel.org
610 South Ardmore Avenue
Los Angeles, CA 90005
Tel: 213-385-2977

*Attorneys for Plaintiffs*
Additional Counsel Listed on Following Page

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| L.T., SEVAK MESROBIAN, JOSE MAURO SALAZAR GARZA, AND J.M., on behalf of themselves and all others similarly situated; COALITION FOR HUMANE IMMIGRANT RIGHTS,<br>Plaintiffs,<br>v.<br>U.S. IMMIGRATION AND CUSTOMS ENFORCEMENT; DAVID J. VENTURELLA, Senior Official Performing the Duties of the Director; JAIME RIOS, Acting Director of Los Angeles Field Office, Enforcement and Removal Operations, U.S. Immigration and Customs Enforcement; U.S. DEPARTMENT OF HOMELAND SECURITY; MARKWAYNE MULLIN, Secretary, U.S. Department of Homeland Security,<br>Defendants. | Case No. 5:26-cv-00322-SSS-SPx<br><br>**DECLARATION OF SOPHIA WRENCH IN SUPPORT OF PLAINTIFFS' MOTION TO ENFORCE THE FIRST AMENDED PRELIMINARY INJUNCTION**<br><br>**Ctrm:** 2, 2nd Floor<br>3470 12th Street<br>Riverside, CA 92501<br>Hon. Sunshine Sykes<br><br>Date Filed: January 26, 2026<br>Trial Date: November 8, 2027 |

IMMIGRANT DEFENDERS LAW CENTER
ALVARO M. HUERTA (SBN 274787)
ahuerta@immdef.org
CARSON ADRIANNA SCOTT (SBN 337102)
cscott@immdef.org
ALISON STEFFEL (SBN 346370)
asteffel@immdef.org
634 S. Spring Street, 10th Floor
Los Angeles, CA 90014
Tel: 213-634-0999

WILLKIE FARR & GALLAGHER LLP
NICHOLAS REDDICK (SBN 288779)
nreddick@willkie.com
STEPHEN HENRICK (SBN 310539)
shenrick@willkie.com
ALYXANDRA VERNON (SBN 327699)
avernon@willkie.com
JACOB KARIM (SBN 340376)
jkarim@willkie.com
333 Bush Street, 34th Floor
San Francisco, CA 94104
Tel: 415-858-7400

VINCENT R. BIAGIOTTI (*pro hac vice*)
vbiagiotti@willkie.com
787 Seventh Avenue
New York, NY 10019-6099
Tel: 212-728-8000

COALITION FOR HUMANE IMMIGRANT RIGHTS
CARL BERGQUIST (*pro hac vice*)
cbergquist@chirla.org
2351 Hempstead Road
Ottawa Hills, OH 43606
Tel: 310-279-6025

ADAM REESE (SBN 362898)
areese@chirla.org
2533 West Third Street, Suite 101
Los Angeles, CA 90057
Tel: 213-353-1333

*Attorneys for Plaintiffs*

I, Sophia Wrench, under penalty of perjury pursuant to 28 U.S.C. § 1746, declare as follows:

1. I am an attorney licensed to practice in the State of California and before this Court. I am a staff attorney at the nonprofit law firm Public Counsel, co-counsel of record for Plaintiffs in this matter. I submit this declaration in support of Plaintiffs' Motion to Enforce the First Amended Preliminary Injunction. I have personal knowledge of the facts stated in this declaration, and, if called to testify as a witness, could and would testify competently to these facts.

2. Between the issuance of the Court's order on July 16, 2026 and August 27, 2026, I spoke to several individuals detained at Adelanto. Information from my conversations was submitted to the court through my own declaration (Wrench Decl. ECF 123-4), the Declaration of Vasquez Marin (ECF 123-6), and the Declaration of M.F. (ECF 123-7). These were exhibits to the filing of Plaintiffs' *Ex Parte* Application for Emergency Hearing Regarding Injunction Compliance and Independent Monitors (ECF 123).

3. Since the status conference on September 4, 2026, I received more reports from Class members detained at Adelanto ICE Processing Center ("Adelanto"). On Thursday, October 1, 2026, I spoke over the phone to three men detained in three different units at Adelanto West, including Plaintiff Jose Mauro Salazar Garza ("Salazar"), and declarants Julius Omene Fredrick ("Fredrick"), and Saddam Samaan Daoud Samaan ("Samaan"). Additionally, I and other members of our co-counsel team have received reports from many other people detained at Adelanto over the course of the past month that corroborate these facts. The information below captures events and conditions at Adelanto between September 4, 2026 and October 2, 2026. As a whole, these reports indicate that since the status conference on September 4, 2026, the conditions at Adelanto remain largely the same and, in many areas of life, are worse.

4. After the Court ordered that locked boxes be available at Adelanto to submit comments to the Monitor, Defendants represented that procurement might take 30 to 40 days. Plaintiffs purchased comment boxes to use in the interim. On Friday, October 2, 2026, I drove to Adelanto and left 28 monitor comment boxes in the custody of GEO Group administrators.

**Intentional Disobedience of the Court Order**

5. Samaan and Salazar both reported hearing from GEO officers that they were instructed not to comply with the court order. Samaan spoke directly to a lieutenant and sergeant from GEO Group who told him that they have a copy of the court order, but that "they have instructions not to follow it, unless ICE tells them to follow it." This lieutenant and sergeant then said that the new Assistant Warden instructed them to "push them harder than before" the court order was in place. One officer told Samaan, "They want you to wish that things were back to how they were before the order."

6. Samaan explained that since the court order went into effect, the GEO guards have been more vigilant about policing them. For example, they come through their unit every day to cut off the handmade privacy curtains on the bathrooms, the showers are not kept clean and the quality of the food has gotten worse. He explained the feeling he gets from the GEO guards as: "We don't give a shit about this court order. We're stronger than the court order." Samaan reported that he spoke to some other GEO officers who confirmed the same instruction from the new Assistant Warden, but who begged him not to mention their names because they were afraid of retaliation.

7. Salazar stressed that people detained at Adelanto do not understand why GEO and ICE haven't complied with the full court order, particularly around yard time and visitation policies, when the court order clearly specifies what needs to be done.

**PI § (1)(a) - Lack of Clean Water**

8. Salazar reported that his unit still experiences significant delays with water being delivered to refill the Igloo water dispensers.

9. Samaan reported that his unit does not have clean water in the Igloo water dispensers at least twice a day, for three to five hours each time. There are 78 people in his unit, so the water in the Igloo dispensers runs out quickly.

10. Fredrick reported that his unit has still been going four to seven hours every day without water from the Igloo containers. He reported that one of the men in his unit collapsed around two weeks ago and was hospitalized for severe dehydration. Fredrick reported that on the morning of October 1, 2026, an officer came into his unit and put what appeared to be a water filter over one of the faucets. This faucet would be accessible when detained people are outside of their cells, but would not be accessible when they are locked down for counts in their cells.

**PI § (1)(b) - Lack of Nutritious Food**

11. Samaan reported that the quality food has worsened since the new Assistant Warden Rococo was hired. For example, they are now getting powdered meats and the food comes all on top of each other. He stated that this new Assistant Warden is achieving his goal of making them wish that they could go back to how things were before the order was in place.

12. Salazar reported the GEO guards waking everyone in their unit up for breakfast between 4:00 a.m. and 4:30 a.m., and that means that more than half the people in his unit do not wake up in time to eat breakfast and therefore go hungry. He explained that most nights, the unit is loud until after 1:00 a.m. and so people do not fall asleep until late at night, and cannot wake up to get breakfast. Instead, their sleep is disturbed by calls to go to breakfast. Salazar also reported that the food is now served on poorer quality paper or styrofoam plates instead of reusable plastic or metal trays that need to be cleaned. He explained that he thinks this was likely because it is cheaper to throw the plates away than to clean them.

13. Fredrick reported that his unit is not getting the proper portion of food, that it is still a small amount of food, especially after the meals were switched to being served on styrofoam plates which have a smaller surface area. He also reported that individuals with special diets have been suffering due to lack of coordination between medical staff and kitchen staff, and so the food quality and accuracy for medical diets has been worsening. Fredrick reported that his unit is called to breakfast between 4:30 a.m. and 5:00 a.m., and that most people in the unit do not go to breakfast because the unit is loud at night and they are not let out for yard time until late in the day.

**PI § (1)(c) - Lack of Sanitation; Lack of Toilet Paper**

14. Fredrick, Samaan, and Salazar all reported that the facility is still dirty. Fredrick and Salazar both mentioned that the yard restroom is very unclean. Salazar explained that the lack of cleanliness has a serious mental health impact on everyone who is detained at Adelanto. He said, "I'm stuck with this filthiness, it's too much weight for someone to bear." Salazar noted that it is the GEO guard's job to clean, but that the detained people do most of the cleaning instead. He said that they usually only have one guard per unit, and so if the detained people did not do the cleaning, the unit would be "a mess."

15. Fredrick reported that these days they take detained people out of their cells to make them clean, including cleaning the day room, the bathrooms, and picking up trash in the hallways. The detained people are not paid. He also reported that the restroom mold was painted over about a month and a half ago, but he still sees mold in the restrooms. Salazar reported that the mold in the showers is now worse.

16. Samaan reported that recently his unit did not have any toilet paper for two days. He asked the GEO guards for more toilet paper and they told him that they were too understaffed to go to the warehouse to pick up more toilet paper. When the guards were finally able to bring back some toilet paper, the guards told Samaan that they could only give his cell of four people one roll of toilet paper because they were still low on toilet paper.

17. Samaan explained that they used to have one GEO guard who seemed to care about them, but GEO fired him after the guard spoke up about the cleanliness issue to his supervisors. Samaan said that this guard felt bad for them because the other guards would not help to clean. Samaan said that when he speaks to GEO guards about the cleanliness, they tell him they are too understaffed to fulfill the court order requirements. He pointed out the contradiction that ICE is well staffed to continue detaining more and more people, so his unit is always reaching its maximum capacity, but GEO Group is understaffed when it comes to taking care of people in the detention centers. He pleaded that if GEO is understaffed, ICE needs to stop taking new people into custody so they can comply with the court order.

18. Fredrick also reported that his unit ran out of toilet paper. Additionally, his unit did not have shampoo for several days recently, and for two days in a row in October they did not have napkins to wipe their hands.

**PI § (1)(d) - Lack of Privacy in Bathroom and Showers**

19. Samaan, Fredrick, and Salazar all reported that there are now privacy curtains in some of the showers, but there still are no privacy curtains in the ADA accessible shower and there are no privacy curtains on the toilets. Samaan reported that some detained people try to put up a makeshift line to hang a sheet so they could have privacy using the toilet, and this line is cut down by the guards every day. Recently a GEO employee tried to speak with Samaan's unit about not putting up the makeshift privacy curtains and the men in Samaan's unit tried to explain to him that the court ordered them to put the privacy curtains up and so GEO Group is in violation of the court order.

20. Salazar reported that the guards come in every day to make sure there is no curtain on the toilets. The toilet in his unit is visible from the door out to the whole unit, so without a curtain, anyone walking by can see directly into the unit to see them using the toilet. Salazar has frequently experienced guards or other detained people

looking at him while he is using the toilet which makes him very uncomfortable. It is only with the makeshift curtains that he is able to have any privacy using the toilet.

**PI §§ (1)(e),(f) - Difficulties in Cleaning Clothing and Bedding; Lack of Temperature Appropriate Clothing**

21. Salazar reported that they are not issued shorts with their uniforms, they can only purchase shorts from the commissary, and so they do not have appropriate clothing when they go outside to the yard. Most people do not have money to spend on shorts and so they must wear long pants, even when going out to the yard in 90-plus-degree weather. Salazar reported that sometimes the detained men will cut their pants to make makeshift shorts, but they are not allowed to wear cut pants out to the yard. Additionally, the shorts that they get from the commissary are of such poor quality that they rip after four or five washes in the laundry.

22. Samaan reported that many times clothing or bedding items that they put in the communal laundry come back missing. Recently, he said many men in the unit are not being issued new bedding because they do not want them to use the sheets as privacy curtains in the bathrooms. Many of the people who were newly detained and joined his unit were not being issued socks and underwear, and other men in the unit had to help them request these items after they had been detained for several days.

23. Fredrick reported that items, especially bedding, return from the laundry wet and dirty, with new stains on them. He also reported that there was a shortage of shoes, and that some newly detained people who joined his unit were not issued shoes. He explained that the quality of their shoes is very poor and so they degrade quickly, so they need to replace them often.

**PI § (1)(g) - Lack of Outdoor Time; New Punitive Yard Rules**

24. Fredrick, Salazar, and Samaan all reported that they are only given one hour of yard time per day, not the required four hours. Fredrick reported that he heard that the GEO guards are "working on it" but that there has been no change. Samaan reported that a GEO guard told him "We're not doing that four hours thing." Salazar

said that lack of changes are likely due to understaffing because they barely have enough staffing to let them out to the yard for one hour.

25. Salazar said the new Assistant Warden started a new rule that they are not allowed to bring water bottles or Coca-Cola bottles outside to the yard. Salazar said this felt like retaliation because they otherwise can't bring much water outside, and they need water because it is so hot outside. He said a safety argument doesn't make sense because they are not given bottle caps and they don't make a mess because they want to keep those bottles to use.

**PI § (1)(h) - Not Following Visitation Requirements**

26. Fredrick, Samaan, and Salazar reported that they still only get one hour of time with their families when they visit, and they cannot hold hands with the visitors throughout the meeting.

27. Samaan reported that he recently tried to shake hands with another detained man's wife, to thank her for supporting his friend, and a GEO guard yelled out "No hand shaking! No hand shaking!"

**PI § (2) - Disruptive Headcounts; No Change to Policy**

28. Salazar, Fredrick, and Samaan all reported that there has been no change to the headcount procedure. They are still required to go back to their cells and be locked in during counts, and the counts still happen at the same times as before. Salazar also commented that because GEO seems understaffed, the counts are taking a long time, and that in prison the counts were never this long.

**PI §§ (3), (5)(j)(4) - Retaliation; Punitive Use of Solitary Confinement; Ineffective Grievance Process**

29. Samaan reported that several times in the last month, the GEO guards have announced that they would not be delivering mail as punishment for something that happened in the unit that day, such as someone in their unit getting angry. This includes legal mail. Samaan experienced that his confidential legal mail was held for several days before it was delivered. Samaan stated that this was troubling because

sometimes mail delivered Friday would be held until Monday and that could affect their ability to file responsive documents for legal case deadlines.

30. Samaan reported that their rooms are now searched daily whereas before they had more privacy, and that these searches have increased since the court order, which has felt like retaliation. He reported that the GEO guards find reasons to take people to solitary confinement every day. Similarly, he feels the GEO guards are putting new rules in place that make life more difficult for people inside. For example, the mail room stated that the detained people need to notify the mail room via a kite to request approval for families to send them books.

31. Samaan also previously received religious food and holiday meals for his religion, which since the court order have been taken away. He said he feels this is in retaliation for him speaking up about his conditions.

32. Samaan highlighted the story of one man in his unit who had been helping people with their legal paperwork. This man was taken to solitary confinement for passing a basketball to another man in the hallway. When Samaan spoke up for him and asked why he was not offered alternatives like taking away his commissary access, the GEO guard stated: "He disobeyed my direct order, I told him to stop dribbling the ball." Samaan said he thinks this man was targeted because he saw another GEO guard photograph the man's computer in the law library while he had stepped away from his computer. Samaan explained that helping others with their legal cases is a protected right, and that the punishment did not fit the "crime." Samaan reiterated that being detained at Adelanto is becoming an impediment to them being able to access the courts and emphasized how important it is that they be able to file their pleadings in a timely manner with the courts.

33. Fredrick said that he speaks out frequently about the lack of water access in his unit, and so the GEO guards have taken him to solitary several times for speaking out. He submitted several grievances about water access, and when the guard in charge of grievances came over and he explained why he submitted a

grievance, the guard said "I don't care" and walked away. Other times, he has stated that he refused to go into his cell for the headcount until they brought water, and he was then taken to solitary confinement. Fredrick previously went on a hunger strike for four days because of the lack of water. Several times, the guards have said to him: "You don't want to go in for count? I'm going to tell your judge and it's going to mess up your case." After speaking out more frequently, GEO Group also changed the color of his uniform from orange to red, indicating he is more of a threat. Fredrick stated that this makes him fearful about speaking out because it could affect his immigration case.

**PI § (4)(a) - Lack of Medical Care**

34. Fredrick reported that on around September 26, 2026, one of the detained men in his unit was suffering chest pains and the GEO guards only gave him Tylenol. After that, the man collapsed from a heart attack and was hospitalized for four days.

35. Fredrick reported that many people with severe mental health issues are in the general population, which he fears is dangerous both for the people with mental health issues, and others around them. He said that the mental health of everyone has been declining sharply lately.

36. Two years ago, Fredrick requested an appointment with a dermatologist about a skin issue he developed while detained. Two weeks ago, he was finally scheduled for this dermatologist appointment. He has not received the results of the appointment, two weeks later.

37. Fredrick reported that a man who had tested positive for tuberculosis was brought into their dorm while he was still coughing up blood. This man was constantly coughing, including coughing while talking on the communal phones and playing soccer in the yard with other detained men. Fredrick and other men in his unit had to refuse to go in for the evening headcount to bring attention to this issue and ask that the medical team remove him from their unit because tuberculosis is highly contagious and he was in close proximity to other people.

38. Salazar reported that his medical needs still go unaddressed. His finger still has not healed, more than two years after the injury occurred.

39. Samaan has also been struggling to use the bathroom and has not been able to see an oncologist. More than fifteen months ago, he was taken to a urologist who told him that there are many ways he can be treated, but that he may have cancer and so needs to be seen by an oncologist. His condition is worsening rapidly. He was told by a guard that he supposedly refused treatment for something, but Samaan said he has never refused to go to the doctor: “Why would I refuse to get help? How would I have refused? I am begging for this.” Samaan said that when he was in federal prison in Victorville, he had better medical care and he was even able to get his teeth fixed there.

**PI (4)(b) - Lack of Disability Accommodations**

40. Samaan reported that while Adelanto provides special shoes for people with diabetes, the shoes wear out quickly because they are made with poor quality materials, and when they ask for replacement shoes, these individuals with diabetes are told they can only get new shoes after they have had the other shoes for more than one year.

41. Samaan highlighted the story of a man who needs glasses in his unit. ICE broke his glasses when they arrested him, and he was told that he would be brought to an outside eye doctor to get new glasses, but that it would not be for two months, so for the next two months he must go without glasses and he has difficulties navigating the detention center without his glasses in the meantime.

42. Fredrick reported that one elderly man in his unit with diabetes and cancer has been left unable to attend to himself as his health is declining. The man has been rushed to the hospital several times in critical conditions after the medications prescribed to him gave him intense side effects and he was not properly monitored or cared for. Fredrick said the man is now in medical observation but that the men in his unit continue to worry about his health and care. Fredrick said that one detained man

takes care of this elderly man when he is in their unit because the guards are not caring for him. Recently, caring for this man has become more difficult because the ADA accessible shower has been turned off in their unit, so the elderly man cannot shower. Fredrick said this man's condition is degrading really fast: he cannot go to the bathroom by himself.

43. Salazar reports that his disability needs are still unaddressed. He still struggles to walk and has not received orthopedic shoes or a physical therapist appointment for his hand rehabilitation.

I declare under penalty of perjury under the laws of the State of California the foregoing is true and correct. Executed on October 7, 2026, in Los Angeles, California.

Sophia Wrench