UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| L.T., SEVAK MESROBIAN, JOSE MAURO SALAZAR GARZA, AND J.M., on behalf of themselves and all others similarly situated; COALITION FOR HUMANE IMMIGRANT RIGHTS,<br><br>Plaintiffs,<br><br>v.<br><br>U.S. IMMIGRATION AND CUSTOMS ENFORCEMENT; DAVID J. VENTURELLA, Senior Official Performing the Duties of the Director; JAIME RIOS, Acting Director of Los Angeles Field Office, Enforcement and Removal Operations, U.S. Immigration and Customs Enforcement; U.S. DEPARTMENT OF HOMELAND SECURITY; MARKWAYNE MULLIN, Secretary, U.S. Department of Homeland Security,<br><br>Defendants. | Case No. 5:26-cv-00322-SSS (SPx)<br><br>**[PROPOSED] ORDER GRANTING PLAINTIFFS' EX PARTE APPLICATION TO SHORTEN TIME FOR HEARING ON MOTION TO ENFORCE THE FIRST AMENDED PRELIMINARY INJUNCTION** |

Before the Court is Plaintiffs' *Ex Parte* Application to Shorten Time for Hearing on Plaintiffs' Motion to Enforce the First Amended Preliminary Injunction (the "Application"). Having considered the Application, the Declaration of Amelia Piazza, and the record in this action, and good cause appearing, the Court GRANTS the Application and ORDERS as follows:

1. Plaintiffs' Motion to Enforce the First Amended Preliminary Injunction (the "Motion"), presently noticed for November 6, 2026, shall instead be heard on **Friday, October 16, 2026, at 2:00 p.m.**, in Courtroom 2 of the above-entitled Court, or on such other date as the Court may set;
2. Defendants shall file their opposition to the Motion no later than **Tuesday, October 13, 2026**;
3. Plaintiffs may file an optional reply no later than **Thursday, October 15, 2026**;
4. The requirement of Local Rule 7-3 that counsel confer at least seven days before the filing of the Motion is excused for good cause, Plaintiffs' counsel having conferred with Defendants' counsel on October 6, 2026; and
5. The Court may, in its discretion, determine the Motion without oral argument pursuant to Local Rule 7-15, in which case the hearing shall be vacated and the Motion deemed submitted on the papers as of October 16, 2026.

IT IS SO ORDERED.

Dated:

SUNSHINE S. SYKES
United States District Judge