PUBLIC COUNSEL
REBECCA BROWN (SBN 345805)
rbrown@publiccounsel.org
SOPHIA WRENCH (SBN 354416)
swrench@publiccounsel.org
AMELIA PIAZZA (SBN 342473)
apiazza@publiccounsel.org
BELINDA ESCOBOSA (SBN 214178)
bescobosa@publiccounsel.org
610 South Ardmore Avenue
Los Angeles, CA 90005
Tel: 213-385-2977

*Attorneys for Plaintiffs*
Additional Counsel Listed on Following Page

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

L.T., SEVAK MESROBIAN, JOSE MAURO SALAZAR GARZA, AND J.M., on behalf of themselves and all others similarly situated; COALITION FOR HUMANE IMMIGRANT RIGHTS,

Plaintiffs,

v.

U.S. IMMIGRATION AND CUSTOMS ENFORCEMENT; DAVID J. VENTURELLA, Senior Official Performing the Duties of the Director; JAIME RIOS, Acting Director of Los Angeles Field Office, Enforcement and Removal Operations, U.S. Immigration and Customs Enforcement; U.S. DEPARTMENT OF HOMELAND SECURITY; MARKWAYNE MULLIN, Secretary, U.S. Department of Homeland Security,

Defendants.

Case No. 5:26-cv-00322-SSS-SPx

**DECLARATION OF AMELIA PIAZZA IN SUPPORT OF PLAINTIFFS' *EX PARTE* APPLICATION TO SHORTEN TIME FOR HEARING ON PLAINTIFFS' MOTION TO ENFORCE THE FIRST AMENDED PRELIMINARY INJUNCTION**

**Ctrm:** 2, 2nd Floor
3470 12th Street
Riverside, CA 92501
Hon. Sunshine Sykes

Date Filed: January 26, 2026
Trial Date: November 8, 2027

IMMIGRANT DEFENDERS LAW CENTER
ALVARO M. HUERTA (SBN 274787)
ahuerta@immdef.org
CARSON ADRIANNA SCOTT (SBN 337102)
cscott@immdef.org
ALISON STEFFEL (SBN 346370)
asteffel@immdef.org
634 S. Spring Street, 10th Floor
Los Angeles, CA 90014
Tel: 213-634-0999

COALITION FOR HUMANE IMMIGRANT RIGHTS
CARL BERGQUIST (*pro hac vice*)
cbergquist@chirla.org
2351 Hempstead Road
Ottawa Hills, OH 43606
Tel: 310-279-6025

ADAM REESE (SBN 362898)
areese@chirla.org
2533 West Third Street, Suite 101
Los Angeles, CA 90057
Tel: 213-353-1333

WILLKIE FARR & GALLAGHER LLP
NICHOLAS REDDICK (SBN 288779)
nreddick@willkie.com
STEPHEN HENRICK (SBN 310539)
shenrick@willkie.com
ALYXANDRA VERNON (SBN 327699)
avernon@willkie.com
JACOB KARIM (SBN 340376)
jkarim@willkie.com
333 Bush Street, 34th Floor
San Francisco, CA 94104
Tel: 415-858-7400

VINCENT R. BIAGIOTTI (*pro hac vice*)
vbiagiotti@willkie.com
787 Seventh Avenue
New York, NY 10019-6099
Tel: 212-728-8000

*Attorneys for Plaintiffs*

I, Amelia Piazza, under penalty of perjury pursuant to 28 U.S.C. § 1746, declare as follows:

1. I am an attorney licensed to practice in the State of California and before this Court. I am a staff attorney at the nonprofit law firm Public Counsel, co-counsel of record for Plaintiffs in this matter. I submit this declaration in support of Plaintiffs' *Ex Parte* Application to Shorten Time for Motion to Enforce. I have personal knowledge of the facts stated in this declaration, and, if called to testify as a witness, could and would testify competently to these facts.

2. On October 6, 2026, I called Mr. Mishra to provide notice pursuant to Local Rule 7-19 that Plaintiffs would be filing an *Ex Parte* Application to Shorten Time contemporaneously with a Motion to Enforce the Preliminary Injunction. I asked for Defendants' position on the *Ex Parte* Application by 5:00 p.m., and Mr. Mishra represented that he would reach out to Defendants.

3. As of 5:00 p.m. on October 7, 2026, Mr. Mishra had not provided Defendants' position.

Pursuant to Local Rule 7-19, Defendants' counsel's contact information is copied below:

TODD BLANCHE
Acting Attorney General
BILAL A. ESSAYLI
First Assistant United States Attorney
DANIEL A. BECK (Cal. Bar No. 204496)
Assistant United States Attorney
Acting Chief, Civil Division
Telephone : (213) 894-2574
Daniel.Beck@usdoj.gov

ALARICE M. MEDRANO
Assistant United States Attorney
Acting Chief, Complex and Defensive Litigation Section
PUSHKAL MISHRA (Cal. Bar No. 298695)
Special Assistant

United States Attorney Federal Building, Suite 7516
300 North Los Angeles Street
Los Angeles, California 90012
Telephone: (714) 338-3503
pushkal.mishra@usdoj.gov

I declare under penalty of perjury under the laws of the State of California the foregoing is true and correct. Executed on October 7, 2026, in Los Angeles, California.

*/s/ Amelia Piazza*
Amelia Piazza