TODD BLANCHE
Attorney General
BILAL A. ESSAYLI
First Assistant United States Attorney
DANIEL A. BECK
Assistant United States Attorney
Acting Chief, Civil Division
ALARICE M. MEDRANO
Assistant United States Attorney
Acting Chief, Complex and Defensive Litigation Section
PUSHKAL MISHRA (Cal. Bar No. 298695)
Special Assistant United States Attorney
Federal Building, Suite 7516
300 North Los Angeles Street
Los Angeles, California 90012
Telephone: (714) 338-3503
E-mail: pushkal.mishra@usdoj.gov

Attorneys for Defendants

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| L.T., *et al.*,<br><br>Plaintiffs,<br><br>v.<br><br>U.S. IMMIGRATION AND CUSTOMS ENFORCEMENT, *et al.*,<br><br>Defendants. | No. 5:26-cv-00322-SSS-SP<br><br>**DECLARATION OF PUSHKAL MISHRA IN SUPPORT OF DEFENDANTS' OPPOSITION TO PLAINTIFFS' EX PARTE APPLICATION TO SHORTEN TIME FOR HEARING ON PLAINTIFFS' MOTION TO ENFORCE THE FIRST AMENDED PRELIMINARY INJUNCTION (ECF 180)**<br><br>Honorable Sunshine Suzanne Sykes<br>United States District Judge |

**DECLARATION OF PUSHKAL MISHRA**

I, Pushkal Mishra, do hereby declare and state as follows:

1. I am a Special Assistant U.S. Attorney at the U.S. Attorney's Office for the Central District of California (USAO). I am assigned to defend this action.

2. I make this declaration based upon my personal knowledge. If called as a witness, I could and would competently testify thereto.

3. I submit this declaration in support of Defendants' Opposition to Plaintiffs' Ex Parte Application to Shorten Time for Hearing on Plaintiffs' Motion to Enforce the First Amended Preliminary Injunction (ECF 180).

4. On October 6, 2026, Amelia Piazza called me regarding Plaintiffs' planned Motion to Enforce the First Amended Preliminary Injunction (ECF 179) and the accompanying Ex Parte Application (ECF 180). I reminded Plaintiffs' Counsel on this call that any request to enforce the First Amended Preliminary Injunction should be a noticed motion, citing ECF 150 pages 1-2 (September 1 hearing) during which the Court, itself, explicitly stated so when considering Plaintiffs' last ex parte application in connection with enforcing the preliminary injunction. On this call, I requested that the parties stipulate to a briefing schedule. Plaintiffs' Counsel stated that she would consider stipulating to a briefing schedule but did not follow up prior to filing this Ex Parte Application.

5. Also on this October 6th call, I raised the Local Rule 7-3 requirement that a meet and confer conference take place at least a week prior to filing a noticed motion. Plaintiffs' Counsel indicated that this Ex Parte Application is intended to bypass this Local Rule. Further, Plaintiffs' Counsel was unwilling to wait for the October 9th Status Conference to obtain further clarify regarding conditions at the Adelanto facility before proceeding with motion practice.

6. Also on this October 6th call, I requested that Plaintiffs' Counsel grant Defendants until the morning of October 7th to provide Defendants' position and 48 hours to respond to this Ex Parte Application, or at minimum for Plaintiffs to note Defendants'

48-hour request in the Ex Parte Application. Plaintiffs' Counsel indicated that she would consider these requests. Plaintiffs' Counsel did not grant these requests.

7. Plaintiffs have been planning the Ex Parte Application and Motion to Enforce the First Amended Preliminary Injunction since at least as early as October 2, 2026. A true and correct copy of an email from Plaintiffs' Counsel to me dated October 2, 2026 is attached hereto as **Exhibit 1**.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge.

Executed on October 8, 2026, in Irvine, California.

*/s/ Pushkal Mishra*
Pushkal Mishra