# Exhibit 1

**Mishra, Pushkal (USACAC)**

| | |
|---|---|
| **From:** | Amelia Piazza <apiazza@publiccounsel.org> |
| **Sent:** | Friday, October 2, 2026 11:00 AM |
| **To:** | Mishra, Pushkal (USACAC); Beck, Daniel (USACAC) |
| **Cc:** | Adelanto; WFG-Adelanto; Jeannette Zanipatin; Adam Reese; Carl Bergquist; Carson Scott; Alison Steffel; Alvaro Huerta |
| **Subject:** | [EXTERNAL] [L.T. v. ICE] Ex Parte Application to Enforce PI |
| **Importance:** | High |

Pushkal and Dan,

Plaintiffs are preparing to file an ex parte application to enforce the Preliminary Injunction. The application is based on Defendants' failure to remedy unconstitutional living conditions at Adelanto and failure to provide the Monitors the access necessary to fulfill their duties, neither of which can wait for a regularly-noticed hearing. Please let us know Defendants' position by 4pm today.

Best,
Amelia

Public Counsel

**Amelia Piazza** | she/her
*Staff Attorney* | *Opportunity Under Law*

**Public Counsel** | 610 S. Ardmore, Los Angeles, CA 90005
O: 213-385-2977 x203 | apiazza@publiccounsel.org

This message contains information which may be confidential and privileged. Unless you are the addressee (or authorized to receive for the addressee), you may not use, copy or disclose the message or any information contained in the message. If you have received the message in error, please advise the sender by reply e-mail and delete any version, response or reference to it. Thank you.