TODD BLANCHE
Attorney General
BILAL A. ESSAYLI
First Assistant United States Attorney
DANIEL A. BECK
Assistant United States Attorney
Chief, Civil Division
ALARICE M. MEDRANO
Assistant United States Attorney
Chief, Complex and Defensive Litigation Section
PUSHKAL MISHRA (Cal. Bar No. 298695)
Assistant United States Attorney
Federal Building, Suite 7516
300 North Los Angeles Street
Los Angeles, California 90012
Telephone: (714) 338-3503
E-mail: pushkal.mishra@usdoj.gov

Attorneys for Defendants

UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF CALIFORNIA

L.T., et al.,

Plaintiffs,

v.

U.S. IMMIGRATION AND CUSTOMS ENFORCEMENT, et al.,

Defendants.

No. 5:26-cv-00322-SSS-SP

**DECLARATION OF PUSHKAL MISHRA IN SUPPORT OF DEFENDANTS' EX PARTE APPLICATION FOR A STAY PENDING APPEAL OF ECF 130 AND ECF 147**

Honorable Sunshine S. Sykes
United States District Judge

# DECLARATION OF PUSHKAL MISHRA

1. I am an Assistant United States Attorney in the Civil Division of the U.S. Attorney's Office for the Central District of California, and I am counsel of record for Defendants in the above-captioned matter. I have personal knowledge of the following facts and, if called upon, could and would testify truthfully to them. I submit this declaration in support of Defendants' Ex Parte Application for a Stay Pending Appeal of ECF 130 and ECF 147 and pursuant to Local Rules 7-19 and 7-19.1.

2. By the accompanying ex parte application, Defendants ask the Court for an order under Federal Rule of Civil Procedure 62(d) and Federal Rule of Appellate Procedure 8(a)(1) staying, pending appeal, this Court's August 28, 2026 Order (ECF 130) and September 11, 2026 First Amended Preliminary Injunction Order (ECF 147) in every respect in which they add to or change the July 16, 2026 preliminary injunction (ECF 104), as set out in the lodged proposed order.

3. On July 16, 2026, the Court entered its preliminary injunction (ECF 104). Defendants appealed on July 30, 2026 (ECF 109); that appeal, No. 26-4902, is on an expedited schedule and set for argument on December 15, 2026. On August 28, 2026, the Court entered its Order Modifying Preliminary Injunction Regarding the Independent Monitors (ECF 130), and on September 11, 2026, its First Amended Preliminary Injunction Order (ECF 147). Defendants have filed a notice of appeal of ECF 130 and ECF 147 to the Ninth Circuit. ECF 183.

4. Defendants maintain that they have complied, and continue to comply, with every term of ECF 104, ECF 130, and ECF 147 while in force, under protest and without waiver of any objection. No deadline of Defendants' own making is the occasion for this Application; its purpose is to suspend the added terms before the next cycle of monitor requests, amendments, and enforcement.

5. Defendants maintain that ex parte relief is warranted because the matter is urgent and cannot be heard on the regular noticed-motion schedule in time to avoid irreparable harm. The terms ECF 130 and ECF 147 added to the injunction are enforced

on deadlines measured in hours and days, under express warnings of daily sanctions and civil contempt (ECF 146; ECF 155 at 3; ECF 178); the next monthly monitor reports are due November 1, 2026; the Court has stated that it will continue to amend the injunction (ECF 157 at 3:24–4:7); and Federal Rule of Appellate Procedure 8(a)(1) requires Defendants to seek a stay in this Court before the Ninth Circuit can act. A regularly noticed motion under Local Rule 6-1 could not be heard until approximately November 10, 2026, after appellate briefing in No. 26-4902 closes. The need for ex parte relief is not the result of any lack of diligence by Defendants: Defendants objected to the added terms when they were proposed (*see, e.g.*, ECF 157 at 12:15–15:24, 22:21–26:8, 33:22–36:12); Defendants presented a stay request on the record at the October 9, 2026 Status Conference; Defendants have filed a notice of appeal of ECF 130 and ECF 147 (ECF 183); and this Application follows the same day.

6. Pursuant to Local Rules 7-19 and 7-19.1, on October 9, 2026, at approximately 3:18 p.m., I telephoned Rebecca Brown of Public Counsel, lead counsel for Plaintiffs, at (213) 385-2977 to give notice of this Application. Ms. Brown did not answer. I left a detailed voicemail message of approximately three minutes in which I identified this case, stated that Defendants would be filing an ex parte application for an order staying ECF 130 and ECF 147 pending appeal, described the grounds for the Application, and asked Ms. Brown to let me know whether Plaintiffs would oppose. At approximately 3:30 p.m. the same day, Amelia Piazza of Public Counsel, counsel for Plaintiffs, returned my call to Ms. Brown. We spoke for approximately six minutes, during which I explained the relief Defendants would seek—a stay of ECF 130 and ECF 147 pending appeal, in every respect in which those orders add to or change ECF 104—and the grounds for the Application. Ms. Piazza stated that Plaintiffs will oppose the Application.

7. Pursuant to Local Rule 7-19, Plaintiffs' counsel's contact information is set forth on their Complaint, but is copied below as well:

PUBLIC COUNSEL
REBECCA BROWN (SBN 345805)
rbrown@publiccounsel.org

SOPHIA WRENCH (SBN 354416)
swrench@publiccounsel.org
AMELIA PIAZZA (SBN 342473)
apiazza@publiccounsel.org
BELINDA ESCOBOSA (SBN 214178)
bescobosa@publiccounsel.org
610 South Ardmore Avenue
Los Angeles, CA 90005
Tel: 213-385-2977

IMMIGRANT DEFENDERS LAW CENTER
ALVARO M. HUERTA (SBN 274787)
ahuerta@immdef.org
CARSON ADRIANNA SCOTT (SBN 337102)
cscott@immdef.org
ALISON STEFFEL (SBN 346370)
asteffel@immdef.org
634 S. Spring Street, 10th Floor
Los Angeles, CA 90014
Tel: 213-634-0999

COALITION FOR HUMANE IMMIGRANT RIGHTS
CARL BERGQUIST (pro hac vice)
cbergquist@chirla.org
2351 Hempstead Road
Ottawa Hills, OH 43606
Tel: 310-279-6025
ADAM REESE (SBN 362898)
areese@chirla.org
2533 West Third Street, Suite 101
Los Angeles, CA 90057
Tel: 213-353-1333

WILLKIE FARR & GALLAGHER LLP
NICHOLAS REDDICK (SBN 288779)
nreddick@willkie.com
STEPHEN HENRICK (SBN 310539)
shenrick@willkie.com
ALYXANDRA VERNON (SBN 327699)
avernon@willkie.com
JACOB KARIM (SBN 340376)
jkarim@willkie.com
333 Bush Street, 34th Floor
San Francisco, CA 94104
Tel: 415-858-7400

VINCENT R. BIAGIOTTI (pro hac vice)
vbiagiotti@willkie.com
787 Seventh Avenue
New York, NY 10019-6099
Tel: 212-728-3088

8. Plaintiffs, through their counsel, have advised that they oppose the relief requested in the ex parte application.

I declare under penalty of perjury under the laws of the United States of America

that the foregoing is true and correct.

Executed on October 9, 2026, in Los Angeles, California.

*/s/ Pushkal Mishra*
PUSHKAL MISHRA