UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| L.T., et al.,<br>Plaintiffs,<br>v.<br>U.S. IMMIGRATION AND CUSTOMS ENFORCEMENT, et al.,<br>Defendants. | No. 5:26-cv-00322-SSS-SP<br>**[PROPOSED] ORDER GRANTING DEFENDANTS' EX PARTE APPLICATION FOR A STAY PENDING APPEAL OF ECF 130 AND ECF 147**<br>Honorable Sunshine S. Sykes<br>United States District Judge |

Before the Court is Defendants' Ex Parte Application for a Stay Pending Appeal of ECF 130 and ECF 147. Having considered the Application and the papers accompanying it, and good cause appearing, the Court GRANTS the Application.

IT IS HEREBY ORDERED that, pursuant to Federal Rule of Civil Procedure 62(d) and Federal Rule of Appellate Procedure 8(a)(1), the Order Modifying Preliminary Injunction Regarding the Independent Monitors entered August 28, 2026 (ECF 130) and the First Amended Preliminary Injunction Order entered September 11, 2026 (ECF 147) are STAYED, pending disposition of Defendants' appeal from these two orders, in every respect in which they add to or change the preliminary injunction entered July 16, 2026 (ECF 104), such that ECF 104 remains the operative preliminary injunction in this case.

**IT IS SO ORDERED**.

Dated: ____________________

____________________________________
HONORABLE SUNSHINE S. SYKES
UNITED STATES DISTRICT JUDGE