TODD BLANCHE
Attorney General
BILAL A. ESSAYLI
First Assistant United States Attorney
DANIEL A. BECK
Assistant United States Attorney
Chief, Civil Division
ALARICE M. MEDRANO
Assistant United States Attorney
Chief, Complex and Defensive Litigation Section
PUSHKAL MISHRA (Cal. Bar No. 298695)
Assistant United States Attorney
CHRISTOPHER M. BUTLER (Cal. Bar No. 318219)
Assistant United States Attorney
Federal Building, Suite 7516
300 North Los Angeles Street
Los Angeles, California 90012
Telephone: (714) 338-3503
E-mail: christopher.butler2@usdoj.gov

Attorneys for Defendants

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| L.T., et al.,<br><br>Plaintiffs,<br><br>v.<br><br>U.S. IMMIGRATION AND CUSTOMS ENFORCEMENT, et al.,<br><br>Defendants. | No. 5:26-cv-00322-SSS-SP<br><br>**DEFENDANTS' STATUS REPORT**<br><br>Honorable Sunshine Suzanne Sykes<br>United States District Judge |

On October 9, 2026, the Court ordered Defendants to provide daily status reports detailing their progress in providing the Medical Monitor (1) access to the electronic health records system used at the Adelanto ICE Processing Center ("Adelanto"), (2) access to dental records at Adelanto, and (3) access to documents at Adelanto in which practitioners acknowledge that they are aware of, and have addressed, critically abnormal diagnostic test results.

Defendants have already produced the two patient lists and the Sapphire user manual the Medical Monitor asked for; negotiated and executed a contract modification with GEO Group so that the Monitors could have remote access to the electronic health record, provisioned that access, and arranged remote orientations. The Medical Monitor's three remaining demands concern the scope of the Monitors' Sapphire permissions. Two of the three demanded items are available with the Monitors' current credentials: as to dental records, "[t]he monitors have the ability to see dental records that are documented"; and as to critical results, "[t]he monitors have the ability to review comments made by the provider by reviewing the comment bubbles in the lab queue for the patient" and that "was covered during the training conducted on September 21, 2026." *See* ECF 181. ICE is also working with GEO toward read access to the dental module. As to the other demand, the electronic medication administration record (eMAR), the monitor's permission is being adjusted to allow viewing of completed medication administration information.

ICE has followed up with GEO Group on these issues.[1] As of this filing, ICE is still awaiting updates from GEO Group on these outstanding issues relating to the Medical Monitor.

ICE provided more than one update to counsel on October 12, 2026, with a final update provided at 6:25 p.m.

[1] As of October 12, ICE has already resolved the issue of the outstanding photographs to the satisfaction of Conditions Monitor Ms. Wasko. Ms. Wasko has confirmed that she has all the outstanding photographs requested from her site visit "that [she] was looking for."

Dated: October 12, 2026

Respectfully submitted,

TODD BLANCHE
Attorney General
BILAL A. ESSAYLI
First Assistant United States Attorney
DANIEL A. BECK
Assistant United States Attorney
Chief, Civil Division
ALARICE M. MEDRANO
Assistant United States Attorney
Chief, Complex and Defensive Litigation Section
PUSHKAL MISHRA
Assistant United States Attorney

*/s/ Christopher M. Butler*
CHRISTOPHER M. BUTLER
Assistant United States Attorney

Attorneys for Defendants