Office of the Clerk
**United States Court of Appeals for the Ninth Circuit**
Post Office Box 193939
San Francisco, California 94119-3939
415-355-8000

Molly C. Dwyer
Clerk of Court

FILED

OCT 9 2026

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

# PRELIMINARY INJUNCTION TIME SCHEDULE NOTICE

---

| | |
|---|---|
| Docket Number: | 26-6685 |
| Originating Case Number: | 5:26-cv-00322-SSS-SP |
| Short Title: | L. T., et al. v. United States Immigration and Customs Enforcement, et al. |

---

Dear Appellant/Counsel

The United States Court of Appeals for the Ninth Circuit has received a copy of your notice of appeal and assigned the docket number above to your case.

Please include this docket number on every filing you submit and in any communication you have with the court about this case. If you are ordering any transcript from the lower court, please give the docket number to the court reporter right away.

Motions filed with the notice of appeal are not transferred to this court. You need to separately file on this court's docket any motion that seeks relief from this court.

You must file a Disclosure Statement (Form 34) within 14 days of this notice if your case: (1) involves a corporation, association, joint venture, partnership, limited liability company, or similar entity; (2) is a bankruptcy case; (3) is a criminal case with an organizational victim; or (4) involves review of state court proceedings. *See* Ninth Circuit Rule 26-1.1.

**Failure to timely file the opening brief may also result in your case being dismissed.**

**Please read the enclosed materials carefully.**

Office of the Clerk
**United States Court of Appeals for the Ninth Circuit**
Post Office Box 193939
San Francisco, California 94119-3939
415-355-8000

Molly C. Dwyer
Clerk of Court

# PRELIMINARY INJUNCTION TIME SCHEDULE NOTICE

| | |
|---|---|
| Docket Number: | 26-6685 |
| Originating Case Number: | |
| Case Title: | L. T., et al. v. United States Immigration and Customs Enforcement, et al. |

**10/14/2026**

| | |
|---|---|
| Todd M. Lyons | Mediation Questionnaire due |
| Kristi Noem | Mediation Questionnaire due |
| United States Immigration and Customs Enforcement | Mediation Questionnaire due |
| United States Department of Homeland Security | Mediation Questionnaire due |
| Jaime Rios | Mediation Questionnaire due |

**10/23/2026**

| | |
|---|---|
| United States Department of Homeland Security | Corporate Disclosure Statement due |
| Todd M. Lyons | Corporate Disclosure Statement due |
| J. M. | Corporate Disclosure Statement due |
| L. T. | Corporate Disclosure Statement due |
| Kristi Noem | Corporate Disclosure Statement due |
| Jaime Rios | Corporate Disclosure Statement due |
| Jose Mauro Salazar Garza | Corporate Disclosure Statement due |
| Sevak Mesrobian | Corporate Disclosure Statement due |
| Coalition for Humane Immigrant Rights | Corporate Disclosure Statement due |

| | |
|---|---|
| United States Immigration and Customs Enforcement | Corporate Disclosure Statement due |

**11/6/2026**

| | |
|---|---|
| Kristi Noem | Preliminary Injunction Opening Brief Due |
| Todd M. Lyons | Preliminary Injunction Opening Brief Due |
| United States Immigration and Customs Enforcement | Preliminary Injunction Opening Brief Due |
| Jaime Rios | Preliminary Injunction Opening Brief Due |
| United States Department of Homeland Security | Preliminary Injunction Opening Brief Due |

**12/4/2026**

| | |
|---|---|
| J. M. | Preliminary Injunction Answering Brief Due |
| Coalition for Humane Immigrant Rights | Preliminary Injunction Answering Brief Due |
| L. T. | Preliminary Injunction Answering Brief Due |
| Sevak Mesrobian | Preliminary Injunction Answering Brief Due |
| Jose Mauro Salazar Garza | Preliminary Injunction Answering Brief Due |

If there were reported hearings, the parties shall designate and, if necessary, cross-designate the transcripts pursuant to 9th Cir. R. 10-3. If there were no reported hearings, the transcript deadlines do not apply.

The optional reply may be filed within 21 days of service of the answering brief. See Fed. R. App. P. 31 and 9th Cir. R. 31-2.1.

Mediation Questionnaire is available here. More information about the Mediation Program is available here.

**If the opening brief is not filed by the deadline, the court may dismiss this case. *See* 9th Cir. R. 42-1.**