TODD BLANCHE
Attorney General
BILAL A. ESSAYLI
First Assistant United States Attorney
DANIEL A. BECK
Assistant United States Attorney
Chief, Civil Division
ALARICE M. MEDRANO
Assistant United States Attorney
Chief, Complex and Defensive Litigation Section
PUSHKAL MISHRA (Cal. Bar No. 298695)
Assistant United States Attorney
CHRISTOPHER M. BUTLER (Cal. Bar No. 318219)
Assistant United States Attorney
Federal Building, Suite 7516
300 North Los Angeles Street
Los Angeles, California 90012
Telephone: (714) 338-3503
E-mail: christopher.butler2@usdoj.gov

Attorneys for Defendants

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| L.T., et al.,<br><br>Plaintiffs,<br><br>v.<br><br>U.S. IMMIGRATION AND CUSTOMS ENFORCEMENT, et al.,<br><br>Defendants. | No. 5:26-cv-00322-SSS-SP<br><br>**DEFENDANTS' STATUS REPORT**<br><br>Honorable Sunshine Suzanne Sykes<br>United States District Judge |

On October 9, 2026, the Court ordered Defendants to provide daily status reports detailing their progress in providing the Medical Monitor (1) access to the electronic health records system used at the Adelanto ICE Processing Center ("Adelanto"), (2) access to dental records at Adelanto, and (3) access to documents at Adelanto in which practitioners acknowledge that they are aware of, and have addressed, critically abnormal diagnostic test results.

ICE continued to engage with GEO regarding GEO's efforts to address the Court's order and the questions Dr. Stern raised in his email communication to GEO dated October 8, 2026, concerning remote access to three parts of the electronic health record. As indicated previously, it appears the monitors should have access to the electronic medication administration record (eMAR) as well as the access to documents, which is reviewed by comments in the lab queue, and was covered during the September 21, 2026 training. The Monitors also have contact information to the Help Desk for any user questions or assistance. ICE is awaiting additional information from GEO regarding the capacity for granting view only access to the dental module. ICE has followed up with GEO Group.[1]

[1] ICE has already resolved the issue of the outstanding photographs to the satisfaction of Conditions Monitor Ms. Wasko. On October 12, Ms. Wasko has confirmed that she has all the outstanding photographs requested from her site visit "that [she] was looking for."

Respectfully submitted,

Dated: October 13, 2026

TODD BLANCHE
Attorney General
BILAL A. ESSAYLI
First Assistant United States Attorney
DANIEL A. BECK
Assistant United States Attorney
Chief, Civil Division
ALARICE M. MEDRANO
Assistant United States Attorney
Chief, Complex and Defensive Litigation Section
PUSHKAL MISHRA
Assistant United States Attorney

*/s/ Christopher M. Butler*
CHRISTOPHER M. BUTLER
Assistant United States Attorney

Attorneys for Defendants