UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
CIVIL MINUTES -
GENERAL

| | | | |
|---|---|---|---|
| Case No. | 5:26-cv-00322-SSS-SPx | Date | October 9, 2026 |
| Title | *L.T. et al v. U.S. Immigration and Customs Enforcement (ICE) et al* | | |

Present: The Honorable SUNSHINE S. SYKES, UNITED STATES DISTRICT JUDGE

| | |
|---|---|
| Irene Vazquez | Myra L. Ponce |
| Deputy Clerk | Court Reporter |
| Attorney(s) Present for Plaintiff(s):<br>Amelia Piazza<br>Rebecca Sarah Brown | Attorney(s) Present for Defendant(s):<br>Pushkal Mishra, AUSA<br>Daniel A. Beck, AUSA |

**Proceedings: ZOOM: STATUS CONFERENCE**

Counsel state their appearances. The Court confers with counsel regarding the Medical and Conditions Monitors' three outstanding items. After lengthy discussions, the Court orders as follows:

1. The photographs shall be provided to Ms. Wasko by 5:00 p.m. on Tuesday, October 13, 2026. Absent good cause, defendants' failure to comply will likely result in the Court imposing sanctions in the sum of $500 per day. Defendants' may file a declaration by October 13, 2026.

2. As to the three outstanding items discussed, a daily status report shall be filed starting Monday, October 12, 2026. If access is not provided by Friday, October 16, 2026, the Court will likely impose sanctions of $500 per day starting Saturday, October 17, 2026.

3. Plaintiffs' Motion to Enforce the First Amended Preliminary Injunction (Dkt. 179) is denied for counsel's failure to comply with Local Rule 7-3.

Time: 00:30
Initials of Preparer: iva

4. Plaintiffs' ex parte application (Dkt. 180) is denied as moot.

5. Defendants are directed to file a formal request as to the stay pending appeal.

**IT IS SO ORDERED.**

Time: 00:30
Initials of Preparer: iva