UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

FILED

OCT 13 2026

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

L. T., on behalf of himself and all others similarly situated; et al.,

Plaintiffs - Appellees,

v.

UNITED STATES IMMIGRATION AND CUSTOMS ENFORCEMENT; et al.,

Defendants - Appellants.

No. 26-4902

D.C. No. 5:26-cv-00322-SSS-SP
Central District of California, Riverside

ORDER

L. T., on behalf of himself and all others similarly situated; et al.,

Plaintiffs - Appellees,

v.

UNITED STATES IMMIGRATION AND CUSTOMS ENFORCEMENT; et al.,

Defendants - Appellants.

No. 26-6685

D.C. No. 5:26-cv-00322-SSS-SP

Central District of California, Riverside

Before: McKEOWN, FRIEDLAND, and MILLER, Circuit Judges.

On October 10, 2026, the government requested an administrative stay by October 13 of the district court's revisions to the preliminary injunction order initially entered on July 16. The request is denied. The government's month-long delay in seeking a stay of the orders at issue, which were entered on August 28 and

September 11, indicates "the absence of a sufficient exigency to justify" such relief. *Doe #1 v. Trump*, 944 F.3d 1222, 1223 (9th Cir. 2019); *see also Ruckelshaus v. Monsanto Co.*, 463 U.S. 1315, 1318 (1983) (Blackmun, J., in chambers) (explaining that a party's "failure to act with greater dispatch tends to blunt his claim of urgency and counsels against the grant of a stay"). We will rule on the government's motion for a stay pending appeal in due course.

**IT IS SO ORDERED.**