UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
CIVIL MINUTES—
GENERAL

| | | | |
|---|---|---|---|
| Case No. | 5:26-cv-00322-SSS-SPx | Date | October 15, 2026 |
| Title | *L.T., et al., v. United States Immigration and Customs Enforcement, et al.* | | |

Present: The Honorable SUNSHINE S. SYKES, UNITED STATES DISTRICT JUDGE

| | |
|---|---|
| Irene Vazquez | Not Reported |
| Deputy Clerk | Court Reporter |
| Attorney(s) Present for Plaintiff(s): | Attorney(s) Present for Defendant(s): |
| None Present | None Present |

**Proceedings: (IN CHAMBERS) ORDER REGARDING OCTOBER 2, 2026 ORDER TO SHOW CAUSE [DKT. NO. 178]**

On October 2, 2026, the Court ordered Defendants to show cause why, among other things, they have not provided the Conditions Monitor with the two lists of detainees that were housed in Administrative Segregation and Disciplinary Segregation for the last 6 months. [Dkt. No. 178 at 3]. The lists should include the date in and date out for each listed detainee, designate whether the detainee was "PC," and identify all dates of confinement in Disciplinary and Administrative Segregation if a detainee was admitted more than once within a specific time period. [*Id.*]. On October 14, 2026, the Conditions Monitor informed the Court that Defendants have not completely responded to her request.

Accordingly, Defendants are **ORDERED** to include updates on this matter in their daily status reports. Defendants are reminded that daily sanctions in the amount of $500.00 will begin on October 16, 2026, at 5:01 p.m. if the issues identified in the October 2 Order to Show Cause are not resolved.

**IT IS SO ORDERED.**