TODD BLANCHE
Attorney General
BILAL A. ESSAYLI
First Assistant United States Attorney
DANIEL A. BECK
Assistant United States Attorney
Chief, Civil Division
ALARICE M. MEDRANO
Assistant United States Attorney
Chief, Complex and Defensive Litigation Section
PUSHKAL MISHRA (Cal. Bar No. 298695)
Assistant United States Attorney
CHRISTOPHER M. BUTLER (Cal. Bar No. 318219)
Assistant United States Attorney
Federal Building, Suite 7516
300 North Los Angeles Street
Los Angeles, California 90012
Telephone: (714) 338-3503
E-mail: christopher.butler2@usdoj.gov

Attorneys for Defendants

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| L.T., et al.,<br><br>Plaintiffs,<br><br>v.<br><br>U.S. IMMIGRATION AND CUSTOMS ENFORCEMENT, et al.,<br><br>Defendants. | No. 5:26-cv-00322-SSS-SP<br><br>**DEFENDANTS' STATUS REPORT**<br><br>Honorable Sunshine Suzanne Sykes<br>United States District Judge |

On October 9, 2026, the Court ordered Defendants to provide daily status reports detailing their progress in providing the Medical Monitor (1) access to the electronic health records system used at the Adelanto ICE Processing Center ("Adelanto"), (2) access to dental records at Adelanto, and (3) access to documents at Adelanto in which practitioners acknowledge that they are aware of, and have addressed, critically abnormal diagnostic test results. On October 15, the Court ordered Defendants to provide a complete response to the Conditions Monitor who had requested the two lists of detainees that were housed in Administrative Segregation and Disciplinary Segregation for the last 6 months, including date in and date out for each listed detainee, designating whether the detainee was "PC," and identifying all dates of confinement in Disciplinary and Administrative Segregation if a detainee was admitted more than once within a specific time period. The Court ordered that Defendants also address this matter in their daily status reports.

**Conditions Monitor Update**

On October 15, ICE transmitted an Excel spreadsheet to Ms. Wasko via counsel that ICE believes completes Ms. Wasko's information request and fulfills this Court's order. Upon receipt of the Excel spreadsheet Ms. Wasko responded as follows: "I am in a position where I can only see it on my phone right now, but on first glance, it looks to have the elements of what I'm looking for. I will do a deeper dive this evening and tomorrow and let you know if I have any questions. Thank you very much!" At the time of filing, Ms. Wasko has not yet sent a further response to Defendants.

**Medical Monitor Update**

ICE continued to engage with GEO to clarify and verify access pursuant to the Monitors' requests and the Court order. ICE received instructions from GEO on accessing three areas of the Sapphire electronic health record: 1) electronic Medication Administration Record (eMAR), 2) dental records, and 3) practitioner documentation on critically abnormal results. ICE indicates that these access instructions will be provided to the Monitors. GEO also noted it can make encrypted MAR reports available, while access

is being fully evaluated. ICE indicates that information on requesting these reports will also be sent to the Monitors.

Respectfully submitted,

Dated: October 15, 2026

TODD BLANCHE
Attorney General
BILAL A. ESSAYLI
First Assistant United States Attorney
DANIEL A. BECK
Assistant United States Attorney
Chief, Civil Division
ALARICE M. MEDRANO
Assistant United States Attorney
Chief, Complex and Defensive Litigation Section

*/s/ Christopher M. Butler*
PUSHKAL MISHRA
CHRISTOPHER M. BUTLER
Assistant United States Attorneys

Attorneys for Defendants