TODD BLANCHE
Attorney General
BILAL A. ESSAYLI
First Assistant United States Attorney
DANIEL A. BECK
Assistant United States Attorney
Chief, Civil Division
ALARICE M. MEDRANO
Assistant United States Attorney
Chief, Complex and Defensive Litigation Section
PUSHKAL MISHRA (Cal. Bar No. 298695)
Assistant United States Attorney
CHRISTOPHER M. BUTLER (Cal. Bar No. 318219)
Assistant United States Attorney
Federal Building, Suite 7516
300 North Los Angeles Street
Los Angeles, California 90012
Telephone: (714) 338-3503
E-mail: christopher.butler2@usdoj.gov

Attorneys for Defendants

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| L.T., et al.,<br><br>Plaintiffs,<br><br>v.<br><br>U.S. IMMIGRATION AND CUSTOMS ENFORCEMENT, et al.,<br><br>Defendants. | No. 5:26-cv-00322-SSS-SP<br><br>**DEFENDANTS' STATUS REPORT**<br><br>Honorable Sunshine Suzanne Sykes<br>United States District Judge |

On October 9, 2026, the Court ordered Defendants to provide daily status reports detailing their progress in providing the Medical Monitor (1) access to the electronic health records system used at the Adelanto ICE Processing Center ("Adelanto"), (2) access to dental records at Adelanto, and (3) access to documents at Adelanto in which practitioners acknowledge that they are aware of, and have addressed, critically abnormal diagnostic test results. On October 15, the Court ordered Defendants to provide a complete response to the Conditions Monitor who had requested the two lists of detainees that were housed in Administrative Segregation and Disciplinary Segregation for the last 6 months, including date in and date out for each listed detainee, designating whether the detainee was "PC," and identifying all dates of confinement in Disciplinary and Administrative Segregation if a detainee was admitted more than once within a specific time period. The Court ordered that Defendants also address this matter in their daily status reports.

**Conditions Monitor Update**

As noted in the prior October 15 report (ECF 197), on October 15, ICE transmitted an Excel spreadsheet to Ms. Wasko via counsel in response to this request. Upon receipt of the Excel spreadsheet Ms. Wasko responded that "…on first glance, it looks to have the elements of what I'm looking for. I will do a deeper dive this evening and tomorrow and let you know if I have any questions. Thank you very much!" On the morning of October 16, Ms. Wasko confirmed of the document that: "I have been reviewing it, and it does contain what I need."

**Medical Monitor Update**

ICE has now received detailed guidance from GEO regarding the Medical Monitor's requests and this Court's order. ICE provides the following update:

ICE has received confirmation from GEO that the monitors have access to the dental records. As provided in the October 13, 2026 status report, the monitors have access to the documentation regarding critically abnormal results. ICE received clarification from GEO that it previously requested through Sapphire that the Monitors have access to the electronic medication administration record (eMAR). While the monitors have access to

eMAR, the Monitor's access role does not yet include permission to open the medication administration record (MAR) itself. As such, GEO will provide the reports upon request, while Sapphire builds an updated permission set that will allow Monitors to view and print the MAR and the dose-by-dose administration history. Additional details are provided in the Declaration of Daniel Pomplun attached hereto as **Exhibit 1**. On October 16, ICE caused detailed instructions regarding access to (1) eMAR, (2) Dental Records, and (3) Documentation of Critically Abnormal Results, to be transmitted to the Medical Monitors at 4:12 pm. A redacted copy of those instructions is attached hereto as **Exhibit 2**.

Respectfully submitted,

Dated: October 16, 2026

TODD BLANCHE
Attorney General
BILAL A. ESSAYLI
First Assistant United States Attorney
DANIEL A. BECK
Assistant United States Attorney
Chief, Civil Division
ALARICE M. MEDRANO
Assistant United States Attorney
Chief, Complex and Defensive Litigation Section

*/s/ Christopher M. Butler*
PUSHKAL MISHRA
CHRISTOPHER M. BUTLER
Assistant United States Attorneys

Attorneys for Defendants