# Exhibit 1

**DECLARATION OF DANIEL POMPLUN**

I, Daniel A. Pomplun, hereby declare:

1. I am a Management Program Analyst and Contract Officer Representative ("COR") of the Los Angeles Field Office, Enforcement and Removal Operations ("ERO"), U.S. Immigration and Customs Enforcement ("ICE") within the U.S. Department of Homeland Security ("DHS"). I have held this position since June 2009. Prior to my current position, I also served as a COR/Branch Chief at U.S. Customs and Border Protection within DHS from 2003-2009. I also served with legacy Immigration and Naturalization Service from 2001-2003 as Director of Facilities Engineering for Central Region, and with the Federal Emergency Management Agency from 1994-2001.

2. As the COR, I review provisions of ICE contracts and Intergovernmental Service Agreements ("IGSAs") to verify that the parties' performance is compliant with contractual requirements. I have personal knowledge of the following facts, and if called upon, I would truthfully testify as set forth below.

3. The statements in this declaration are based on my personal knowledge, reasonable inquiry, and information made available to me in the course of my official duties from information obtained from records, systems, databases, other DHS employees, and/or information portals maintained and relied upon by DHS.

4. I previously submitted a declaration regarding the Medical Monitor's requests for remote access and a remote orientation. Coordination has continued with ICE and GEO Group ("GEO") to assess Monitor access to the electronic health records ("EHR") system Sapphire and efforts to comply with the Monitors' requests. Sapphire is an independent third party that works with GEO.

5. Since that time, ICE has continuously engaged with GEO with respect to the Medical Monitor's request pertaining to access to the Sapphire EHR. GEO has specifically worked with the Sapphire Team to resolve the Medical Monitor's access in accordance with the Court's order.

6. GEO has confirmed that the medical monitors have access to the electronic medication administration record (eMAR). Currently, such access includes access to each patient's medication profile. That profile includes all active and historical prescription, direction, prescriber, start and end dates, and status. For "non-KOP" medications, it also includes an administration compliance rate. Sapphire's Contract Monitor (CM) role does not yet include permission to open the medication administration record itself. However, Sapphire is building an updated CM permission set that will allow Monitors to view and print the MAR and the dose-by-dose administration history.

7. GEO has informed ICE that Sapphire anticipates that the updated CM permissions will be completed by November 3, 2026. Until such time, GEO will provide a MAR report for any patient at the Medical Monitors' request. Such requests can be submitted to GEO via the designated electronic mailbox that GEO has already provided to the Medical Monitors.

8. GEO has also confirmed that the Medical Monitors have view-only access to the dental records. Currently that access includes the ability to view dental forms and records once they have been processed and saved to the patient's record.

9. GEO has confirmed that the medical monitors have access to view practitioner documentation on critically abnormal results, including follow-up actions, viewed from the Labs/Diagnostic tab.

10. GEO confirmed that partial access is currently only available for the medication list(s) and the compliance rate for the medication; meaning that the monitors only have access to the list of medications on the Medications tab and the compliance rate for the medication administration.

11. GEO has informed ICE that Sapphire anticipates that the update for view-only access will be made available in November. GEO advised that Sapphire follows a monthly release date for coding updates with the next cycle occurring November 3rd.

12. On October 16, 2026, ICE caused to be relayed to the medical monitors, instructions for accessing the requested records.

13. I declare, pursuant to 28 U.S.C. § 1746, under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Executed on October 16, 2026, at Adelanto, California.

DANIEL A POMPLUN Digitally signed by DANIEL A POMPLUN Date: 2026.10.16 17:05:53 -07'00'

Daniel A. Pomplun
Management Program Analyst/Contract Officer Representative
DHS/ICE/ERO
Adelanto ICE Processing Center
Adelanto, California