# Exhibit 2

[redacted]

ICE received the following information from GEO in response to Dr. Stern's October 8, 2026, inquiry regarding access to three areas of the Sapphire electronic health record:

1. Electronic medical administration record (**eMAR**): Partial Access

   The Monitors were not accessing the system incorrectly. The CM role currently provides view access to each patient's medication profile. That profile includes all active and currently provides view access to each patient's medication profile. That profile includes all active and historical prescriptions, directions, prescriber, start and end dates, and status. For non-KOP medications, it also includes an administration compliance rate in the CP column. The CM role does not yet include permission to open the medication administration record itself, which is why the eMAR view returned a blank screen. Sapphire is building an updated CM permission set that will allow Monitors to view and print the MAR and the dose-by-dose administration history.

   ### How to View a Patient's Medications Now

   1. Search for the patient using any of the available search fields, then open the patient's record.
   2. Select the **Medications** tab. Sapphire displays the patient's active medications. Use the **All** filter to include inactive and historical orders.
   3. For non-KOP medications, refer to the **CP** column for the administration compliance rate. KOP (Keep on Person) medications are self-administered and display "NA."

   [redacted]

   *Figure 1. Medications tab, showing the CP (administration compliance) column*

   GEO will provide a MAR report for any patient at the Monitors' request. Requests may be sent to [redacted]. Patient information will only be transmitted by encrypted email. Target turnaround: 1 business day.

2. **Dental Records**: Access Confirmed (View Only)

   The CM role has view-only access to dental documentation in Sapphire. Monitors can view dental forms and records once they have been processed and saved to the patient's record. The CM role has no entry, edit, or delete rights in the dental record.

   ### How to View Dental Records

   1. Search for the patient using any of the available search fields, then open the patient's record.
   2. Select the **Summary** tab. By default, Sapphire shows the last 30 days of EHR documentation. To view older records, use the **+** control next to "Last 30 Days" to

expand the date range up to 365 days.
3. Processed forms, including dental records (e.g., Dental Health Record, HS-124), appear under **Other Documentation > FORMS**.
4. Expand the form entry, then select the **magnifying glass** icon to open and view it.

[redacted]

*Figure 2. Summary tab, Other Documentation > FORMS section*

3. **Practitioner Documentation on Critically Abnormal Results**: Access Confirmed.

The CM role can view the documentation a practitioner enters when signing off on an abnormal or critical result. This includes the follow-up plan, the sign-off date and time, the signing practitioner, and the practitioner's sign-off note.

### How to View Practitioner Sign-Off Documentation

1. Search for the patient using any of the available search fields, then open the patient's record.
2. Select the **Labs/Diagnostics** tab. Sapphire displays the patient's lab and diagnostic results, with the most recent results first.
3. Abnormal results show a **flag** in the first column, and the service name is shown in red. Hover over the flag to see the abnormal value.
4. Select the **comment bubble** icon in the far-right column to open the practitioner's sign-off notes.

[redacted]

*Figure 4. Labs/Diagnostics tab. Abnormal results are flagged, and the comment icon opens the sign-off notes. (Accession numbers redacted.)*

[redacted]

*Figure 5. Practitioner sign-off notes: follow-up plan, sign-off date, signing practitioner, and note*

### Test Patient for Verification

To protect patient health information, GEO will provide the Monitors the name of a patient with a critical result and the related practitioner documentation by separate, encrypted email. GEO can also coordinate a brief screen-share session to walk the Monitors through the documentation, if helpful."

### Support

If the Monitors encounter any issue with the steps described above, they may contact [redacted] GEO will arrange a working session with the Sapphire team to resolve the issue promptly. GEO will also notify ICE when the Item 1 and Item 2 permission updates are deployed.