PUBLIC COUNSEL
REBECCA BROWN (SBN 345805)
rbrown@publiccounsel.org
SOPHIA WRENCH (SBN 354416)
swrench@publiccounsel.org
AMELIA PIAZZA (SBN 342473)
apiazza@publiccounsel.org
BELINDA ESCOBOSA (SBN 214178)
bescobosa@publiccounsel.org
610 South Ardmore Avenue
Los Angeles, CA 90005
Tel: 213-385-2977

*Attorneys for Plaintiffs*
Additional Counsel Listed on Following Page

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

L.T., SEVAK MESROBIAN, JOSE MAURO SALAZAR GARZA, AND J.M., on behalf of themselves and all others similarly situated; COALITION FOR HUMANE IMMIGRANT RIGHTS,

Plaintiffs,

v.

U.S. IMMIGRATION AND CUSTOMS ENFORCEMENT; DAVID J. VENTURELLA, Senior Official Performing the Duties of the Director; JAIME RIOS, Acting Director of Los Angeles Field Office, Enforcement and Removal Operations, U.S. Immigration and Customs Enforcement; U.S. DEPARTMENT OF HOMELAND SECURITY; MARKWAYNE MULLIN, Secretary, U.S. Department of Homeland Security,

Defendants.

Case No. 5:26-cv-00322-SSS-SPx

**_EX PARTE_ APPLICATION TO SHORTEN TIME FOR HEARING ON PLAINTIFFS' RENEWED MOTION TO ENFORCE THE FIRST AMENDED PRELIMINARY INJUNCTION**

**CLASS ACTION**

Ctrm: 2, 2nd Floor
3470 12th Street
Riverside, CA 92501
Hon. Sunshine Sykes

Date Filed: January 26, 2026
Trial Date: November 8, 2027

IMMIGRANT DEFENDERS LAW CENTER
ALVARO M. HUERTA (SBN 274787)
ahuerta@immdef.org
CARSON ADRIANNA SCOTT (SBN 337102)
cscott@immdef.org
ALISON STEFFEL (SBN 346370)
asteffel@immdef.org
634 S. Spring Street, 10th Floor
Los Angeles, CA 90014
Tel: 213-634-0999

COALITION FOR HUMANE IMMIGRANT RIGHTS
CARL BERGQUIST (*pro hac vice*)
cbergquist@chirla.org
2351 Hempstead Road
Ottawa Hills, OH 43606
Tel: 310-279-6025

ADAM REESE (SBN 362898)
areese@chirla.org
2533 West Third Street, Suite 101
Los Angeles, CA 90057
Tel: 213-353-1333

WILLKIE FARR & GALLAGHER LLP
NICHOLAS REDDICK (SBN 288779)
nreddick@willkie.com
STEPHEN HENRICK (SBN 310539)
shenrick@willkie.com
ALYXANDRA VERNON (SBN 327699)
avernon@willkie.com
JACOB KARIM (SBN 340376)
jkarim@willkie.com
333 Bush Street, 34th Floor
San Francisco, CA 94104
Tel: 415-858-7400

VINCENT R. BIAGIOTTI (*pro hac vice*)
vbiagiotti@willkie.com
787 Seventh Avenue
New York, NY 10019-6099
Tel: 212-728-8000

*Attorneys for Plaintiffs*

PLEASE TAKE NOTICE that Pursuant to Federal Rule of Civil Procedure 6(c)(1)(C), Local Rule 7-19, and Section III(A) of this Court's Standing Order (ECF 25), Plaintiffs L.T., Sevak Mesrobian, Jose Mauro Salazar Garza, J.M., and the Coalition for Humane Immigrant Rights ("CHIRLA") (collectively, "Plaintiffs"), respectfully apply *ex parte* for an order shortening time on Plaintiffs' concurrently filed Renewed Motion to Enforce the First Amended Preliminary Injunction and for an Order to Show Cause (the "Motion"), and setting the Motion for hearing at the Court's earliest practicable date. Plaintiffs request a hearing on Friday, October 30, 2026, with Defendants' opposition due October 26, 2026 and Plaintiffs' optional reply due October 28, 2026. This Application is supported by the concurrently filed Declaration of Amelia Piazza and the papers filed in support of the Motion. This ex parte application complies with Local Rule 7-19's requirements.

## I. *EX PARTE* RELIEF IS WARRANTED

*Ex parte* relief is appropriate where "the moving party's cause will be irreparably prejudiced if the underlying motion is heard according to regular noticed motion procedures," and the moving party is "without fault in creating the crisis that requires *ex parte* relief." *Mission Power Eng'g v. Continental Cas. Co.*, 883 F. Supp. 488, 492 (C.D. Cal. 1995). Both requirements are met here.

### A. Plaintiffs Would Be Irreparably Prejudiced If the Motion Were Heard on Regular Notice

The Court has already found that the conditions challenged here cause irreparable harm. ECF 121 at 36. Those harms recur every day the Injunction goes unenforced. Each night, class members are awakened for four headcounts rather than the two the Court permitted. ECF 177 at 10–11, 26. Each day, they receive less than the four hours of outdoor access the Court ordered. *Id.* at 8. Each visit, families are denied the physical contact the Court required Defendants to allow. *Id.* at 9.

Ordinary noticed-motion practice would leave those harms in place for weeks. Plaintiffs have noticed the Motion for November 20, 2026, the first available hearing date consistent with ordinary motion practice. By then, class members would have endured weeks more of the very conditions the Injunction was designed to stop. A later hearing cannot restore sleep already interrupted, outdoor time already denied, or physical contact already withheld during a family visit. *See Hernandez v. Sessions*, 872 F.3d 976, 994–95 (9th Cir. 2017); *cf. Elrod v. Burns*, 427 U.S. 347, 373 (1976) (plurality).

**B. Plaintiffs Did Not Create the Need for Expedited Relief**

The urgency is not of Plaintiffs' own making. Plaintiffs obtained the Preliminary Injunction in July, asked Defendants to confirm compliance and received no meaningful response, ECF 123-2, and sought emergency relief on August 27 after receiving reports of continuing violations. ECF 123. Since then, the Court has amended the monitoring provisions, appointed independent Monitors, and twice issued orders to show cause concerning Defendants' compliance with the monitoring requirements. *See* ECF 147; ECF 155; ECF 178. The Conditions Monitor's first report confirmed that substantive violations of the Preliminary Injunction persisted through September. ECF 177. Plaintiffs have since attempted to be heard regarding Defendants noncompliance as soon as possible.

After the parties met and conferred regarding Plaintiffs' Motion on October 13, 2026, Plaintiffs' counsel met with multiple women detained in Adelanto East who reported sewage water flooding the Adelanto East building on a daily basis since Sunday, October 11—a plain violation of Paragraph 1(c) of the Preliminary Injunction. Piazza Decl. ¶ 7. On October 16, Plaintiffs' counsel immediately emailed Defendants' counsel requesting Defendants provide an update as to remediation within 24 hours. *Id.* Defendants did not reply to that email until three days later, the evening of October 19, 2026, only providing GEO's representation that the issue had

been remediated. *Id.* at ¶ 9. The issue, however, persists as of the filing of this Motion. Steffel Decl. ¶¶ 22–25; Piazza Decl. ¶ 16. Continued deterioration of conditions at Adelanto, coupled with any lack of good faith assurance from Defendants, make enforcement of the Preliminary Injunction all the more urgent.

## II. THE REQUESTED SCHEDULE IS REASONABLE

Plaintiffs propose that Defendants file their opposition by October 26, that Plaintiffs may file an optional reply by October 28, and that the Court hear the Motion on October 30. At the parties' October 13, 2026 meet and confer, Defendants' counsel represented that they would stipulate to an expedited briefing schedule as long as they had seven days to oppose Plaintiffs' Motion. Piazza Decl. ¶ 4. Under Plaintiffs' proposed schedule, they have four days. That slightly condensed timeline cannot prejudice Defendants, given their full notice of the basis for Plaintiffs' motion and requested relief in ECF 179-1 and 179-2 since October 7, 2026, and access to the Conditions Monitor's Report which forms a primary basis for Plaintiffs' Motion since October 2, 2026. In stark contrast, Plaintiffs' counsel was only given one business day to respond to Defendants' counsel's request for a stay of the district court's revisions to the preliminary injunction order, which both this Court and the Ninth Circuit denied as unjustified, ECF 195; ECF 199.

## III. NOTICE TO OPPOSING COUNSEL (L.R. 7-19.1)

Plaintiffs' counsel notified Defendants' counsel of this Application by email on October 21, 2026. Piazza Decl. ¶¶ 12, 14. Defendants' oppose the Application. *Id.* ¶ 17.

Pursuant to Local Rule 7-19, Defendants' counsel's contact information is copied below:

Federal Building, Suite 7516
300 North Los Angeles Street
Los Angeles, California 90012

TODD BLANCHE
Acting Attorney General
BILAL A. ESSAYLI
First Assistant United States Attorney
ALARICE M. MEDRANO
Assistant United States Attorney
Acting Chief, Complex and Defensive Litigation Section

DANIEL A. BECK (Cal. Bar No. 204496)
Assistant United States Attorney
Acting Chief, Civil Division
Telephone: (213) 894-2574
Email: Daniel.Beck@usdoj.gov

PUSHKAL MISHRA (Cal. Bar No. 298695)
Special Assistant United States Attorney
Telephone: (714) 338-3503
E-mail: pushkal.mishra@usdoj.gov

CHRISTOPHER M. BUTLER (Cal. Bar No. 318219)
Assistant United States Attorney
Telephone: (213) 894-0885
E-mail: christopher.butler@usdoj.gov

## IV. CONCLUSION

Plaintiffs respectfully request that the Court shorten time and hear the Motion to Enforce on October 30, 2026, with Defendants' opposition due October 26 and any reply due October 28.

Dated: October 22, 2026

WILLKIE FARR & GALLAGHER LLP

By: */s/ Nicholas Reddick*
Nicholas Reddick
Stephen Henrick
Alyxandra Vernon
Jacob Karim
Vincent R. Biagiotti (*pro hac vice*)

PUBLIC COUNSEL

By: */s/ Rebecca Brown*
Rebecca Brown
Sophia Wrench
Amelia Piazza
Belinda Escobosa

IMMIGRANT DEFENDERS LAW CENTER

By: */s/ Alvaro M. Huerta*
Alvaro M. Huerta
Carson Adrianna Scott
Alison Steffel

COALITION FOR HUMANE IMMIGRANT RIGHTS

By: */s/ Carl Bergquist*
Carl Bergquist (*pro hac vice*)
Adam Reese