UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
CIVIL MINUTES—
GENERAL

| | | | |
|---|---|---|---|
| Case No. | 5:26-cv-00322-SSS-SPx | Date | October 24, 2026 |
| Title | *L.T., et al., v. United States Immigration and Customs Enforcement, et al.* | | |

Present: The Honorable SUNSHINE S. SYKES, UNITED STATES DISTRICT JUDGE

| | |
|---|---|
| Irene Vazquez | Not Reported |
| Deputy Clerk | Court Reporter |
| Attorney(s) Present for Plaintiff(s): | Attorney(s) Present for Defendant(s): |
| None Present | None Present |

**Proceedings: (IN CHAMBERS) ORDER DIRECTING INDEPENDENT MONITORS TO FILE RESPONSE TO DEFENDANTS' STATUS REPORTS**

On October 2, 2026, the Court ordered Defendants to show cause why they had not provided responsive documents or answers to the requests from the Medical and Conditions Monitors. [Dkt. No. 178]. Since then, Defendants have filed several status reports between October 12 and 16, 2026, in which they claim they have provided all the requested access, information, or documents to the monitors. [*See generally* Dkt. Nos. 186, 189, 194, 197, 198].

To determine whether to discharge the order to show cause, the Court **DIRECTS** the Medical and Conditions Monitors to file a response to Defendants' status reports. The monitors should indicate whether Defendants have indeed provided adequate responses to their requests. If Defendants have not, the Medical or Conditions Monitor should explain why. The written responses should be filed by **October 26, 2026, at 5:00 p.m**.

**IT IS SO ORDERED.**