UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

L.T., SEVAK MESROBIAN, JOSE MAURO SALAZAR GARZA, AND J.M., on behalf of themselves and all others similarly situated; COALITION FOR HUMANE IMMIGRANT RIGHTS,

Plaintiffs,

v.

U.S. IMMIGRATION AND CUSTOMS ENFORCEMENT; DAVID J. VENTURELLA, Senior Official Performing the Duties of the Director; JAIME RIOS, Acting Director of Los Angeles Field Office, Enforcement and Removal Operations, U.S. Immigration and Customs Enforcement; U.S. DEPARTMENT OF HOMELAND SECURITY; MARKWAYNE MULLIN, Secretary, U.S. Department of Homeland Security,

Defendants.

Case No. 5:26-cv-00322-SSS (SPx)

**~~[PROPOSED]~~ ORDER GRANTING PLAINTIFFS' *EX PARTE* APPLICATION TO SHORTEN TIME FOR HEARING ON RENEWED MOTION TO ENFORCE THE FIRST AMENDED PRELIMINARY INJUNCTION**

Before the Court is Plaintiffs' *Ex Parte* Application to Shorten Time for Hearing on Plaintiffs' Renewed Motion to Enforce the First Amended Preliminary Injunction (the "Application"). Having considered the Application, the Declaration of Amelia Piazza, and the record in this action, and good cause appearing, the Court GRANTS the Application and ORDERS as follows:

1. Plaintiffs' Renewed Motion to Enforce the First Amended Preliminary Injunction (the "Motion"), presently noticed for November 20, 2026, shall instead be heard on **Thursday, November 5, 2026 at 10:00 a.m.** via Zoom videoconference.

2. Defendants shall file their opposition to the Motion no later than **9:00 p.m. PDT on Thursday, October 29, 2026**.

3. Plaintiffs may file an optional reply no later than **9:00 p.m. PDT on Monday, November 2, 2026**.

4. The Court may, in its discretion, determine the Motion without oral argument pursuant to Local Rule 7-15, in which case the hearing shall be vacated and the Motion deemed submitted on the papers as of November 2, 2026.

IT IS SO ORDERED.

Dated: October 26, 2026

SUNSHINE S. SYKES
United States District Judge