# DECLARATION OF ROSA QUEVEDO

I, ROSA QUEVEDO, do hereby declare and state the following:

1. I am currently employed with the U.S. Department of Homeland Security (DHS), U.S. Immigration and Customs Enforcement (ICE), as an Assistant Field Office Director (AFOD) for Enforcement and Removal Operations (ERO), and I have been assigned to the Adelanto ICE Processing Center (APC) in Adelanto, California, since October 2015. ICE/ERO at Adelanto is responsible for managing the immigration cases of detained individuals. I have held my current position since July 2025 and have been employed by DHS since October 26, 2009.

2. The statements in this declaration are based on my personal knowledge, reasonable inquiry, and information made available to me in the course of my official duties from information obtained from records, systems, databases, other DHS employees, GEO Group, Inc. (GEO) staff, and/or information portals maintained and relied upon by DHS.

3. This declaration is submitted in support of Defendants' Opposition to Plaintiffs' Renewed Motion to Enforce the First Amended Preliminary Injunction, ECF 200, filed October 22, 2026.

4. I have personally observed each of the areas shown in the photographs attached as Exhibits A through K, including during the week of October 19, 2026, and each photograph fairly and accurately depicts the area as I observed it, as described in the Photographs section below.

**The Adelanto Facility**

5. The Adelanto facility consists of an East facility and a West facility. The East facility was constructed to hold 660 detainees in eight open dormitory housing units; four of those units house female detainees and four house male detainees. The West facility has a maximum capacity of 1,280 detainees housed in four- and eight-bed small dorms, with 17 general population housing units and one segregation unit (the Special Management Unit, or SMU). All but one housing unit are equipped to accommodate detainees who

require an accommodation under the Section 504 of the Rehabilitation Act. As of October 19, 2026, the combined detainee population was 1,861. GEO reported to ICE on September 18, 2026, and that on September 1, 2026, the population consisted of 603 low-, 607 medium-, and 520 high-security detainees, with 12 in administrative segregation.

6. Unlike most correctional settings, detainees at Adelanto are not used to clean the facility or to work in the kitchen or laundry; GEO staff perform that work. GEO maintains a written cleaning schedule and keeps a record of what is cleaned and when. Some female detainees in the East dormitories choose to sweep or clean the showers in their own units; they are not required to do so.

7. ICE compliance officers conduct daily inspections of the facility. Each day they check the showers, lighting, and general cleanliness; check mattresses; make rounds in the medical unit and the kitchens; and check meals. When an inspection identifies an issue, it is referred to GEO, which addresses it. Examples of issues identified and corrected through this process include a detainee found with two mattresses without a medical order while another detainee lacked one; medication taken from the medication cart by a detainee, after which GEO assigned an officer to accompany the nurse on medication rounds; air-conditioning outages, which GEO repairs promptly; and food items retained past their use-by date, which GEO promptly discarded.

8. The Adelanto facility is accredited by the American Correctional Association and the National Commission on Correctional Health Care, and it is subject to periodic ICE detention-standards audits and other federal audits. I note that the Court's Conditions Monitor found the facility staffed at 100 percent of the 375 positions required under the security staffing contract at the time of her September 2026 assessment. ECF 177 at 2, 17.

9. On July 17, 2026, ICE informed GEO of the Preliminary Injunction, and ICE has provided GEO a copy of each subsequent order. GEO and ICE have worked, and continue to work, toward compliance with the injunction through ICE's Contracting Officer's Representative, absent any documented security risk. ICE has not instructed GEO to disregard any provision of the injunction.

**Potable Water**

10. The Adelanto facility receives its water from the City of Adelanto. The City is required to meet federal drinking-water standards; it tests its water daily at multiple locations in its system and sends samples to a certified laboratory weekly to verify its results. The City does not indicate that its water requires filtration. The City occasionally flushes its water lines, which can produce temporary turbidity, and on those occasions the City states that its water remains safe to drink. The City supplies the facility in partnership with PERC Water Corporation. In or about January 2026, an independent third party retained by GEO sampled and tested the drinking water at distribution points throughout the facility and found it to meet applicable standards. The City and PERC Water publish an annual Consumer Confidence Report of the City's water-quality testing; a true and correct copy of the 2024 report, issued in June 2025, is attached as Exhibit M. A true and correct copy of the laboratory results of the January 2026 testing at distribution points inside the facility, which detected no coliform bacteria and no Legionella, together with the results of GEO's earlier testing in April 2025 (duplicate pages omitted), is attached as Exhibit L.

11. Detainees always have access to tap water in their housing units. Some years ago the facility also began placing ice water in insulated coolers in the housing units; the purpose was to provide cold water in hot weather, not filtration. The coolers from the West kitchen were filled with filtered water while the coolers from the East kitchen were not, and at times detainees removed the cooler lids to reach the ice, which could contaminate the water. GEO provided detainees 24-hour access to potable water before the Preliminary Injunction and continues to do so.

12. The coolers have now been removed. In September 2026, ICE learned that GEO contracted with Primo Brands to install a filtration system for both hot and cold water; the installation was completed on October 16, 2026. Approximately 33 free-standing units were installed, so that every housing unit in the East and West facilities, and the SMU, now has a water unit. ICE approved the cost of the filtration system on or

about September 10, 2026, the same day after GEO submitted the proposal, and GEO placed the order with Primo Brands the same week. Each unit has an NSF-certified filter affixed to its back. Detainees have access to these units at all hours, seven days a week, except during counts, which typically take 30 to 40 minutes. True and correct photographs of the new water units in a West housing unit, the NSF-certified filter attached to the back of a unit, and the water unit in the SMU are attached as Exhibit A (photographs A-1 through A-3). Each housing unit also has two microwaves for detainee use. The units dispense the same municipal water described above through those filters. It is ICE's understanding that the City's water is moderately hard (74 mg/L; Exhibit M). The filtered units supersede the coolers that were awaiting government approval when the Conditions Monitor issued her first report.

**Meals**

13. GEO serves meals at Adelanto from a five-week adult menu cycle. The menu is accompanied by a menu template report that lists portion sizes and, for each menu item, calories, protein, carbohydrates, fat, sodium, vitamins A and C, calcium, dietary fiber, and sugar, totaled for each meal and each day. The daily caloric content of the menu is between 2,800 and 2,900 calories. GEO's nutritionist previously assessed the menu on August 25–26, 2026, and confirmed that it provides approximately 2,800 calories per day. GEO also provides medical diets approved by a medical provider and religious diets, including kosher, halal, and common-fare meals, approved by the Chaplain. A true and correct copy of the menu and the menu template report is attached as Exhibit O.

14. On October 6, 2026, GEO's registered dietitian toured the Adelanto facility and tested numerous meal trays. She found that every tray tested reflected the correct portion sizes and temperatures and that the meals were palatable, and she found the kitchens to be clean and sanitary and to be following the menus. A true and correct copy of her report is attached as Exhibit P.

15. Both the East and West kitchens are staffed by GEO employees only; no detainees work in the kitchens. Food service staff maintain consistent portion sizes by

using serving spoons sized to the portion called for by the menu. Detainees in the West facility eat in dining halls adjacent to the West kitchen; detainees in the East facility are fed in their housing units from insulated trays packed in the East kitchen. Religious and medical diet meals are prepared individually for each detainee according to the detainee's need and are labeled for that detainee. True and correct photographs of individually labeled special-diet trays in the West kitchen are attached as Exhibit I (photographs I-1 through I-4). Meals are served at approximately 4:30 a.m., 11:30 a.m., and 4:30 p.m., in the West dining halls and in the East housing units, as page 16 of the Handbook Supplement states (Exhibit R). The West units go to breakfast in rotation because the dining halls seat 114 at a time and the kitchen must feed approximately 1,300 West detainees before the 10:30 a.m. count. A detainee who chooses to sleep through breakfast may do so. The West dining halls are currently using disposable trays while the West dishwasher is out of service. GEO and ICE conduct weekly kitchen inspections confirming that the kitchen areas are sanitized and clean and that food is held at appropriate temperatures during preparation, under the supervision of GEO's food service manager. GEO discards prepared food daily after use and does not retain packaged or canned goods beyond their expiration dates. Food preparation and service follow the food-safety provisions of ICE's Performance-Based National Detention Standards 2011 (revised 2016). Both kitchens were observed on each of three days during the week of October 19, 2026, including during meal preparation and service, and were clean and sanitary each time, and the meals served followed the menu. Portion sizes are set by the serving spoons, not by the tray on which the meal is served. On each of those three days a randomly selected tray was taken from the serving line and found to be palatable, at the proper temperature, and in the correct portions. GEO staff, including the Assistant Facility Administrator, regularly eat the same meals that are served to detainees. On May 19, 2026, the San Bernardino County Health Department inspected the Adelanto kitchen and found it in compliance with county guidelines for food handling, preparation, and cleanliness. GEO also retains a sample of each day's meals so that it can be tested if a detainee reports illness. A true and correct copy of the County's May 19,

2026 inspection report is attached as Exhibit N.

**Sanitation**

16. The housing units, dayrooms, kitchens, laundry, intake areas, and segregation unit are cleaned daily by GEO staff according to the cleaning schedule described above. During the week of October 19, 2026, staff were observed cleaning throughout the facility, and the housing units and common areas were clean and orderly. The restrooms are cleaned by GEO staff from 6:00 a.m. to 2:00 p.m. seven days a week, and GEO anticipates extending that coverage as additional staff are hired. I note that during her unannounced visit in September 2026, the Court's Conditions Monitor found the facilities "generally clean and well-kept," the dayrooms "remarkably clean and without odors," and the hallways and floors clean, and she "personally saw the officer cleaning crews throughout the tour cleaning showers, hallways, and the intake area." ECF 177 at 5. I further note that her report concluded that "the facility was generally clean and well maintained" and that "staff appeared diligent in maintaining cleanliness throughout the assessed area." ECF 177 at 17.

17. Soap and other hygiene items are provided to detainees without charge. Detainees receive hygiene items at intake and may exchange them, item for item, upon request; page 6 of the Adelanto Supplement to the ICE National Detainee Handbook, which is available in 18 languages, lists the items issued and the exchange process. Toilet paper, soap, and shampoo are stocked at each unit's officer station and replenished from the facility warehouse GEO is aware of no period in October 2026 in which a housing unit was without toilet paper or shampoo as these items are stocked for and have not gone unstocked. There are three shifts for GEO pod officers from 6 a.m. to 2 p.m.; 2 p.m. to 10 p.m.; and 10 p.m. to 6 a.m.; where they communicate with their chain of command to replenish these requirements. In stances where toilet paper has been removed and found in detainee beds, it is replaced under the same processes by the pod officers. GEO also makes cleaning products available to detainees on request from the janitor's closets in their housing units to clean their own living areas. I note that the Conditions Monitor found

hygiene products available in the intake packages and at each officer's podium and rated this requirement compliant. ECF 177 at 6, 24. A true and correct copy of the relevant pages of the Handbook Supplement, including page 6, is attached as Exhibit R.

18. The shower rooms in the West facility have a ventilation problem that allows excess moisture to accumulate on the walls and ceiling. That moisture causes the paint on the shower room floors to deteriorate more quickly, with light-brown discoloration in places. GEO inspects for mold during its daily cleaning and has identified no mold in the shower rooms, the ventilation system, or elsewhere in the facility; the discoloration on the West shower-room floors is consistent with mildew and deteriorated paint caused by moisture. The stainless-steel shower stalls themselves are not affected. GEO cleans the shower rooms regularly to remove whatever staining is present, although discoloration from deteriorated paint cannot be removed by cleaning. GEO engaged a contractor to evaluate and correct the ventilation problem. As of the week of October 19, 2026, the repairs were scheduled to begin the week of October 26; the contractor visited the facility on October 27, 2026, and GEO is reviewing its proposal. Once the ventilation is corrected, GEO plans to redo the West shower room floors. A true and correct photograph of a West shower room, with its privacy curtains, is attached as Exhibit D (photograph D-1). On October 2, 2026, the United States acquired the Adelanto facility from GEO, which continues to operate it under its existing contract with ICE. Since the acquisition, service and infrastructure changes of this kind require a modification to that contract, which triggered a 60 day transition period from the contract extension with GEO that commenced on or about September 18, 2026. I note that the Monitor's first report likewise stated that addressing the ventilation is the only way to mitigate the condition she observed in the West shower rooms, ECF 177 at 6, and the ventilation project described above is directed to remedy that area.

19. I note that the Monitor's first report also described cracks in an air-conditioning duct in the upper-left dorm of East Unit 2A and recommended that the ducts in the East housing units be cleaned and that leaking ducts be repaired. ECF 177 at 6. At

the Monitor's request, GEO's Associate Warden photographed that duct on October 12, 2026. GEO found and sealed a gap at a seam in that air-conditioning duct. A true and correct photograph of the repaired duct, taken on October 26, 2026, is attached as Exhibit S.

20. Drain flies, which appear as larvae in the West shower room floor drains during hot weather and turn into small gnats, are endemic to the Adelanto area and recede in cooler weather. The facility has had a pest-control contract with Orkin to treat the shower drains for several years. Orkin had been treating the drains every two weeks and recently increased its service to weekly. No larvae were observed on the shower room floors during the week of October 19, 2026. I note that the Monitor observed larvae on the West shower room floor during her September visit and noted that, without addressing the moisture in the shower rooms, extermination alone would not resolve the condition. ECF 177 at 6. GEO is doing both: Orkin's weekly treatment addresses the larvae, and the ventilation project described above addresses the moisture that the Monitor identified as the underlying cause.

21. The sewage backups that have occurred in the East female housing units are caused by items flushed into the sewer line, most often paper towels and sanitary products, despite the receptacles provided for those items; on one occasion a shirt was found in the line. The sewage system itself is not defective. When a backup occurs after the plumbing staff have left for the day, the plumbers are recalled from home; the October 9 backup was cleared within approximately two and one-half hours of the report, with the delay attributable to the recall. According to GEO's plumbing staff, backups of this kind occur approximately once a month, not weekly. Backups also occur occasionally in the male units, most often in the West segregation unit, where larger items such as pants have been found in the line. There are no work order records standing wastewater one to two inches deep in any unit, and on each occasion the floor was cleaned and disinfected by GEO on-call staff that immediately remedied the clog. The two recent backups, on October 9 and October 20, 2026, and GEO's response to each are described in the Supplemental

Declaration of Rosa Quevedo. ECF 203-1 ¶¶ 5–6.

**Privacy in Showers and Toilets**

22. Privacy curtains are installed on every shower in the West and East housing units and on every toilet in the East dormitories. The only West showers without curtains as of October 21, 2026, were the accessible showers, for which GEO had run out of curtain material; the additional material arrived that week, and the ADA shower curtains were to be installed within days. The showers in the SMU also have privacy screens. True and correct photographs of a West shower room with curtains, a row of sinks in an East dormitory, and the SMU showers with privacy screens are attached as Exhibit D (photographs D-1 and D-2) and Exhibit J (photograph J-2). The curtains are washed monthly and replaced when they are no longer serviceable. The surveillance cameras in the East dormitory restrooms are mounted to monitor the restroom entry and common area, which is required for safety and for compliance with the Prison Rape Elimination Act; they do not capture the interior of a toilet stall behind a drawn curtain, and the monitors are viewed only by the unit officer in the control room.

23. The toilets inside the four- and eight-bed small dorms in the West facility do not have curtains. Officers must be able to see into those small dorms to ensure that no detainee is attempting self-harm, that no assault is occurring, and that no contraband is present; a barrier inside the dorm would prevent officers from doing so and would put other detainees at risk, and a hanging curtain in a dorm with high ceilings presents a hanging hazard. Because the dorm doors are unlocked except during counts and detainees spend most of the day in the dayroom or on the yard, a detainee who needs to use the toilet can ordinarily do so with the dorm to himself. GEO and ICE have considered the quick-release curtain or barrier the Monitor has suggested; it would not solve the problem, because any barrier blocks the officer's view of that part of the dorm regardless of how it is attached.

**Clothing**

24. At intake, after ICE processing, each detainee is screened by a nurse and then

receives three sets of clothing (three pairs of trousers, three outer shirts, three undershirts, three undergarments, and three pairs of socks), shower shoes, tennis shoes, and a sweatshirt, together with sheets, towels, a pillowcase, a pillow, blankets, hygiene items, and a radio for use with the housing-unit televisions. The sweatshirt was formerly issued seasonally and is now issued year-round. A detainee who is cold may obtain an additional blanket or shirt from the unit officer on request. Shorts may be purchased through the commissary.

25. The laundry operates six days a week, alternating white and colored items; detainees may send clothing for washing on any day consistent with that schedule, and items sent in the morning are returned the same day. Detainees may exchange worn, damaged, or stained clothing and bedding at any time. The laundry maintains an ample stock of replacement clothing and bedding and of laundry chemicals. , or exchange clothing for a different size No detainee raised clothing, laundry, bedding, mattress, or hygiene-supply concerns with the Assistant Facility Administrator during his walk-throughs of every housing unit during the week of October 19, 2026.The only clothing and bedding shortage of which GEO is aware occurred approximately 18 months ago, when the facility was activated and received a large number of detainees in a short period. I note that the Monitor likewise reported that the intake packet she inspected contained clothing, bedding, and hygiene products, and that she saw no soiled or torn linens on the bunks she examined in the East and West facilities. ECF 177 at 8.

**Bedding and Mattresses**

26. At intake each detainee receives two sheets, a pillow cover, a pillow, and two blankets, as page 6 of the Handbook Supplement provides (Exhibit R). Bedding may be sent to the laundry on the three days each week when whites are washed and is returned the same day, and replacement bedding is available in the laundry.

27. Mattresses compress and can crack over time. Some mattresses in use at the facility were compressed or cracked as of the week of October 19, 2026. GEO's Facility Administrator has ordered 500 new mattresses to replace those that are significantly

compressed or cracked.

**Outdoor Recreation**

28. In the West facility, each pair of housing units shares a small recreation yard located between them. One unit has the yard for up to six hours in the morning and the other for up to six hours in the afternoon, and the schedule reverses the next day. The small yards are open to the sky and are equipped for basketball, handball, and strength training. Because the small-dorm doors are unlocked except during counts, West detainees also have dayroom access throughout the day. Medium- and high-security detainees receive the same out-of-cell time and small-yard access as low-security detainees. True and correct photographs of the West small yards and their exercise equipment are attached as Exhibit E (photographs E-1 through E-4). I note that the Monitor described the practice of leaving the dorm doors unlocked outside of counts as "commendable." ECF 177 at 10.

29. The East dormitory units have small yards that are considerably larger and more open than those in the West facility and are shared by several units. True and correct photographs of an East recreation yard are attached as Exhibit F (photographs F-1 through F-3).

30. The four East male dormitory units house low-security detainees. During the week of October 19, 2026, those units were clean and orderly, every shower and toilet had a privacy curtain, and the detainees raised no complaints with the Assistant Facility Administrator during his walk-through. The East intake area, which is smaller than the West intake area and follows the same procedures, processes only female detainees; all male detainees are processed through the West intake area.

31. In addition, each West housing unit, which holds up to approximately 80 detainees, has access to a large recreation yard. Under the schedule in effect at the time of the Monitor's September 2026 visit, each West unit had approximately one hour on the large yard a day on a rotating schedule, as the Monitor reported. ECF 177 at 8. That remains the current schedule: each housing unit in the East and West facilities, other than the SMU, has one hour on the large yard every day. True and correct photographs of a

large yard are attached as Exhibit G (photographs G-1 through G-3). After the fence repair described below, GEO reopened the large yard on August 17, 2026, and it has remained accessible since. On September 18, 2026, ICE and GEO entered into a contract modification to increase the staffing necessary to supervise the large yard securely and to increase detainee hours there; GEO's hiring under that modification is underway. That contract modification is GEO's and ICE's plan for expanding large-yard access, which the Monitor recommended be completed.

32. Expanding large-yard access to four hours a day, seven days a week, for every unit would require placing multiple housing units on the large yard at the same time, which presents security and safety concerns. The Adelanto facility has no guard towers; the perimeter is secured by a mobile perimeter patrol. There have been two escape attempts from the large yard in recent months even with a single unit of approximately 80 detainees on the yard, one of them serious. In that attempt, a detainee unraveled the lower portion of the inner perimeter fence and entered the area between the inner and outer fences before being spotted by the perimeter patrol; the attempt was aided by the lower terrain at that corner of the yard and by other detainees standing between the officer and the fence. The repaired section of fence is shown in Exhibit G (photographs G-1 and G-2). Escape risk is not confined to the yard: In the other, the detainee was stopped before reaching the area between the fences. The most recent escape attempt occurred on August 24, 2026.

33. Placing two units on the large yard would put approximately 160 detainees on the yard at once, and three units approximately 240. Larger groups are more difficult to supervise and to bring under control in a disturbance, and they increase the opportunity for an escape attempt by blocking an officer's view or diverting attention. Detainees are regularly separated by housing unit because they are incompatible, for example after a fight, over a debt, or because of gang affiliation; mixing units on the yard would make it only a matter of time before separated detainees met on the yard, with a risk of a larger disturbance. Low-security and high-security detainees are not mixed, which further limits the units that could be combined, and mixing them would expose low-security detainees

to more aggressive detainees. For these reasons the facility keeps detainees in smaller groups for recreation, as it does for dining.

**Visitation**

34. Each housing unit is scheduled for visiting blocks on three days a week, as shown in the schedules attached as Exhibit Q. Under GEO's visitation policy a visit lasts one hour (Exhibit Q, policy pp. 4, 7), and in practice two hours if the visitor has traveled 500 miles or more. The West visiting room is large and, outside the busiest periods, could accommodate longer visits; the East visiting room is much smaller, is regularly full on weekends, and could not accommodate nearly as many extended visits. Removing the time limit would therefore give West detainees longer visits than East detainees, which the female detainees in the East facility would perceive as unfair and which could lead male detainees in the East facility to seek transfers to the West facility. The September 18, 2026, contract modification also funds additional staff to supervise the visitation areas, and the current visitation schedule remains in place pending that hiring. Per GEO, West officers assigned are 2 to 3 depending on the day of the week. East officers assigned is 1 plus 1 runner. These officers bring the detainees from the visitation area and bring visitor from the lobby area to the visitation area. Processing times vary depending on the number of visitors at one time and the time it takes for visitation preparation, such as identification requirements and screening requirements. The additional visitation staff funded by the September 18 modification is not anticipated to shorten that wait. But the additions staff will be for the Video Attorney Visits (VAV). True and correct copies of GEO's visitation policy (11.1.7.C) and the East and West visitation schedules are attached as Exhibit Q. GEO maintains visitor logs recording the visits actually conducted.

35. The average detainee stays at Adelanto approximately five months. Detainees have several other ways to contact family and friends. Each housing unit has a bank of telephones available at all times except during counts; if no one is waiting, a detainee may remain on the telephone as long as he or she wishes, and during the week of October 19, 2026, typically only one to three of the telephones in a unit were in use at any time.

Detainees also have access to tablets, which can be used to place calls, including during counts, and each housing unit has docking stations that allow the tablets to be used for video calls. True and correct photographs of the housing-unit telephones, a tablet docking station in use, and the telephone and tablet equipment in the SMU are attached as Exhibit B (photographs B-1 through B-5).

36. A detainee or visitor may use the restroom during a visit without the visit being cancelled; the time spent away is added back so that the detainee and visitor receive the full one- or two-hour visit. Visitors use the restroom in the front lobby, and a detainee is returned to the housing unit with a pat search before using the restroom, which is a contraband control. Exhibit Q, policy p. 10.

37. Facility policy permits a detainee and visitor to embrace at the beginning and end of a visit. Continuous physical contact throughout a visit is not permitted, for two reasons. First, the visiting room is one of the principal places through which contraband, particularly drugs and cell phones, enters a detention facility. Visitors at Adelanto are screened only by a metal detector and, at most, a pat search, and detainees receive only a pat search before and after a visit, without a strip search or a change of clothing; continuous contact would substantially increase the opportunity to pass contraband. Second, continuous contact creates the opportunity for sexual contact in the visiting room in the presence of other visitors, including children. GEO's visitation policy provides for a brief embrace at the beginning and end of a contact visit and requires a pat search of each detainee receiving a contact visit. Exhibit Q, policy pp. 7–8.

**Headcounts**

38. GEO conducts two headcounts during the day, at 10:30 a.m. and 6:30 p.m. The 10:30 a.m. count is an out-count, during which detainees may be outside their housing units at visitation, court, religious services, medical, or the law library; the 6:30 p.m. count is the one standing, face-to-face count of the day, at which officers match each detainee to his or her photograph or wristband. Between 8:01 p.m. and 8:59 a.m., GEO conducts four checks, at 11:00 p.m., 1:00 a.m., 3:00 a.m., and 6:30 a.m. Only the 6:30 a.m. check is a

headcount. The three others are security observation rounds conducted by visual observation of each sleeping area, with overhead lights off and flashlights not directed at detainees' faces, during which no detainee is counted by bed-return, woken, or required to move. No more than two headcounts therefore occur in either window, consistent with paragraph 2 of the injunction, as ICE explained in the Amended Declaration of Ryan Smith. ECF 131 ¶¶ 5–8. The 6:30 a.m. check is an informal count, which means that they don't wake them up or recall them to their assigned dorm, rather counted where they are at. They are counted in place and verifying proof of life. In the East dormitories, the overhead lights are turned off at 11:00 p.m., and only the low-level night lighting required for officers to see the floor remains on until 8:00 a.m. Counts ensure that every detainee is present and in the correct housing area. Because the small-dorm doors in the West facility are unlocked except during counts, a detainee can enter another dorm, including to prey on another detainee, and regular counts allow officers to detect that. I note that the Monitor's first report states, as the Warden explained to her, that the informal counts allow for out-counts and that the facility is "making minimal disruptions during hours of sleep." ECF 177 at 11.

39. Counts, particularly at night, also serve as wellness checks. The night hours, when other detainees are asleep, are when a suicidal detainee is most likely to attempt self-harm. Reducing the number of night counts would reduce the opportunity to detect a detainee in distress. At least one standing count each day is necessary to confirm that each detainee is physically present and in the assigned cell. Limiting the number or manner of the overnight observation rounds would reduce the operational flexibility needed for suicide prevention, identification of medical emergencies, prevention of assaults by other detainees, detection of contraband, and prevention of escape, and would increase the risk to detention staff. I note the Monitor's own observation that "[t]he detainee count process is one of the most critical security functions within a detention facility," and that temporarily restricting detainees to their cells during a count "enhances institutional safety and supports the facility's responsibility to maintain continuous accountability of every

detainee in custody." ECF 177 at 10.

40. The overnight observation rounds are conducted so as to minimize disruption to sleeping detainees and can be completed without waking anyone so long as the officer's view of each bunk is unobstructed. Detainees, however, frequently hang sheets or blankets over their bunks so that the bunk and its occupant cannot be seen. Staff repeatedly direct detainees to remove the coverings, and other detainees then put up new ones. Some also cover the viewing window in the dorm door. When a bunk is covered during an overnight round, the officer cannot confirm that the detainee is present and unharmed without waking the detainee or entering the cell to remove the covering, ECF 131 ¶ 7, and obstructing an officer's view in this manner is a High Moderate offense under the Detainee Disciplinary Code (Code 314, interfering with the taking of count; Code 307, refusing to obey an order of a staff member). True and correct photographs of bunks covered in this manner in one West small dorm, taken during the week of October 19, 2026, are attached as Exhibit K (photographs K-1 through K-3). The Detainee Disciplinary Code is reproduced in Exhibit R.

**Administrative Segregation**

41. The SMU has 32 cells and is rarely full. During the week of October 19, 2026, approximately 26 cells were occupied, and nine of the detainees in the unit were there at their own request for protective custody. Detainees in disciplinary segregation are reviewed weekly for release; the disciplinary sanctions in the placement records reviewed that week were 15 and 30 days. Protective-custody detainees, who often do not wish to leave the unit, account for the longest stays. Unit staff work to release disciplinary detainees as soon as possible. GEO reported to ICE on September 18, 2026 that the SMU held between 23 and 31 detainees on the first and fifteenth of each month from May through September 2026 (26 on September 1, nine of them in protective custody); that the average stay was 50 days in administrative segregation and 13 days in disciplinary segregation; and that of the 144 disciplinary placements in the preceding six months, 120 were sanctions of less than 30 days, 24 were between 30 and 60 days, and none exceeded

60 days, following 170 disciplinary hearings. GEO maintains rosters of every administrative- and disciplinary-segregation placement, with the date in and date out for each detainee, protective-custody designations, and every period of confinement for a detainee admitted more than once.

42. The SMU records for both disciplinary and administrative placements set out the reason for the placement, the notice given to the detainee, the disciplinary hearing where applicable, and the detainee's right to appeal through the grievance process. The most frequent reason for administrative placement is a detainee's request for protective custody; placements pending investigation also occur. Each detainee receives the Adelanto Supplement to the National Detainee Handbook, available in 18 languages, which sets out detainee rights, the appeal process, the disciplinary hearing process, the notice of offenses, and the sanctions available for each level of offense. The relevant pages of the Handbook Supplement are included in Exhibit R.

43. Detainees in the SMU keep their personal property, including those placed for disciplinary reasons. Every SMU detainee receives one hour a day in one of six individual outdoor exercise yards, and all but those assessed as assaultive receive an additional half hour of dayroom time on the tier, unrestrained. Each tier has two telephones on rolling carts that detainees may use from their cells on request, for extended periods if no one is waiting. The SMU has the same filtered hot-and-cold water unit as the general population units, a computer with Lexis-Nexis, and a tablet docking station for video calls, all available during out-of-cell time. The SMU showers have privacy screens. True and correct photographs of an SMU exercise yard and the SMU showers are attached as Exhibit J (photographs J-1 and J-2); of the SMU telephone cart and tablet dock as Exhibit B (photographs B-4 and B-5); of the SMU water unit as Exhibit A (photograph A-3); and of the SMU legal-research computer as Exhibit H (photograph H-2).

44. Psychology staff see SMU detainees with a serious mental illness weekly and other SMU detainees every 30 days, or sooner at the request of unit staff, and may recommend an alternative placement. Medical staff make rounds in the SMU daily, and a

detainee with a physical health concern can be moved if necessary. The unit was clean and without offensive odors during the week of October 19, 2026. The detainees in the unit were quiet and orderly, and none raised a complaint with the Assistant Facility Administrator during his walk-through of both tiers. No detainee was held in the SMU for mental-health or clinical housing as of September 1, 2026, as GEO reported to ICE, and the psychology staff's weekly review and authority to recommend an alternative placement, together with the infirmary observation cells described below, are the facility's alternatives to segregation for detainees whose mental or physical health would be worsened by it, which is the alternative to segregation that the Monitor asked the facility to establish.

45. Female detainees requiring segregation are housed in a small segregation unit on the lower floor of one of the East general population housing units, which held few detainees during the week of October 19, 2026.

**Mental Health Screening**

46. Mental health services at Adelanto are provided by a contractor retained by GEO, whose psychology department is headed by a psychologist who has worked at Adelanto for eleven years. Every detainee is screened by a nurse at intake; a detainee with any identified mental health concern is referred to mental health staff and seen within 72 hours, and a detainee with a significant concern is seen immediately. The infirmary has observation cells for suicidal detainees, who are classified as Suicide Watch 1 (clothing removed and a suicide smock issued) or Suicide Watch 2 (own clothing retained). GEO custody staff work closely with mental health staff in managing detainees with mental illness.

**Disability Accommodations**

47. A notice of the right to request a disability accommodation, identifying the facility's Supervisory Disability Accommodation Coordinator (SDAC) coordinators, is posted in the facility, together with a separate notice listing the accommodations that may be requested; both notices are posted in English and Spanish. Page 10 of the Adelanto

Handbook Supplement, available in 18 languages, also informs detainees of the right to assistance, how to request an accommodation, and the types of accommodations available, and the same information is available on the tablets. True and correct photographs of posted notices in a West housing unit, including the accommodation notice, are attached as Exhibit C (photographs C-2 and C-3). The posted notices and the Handbook Supplement provisions respond to the Monitor's recommendation for signage and handbook language, and page 10 of the Handbook Supplement is included in Exhibit R. The facility has 16 cells designated for mobility-impaired detainees and designated accessible restrooms and showers, as GEO reported to ICE on September 18, 2026.

48. Detainees with a qualified disability, and the accommodation approved for each, are identified and tracked on facility lists, and a Disability Accommodation Notification is completed for each such detainee. Each housing unit maintains a book identifying detainees with an approved accommodation (blue tag) or who has an accommodation and may need assistance (red tag), and each detainee with an approved accommodation receives a memorandum (referred to as a "chrono") to keep on his or her person documenting the accommodation. In accordance with the Remedial Plan filed July 30, 2026 (ECF 111), every detainee is triaged within eight hours of arrival for disability identification, assessment, and accommodation and for medical and mental-health needs, and continuation of medication is provided upon arrival. The accessible  shower in West Unit was out of service and was returned to service by GEO.to confirm.] GEO's written policies on aids to impairment and accommodation (901-A, 906-A, and 11.1.5) govern this process.

**Requests, Grievances, and Access to Staff**

49. Every housing unit has locked boxes through which detainees may submit written requests ("kites") to ICE, grievances, and medical requests; ICE staff retrieve the ICE requests from the boxes. A red box through which detainees may send requests directly to the Court-appointed Monitors has also been installed in every housing unit. A true and correct photograph of the ICE and medical request boxes in an East housing unit

is attached as Exhibit C (photograph C-1).

50. GEO's Facility Administrator and Assistant Facility Administrators regularly walk the housing units, and detainees approach them directly with questions and concerns. During the week of October 19, 2026, the concerns detainees raised with the Assistant Facility Administrator principally concerned their immigration cases (which GEO refers to ICE through the request boxes) and medical issues (which the Assistant Facility Administrator referred to the medical department by kite). Other concerns raised in individual units, such as an inoperable shower, a burned-out cell light, dust from a vent, batteries for the unit radios, a broken tablet, Wi-Fi problems, or a dormitory that was too cold at night, were already known to the housing-unit officer, who had taken steps to resolve them. In two East female units, detainees raised with the Assistant Facility Administrator and the area sergeant the periodic sewage backups and requests for medical diets, which were referred to the plumbing and medical staff respectively.

51. Each housing unit has two computers providing access to Lexis-Nexis for legal research, and the law library provides additional Lexis-Nexis terminals, printing, and assistance. True and correct photographs of the legal-research computers in a West housing unit and in the SMU are attached as Exhibit H (photographs H-1 and H-2).

**Photographs**

52. Exhibit A consists of three photographs of filtered hot-and-cold water units. Photograph A-1 shows a filtered hot-and-cold water unit, with microwaves, in a West housing unit. Photograph A-2 shows the NSF-certified filter attached to the back of a water unit in a West housing unit. Photograph A-3 shows the filtered water unit in the Special Management Unit. I have personally observed the areas shown, including during the week of October 19, 2026, and each photograph fairly and accurately depicts the area as I observed it.

53. Exhibit B consists of five photographs of telephones and tablet docking stations. Photograph B-1 shows a bank of telephones in a West housing unit. Photograph B-2 shows a bank of telephones in a West housing unit (second view). Photograph B-3

shows a tablet docking station in use in a West housing unit. Photograph B-4 shows a tablet docking station in the Special Management Unit. Photograph B-5 shows a telephone on a rolling cart in the Special Management Unit. I have personally observed the areas shown, including during the week of October 19, 2026, and each photograph fairly and accurately depicts the area as I observed it. The face of the detainee shown in photograph B-3 has been obscured.

54. Exhibit C consists of three photographs of request boxes and posted notices. Photograph C-1 shows the locked ICE and medical request boxes in an East housing unit. Photograph C-2 shows notices posted in a West housing unit; the same notices are posted in the other housing units, East and West. Photograph C-3 shows the posted notice of the right to request a disability accommodation in a West housing unit. I have personally observed the areas shown, including during the week of October 19, 2026, and each photograph fairly and accurately depicts the area as I observed it.

55. Exhibit D consists of two photographs of shower rooms and sinks. Photograph D-1 shows a West shower room with privacy curtains. Photograph D-2 shows sinks in an East dormitory restroom. I have personally observed the areas shown, including during the week of October 19, 2026, and each photograph fairly and accurately depicts the area as I observed it.

56. Exhibit E consists of four photographs of West small recreation yards. Photograph E-1 shows a West small recreation yard between two housing units. Photograph E-2 shows exercise equipment in a West small recreation yard. Photograph E-3 shows a West small recreation yard (second view). Photograph E-4 shows a West small recreation yard (third view). I have personally observed the areas shown, including during the week of October 19, 2026, and each photograph fairly and accurately depicts the area as I observed it.

57. Exhibit F consists of three photographs of the East recreation yard. Photograph F-1 shows the East recreation yard with shade structure. Photograph F-2 shows the East recreation yard (second view). Photograph F-3 shows the East recreation

yard (third view). I have personally observed the areas shown, including during the week of October 19, 2026, and each photograph fairly and accurately depicts the area as I observed it.

58. Exhibit G consists of three photographs of large recreation yards and perimeter fence. Photograph G-1 shows the repaired section of the inner perimeter fence at the large yard. Photograph G-2 shows the repaired section of the inner perimeter fence (second view). Photograph G-3 shows a large recreation yard. I have personally observed the areas shown, including during the week of October 19, 2026, and each photograph fairly and accurately depicts the area as I observed it.

59. Exhibit H consists of two photographs of legal-research computers. Photograph H-1 shows Lexis-Nexis computers in a West housing unit. Photograph H-2 shows the Lexis-Nexis computer in the Special Management Unit. I have personally observed the areas shown, including during the week of October 19, 2026, and each photograph fairly and accurately depicts the area as I observed it.

60. Exhibit I consists of four photographs of special-diet meal trays. Photograph I-1 shows individually labeled special-diet trays in the West kitchen. Photograph I-2 shows individually labeled special-diet trays (second view). Photograph I-3 shows individually labeled special-diet trays (third view). Photograph I-4 shows individually labeled special-diet trays (fourth view). I have personally observed the areas shown, including during the week of October 19, 2026, and each photograph fairly and accurately depicts the area as I observed it.

61. Exhibit J consists of two photographs of the Special Management Unit. Photograph J-1 shows an individual outdoor exercise yard in the Special Management Unit. Photograph J-2 shows the Special Management Unit showers with privacy screens. I have personally observed the areas shown, including during the week of October 19, 2026, and each photograph fairly and accurately depicts the area as I observed it.

62. Exhibit K consists of three photographs of bunks covered with sheets and blankets. Photograph K-1 shows bunks covered with sheets and blankets in a West small

dorm. Photograph K-2 shows bunks covered with sheets and blankets (same West dorm, second view). Photograph K-3 shows bunks covered with sheets and blankets (same West dorm, third view). I have personally observed the areas shown, including during the week of October 19, 2026, and each photograph fairly and accurately depicts the area as I observed it.

63. Exhibit S is a photograph of the repaired air-conditioning duct in East Unit 2A, taken on October 29, 2026. I have personally observed the area shown, and the photograph fairly and accurately depicts the area as I observed it.

64. Exhibits L through R are true and correct copies of documents maintained by GEO or the City of Adelanto that ICE received in the course of its oversight of the facility.

65. I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on October 29, 2026, in Los Angeles County, California.

ROSA M QUEVEDO Digitally signed by ROSA M QUEVEDO Date: 2026.10.29 17:56:16 -07'00'

Rosa Quevedo
Assistant Field Office Director
U.S. Immigration and Customs Enforcement