UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
CIVIL MINUTES—
GENERAL

| | | | |
|---|---|---|---|
| Case No. | 5:26-cv-00322-SSS-SPx | Date | November 5, 2026 |
| Title | *L.T., et al., v. United States Immigration and Customs Enforcement, et al.* | | |

Present: The Honorable SUNSHINE S. SYKES, UNITED STATES DISTRICT JUDGE

| | |
|---|---|
| Irene Vazquez | Not Reported |
| Deputy Clerk | Court Reporter |
| Attorney(s) Present for Plaintiff(s): | Attorney(s) Present for Defendant(s): |
| None Present | None Present |

**Proceedings: (IN CHAMBERS) ORDER DIRECTING DEFENDANTS TO PAY MEDICAL MONITORS' AND CONDITIONS MONITOR'S AUGUST TO SEPTEMBER 2026 COSTS, FEES, AND EXPENSES**

After reviewing the Medical Monitors' and Conditions Monitor's August and September 2026 invoices[1] for services rendered under the preliminary injunction, [*see* Dkt. Nos. 104, 147], the Court finds the following costs, fees, and expenses reasonable:

**Dr. Marc F. Stern**

**Period:** August 7 to September 30, 2026
**Total Due:** $21,646.22
Professional Services: $20,970.000
Expenses: $676.22

[1] Attached as Court Exhibits 1, 2, and 3 are Dr. Stern's, Dr. Strick's, and Ms. Wasko's invoices, respectively. The Court finds good cause exists to redact personal identifying information from the invoices and receipts, including the monitors' home addresses, personal phone numbers, and banking information.

Costs: N/A

**Dr. Lara Strick**

**Period: September 1 to September 30, 2026**
**Total Due:** $4,040.00
Professional Services: $4,040.00
Expenses: None
Costs: N/A

**Kellie R. Wasko**

**Period:** September 1 to September 30, 2026
**Total Due:** $32,941.64
Professional Services[2]: $31,325.00
Expenses: $1,616.64
Costs: N/A

* * *

Defendants are **DIRECTED** to pay the Medical Monitors and Conditions Monitor by **November 20, 2026**.

**IT IS SO ORDERED.**

cc: Fiscal

[2] The Court considers professional services to include work conducted in and outside of California and the time expended traveling.

# COURT EXHIBIT 1

**Marc F. Stern, MD, MPH**
**Tumwater, Washington 98501**

October 1, 2026

# Invoice #20261001

Client: US District Court for the Central District of California

In the matter of: L.T. *et al.* v. US ICE, *et al.*

For the period: August 7 – September 30, 2026

| Professional Services | Hours | Rate | Total |
|---|---|---|---|
| Court-ordered injunction compliance monitoring | | | |
| In California | 0 | $500/hr | $ 0 |
| Outside California | 41.94 | $500/hr | $20,970.00 |
| Total Services | | | $20,970.00 |

| Expenses | Amount |
|---|---|
| Zoom account renewal* | $ 89.22 |
| Air travel Adelanto → Fort Worth Sept. 18** | $ 587.00 |
| Total Expenses | $ 676.22 |
| Total due: | $21,646.22 |

*This Zoom account was originally purchased for the sole use in a different case. I renewed the subscription in August, 2026 for a fee of $186.55. In September, I began using the account for this case also. Thus, I am allocating the cost as follows. I will be using the subscription in this case for 11 of the 12 months of the subscription. I will be using the subscription for the other case for the full 12 months, beginning in August, 2026. Of the 23 use-months (12 + 11), 11/23 ($89.22) relates to this case's expenses.

**I scheduled a site visit to the Adelanto Processing Center for Sept. 17. However, due to Defendants' failure to comply with the Court's orders, I was forced to cancel the trip. I was able to get a full refund for my flight to Adelanto on Sept. 16. However, for the flight from Adelanto on Sept. 18, I was only able to get a credit for use within the next 12 months. This flight was on an airline I rarely use, so it is unlikely that I will be able to recover this cost. I am therefore considering it an expense. In the unlikely event that I am able to use the airline credit, however, I will credit Defendants for the amount I recover.

Due date: November 1, 2026

Payment Method: [redacted]
Account Information: Marc Stern

Zoom W-9

Sold To Address: [redacted]

marcstern@live.com

Bill To Address: [redacted]

marcstern@live.com

## Charge Details

| Charge Description | Billing Period | Subtotal | Taxes, Fees & Surcharges | Total |
|---|---|---|---|---|
| **Charge Name:**<br>Zoom Workplace Pro Annual<br>Quantity: 1<br>Unit Price: $169.90 | Aug 17, 2026 - Aug 16, 2027 | $169.90 | $16.65 | *$186.55* |

| | |
|---|---|
| Subtotal | $169.90 |
| Total (Including Taxes, Fees & Surcharges) | $186.55 |
| Invoice Balance | $0.00 |

## Taxes, Fees & Surcharge Details

English

Plan travel Travel information AAdvantage® Log In

ONT → DFW

ONT → DFW | Sep 18 | 1 | Modify

# Choose flights

## Your trip summary

### Main Plus

One way (non-refundable)

$587 per person

Total $586.40 (all passengers)

Includes taxes and carrier-imposed fees

Price and tax information

Bag and optional fees

**DEPART**

Ontario, CA to Dallas/Fort Worth, TX

Friday, September 18, 2026

| ONT | DFW | | | |
|---|---|---|---|---|
| 7:20 AM → | 12:28 PM | 3h 8m | Nonstop | Main Plus |

AA1201 • 321-Airbus A321

Details | Change

# COURT EXHIBIT 2

Lara Strick, MD, MS, DTMH
[redacted]

October 1, 2026

**INVOICE #10012026**

Client: U.S. District Court for the Central District of California

In the matter of: L.T. v. US ICE Case 5:26-cv--00322-SSS-SP

For the time period: September 1, 2026 – September 30, 2026

| Professional Service | Unit Fee | Units | Dollars |
|---|---|---|---|
| Consultation services | | | |
| In California | $500/hour | 0.00 hours | $0.00 |
| Outside California | $500/hour | 8.08 hours | $4,040.00 |
| **TOTAL CONSULTATION SERVICES** | | | **$4,040.00** |
| Expenses | | | |
| NONE | | | |
| **TOTAL EXPENSES** | | | **$0.00** |
| Total amount of this invoice | | | **$4,040.00** |

Please remit check to:

Lara B. Strick
[redacted]

If you have any questions, please call [redacted]. Thank you.

Lara B Strick

Lara Strick, MD, MS

# COURT EXHIBIT 3

**Kellie R. Wasko**
[redacted]

**Invoice:**
**DHS200-01**

**Case Work**:
L.T., et al v. U.S. Immigration and Customs Enforcement, et al
**Case No.:** 5:26 cv-00322-SSS-SP

October 1, 2026

**Fee Schedule:**
$350/hr Professional Work
$175/hr Travel Time

**Professional Services: Court-ordered Injunction Conditions Monitor**
September 2026

| Type | Hrs | Cost | Rate | Total |
|---|---|---|---|---|
| In California | 16 | NA | $350/hr | $5600.00 |
| Outside California | 64 | NA | $350/hr | $22,400.00 |
| Travel Time | 19 | NA | $175/hr | $3325.00 |
| Airfare | | $991.30 | NA | $991.30 |
| Hotel | | $321.82 | NA | $321.82 |
| Ground Transportation | | $303.52 | NA | $303.52 |
| Parking | | NA | NA | $0 |
| Incidentals/Meals | | NA | NA | $0 |
| **Invoice Total** | | | | **$32,941.64** |

Due Date: 1 November 2026

Payment made to: Kellie R. Wasko

Submitted by: Kellie R. Wasko ________________________________

Outlook

**eTicket Itinerary and Receipt for Confirmation PG92P6**

**From** United Airlines <Receipts@united.com>
**Date** Mon 8/31/2026 11:49 PM
**To** kelrn8@yahoo.com <kelrn8@yahoo.com>

UNITED

Tue, Sep 01, 2026

# Thank you for choosing United.

A receipt of your purchase is shown below. Please retain this email receipt for your records.

Get ready for your trip: Visit the Travel-Ready Center, your one-stop digital assistant, to find out about important travel requirements specific to your trip.

Confirmation Number:

## PG92P6

Flight 1 of 4 UA6057 — Class: United Economy (H)

Tue, Sep 08, 2026 — 06:20 AM — Pierre, SD, US (PIR)

Tue, Sep 08, 2026 — 06:54 AM — Denver, CO, US (DEN)

Flight Operated by SKYWEST DBA UNITED EXPRESS.

Flight 2 of 4 UA1638 — Class: United Economy (H)

Tue, Sep 08, 2026 — 08:00 AM — Denver, CO, US (DEN)

Tue, Sep 08, 2026 — 09:32 AM — Los Angeles, CA, US (LAX)

Flight 3 of 4 UA2146 — Class: United Economy (H)

Thu, Sep 10, 2026 — 04:15 PM — Los Angeles, CA, US (LAX)

Thu, Sep 10, 2026 — 07:45 PM — Denver, CO, US (DEN)

Flight 4 of 4 UA6064 | Class: United Economy (H)

Thu, Sep 10, 2026
**09:05 PM**
Denver, CO, US (DEN)

Thu, Sep 10, 2026
**11:30 PM**
Pierre, SD, US (PIR)

Flight Operated by SKYWEST DBA UNITED EXPRESS.

## Traveler Details

WASKO/KELLIERENEE
eTicket number: **0162135733940**
Frequent Flyer: UA-XXXXX678 Premier Silver

Seats: PIR-DEN 03D
**DEN-LAX 28F**
**LAX-DEN 24A**
**DEN-PIR 04D**

## Purchase Summary

Method of payment: [redacted]
Date of purchase: **Tue, Sep 01, 2026**

| | |
|---|---|
| Airfare: | **889.30** |
| U.S. Transportation Tax: | **66.70** |
| Passenger Civil Aviation Security Service Fee: | **11.20** |
| U.S. Flight Segment Tax: | **10.60** |
| U.S. Passenger Facility Charge: | **13.50** |

Total Per Passenger: 991.30 USD

**Total: 991.30 USD**

### Fare Rules

Additional charges may apply for changes in addition to any fare rules listed.

NONREF/0VALUAFTDPT

Cancel reservations before the scheduled departure time or TICKET HAS NO VALUE.

### MileagePlus Accrual Details

Kellierenee Wasko

| Date | Flight | From/To | Award Miles | PQP | PQF |
|---|---|---|---|---|---|
| Tue, Sep 08, 2026 | 6057 | Pierre, SD, US (PIR) to Denver, CO, US (DEN) | 1104 | 138 | 1 |
| Tue, Sep 08, 2026 | 1638 | Denver, CO, US (DEN) to Los Angeles, CA, US (LAX) | 2464 | 308 | 1 |

| | | | | | |
|---|---|---|---|---|---|
| Thu, Sep 10, 2026 | 2146 | Los Angeles, CA, US (LAX) to Denver, CO, US (DEN) | 2464 | 308 | 1 |
| Thu, Sep 10, 2026 | 6064 | Denver, CO, US (DEN) to Pierre, SD, US (PIR) | 1104 | 138 | 1 |
| MileagePlus accrual totals: | | | 7136 | 892 | 4 |

### Baggage allowance and charges for this itinerary

| Origin and destination for checked baggage | 1st bag charge | 2nd bag charge | 1st bag weight and dimensions | 2nd bag weight and dimensions |
|---|---|---|---|---|
| Tue, Sep 08, 2026<br>Pierre, SD, US (PIR)<br>to Los Angeles, CA, US (LAX) | 0.00 USD | 0.00 USD | 70lbs(32kg) - 62in(157cm) | 70lbs(32kg) - 62in(157cm) |
| Thu, Sep 10, 2026<br>Los Angeles, CA, US (LAX)<br>to Pierre, SD, US (PIR) | 0.00 USD | 0.00 USD | 70lbs(32kg) - 62in(157cm) | 70lbs(32kg) - 62in(157cm) |

The United QuestSM Card member and one companion on the same reservation are each eligible for waiver of service charges for first and second checked bags (within specified size and weight limits). Must be a United Quest Card member at time of check-in, include the MileagePlus number in the reservation and ticket(s) must have been purchased using the Card in order to qualify. Applies only on United- and United Express-operated flights, and when baggage check-in occurs with United.

### Important Information about MileagePlus Earning

- Accruals vary based on the terms and conditions of the traveler’s frequent flyer program, frequent flyer status, and the selected itinerary. United MileagePlus® mileage accrual is subject to the rules of the MileagePlus program. Once travel has started, accruals will no longer display. You can always view your MileagePlus account for posted accrual.
- You can earn up to 75,000 award miles per ticket. The 75,000 award miles cap may be applied to your posted flight activity in an order different than shown. Accrual is only displayed for MileagePlus members who choose to accrue to their MileagePlus account.

### eTicket Reminders

- **Check-in Requirement** - Bags must be checked and boarding passes obtained at least 45 minutes prior to scheduled departure. Baggage will not be accepted and advance seat assignments may be cancelled if this condition is not met.
  **EXCEPTION**: When departing from Anchorage, Atlanta, Austin, Baltimore, Chicago, Cincinnati, Cleveland, Dallas/Ft. Worth, Denver, Detroit, Fort Lauderdale, Greenville-Spartanburg, Guam, Honolulu, Houston, Indianapolis, Jacksonville, Kona, Las Vegas, Los Angeles, Maui, Miami, New York (LGA), Newark, Orange County (SNA), Orlando, Philadelphia, Phoenix, Pittsburgh, Raleigh/Durham, Reno, San Diego, San Francisco, San Juan, PR (60 minutes), Savannah, Seattle, St. Louis, St. Thomas, U.S. Virgin Islands (60 minutes), Tampa, Washington, DC (both IAD and DCA), the check in requirement time for Passengers and Bags is 45 minutes except where noted.
- **Boarding Requirement** - Passengers must be prepared to board at the departure gate with their boarding pass at least 15 minutes prior to scheduled departure.
- Failure to meet the **Boarding Requirements** may result in cancellation of reservations, denied boarding, removal of checked baggage from the aircraft and loss of eligibility for denied boarding compensation.
- Bring your boarding pass or this eTicket Receipt along with photo identification to the airport.
- The FAA now restricts carry-on baggage to one bag plus one personal item (purse, briefcase, laptop computer, etc.) per passenger. The fare rules for your ticket may restrict your carry-on baggage allowance even further.
- For up to the minute flight information, sign-up for our Flight Status Updates or call 1-800-824-6200; in Spanish 1-800-426-5561.
- If flight segments are not flown in order, your reservation will be cancelled. Rebooking will be subject to the fare rules governing your ticket.
- For the most current status of your reservation, go to our Flight Status page.
- Your eTicket is non transferable and valid for 1 year from the issue date unless otherwise noted in the fare rules.

The base price of some ancillary items on your receipt may include taxes, when applicable.

### Data Protection Notice

Your personal data will be processed in accordance with the applicable carrier's privacy policy and if your booking is made via a reservation system provider ("GDS"), with its privacy policy. These are available at http://www.iatatravelcenter.com/privacy or from the carrier or GDS directly. You should read this documentation, which applies to your booking and specifies, for example, how your personal data is collected, stored, used, disclosed and transferred

### Customer Care Contact Information

We welcome your compliments, comments or complaints regarding United or a United travel experience. You may contact us using our Customer Care form

### Hazardous materials

Federal law forbids the carriage of hazardous materials on board aircraft in your luggage or on your person. A violation can result in five years' imprisonment and penalties of $250,000 or more (49 U.S.C. 5124). Hazardous materials include explosives, compressed gases, flammable liquids and solids, oxidizers, poisons, corrosives and radioactive materials. Common examples of hazardous materials/dangerous goods include spare or loose lithium batteries, fireworks, strike-anywhere matches, aerosols, pesticides, bleach and corrosive materials. Additional information can be found on:

united.com restricted items page
FAA website Pack Safe page
TSA website Prohibited Items page

### Refunds Within 24 Hours

When you book and ticket a reservation through united.com, the United mobile app, the United Customer Contact Center, at our ticket counters or city ticket offices, or if you use MileagePlus® miles to book an award ticket, we will allow you to cancel the ticketed reservation without penalty and receive a 100 percent refund of the ticket price to the original form of payment if you cancel the reservation within 24 hours of purchase and if the reservation is made one week or more prior to scheduled flight departure.

### Disinsection Notice

Certain countries require that the passenger cabins of aircraft be treated with insecticides. For additional information and a list of those countries, please visit the U.S. Department of Transportation's disinsection website.

### IMPORTANT CONSUMER NOTICES

**Changes/Cancellations** - Most tickets, other than Basic Economy tickets or those for travel originating outside the United States, other than for travel between the United States and Mexico or the Caribbean, may be changed to a different itinerary, or cancelled and the value of the ticket retained so that it can be applied to a new ticket, without a change fee. Such change or cancellation must be made prior to the scheduled departure time. Travelers making changes will be responsible for the fare difference if the new itinerary has a higher fare than the original ticketed itinerary. Regarding non-refundable tickets, if the new itinerary has a lower fare than the original ticketed itinerary, changes can be made without charge, but the traveler is not entitled to any residual value. United may, in its sole discretion, provide partial or full residual credit under certain circumstances. A change fee may apply for changes or cancellations made to tickets for travel originating outside the United States, other than for travel between the United States and Mexico or the Caribbean. Policies concerning your ability to make reservation changes and cancellations and any fees associated with such changes can be found at Important travel notices | United Airlines.

**Refund Information** - You can request a refund by visiting the Refunds section on united.com. We apologize for any inconvenience this may have caused. A member of our team will respond to your inquiry.

**Notice of Baggage Liability Limitations** - For domestic travel between points within the United States (except for domestic portions of international journeys), United's liability for loss of, damage to, or delay in delivery of a customer's checked baggage is limited to $3,800

per ticketed customer unless a higher value is declared in advance and additional charges are paid (not applicable to wheelchairs or other assistive devices). For such travel, United assumes no liability for high value, fragile, perishable, or otherwise excluded items; excess valuation may not be declared on certain types of valuable articles. Further information may be obtained from the carrier. For international travel governed by the Warsaw Convention (including the domestic portions of the trip), maximum liability is approximately 640 USD per bag for checked baggage, and 400 USD per passenger for unchecked baggage. For international travel governed by the Montreal Convention (including the domestic portions of the trip), maximum liability is 1,288 SDRs per passenger for baggage, whether checked or unchecked. For baggage lost, delayed, or damaged in connection with domestic travel, United requires that customers provide preliminary notice within 24 hours after arrival of the flight on which the baggage was or was to be transported and submit a written claim within 45 days of the flight. For baggage damaged or delayed in connection with most international travel (including domestic portions of international journeys), the Montreal Convention and United require customers to provide carriers written notice as follows: (a) for damaged baggage, within seven days from the date of receipt of the damaged baggage; (b) for delayed baggage, within 21 days from the date the baggage should have been returned to the customer. Please refer to Rule 28 of United's Contract of Carriage for important information relating to baggage and other limitations of liability.

**Notice of Incorporated Terms** - Transportation is subject to the terms and conditions of United's Contract of Carriage, which are incorporated herein by reference. Incorporated terms may include, but are not limited to: 1. Limits on liability for personal injury or death of the customer, and for loss, damage, or delay of goods and baggage, including high value, fragile, perishable, or otherwise excluded items. 2. Claims restrictions, including time periods within which customers must file a claim or bring an action against the carrier. 3. Rights of the carrier to change terms of the contract. 4. Rules about reconfirmation of reservations, check-in times, and refusal to carry. 5. Rights of the carrier and limits on liability for delay or failure to perform service, including schedule changes, substitution of an alternate air carrier or aircraft, and rerouting. The full text of United's Contract of Carriage is available at united.com or you may request a copy at any United ticket counter. Passengers have the right, upon request at any location where United's tickets are sold within the United States, to receive free of charge by mail or other delivery service the full text of United's Contract of Carriage.

**Notice of Certain Terms** - If you have purchased a restricted ticket, depending on the rules applicable to the fare paid, one or more restrictions including, but not limited to, the following may apply to your travel: (1) the ticket may not be refundable but can be exchanged for a fee for another restricted fare ticket meeting all the rules/restrictions of the original ticket (including the payment of any difference in fares); (2) a fee may apply for changing/canceling reservations; or (3) select tickets may not be eligible for refunds or changes even for a fee; (4) select tickets have no residual value and cannot be applied towards the purchase of future travel; or (5) travel may be restricted to specific flights and/ or times and a minimum and/or maximum stay may be required. United reserves the right to refuse carriage to any person who has acquired a ticket in violation of any United tariffs, rules, or regulations, or in violation of any applicable national, federal, state, or local law, order, regulation, or ordinance. Notwithstanding the foregoing, you are entitled to a full refund if you cancel a ticket purchased at least a week prior to departure within 24 hours of purchase.

**Notice of Boarding Times** - For Domestic flights, customers must be at the boarding gate at least 15 minutes prior to scheduled departure. For International flights, customers must be at the boarding gate at least 30 minutes prior to scheduled departure. The time limits provided by United in this Notice are minimum time requirements. Customer and baggage processing times may differ from airport to airport. Please visit united.com for information regarding airport-specific boarding times. It is the customer's responsibility to arrive at the airport with enough time to complete check-in, baggage, and security screening processes within these minimum time limits. Please be sure to check flight information monitors for the correct boarding gate and the departure time of your flight. Failure to be at the boarding gate by the required time could result in the loss of your seat without compensation, regardless of whether you are already checked in or have a confirmed seat and boarding pass.

**Advice to International Passengers on Carrier Liability** - Passengers on a journey involving an ultimate destination or a stop in a country other than the country of departure are advised that international treaties known as the Montreal Convention, or its predecessor, the Warsaw Convention, including its amendments, may apply to the entire journey, including any portion thereof within a country. For such passengers, the treaty, including contracts of carriage embodied in applicable tariffs, governs, and may limit the liability of the Carrier in respect of death or injury to passengers, and for destruction or loss of, or damage to, baggage, and for delay of passengers and baggage.

**Notice - Overbooking of Flights** - Airline flights may be overbooked, and there is a slight chance that a seat will not be available on a flight for which a person has a confirmed reservation. If the flight is overbooked, no one will be denied a seat until airline personnel first ask for volunteers willing to give up their reservation in exchange for compensation of the airline's choosing. If there are not enough volunteers, the airline will deny boarding to other persons in accordance with its particular boarding priority. With few exceptions, including failure to comply with the carrier's check-in deadlines, which are available upon request from the air carrier, persons, denied boarding involuntarily are entitled to compensation. The complete rules for the payment of compensation and each airline's boarding priorities are available at all airport ticket counters and boarding locations. *Some airlines do not apply these consumer protections to travel from some foreign countries, although other consumer protections may be available. Check with your airline or your travel agent.*




Copyright © 2026 United Airlines, Inc. All Rights Reserved

**E-mail Information**
**Please do not reply to this message using the "reply" address.**
The information contained in this email is intended for the original recipient only.

View our Privacy Policy View our Legal Notices

COURTYARD BY MARRIOTT

Courtyard By Marriott Victorville Hesperia
9619 MARIPOSA ROAD
Hesperia, CA, 92345
United States
Tel: +1 760-956-3876

---

**Guest**
KELLIE WASKO

**Address**
[redacted]

**Company**
N/A

**Room:** 424

**Room Type:** RM1K0004

**Number of Guests:** Adults: 1 Children: 0

**Arrive:** 09/08/2026 **Depart:** 09/10/2026

**Reservation Confirmation:** NXBJ5GRXY

**Charge Posting ID:** 100191701

| DISPLAY DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| Sep 08 2026 | Room Charge-Pleas Trans | $146.02 |
| *Sep 08 2026* | *Convention and Tourism Tax 0.20000% Ex* | *$0.29* |
| *Sep 08 2026* | *Occupancy Sales Tax 10.00000% Ex* | *$14.60* |
| Sep 09 2026 | Room Charge-Pleas Trans | $146.02 |
| *Sep 09 2026* | *Convention and Tourism Tax 0.20000% Ex* | *$0.29* |
| *Sep 09 2026* | *Occupancy Sales Tax 10.00000% Ex* | *$14.60* |
| Sep 10 2026 | [redacted] | -$321.82 |
| | *Reason : paying off account balance.* | |

**Charges:** $292.04
**Taxes:** $29.78
**Total:** $321.82
**Payments:** -$321.82
**Balance:** $0.00

**Budget**®

*We are proud to feature a 100% smoke-free fleet!*

**RENTAL AGREEMENT NUMBER: 256691260**

**RECEIPT**

## Your Information

| | |
|---|---|
| Customer Name: | KELLIE WASKO |
| Budget Customer Discount: | UNITED MP FLIGHT |
| Method of Payment: | [redacted] |
| AID: | A0000000031010 |
| MID: | 000004165501992 |
| [redacted] | |
| Signature Captured | |
| TID: | GUILAX00 |
| AUTH: | 01146D |
| Frequent Traveler Number: | UA/KCB00678 |
| Authorization Mode: | Issuer |

## Your Vehicle Information

| | |
|---|---|
| Vehicle Number: | 54877012 |
| Vehicle Group Rented: | Intermediate SUV |
| Vehicle Group Charged: | Full-Size |
| Vehicle Description: | BLK DODGE HORNET RT PHEV AWD |
| License Plate Number: | NYLJL3757 |
| Odometer Out: | 54813 |
| Odometer In: | 55073 |
| Total Driven: | 260 |
| Fuel Reading: | Out 8/8\| In 4/8 |

## Your Rental

| | |
|---|---|
| Pickup Date/Time: | SEP 08,2026@10:15AM |
| Pickup Location: | 5251 W 98TH STREET<br>LOS ANGELES INTERNATIONAL APO<br>LOS ANGELES,CA,90045,US<br>310-642-4500 |
| Return Date/Time: | SEP 10,2026@10:58AM |
| Return Location: | 5251 W 98TH STREET<br>LOS ANGELES INTERNATIONAL APO<br>LOS ANGELES,CA,90045,US<br>310-642-4500 |

**Additional fees may apply if changes are made to your return date, time and/or location.**

## Your Vehicle Charges (MIN 1 DAY IF NOT MET DLY RT = 39.99 / MAX 14 DAY)

**Rate Chart:** **Free Miles:** **Time and Mileage:**

| Rate Chart | |
|---|---|
| Miles: | UNLIMITED |
| Hourly: | 8.01 |
| Ad'l day: | 39.99 |
| Period: | 87.99 |

| | |
|---|---|
| Your Discount: | |
| Period @ 87.99 = | 87.99 |
| Less 10.00% Discount = | (-)8.80 |
| **Time and Mileage:** | 79.19 |

## Your Optional Products/Services

| | | |
|---|---|---|
| Loss Damage Waiver: | 25.00 | Accepted |
| **Optional Services Total:** | 75.00 | |

## Your Taxable Fees

| | |
|---|---|
| 11.11% Concession Recovery Fee | 25.66 |
| FUEL PURCH OPT | 67.78 |
| FTP SR$ 1.50DY | 3.00 |
| **Sub-total-Charges:** | 175.63 |
| TAX 9.750% | 17.12 |

## Your Non-Taxable Products/Services

| | |
|---|---|
| 3.50 3.50 CALIFORNIA TOURI | 2.77 |
| CUSTOMER FACILITY CHG 9.00/D | 27.00 |
| VEH LICENSE RECOUP 2.00/DY | 6.00 |
| Optional Services Total Non Taxable: | 75.00 |

| | |
|---|---|
| **Your Total Charges:** | 303.52 |
| **Prepayment** | 0.00 |

**Estimated Travel Partner Points Earned*:** 500

| | |
|---|---|
| **Net Charges:** | USD 303.52 |
| **Your Total Due:** | 0.00 |

Thank you for renting with Budget.
For all other inquiries, please contact us at 1-800-527-0700. or www.budget.com.
*Subject to audit process, the points will be awarded according to the Terms and Conditions in place.

Your vehicle was rented to you by MARIO. Your vehicle was checked in by 99987.