UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
CIVIL MINUTES - GENERAL

| | | | |
|---|---|---|---|
| Case No. | 5:26-cv-00322-SSS-SPx | Date | November 6, 2026 |
| Title | *L.T. et al v. U.S. Immigration and Customs Enforcement (ICE) et al* | | |

| | |
|---|---|
| Present: The Honorable | SUNSHINE S. SYKES, UNITED STATES DISTRICT JUDGE |

| | |
|---|---|
| Irene Vazquez | RS-CS-2 |
| Deputy Clerk | Court Reporter |
| Attorney(s) Present for Plaintiff(s): | Attorney(s) Present for Defendant(s): |
| Jacob Karim | Christopher Butler, AUSA |
| Rebecca Sarah Brown | Pushkal Mishra, AUSA |
| | Daniel A. Beck, AUSA |

**Proceedings: ZOOM: PLAINTIFFS' RENEWED MOTION TO ENFORCE THE FIRST AMENDED PRELIMINARY INJUNCTION [DKT. 200]**

Counsel state their appearances. The Court confers with counsel regarding the motion to enforce, the current issues, and how to address reporting issues going forward. After discussions, the Court orders as follows:

1. The parties shall meet and confer regarding the "red box" forms. If necessary, the parties shall file a stipulation with a proposed order.

2. The motion to enforce (Dkt. 200) is taken under submission.

3. As stated on the record, the Court will be issuing a separate order addressing new reports of non-compliance, monthly status conferences, and directive on supplemental information regarding privacy and ventilation issues.

**IT IS SO ORDERED.**

Time: 01:40
Initials of Preparer: iva